**Def. Ex. 1**

SCIENCE & TECHNOLOGY
POLICY FELLOWSHIPS
AAAS

22 May 2015

Dr. Susan Qashu
945 West Las Palmas Drive
Tucson, AZ 85704

Dear Dr. Qashu:

Congratulations! The American Association for the Advancement of Science (AAAS) is pleased to notify you of a 2015-16 AAAS Science & Technology Policy Fellowship placement in the Diplomacy, Security & Development (DSD) program area, to be served at the U.S. Department of State. To be offered a placement as a fellow is a great honor. Since 1973, the AAAS Science & Technology Policy Fellowships program (STPF) has provided participants a unique public service/professional development opportunity, building bridges between science and policy to serve society.

**Host Office Point of Contact**
Your fellowship placement will be in the Bureau of Oceans and International Environmental & Scientific Affairs, Office of Ocean and Polar Affairs (OES/OPA), where Evan Bloom will be your point of contact.

**Fellowship Term**
STPF assignments are for 12 full months, beginning on 1 September and extending through 31 August. Executive branch fellowships often may be renewed for an additional 12-month period. The start and end dates for the fellowships at the Department of State broadly follow this calendar but have been modified to conform to the requirements of the fellows' status as Schedule A employees. AAAS fellows at the State Department enter on duty (EOD) at the beginning of the pay period closest to and before the start of the fellowship orientation. Their employment period extends for 13 months, allowing the fellows to qualify for federal employee benefits. In the 2015-16 fellowship year, first-year AAAS fellows at the State Department will enter on duty on Monday, 24 August, 2015.

**Financial Matters**
AAAS Fellows at the Department of State are hired as Schedule A temporary civil service employees and receive a fellowship salary and benefits directly from the State Department. Schedule A federal employees with employee agreements not-to-exceed 13 months, as is the case for STPF fellows at the State Department, are eligible for a range of federal employment benefits.

Information on employment benefits can be found on the website of the Office of Personnel Management (www.opm.gov/insure). You will receive an appointment letter from the Human Resources Department at the Department of State, which will detail salary and benefits. Fellows with up to seven years of post-doctoral professional experience start at the AAAS-established Level 1 stipend, equivalent to the GS Grade 12, step 1. AAAS cannot guarantee that the State Department will match the AAAS-established Level 2 or Level 3 stipend amounts, particularly if the fellow's request is based on experience alone, rather than salary history. If you have questions about these provisions, please contact your STPF program manager.

*Relocation:* Schedule A temporary federal employees are not eligible for reimbursement of relocation costs.

*Travel/Training:* Schedule A temporary federal employees do not receive an individual allowance for travel or training. Support for travel and training is at the discretion of the host office.

Science & Technology Policy Fellowships
American Association for the Advancement of Science
1200 New York Avenue, NW, Washington, DC 20005 USA
Tel: 202 326 6700 | Fax: 202 289 4950
fellowships@aaas.org www.aaas.org/policy-fellowships

Fellow Initials: SQ

This placement is contingent upon the continued availability of funding from the host agency/office or sponsoring organization. In the event of a disruption in the Federal Government's daily functions or a change in level of support (e.g., a government shutdown), funds may not be available.

**Conditions of Fellowship**

*Status as a AAAS S&T Policy Fellow*: You will be a participant in a public service/professional development program and will not enter into an employee/employer relationship with AAAS or any other entity beyond your host agency for the duration of the fellowship.

*Schedule*: Fellows are expected to be able to devote their full attention to continuous participation in the activities of the host office for the full term of the fellowship, and to avoid obligations that would interrupt the fellowship assignment.

*AAAS Membership*: This fellowship is provided only to AAAS members. Please include your AAAS membership number on the space indicated on the Acceptance page of this document when you return this letter with your initials and signature. If you are not currently a AAAS member please visit http://www.aaas.org/membership/ to join online. A membership number will be provided with the confirmation email.

*Background/Security Clearance*: Due to government requirements, this placement is contingent upon ability to pass a background check and receive a security clearance. In the event the clearance cannot be obtained the fellowship offer will become void. As the fellowship is funded via the U.S. Government, AAAS does not incur any financial, legal or other liability in the event a clearance is denied. Following written acceptance of the fellowship placement offer, details about applying for the security clearance will be provided by the State Department.

Full details about the fellowship terms, conditions, expectations, and support are provided in the attached Fellowship Terms of Agreement.

**Fellowship Launch and Orientation**

*Administrative Information*: AAAS Fellows serving at the Department of State must be sworn in and complete pre-employment paperwork before they can be paid. You will enter on duty (EOD) as a Schedule A temporary employee on Monday, 24 August, provided you have met all pre-employment requirements, including receipt of a security clearance. You will be expected to be fully engaged in your host office from 24-31 August. From 1-11 September you will take part in the STPF orientation program, and will return to your host office following the orientation.

*Orientation:* The eight-day orientation program will begin on Tuesday, 1 September 2015. You will join approximately 120 first-year fellows selected for the five STPF program areas operating in the 2015-16 fellowship year. In addition, the class will include approximately 40 fellows selected and sponsored for congressional and executive branch fellowships by our partner scientific and engineering societies, 100 executive branch fellows who have renewed their fellowship for a second year, and close to 20 fellows in the Overseas or Global Health & Development Fellowships, who will serve at USAID Missions and the Bill & Melinda Gates Foundation, respectively.

AAAS's reputation and extensive collaborations help attract outstanding senior-level professionals as orientation speakers and resources for new fellows. AAAS also includes many alumni fellows as speakers during orientation to serve as resources and mentors. Involving them is critical to building relationships and a sense of community across the 40+ cohorts of scientists and engineers who are alumni of the S&T Policy Fellowships. For these reasons, and in order to ensure that fellows make the most of their fellowship

opportunity, all new fellows are required to attend the entire orientation program (this includes fellows moving from a previous/past fellowship to a new fellowship program area).

**To Accept the Fellowship Placement**
Carefully read all the documents referenced in this letter. You must agree to all of the terms contained in this Fellowship Notification Letter and the STPF Terms of Agreement in order to participate in this public service/professional development program. Please complete, sign, initial, and return all of the following to AAAS **no later than 29 May 2015**.

- Notification of Fellowship Placement (all pages of this letter)
- Fellowship Terms of Agreement (all pages) (attached)
- AAAS membership number (list in space indicated on the Acceptance page at the end of this letter)
- Publicity Release Form: http://aaaspolicyfellowships.org/forms-incoming-fellows

We recommend that you do not send by email documents that contain Personally Identifiable Information. All signed and completed copies of the documents must be on file at AAAS before your fellowship may commence. Issues that require consideration should be brought to the attention of AAAS *before* accepting the fellowship.

**To Decline the Fellowship Placement**
If you do not wish to accept this fellowship placement please send an email to Fellowships@aaas.org as soon as possible, but not later than 29 May 2015. Please state the reason for declining the fellowship.

**Next Steps and Questions**
After all the signed documents are received, information will be sent to help you prepare for the fellowship year. This will include a summary of the orientation agenda and a suggested reading list.

I look forward to welcoming you in September as an official 2015-16 AAAS Science & Technology Policy Fellow. If you have questions concerning this notification of placement or other dimensions of the STPF program, please contact your program manager Kristin Barnes, at kbarnes@aaas.org or (202) 326-6761.

Yours sincerely,

Cynthia R Robinson

Cynthia R. Robinson
Director, AAAS Science & Technology Policy Fellowships

cc: Evan Bloom, U.S. Department of State
Dave Sohier, U.S. Department of State
Genya Dana, U.S. Department of State
LaToya Lester, U.S. Department of State
Dorietha Jackson, U.S. Department of State

Attachment: Terms of Agreement

**ACCEPTANCE:** I have read this Fellowship Notification Letter and the Science & Technology Policy Fellowship Terms of Agreement and accept the 2015-16 S&T Policy Fellowship with the full understanding that the terms as stated in these documents are binding. I understand that the appointment dates stated in this offer are effective regardless of the date the letter is signed.

SUSAN QASHU
Printed Name

[signature]
Signature

May 28/2015
Date

4Ø546625
AAAS Membership Identification Number

SCIENCE & TECHNOLOGY POLICY FELLOWSHIPS AAAS

# AAAS SCIENCE & TECHNOLOGY POLICY FELLOWSHIPS®
# 2015-16 TERMS OF AGREEMENT

## FEDERAL SCHEDULE A FELLOWSHIP PLACEMENT MECHANISM
## U.S. DEPARTMENT OF STATE

AAAS is a non-profit general scientific member association, headquartered in Washington, DC. As part of its mission to "advance science and serve society" it administers more than 250 Science & Technology Policy Fellowships (S&T Policy Fellowships) annually in partnership with host agencies and offices in the Executive, Judicial, and Legislative branches of the U.S. Government (USG), and in collaboration with more than 30 sponsoring scientific and engineering societies. The Science & Technology Policy Fellowships program (STPF) pursues a vision of public policy informed by science and technology for the benefit of society. This public service/professional development program seeks to connect science with policy and foster a network of science and engineering leaders who understand government policymaking.

The following Terms of Agreement apply to the 2015-16 Science & Technology Policy Fellows with placements under the Federal Excepted Service Schedule A Appointing Authority.

### Fellowship Status

The AAAS Science & Technology Policy Fellowships are public service/professional development opportunities for competitively selected scientists and engineers who are AAAS members and who hold a doctoral-level degree in a field of science or engineering, or a master's degree in engineering with a minimum of three years of professional engineering experience. Fellowships are not offers of permanent government employment nor promises of future employment, and they do not confer credit toward any degree. S&T Policy Fellows are considered participants in a public service/professional development program.

The fellowships are selective and individuals who are given this opportunity to the exclusion of others are expected to make the most of the experiences it provides. In order to preserve the integrity and focus of the S&T Policy Fellowships program, fellows are expected to participate for the full term of the program.

Fellows agree not to enter into an employee/employer relationship with AAAS or any of its third party partners, with any scientific or engineering society or other entity outside their fellowship assignment during the period of the fellowship. Should a fellow desire to resign the fellowship, s/he must contact AAAS in advance.

### Length of Appointment

The fellowship period is defined in the Fellowship Notification Letter, into which these Terms of Agreement are incorporated by reference. All fellowships are subject to the continuing availability of funds provided by federal grants or contracts or other monies that support this program. The fellow is expected to adhere to the terms, conditions, and expectations of this public service/professional development opportunity.

### Financial Matters

Information on fellowship compensation and any benefits or other support provided during the period of the fellowship is generally outlined in the Fellowship Notification Letter and will be finalized by the host agency/office.

***Stipend***: Fellows placed in a host office under the Federal Excepted Service Schedule A appointing authority receive a fellowship stipend in the form of a stipulated salary paid bi-weekly by the host agency, along with eligible federal

benefits such as health insurance and Metrocheks, as determined and communicated by the specific fellowship host agency/office.

***Executive Branch Stipends Under Federal Excepted Service Schedule A Appointments:*** The stipend for fellows placed as temporary term employees under the Federal Excepted Service Schedule A appointment authority is determined by the host agency and may differ from the stipend levels for fellowships administered by AAAS or a third party. In no case will the stipend for fellows under Federal Schedule A be set below GS Grade 12 Step 1 in the first year, or below GS Grade 12 Step 2 for fellows renewing for a full second year.

The federal government maintains its own procedures for determining civil service classifications under Schedule A, and for evaluating the experience, education, and skills of the individuals placed under Schedule A appointment authority. In some cases the agency determination will be based solely on prior salary, and will not take into consideration years of experience. Therefore, it is possible that S&T Policy Fellows under the Schedule A mechanism may not qualify for compensation at the GS Grade 12 Step 5 or Step 10 levels. A fellow placed under Schedule A appointment authority who believe that s/he qualifies for a higher level stipend should contact her/his STPF program manager.

***Health Insurance***: In keeping with the spirit of the Affordable Care Act, fellows are expected to maintain health insurance coverage during the period of the fellowship. Under Federal Schedule A appointment authority health insurance is offered via the hosting office/agency with partial contribution from the fellow. Details will be provided by the Schedule A employing agency.

***Travel/Training***: Travel/training for fellows placed under Federal Schedule A appointment authority will be supported and approved directly by the host office as applicable. There are no designated travel/training allowances for STPF fellows under Federal Schedule A appointments. Travel/training for fellowship-related and host office-approved activities under Federal Schedule A appointments will be arranged and reimbursed in accordance with U.S. government policies.

In the event the fellowship is suspended, the fellow is not entitled to a stipend or any other financial support during the period the fellowship is suspended. In the event the fellowship is revoked or terminated for any reason, the fellow is not entitled to any further stipend or other fellowship financial support. Upon revocation or termination of a fellowship, and dependent on availability of funding and approval by the host agency, the fellow will receive compensation and/or other fellowship support payments that have been appropriately incurred and approved prior to the ending of the fellowship.

### IRS Reporting of Fellowship Stipends and Other Payments

*The information below is provided for information purposes only. It is not intended as legal or tax advice, or as definitive interpretation of the law.*

In accepting this fellowship, the fellow understands and agrees that s/he is not an employee of AAAS. Instead, the fellow is performing public service and participating in professional development activities to further consideration and application of science and technology in public policy. Fellows placed under the Schedule A mechanism do not receive any relocation allowance or reimbursement of moving expenses.

Fellowship stipends will be subject to withholding from bi-weekly paychecks from the host agency. The fellow will receive an IRS Form W-2 from the host agency for tax purposes.The fellow acknowledges her/his understanding and agreement that s/he is personally responsible for her/his individual tax preparation and payments. The fellow is encouraged to seek tax guidance from a qualified professional.

### Duplication of Financial Support

Because public service/professional development is the primary focus of the fellowship, a fellow may not provide services for compensation to a third party that conflict with the fellowship or Schedule A appointment stipulations

of the host agency. Awards, prizes, scholarships, Veterans Administration benefits, and other payments may be approved, provided they do not represent compensation for an activity that conflicts with the fellowship or host agency/office. Such arrangements must be communicated in writing to AAAS and to the host office, and must be approved by the ethics committee/officer of the host agency/office.

### FELLOWSHIP EXPECTATIONS AND SCHEDULE

In order to take full advantage of the STPF public service/professional development experience, the fellow is expected to participate in the activities of the host agency/office on a full-time basis for the duration of the fellowship stipulated in the Fellowship Notification Letter; and to participate in professional development programming organized by AAAS.

***Excused Absences/Benefits***: S&T Policy Fellows placed under the Schedule A mechanism are not employees of AAAS. They are in assignments as temporary term-limited employees of the host office/agency. Accrual of sick or annual leave or compensatory time and any other benefits or policies pertaining for the term of the fellowship will be determined and communicated by the fellowship host agency.

***AAAS Professional Development***: Professional development activities organized by AAAS for the education of fellows are provided as part of the S&T Policy Fellowship public service/professional development experience.

The fellow is expected to avoid obligations that will interrupt the S&T Policy Fellowship. Failure to engage in program activities according to the fellowship expectations and schedule may result in discontinuation of the fellowship.

### ETHICS POLICY

The AAAS Science & Technology Policy Fellowships® and the Congressional Science and Engineering Fellowships® programs have built an exceptional reputation for selecting and placing highly qualified fellows who learn firsthand about the federal policy realm and make valuable public service contributions to the Executive, Judicial, and Legislative branch agencies, departments and offices in which they serve. Maintaining the integrity and public service/professional development focus of the fellowships is the responsibility of AAAS, its partner sponsoring societies, the fellows, and the offices in which they are assigned.

To this end, fellows are required to be free agents who make their own choice about accepting an offered placement. Fellows may not provide special considerations of any kind to any external entity providing sponsorship, support, training, travel, accommodations, meals, payment for service (e.g. consulting or advisory appointments), gifts or any other supplement, including AAAS, its affiliated organizations or any non-federal entity contributing to the fellow's compensation.

To maintain the integrity of the AAAS S&T Policy Fellowships as well as to underscore that the fellowship is a public service/professional development experience, the fellow's responsibility is to the office in which s/he is placed and the ethics rules guiding that Executive or Judicial branch agency or Chamber of Congress. It is important that fellows adhere to this principle and avoid any conflict of interest or even the appearance of a conflict of interest.

It is also the responsibility of AAAS, sponsoring societies, affiliated organizations, and the host office to avoid creating conflicts of interest or the appearance of conflicts of interest with respect to the fellows, in accordance with the ethics rules of the host agency/office/chamber.

### General Ethics Guidelines

*Service in Governance or Policy Committee Positions*: Fellows serving in board or policy committee positions with any organizations that conduct outreach or advocacy to Members of Congress or their staff, or leaders and staff of Executive or Judicial Branch agencies may be required to discontinue such involvement for the duration of the fellowship.

*Applying for and Working on Federally-Funded Grants, Research Collaborations or Appointments*: Depending on the fellowship placement, in some cases fellows may not be party to any federally funded grant applications, either as a principal investigator (PI), co-PI, or subcontractor, due to federal law and regulations. If a fellow is already on a federally funded grant, he/she may be required to stop activity under the grant for the duration of the fellowship and may be barred from receiving funding from the grant during that time. Fellows involved in other research collaborations or any appointments from which they receive additional remuneration must receive approval from the ethics committee/officer of their host agency/office to continue that involvement. If the activity is not approved, the fellow must take a hiatus from such involvement for the duration of the fellowship.

*Speaking Engagements*: Fellows invited to give presentations must, in order to ensure there is no conflict of interest, receive approval from their host office to give the presentation. Fellows at host agencies, such as the U.S. Deparment of State, under Schedule A authority, are not permitted to accept any external party sponsorship of travel, accommodations, meals or honoraria for activities conducted as part of their official duties. In addition, fellows must have written permission to use their U.S. Department of State affiliation in an outside activity or presentation.

*Publishing*: Fellows who wish to publish on work involved in their fellowship or who identify themselves in publications as affiliated with any congressional office, committee, or government entity must receive prior permission from the host office/appropriate ethics committee. If the host agency approves the activity, the fellow must first follow the directions of the approval. If appropriate, approved reports, journal articles, or professional presentations that are based on activities conducted during the fellowship appointment should provide acknowledgment, such as, "This activity was supported by a AAAS Science & Technology Policy Fellowship served at *Agency/Office name*." The text should be approved in advance by the fellowship host agency and AAAS. The fellow is responsible for providing AAAS with an electronic copy of any published work, either digital or print, as part of the annual fellowship reporting process.

*Honoraria:* Fellows placed at an agency under Schedule A authority are not permitted to accept any external party sponsorship of travel, accommodations, meals or honoraria for activities conducted as part of their official duties. If the agency ethics office approves an activity as an outside activity (not part of official duties), the agency cannot pay for any travel expenses related to the activity, and the fellow must use annual leave to participate in outside activities occurring during official duty hours. Honoraria offered for speaking engagements, service on committees, editorial review boards, and such activities must receive clearance in advance from the ethics committee/officer of the host agency/office in order to accept the payment.

**Reports, Learning Assessments and Site Visits**

S&T Policy Fellows are required to submit the following documents/reports to AAAS.

1) Fellowship Impact Plan: developed in consultation with the host office mentor/POC within 45 days of the start of fellowship year 1, or within 30 days of the start of a second year renewal.
2) Mid-year report due March 15
3) Year-end report due August 15

The purpose of these requirements is to maximize the benefit to the fellow and shape their fellowship experience. The fellow also is required to complete a series of four on-line learning assessments, which take place pre and post-orientation, at mid-year, and at year-end. In addition, the fellow is required to participate in a yearly site visit with his/her AAAS program manager and the host office Point of Contact (POC)/advisor. The site visit consists of review of progress, discussion of future goals and expectations, input on fellowship operations and professional development programming, and other topics to be determined, in order to ensure that the fellow is obtaining the full benefit of the fellowship experience.

**BACKGROUND CHECK/SECURITY CLEARANCE**

According to government requirements, fellows at the the U.S. State Department may not have access to restricted areas or restricted information or data without a security clearance. Due to this requirement, neither the fellowship nor its acceptance by the fellow shall become effective until the appropriate clearance has been approved and granted to the fellow in accordance with the provisions of existing law and regulation. No fellowship will commence until the required clearance is received and the fellow has been on-boarded at the U.S. State Department. Therefore, fellowship stipends and other benefits and support may not commence until the security clearance is approved and the fellow has officially been on-boarded.

If, for any reason, the fellow refuses to or cannot comply with procedures to obtain a background check approval or required security clearance the fellowship will be revoked immediately. If, for any reason, the fellow is not approved to receive a required background check or clearance within a reasonable period, which will be determined by AAAS and the host agency/office, then the fellowship will terminate. In the event the fellowship is revoked or terminated for any reason, the fellow is not entitled to any stipend or other payments beyond those incurred and approved up to the date of revocation or termination.

**ACCESS TO FELLOWSHIP HOST FACILITIES**

The award and acceptance of this fellowship are subject to completion of arrangements between the fellow and the host facility regarding the conditions under which the fellow may have access to the facility during the period of the fellowship. A fellow shall at all times observe and conform to all applicable rules, regulations, and requirements of the facility to which assigned, including, but not limited to, those respecting environment, safety and health and training requirements; security, operating and health procedures; drug free workplace notification requirements; and professional conduct. Failure of the fellow to maintain access to the facility to which assigned or failure to observe and conform to the applicable rules, regulations, and requirements of the facility to which assigned shall result in immediate termination of the fellowship.

**DATA SHARING**

Fellows are provided access to and support from host facilities, and in many cases to host contractors and/or other facilities and information in order to conduct fellowship activities. This access carries the expectation of sharing information and data to support the mission and mandates of the host office, as follows:

1. The fellow shall provide the host office in written form any and all technical data and other information produced or generated during the course of the fellowship in whatever forms it may be recorded. If not recorded or written, the fellow shall (upon request) provide the host office a written report of any technical data whatsoever generated by the fellow during the course of the fellowship activities. The host office and/or the broader Government of the United States shall have the right to use, duplicate or disclose such technical data and other information in whole or in part, in any manner and for any purpose whatsoever and to permit others to do so.
2. The fellow understands and agrees that s/he shall respect any and all limitations on access to any restricted data or other classified information, proprietary information (including but not limited to proprietary data, trade secrets, or other information which is restrictively marked or designated), or any other technical data, commercial or financial information that is privileged or confidential, which the fellow receives during or as a result of her/his fellowship, as may be established by the host agency or office.
3. In the event that the fellow should receive or in any way obtain access to any such information in connection with the S&T Policy Fellowship, whether by authorization, inadvertently, or otherwise, the fellow further understands that unauthorized disclosure of, or failure to safeguard, such information may subject the fellow to civil and/or criminal liability under applicable laws of the United States and/or may result in termination of the fellowship.
4. As used in this Fellowship Terms of Agreement, the term "technical data" means recorded information, regardless of form or characteristic, of a scientific or technical nature. It may, for example, be documented, experimental, or developmental research; demonstration or engineering work usable or to be used to design a process or to procure or produce materials; or support to maintain or operate a facility. The data may be

graphic or pictorial delineations in media such as drawings or photographs, text in specifications, or related performance or design-type documents, or computer software (including computer programs, computer software databases, and computer software documentation). Examples of technical data include research and engineering data, engineering drawings and associated lists, specifications, standards, process sheets, manuals, technical reports, catalog item identification, and related informat

Any additional stipulations from the host office/agency must be followed.

**RESPONSIBILITY FOR PROPERTY**

If the fellow is issued property or equipment by the host facility in connection with the fellowship assignment, the fellow recognizes his/her responsibility to protect, properly care for, and safeguard such property or equipment. The fellow further acknowledges that if such property or equipment is damaged, destroyed, stolen or lost as a result of the negligent actions or inactions of the fellow, the fellow may be liable for the damage or loss, up to the replacement cost of the property or equipment.

**COMPLIANCE WITH EXECUTIVE ORDER 13513**

AAAS administers the S&T Policy Fellowships in collaboration with various partners and hosts through grants, contracts, cooperative agreements and other federal and private funding mechanisms. AAAS and the S&T Policy Fellows as its subrecipients are subject to the terms and conditions of Executive Order 13513 on Federal Leadership on Reducing Text Messaging While Driving, specifically as noted below:

> *Sec. 4. Text Messaging While Driving by Government Contractors, Subcontractors, and Recipients and Subrecipients. Each Federal agency, in procurement contracts, grants, and cooperative agreements, and other grants to the extent authorized by applicable statutory authority, entered into after the date of this order, shall encourage contractors, subcontractors, and recipients and subrecipients to adopt and enforce policies that ban text messaging while driving company-owned or rented vehicles or GOV (government owned vehicle), or while driving POV (personally owned vehicle) when on official Government business or when performing any work for or on behalf of the Government.*

The fellow agrees to comply with Executive Order 13513. Please see the full Executive Order at: http://www.whitehouse.gov/the_press_office/Executive-Order-Federal-Leadership-on-Reducing-Text-Messaging-while-Driving/

**PUBLICITY RELEASE**

Fellows participate in activities that may be photographed, recorded and/or published in print or digital media outlets via AAAS or other organizations. A signed Publicity Release Form must be on file before the start of the S&T Policy Fellowship and will remain in full force and effect for the duration of the fellowship, including any extension or renewal period or transition into an additional S&T Policy Fellowship program.

**FELLOWSHIP COMPLETION**

The S&T Policy Fellow is expected to complete his/her service in a way that supports positive future relations between the fellow and his/her mentor/POC and host office colleagues; and that maintains the integrity of the partnerships, contractual agreements and expectations that AAAS has established with host Executive and Judicial Branch agencies and Congressional offices.

Although it is understood that fellows will plan for their careers, fellows should bear in mind the commitment to AAAS and to the host office. Host office colleagues and AAAS staff (or staff of sponsoring scientific and engineering societies of third party organizations) may be future collaborators, coworkers, supervisors, or references. The fellow is expected to conclude the fellowship in a manner that leaves a positive impression.

The S&T Policy Fellow is expected to comply with the process, protocols and guidelines listed below, which will facilitate a successful wrap-up and a smooth transition for the fellow and his/her host office, as well as documentation of contributions and accomplishments.

**Completion Process and Protocol**

1. At least one month before the fellowship end-date of August 31 (this date may be different for second-year fellows who negotiated an earlier departure for their renewal; and it is different for January-start fellows), the fellow should meet with his/her POC to develop an exit plan to complete any service projects and sustain progress and activities as appropriate. This may involve as little as providing a detailed exit report, to a more detailed plan of action for transitioning responsibilities to colleagues, and/or providing training for colleagues.
2. Complete the AAAS year-end learning assessment and report.
3. Provide AAAS with new contact information. This is to enable AAAS to maintain contact with and inform fellowship alumni of gatherings and other opportunities. The start date for activities after the fellowship should be September 1 or later (or following the end of the agreed commitment for second-year fellows).

**Early Departure, Completion, Withdrawal or Hire**

On occasion it may be necessary for a fellow to depart his/her assignment slightly before the originally agreed fellowship end-date of August 31 (or a different date negotiated by second-year renewal fellows and for January-start fellows). Early departure from a fellowship has funding and contract implications. It affects relationships with host offices and the integrity of the Science & Technology Policy Fellowships as a whole.

*Because fellowships provide a unique opportunity that is sought by many AAAS members, fellows selected for this program are required to consult with AAAS before pursuing arrangements for early departure, early completion, withdrawal, leave of absence, or early hire by a host office/agency.* Individuals who do not follow this stipulation or the guidelines and protocols outlined here may forfeit S&T Policy Fellowship alumni status and benefits. These include being listed on the AAAS S&T Policy Fellowships roster, invitations to alumni events, and access to the fellowship database and listservs. Determination of whether a particular circumstance constitutes full completion, early departure, early completion, withdrawal or early hire/resignation in good standing is solely at the discretion of AAAS.

***Early Departure and Early Completion Process and Protocol:*** A fellow may need to wrap-up early, for example to return from a sabbatical to his/her academic institution in August, or when a post-fellowship opportunity may require a move to a new location in August prior to a September starting date. In some cases AAAS may support negotiation of a fellowship completion date in July or August (or a different date negotiated by second-year renewal fellows and for January-start fellows). Adhering to the processes and protocols outlined below facilitates successful wrap-up in situations of early departure and completion.

1. A fellow should strive to fulfill the original fellowship obligation by arranging with AAAS and the host office mentor to complete final fellowship activities/reports either from a new location, on personal time, or via a phased-in schedule.
2. When step 1 is not feasible, an early completion date must be pursued through advance consultation with AAAS. A new fellowship end date must be approved by both AAAS and the fellowship POC.
3. Follow steps 1 through 3 of the Completion Process and Protocols outlined above.

***Voluntary Withdrawal:*** Leaving an S&T Policy Fellowship before completing a substantial portion of the initial 12-month fellowship year (before July for September-start fellows and November for January-start fellows) is considered voluntary withdrawal. Fellows are asked to consult with AAAS before announcing a withdrawal to the host office. AAAS is available to assist with possible arrangements to accommodate fellowship completion. Individuals who voluntarily withdraw and terminate their fellowship surrender alumni status.

***Early Departure – Maintaining Good Standing:*** On occasion a fellow is hired into a full-time position with his/her host agency/office before the end of the fellowship year. If this appears to be a possibility, the fellow is asked to consult with AAAS before pursuing or accepting a full-time position that would commence prior to the original fellowship end date. In cases where a fellow is hired by his/her hosting agency/office in advance of the original fellowship end date, and where all protocols have been followed, AAAS will confer status of "completion in good standing" and all

alumni benefits.

Second-year fellows who depart the fellowship early to accept a full-time position other than at their fellowship host office may be considered to have completed the fellowship in good standing under the following conditions:

1. The fellow informs AAAS and his/her host office of the job offer before accepting it.
2. The fellow collaborates with AAAS and the host office to negotiate a mutually acceptable fellowship completion date.
3. The fellow receives a positive exit evaluation and the endorsement of the host office mentor/POC.
4. The fellow submits required documents (Fellowship Impact Plan, midyear and yearend reports, and learning assessments) before the departure date.

Fellows who follow these procedures and depart the fellowship in good standing will remain eligible to apply in the future for additional fellowships for which they qualify.

**Federal Debarment Status**

The fellow must be eligible to receive funding via federal contracts, assistance or benefits. By signing this Terms of Agreement the fellow certifies that s/he is not presently disbarred, suspended, or proposed for debarment in receiving funds from federal contracts, assistance or benefits by any federal department or agency, and that s/he will immediately notify AAAS of any change to her/his status pertaining to debarment and/or suspension during the period of the fellowship.

**Termination/Revocation**

AAAS reserves the right to revoke or terminate a fellowship that was made as a result of misinformation provided by the candidate, to include application materials or as a result of withholding information that would have disqualified him or her from the fellowship.

Fellowships are granted for one year (12 months) and are not permanent. They may be terminated due to lack of funding, change in host agency/office agenda or systems, or for other reasons. Fellowships in some Executive and Judicial Branch agencies/offices may provide the opportunity for a one-year renewal. Renewals are not guaranteed. They are dependent upon availability of funds, upon an offer of renewal from the host office, which will be conveyed officially in writing via AAAS if approved, and upon the mutual agreement of the fellow. No Executive or Judicial Branch fellowship in a single program area may exceed a period of two years (24 months total).

A fellowship may be terminated for violation of ethics policies, as well as for conduct unbecoming an S&T Policy Fellow (e.g., not demonstrating a full commitment to the fellowship, illegal activity, unprofessional conduct, etc.). If, for any reason, the fellow becomes unable or refuses to adequately carry out the terms or objectives of the S&T Policy Fellowship or does not embrace the public service/professional development spirit of the fellowship, then AAAS and/or the host agency/office may terminate the fellowship.

**Response to AAAS/Host Office Inquiries**

By accepting this fellowship, the fellow agrees to respond in a timely manner to inquiries from AAAS and the host office concerning participation in the fellowship program.

**Disclaimer of Liability**

Neither AAAS, the host office or its sponsoring agency or contractor, nor persons acting on their behalf, will be responsible for:

1. Any alleged or actual liability, cost or expense incurred as a result of personal injury to or death of persons, including the fellow, or damage to or destruction of property, or for any other loss, damage, or injury of any kind whatsoever, except where such death, injury, loss, or damage is the result of willful negligence or

intentional misconduct of an officer, agent, or employee of AAAS, the host facility, or the facility's sponsoring agency or contractor.

2. Any claims, losses, expenses (except as otherwise provided in these Terms of Agreement) or damages, including but not limited to, bodily injury, death, or property damage, caused by the negligence or misconduct of the fellow.
3. Any claims, losses, expenses, or damages, including, but not limited to, bodily injury, death, or property damage, arising out of, or resulting in any way from, the use or misuse of information acquired by the fellow during the fellowship.

Neither AAAS, the host facility, the facility's sponsoring agency or contractor, nor persons acting on their behalf, makes any warranty, express or implied, (i) with respect to the accuracy, completeness, or usefulness of any information acquired by the fellow during the fellowship, (ii) that the use of any such information may not infringe upon privately owned rights, (iii) that the information acquired by the fellow during the fellowship will not result in injury or damage when used for any purpose, or (iv) that information acquired by the fellow during the fellowship will accomplish any particular results or is safe for any purpose, including the intended purpose.

**CHANGES**

AAAS reserves the right to change these Terms of Agreement, at its sole discretion, as the result of new legislation or experience in administering the S&T Policy Fellowships program.

## ACCEPTANCE OF TERMS OF AGREEMENT

By accepting this fellowship, I acknowledge understanding and agreement that this is not a contract of employment, and nothing contained in the fellowship documents or in the performance of the fellowship is intended or shall be construed to create or imply an employment relationship between me and AAAS. I acknowledge and agree that I am engaged in a public service/professional development experience for a specified term, and I am not providing services to, am not receiving wages from, and am not working for nor employed by AAAS.

Therefore, by accepting this fellowship, I acknowledge and agree that no employment-related benefits, obligations, or programs (including, but not limited to, paid vacations, sick pay, family leave, bonuses, worker's compensation, or unemployment compensation) from AAAS are applicable to this fellowship. I agree that the fact that I administratively receive stipend payments via the host office under the Federal Schedule A Authority does not construe an indication of a permanent employment relationship. I further agree that the parties intend that this paragraph shall be conclusive regarding the relationship of the parties before any administrative tribunal, regulatory or taxing agency, court proceeding, or otherwise, and I agree to take no future action contrary to this paragraph.

I have carefully read the above Terms of Agreement. With full knowledge that this S&T Policy Fellowship is granted subject to said Terms and that, by accepting the fellowship, I am bound by said Terms of Agreement, the Fellowship Notification Letter, and the general program guidelines, protocols and procedures, I do hereby accept the AAAS Science & Technology Policy Fellowship, effective as of the date specified in the Letter of Notification provided by AAAS (pending receipt of any required advance security clearance or background check).

Name of Fellow (type or print): Susan Qashu

Signature of Fellow: [signature]

Date: May 26, 2015

## SUBMISSION OF REQUIRED DOCUMENTATION

Please complete and initial each page of this Terms of Agreement and return it to AAAS along with the initialed and signed Fellowship Notification Letter, and the other documents indicated.

We recommend that you send by mail any documents with Personally Identifiable Information.

**Def. Ex. 2**

**United States Department of State**

***Washington, D.C. 20520***

December 31, 2015

Susan E. Qashu
945 West Las Palmas Drive
Tucson, Arizona 85704
sqashu@email.arizona.edu

Dear Susan Qashu,

We are pleased to confirm your Excepted Service Appointment as an AAAS fellow, Foreign Affairs Officer, Foreign Affairs Officer, GS-0130-12 step 1, with a salary of $77,490.00 per annum in the Bureau of Oceans and International Environmental & Scientific Affairs, Office of Ocean and Polar Affairs (OES/OPA), U.S. Department of State in Washington, DC. This appointment becomes effective on February 7, 2016 and is not-to-exceed February 5, 2017.

Salary and benefit costs for this appointment will be funded by the Department of State. Per AAAS renewal policy, AAAS Fellows are eligible to extend their Fellowship for a second year, if approved by the Department of State.

**Please report to 2401 E. Street, NW Suite H-615, Washington, DC 20522.** Orientation begins promptly at 8:30 a.m. To allow time for you to be issued a visitor badge before orientation begins, please arrive by 8:15 a.m. on February 08, 2016. Upon your arrival, please check in with the guard at the security desk and inform them you are there for the Civil Service new hire orientation and processing. You will need to be escorted to suite H-615. Please have the security guard contact Ms. Bobbi Waller at (202) 663-3460 or Ms. Renee Powell (Davis) at (202) 663-3461.

Please use the following link to access the Department of State's Entry on Duty (EOD) website, http://careers.state.gov/EOD. This new employee pre-appointment website contains important forms that must be completed prior to your first day of employment at the State Department. Click the ***Civil Service Employees: Mandatory Forms*** **and** ***Civil Service Employees: Optional Benefits Coverage Forms*** buttons on the EOD homepage to view and complete all required forms before arriving on Date. Each form is in PDF format. To open the forms, you must have Adobe Acrobat Reader installed on your computer. You can download this software from the website if necessary. Please be sure to bring the forms with you on your first day.

The U.S. Department of State places a high priority on leadership and calls all employees to uphold the Leadership and Management Principles (LMPs) when executing their duties. The principles can be found in the Department's Foreign Affairs Manual (FAM), Chapter 12, Section 1214, and relate to integrity, strategic planning, responsibility, communication, innovation, self-awareness, collaboration, valuing and developing others, managing conflict, and fostering resilience. As a new employee at the Department, we encourage you to become familiar with the attached LMPs.

**The Immigration Reform and Control Act of 1986 requires employers to hire only individuals who are eligible to work in the United States. The Department of Justice Form I-9 must be completed and verified or your appointment cannot be confirmed. In addition, Homeland Security Presidential Directive 12 requires applicants for a federal government identification card provide *two forms of identity source documents in original form.* One identity source document must be a valid Federal or State government issued picture ID. To satisfy both requirements, the identity source documents must come from the list of acceptable documents included in *Form I-9, OMB No. 1115-0136, Employment Eligibility Verification.* Submission of these documents is mandatory for your appointment to your new position.**

**Complete Section 1 and 2 of the I-9 form and bring the form, as well as the requested documentation (see List of Acceptable Documents) with you the first day. Please note that if you bring a document from List B, you must bring a document from List C as well in order to establish employment eligibility. The completed I-9 will become a part of your Official Personnel Folder.**

It may help you to know that pay day is every other Thursday. New employees may not receive their first check until approximately one month after entrance on duty. You are also eligible for Federal Benefits: Health Insurance, Life Insurance, Thrift Savings Plan, and Federal Employees' Retirement System (FERS) coverage.

All Federal payment must be paid by *Direct Deposit* through Electronic Funds Transfer (EFT) into a savings or checking account at a financial institution. The only legal exception is if you do not have a savings or checking account in any financial institution and do not establish one or have one established for you by an authorized payment agent. If you do not already have an account, and do not establish one or have one or have one established for you, you must certify that in writing. You will need to submit a blank check along with the Direct Deposit form, SF-1199A to establish the electronic transfer.

We look forward to your arrival.

Sincerely,

*LaToya Lester*

Fellowship Coordinator
Department of State
Office of Human Resources
HR Shared Services

Def. Ex. 3



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE

\+ + + + +

| | |
|---|---|
| IN THE MATTER OF: | |
| SUSAN QASHU, | |
| Complainant, | EEOC No. 570-2018-00497X |
| v. | |
| MICHAEL R. POMPEO, SECRETARY, U.S. DEPARTMENT OF STATE, | Agency No. DOS-0362-16 |
| Agency. | |

Monday,
January 13, 2020

Via teleconference

DEPOSITION OF:

SUSAN QASHU

called for examination by Counsel for the Agency, pursuant to Notice of Deposition, when were present on behalf of the respective parties:

APPEARANCES:

On Behalf of the Complainant:

JAMES FUCHS, ESQ.
Snider & Associates, LLC
Pikesville Plaza Building
600 Reisterstown Road
Seventh Floor
Baltimore, MD 21208
(410) 657-8261
jfuchs@sniderlaw.com

On Behalf of the Agency:

AMY GRANGER, ESQ.

U.S. Department of State

Office of the Legal Adviser

2201 C Street, NW

Room 6817

Washington, DC 20520

(202) 647-6448

GrangerAH@State.gov

A About the document?

Q The question was what document you're referring to. I'm afraid I don't know what document you're talking about that you met about. So I just want to make sure I'm clear.

A Yeah, they --

DR. FUCHS: I think she's trying to answer your question.

THE WITNESS: Yeah. There's a document where you have to write down your membership number and put down the membership that you've renewed it for a second year. That you paid for the membership, that was one of the documents. Another document is just that who would be the mentor of AAAS fellow. And they had written in the documentation Dave Sawyer and June. I crossed that out. I crossed the word mentor and wrote supervisor because Dave Sawyer was not my mentor. He was my supervisor -- my direct supervisor.

And they had the termination date completely inaccurate. Because we had all agreed

to renew. The termination date should have been 2018. I'd have to look at a calendar. I'm not sure if it was -- which day in February, the exact two year mark would have fallen. But it should have been February of 2018.

BY MS. GRANGER:

Q Okay. Thank you, Dr. Qashu.

A You're welcome, yeah.

Q I just wanted to clarify which document it was.

A Yeah.

Q So you and Rick and Citra met. You indicated that you provided them with some corrections to this document. And you also discussed changing offices or supervisors. And I believe you indicated that you recommended a supervisor in OPA. Did you have any other requests or recommendations for Rick and Citra at AAAS during that meeting?

A I did mention Dave Sawyer's pelvic hip thrust because they wanted to know why I wanted to change supervisor and how uncomfortable it

made me feel. I did mention his foul language. I did mention some other hostility items. And I told them I felt like I was being discriminated against. And they said they were going to really look into that. And they were going to get with ESTA because this position was not office funded, I learned in that meeting. It was centrally funded. I learned on or about -- I can't give you an exact date when I learned that information at this point.

And they said they would work on -- work on the change -- changing the supervisors. So I was very hopeful. So I said here's the papers, they're signed. They said no, hold on to that because we're going to work on this. I said are you sure? And they said no. And I said okay. So that's that. And that's what came up -- one of the things that came up in the July 22nd meeting. I brought that discussion back to Rick. And he just stared at me. He didn't comment. He stared.

I have some specifics, but I'm sure

you'll get to that of the July 22nd meeting -- some other specifics that were said. But I think those specifics came from Genya Dana's mouth.

Q Okay. I do want to make sure I understand from the earlier June meeting. You indicated that you tried to hand over the signed documentation, but this is documentation that you said was inaccurate as written?

A Yes.

Q So was anyone from the State Department present in that June meeting?

A No, but my understanding was they had direct communication directly with Frances Colon who was in ESTA and Genya Dana. So they were communicating directly with those two who were State Department employees.

Q Yes. So that brings us full circle. You indicated -- Well, let me clarify. Between this June meeting and the June 22nd meeting, was there another -- Were there more meetings between you and AAAS?

A You mean July 22nd?

Q Yes, I'm sorry. I don't know what I said, but yes. Between the June meeting and the July 22nd meeting, were there any other meetings with AAAS?

A There were emails and then I phone called and left messages. And I phone called Frances Colon. I phone called Genya Dana. So I was reaching out every week or so.

Q And who did you reach out to first?

A I don't recall.

Q And was this to discuss possible office reassignment?

A The --

DR. FUCHS: Objection. You may answer.

(Simultaneous speaking.)

BY MS. GRANGER:

Q Was that a yes or a no? Were you calling to discuss possible office reassignment?

A The reaching out was to discuss the change of supervisor or the office change. It was what we had discussed. And the changes in

the piece of paper -- the paperwork.

Q Was there an office where you wanted to go?

A I loved my ocean acidification portfolio. And I was willing to stay in OPA because I was quite engaged in that work at that point. And our ocean conference was coming up. But I really wanted a supervisor change to Julie Gourley. But I was willing to change offices. At one point in time, I don't know who said it, if it was Citra. It wasn't Rick. If it was Kristin Barnes before she left or if it was Citra who told me to scope out other offices to see who might be open to receiving a fellow.

Since it was a centrally funded position, more offices would be willing to take a centrally funded fellow because it didn't come out of bureau or office expense. I don't know how that works, Ms. Granger, exactly. That was never qualified or detailed. So I did during my off time, meet with a couple of folks. And I was very open to changing over to OMC -- our central

office. Also there was a Climate Change Office in the Bureau.

Q Did OMC say -- I'm sorry. Please continue.

A OMC is Ocean and Marine Conservation.

Q Sure. Did they say that they would like for you to come work for them?

A We never had -- it was just kind of informal. But they had gone through -- I don't know how this proceeded. I don't remember. But they had -- they were going through a process to receive another fellow. So I don't know if they had already made a decision to receive another fellow who had gone through the formal interview process. Meaning that when fellows started that whole interview process where they're told in February and then they're brought in, in March and April. I didn't keep track of that.

Q Who was the director of OMC?

A At the time, Bill. He's retired. Bill, I can't think of his last name right now. Great guy. Bill, I could look it up for you.

Q That's okay. Where did Chris Dawson work, if you recall?

A If I recall, she was the director of ECW, Environment, Conservation, and Water.

Q Was OMC one of their sub-offices?

A My understanding is no.

Q Okay. I want to give you as much time as you want to talk about the July 22nd meeting. I also want to ask you about your ocean acidification duties. So you mentioned that you had other things to talk about -- other things to say about what happened at the July 22nd meeting. That other statements were made. Is there anything in particular that you recall having been said that you haven't already covered?

A Yes. Genya Dana mentioned -- and this stands out very clearly in my mind -- that I asked too much and too early on. And these aren't her exact words of course. I'm not reading from anything here. Too much and too early on, paraphrasing her if I may, about travel -- TDY, travel related portfolio. That was one

of the reasons.

She also mentioned that because I had, had early on TDY taken away from me and I had portfolio duties and pieces taken away from early on, that is another reason why it was terminated. So I came back and asked her, you know, if you can't ask for travel which is necessary for the portfolio early on and other fellows had traveled early on -- within two weeks of getting to their office -- I don't understand why I was terminated for those reasons if those were the reasons why. So then again I would counter it with asking what the metrics were. And then Rick would chime in and say you are not allowed to see those.

So then I was asked for -- Let's see. Those are some of the things that right now just stand out in my mind from Genya Dana hyping on travel and training. Asking for training. And asking to go to meetings which are relevant to the portfolio. I told her I had not seen anything in writing regarding a rule that said we couldn't ask for travel directly related to the

portfolio when it was relevant to get the job done.

Again, she was pretty harsh. Actually very harsh. She had specific things she said where one office complained to Dave Sawyer and Evan Bloom about me. I asked her who it was. And then Rick piped in, you know, I wasn't allowed to know. And I said wow. I said I feel like I'm being discriminated against. And Genya Dana slapped her book shut and said there are specific channels for that at State and we have an Office of Civil Rights for that.

And Rick, I recall -- I asked him again and looked at both of them and asked them to please tell me the metrics or the mid-year or even the 45-day performance standards that I was being measured under. And again, Rick reiterated I was not allowed to see that. And then I asked if I could see the notes from the meeting because he had written down some notes. And he said I was not allowed to see that.

So anyway, there's some more things

Genya Dana said. But I need to see what I had written in the ROI. I need to review it again in front. I don't want to take up your time with that right now. Those are some of the ones that stand out.

I do remember also mentioning to both of them again about you know, wanting to change -- having tried to communicate with them via phone, via email wanting to change supervisors because of the hostility, because of the exclusion, because of what I was calling the exclusion for -- the hostility, the harassment, the pelvic hip thrust. And then again, I mentioned the foul language. And Genya Dana reiterated there's an office and there's a process for doing that at Department of State. And she said that, you know, she had another meeting to get to because she was on work time and she had to get back to Department of State.

So I can't at this moment in time think of -- I know there's more. But those are the things right now without something in writing

in front of me that stands out in my mind.

Q All right, I think I might have two more questions if we can. So the topic of pelvic thrusting that Dave Sawyer, that you've indicated he did, did you find that -- did you believe that was sexual in nature? Was it intended to be sexually harassing or objective?

A I don't know. I mean I thought it was actually a harassment/discrimination thing because it happened in retaliation for something he had been called up to the front office for. And he always did it when he was talking to me in a hostile manner. By hostile, I mean either using when he was sitting down, foul language or saying no to something. Of course, that was --

Q I'm sorry, please continue.

A I have a feeling it was related to my eyes because other people in the office didn't complain about it from what I understand.

Q So his pelvic hip thrusting is related to your eyes?

(Simultaneous speaking.)

A -- trying to make me feel uncomfortable. Reprisal for prior protected activity for being called to the front office and reprimanded. He was called to the front office and reprimanded for his behavior about the way he talked to me, about the computer, in front of a reader in February of 2016.

Q So you think he was doing it on purpose in other words. Is that correct?

A Yes, I do.

Q You mentioned that he used foul language. Did he ever curse at you? Dr. Qashu, do you understand my question?

A Can you clarify that question? Like how you mean that to be used please?

Q So I mean, you know, did he curse in your presence or was his cursing directed at you?

A I feel like it was directed at me. He didn't speak that way to other employees.

Q In your experience, he never cursed around anyone else?

A I didn't hear any of that.

Q Did he ever actually say that you are an expletive or anything like that?

DR. FUCHS: Objection. You may answer.

THE WITNESS: I don't know. I don't recall.

BY MS. GRANGER:

Q Could you give me one example of cursing that he did around you?

A Yelling. Yelling. One that I recall immediately is why the blankity-blank-blank do you care?

Q I apologize. I know this is a little bit awkward. But I'm going to ask you to actually say the words that he said. And it is relevant.

DR. FUCHS: Objection, but you may answer.

THE WITNESS: I don't feel comfortable using the words he did because they're already stated in the ROI very clearly. I just don't feel comfortably verbally -- I don't speak that

way in normal life.

MS. GRANGER: And what was the context?

DR. FUCHS: Objection, asked and answered. You may answer.

THE WITNESS: I believe, if I recall, it was regarding the clearance of -- my one clearance of the Aquatic Nuisance Invasive Task Force -- Species Task Force. A document that was congressionally mandated and that had to go to Congress for approval or was getting Congressional approval in June -- the end of June 2016.

BY MS. GRANGER:

Q Do you remember any other incidents when he cursed in your presence?

A Yes and so do the readers.

Q I beg your pardon?

A Yes, I do.

Q How many other times did it happen?

A I do not recall.

Q Did it happen more than five?

A I do not recall.

Q Do you remember any of the other contexts when he cursed towards you or in your presence?

DR. FUCHS: Objection. You may answer.

THE WITNESS: At this point in time, I'm a little tired and I do not remember. I know it's documented in the ROI.

MS. GRANGER: So are there any other instances outside of what's documented in the ROI when he engaged -- when he used foul language around you?

DR. FUCHS: Asked and answered. You may answer.

THE WITNESS: I'm sorry, Dr. Fuchs. Can you repeat that please?

DR. FUCHS: Yes. I said asked and answered, but you may answer. I object because it was asked and answered, but you may answer.

MS. GRANGER: For the record, I don't believe it was -- I don't believe it was asked in

that manner. So I'm asking if there's anything other than what's in the ROI that you recall when he used foul language? Any other instances?

DR. FUCHS: For the record, I think it was. But you may answer.

THE WITNESS: At this point, I don't recall. I'm getting kind of tired. I think I might need a -- I think I might need a break. I'm getting a little hungry. Sorry.

MS. GRANGER: If you'd like to take a five minute break or however long you'd like, that's fine. I probably have about ten more minutes.

THE WITNESS: Okay.

DR. FUCHS: You have 14 more -- actually 13 more.

THE WITNESS: Thirteen more minutes?

DR. FUCHS: Mr. Court Reporter -- Mr. Court Reporter, how much time do we have left before seven hours?

COURT REPORTER: It's going to take me a minute to calculate that. But your

calculation sounds pretty close.

DR. FUCHS: Thank you.

MS. GRANGER: If you'd like to pause, I'm happy to pause. But let's just continue for --

THE WITNESS: I need to pause for a minute. I just need to eat --

DR. FUCHS: You're welcome to do that. I'm not going to let her go over. You've been most indulgent to say the least.

THE WITNESS: Can we just take a ten minute break? I don't mean to keep everyone. I just need to --

DR. FUCHS: No, that's fine. Whatever you need.

THE WITNESS: Okay. Okay. Thank you.

(Whereupon, the above-entitled matter went off the record at 7:42 p.m. and resumed at 7:54 p.m.)

BY MS. GRANGER:

Q Okay. So Dr. Qashu, I think the last

sort of event that I wanted to discuss was with you, was an event that you raised as an additional claim. The event on October 25th, 2016, your ocean acidification duties were -- and I think the term you used was "stripped." You referred to a particular meeting when this occurred. Can you tell me who was at that meeting?

A Yes.

Q Who was there?

A Liz Boeck, Luis Estevez-Salmeron, and Chever Voltmer.

Q Okay. And what was Liz's position?

A Ms. Boeck was a junior fellow. She was a Boren fellow in our office for a year. And her task was our ocean conference to be a staffer for another senior staff member in the office for the ocean conference.

Q Was there anyone else besides Luis, Liz, and Chever there?

A No.

Q What was said at that meeting that

made you think your duties were being stripped?

A Perhaps I should say retracted. It was a meeting that blindsided me as much as the termination of my AAAS fellowship. I had no idea that my ocean acidification portfolio duties were going to be handed over to Liz.

Q What was said that made you think they were being stripped or handed over?

A Chever Voltmer stated that I would be staffing Liz. And she would be the point of contact for all duties for ocean acidification. And I was to only advise her. And I was to do what I was told. Specific wording is in the ROI of this meeting, exactly what Chever said.

Q So you're saying that the ROI statements are verbatim what Chever said to you?

A The ROI statements -- I'm paraphrasing -- I'm paraphrasing right now.

Q Okay. To be certain that I'm clear, you're saying that's what in the ROI is a verbatim statement of what Chever told you?

DR. FUCHS: Objection. You may

answer.

THE WITNESS: I would need to revisit the ROI, but there were a couple strong statements, which I included in the ROI, which again I wrote down after -- during and after the meeting because some of her statements were so strong.

BY MS. GRANGER:

Q What was Luis' reaction?

A Luis' reaction was I have nothing to do with this. I do not work for OPA. I work for OMC. He said this was not my decision. I have nothing to do with this. I'm leaving. I understand how you're feeling. I would be upset myself.

Q Did he say this at the meeting or in private?

No, he said this at the meeting. But afterwards, he reiterated it because Chever was asking me to go after the meeting to a meeting that we had scheduled with NOAA and the Director of Ocean Acidification. My interagency -- our

interagency partners that Luis and I had been working with since the beginning of May, end of April -- beginning of May. And tell that at the meeting that I would no longer be working and Liz Boeck would be the point of contact for the Office of Ocean and Polar Affairs for ocean acidification duties.

Q I'm sorry. Did Chever give you any reason for doing this?

A As I recall at the time -- You know what? I think it's in the ROI. At the time, I believe something was said like -- I think I had gone running out of the meeting and excused myself because I had to cry. I was crying in the hallway. I was crying in the office. I was really upset. So upset I went into the bathroom for a while. People in PPO saw me. That's Public Affairs, one of our sister offices right next to our office. People in OMC saw me. Everyone in the hall saw me. I was so upset.

Q I'm sorry but I was asking if Chever gave you any reason for this.

A I'm trying to recollect. She said. If I could paraphrase her, I recall that she was just doing what she was told. That it was Evan Bloom's decision, if I remember right from the ROI. I had it documented accurately in the ROI. But she also said, you know -- I don't know. She contradicted herself a couple times during the meeting so I was really confused. Luis later on told me it was -- you know, it was Evan Bloom's decision.

Q Why would Evan Bloom want to stop you from working on ocean acidification?

DR. FUCHS: Objection, but you may answer.

THE WITNESS: I don't know. I feel like I was experiencing reprisal for prior protected activity. Right after I had returned from a project where I worked over six months with an interagency host of people worldwide on a policy in ocean acidification workshop in Helsinki, Finland, that's when this occurred -- briefly after that -- rapidly after that. And

that's also when my informal -- my understanding is from the Office of Civil Rights, right about that time is when my informal complaint went formal. So I really feel like I was experiencing some reprisal for having filed.

MS. GRANGER: For having made the complaint, is that what you think this October -- this acidification event was about?

DR. FUCHS: Objection. You may answer.

THE WITNESS: I don't know. Yeah, I don't know. I know it wasn't about -- I know it wasn't about the interagency or partnerships. In fact, after the meeting, the interagency was furious that this had happened. Our partners were upset. I enjoyed working with them. They enjoyed working with me. It's all documented in the ROI. It's even after a series of 2-1/2 hours of meeting with Chever about -- even one where Luis was present. And my performance was praised in this meeting.

BY MS. GRANGER:

Q Dr. Qashu, a couple of sort of random questions. I apologize for the change-up. Just to dot a couple of I's and cross some T's. Did you bring any sort of legal action against AAAS regarding these concerns?

Legal actions, you mean litigation?

Q Any sort of legal action against AAAS. Have you filed a complaint or anything? Do you understand my question?

A I guess I would need to explain filing or, you know, investigating whether I could file. I need to understand the process of what maybe I did. Do you mean going out and seeking legal assistance?

Q No, did you file any sort of formal complaint against AAAS related to this specific claim?

A You mean that -- May I clarify? You mean which claim?

Q Okay, did you file any sort of legal complaint or formal complaint against AAAS regarding the discrimination you believe that you

experienced in the context of your fellowship with OPA? Do you understand my question?

A Yes, I believe I do. I just don't know how to answer it. I was very fearful of filing to the Office of Civil Rights. And in the beginning when the July 22nd meeting happened, I had met at a fair in D.C., a group called Human Rights DC. And so after that July 22nd meeting, I met with Human Rights DC. I think they changed their name now, but a lawyer called me back and told me I couldn't file against AAAS because I was not an employee of AAAS. So they looked at the case and they said no, you weren't an employee. AAAS was just acting as a head hunting entity to place you. They asked me where my paycheck was coming from and I told them Department of State. They asked me if I received full benefits. I said yes, I did. They said no, you cannot mitigate against AAAS in this matter of discrimination.

DR. FUCHS: All right, Ms. Granger's questioning is at an end. I did have --

MS. GRANGER: No, we have two more minutes.

(Simultaneous speaking.)

DR. FUCHS: -- you are not going to go on further. If you're not going to allow me to ask some follow-up questions, I'm going to suggest that Dr. Qashu hang up. Are you going to allow me or not?

MS. GRANGER: If you'll permit to have the two more minutes, then we can revert --

DR. FUCHS: No, I'm not going to permit you. This is self-indulgent and I will not allow it.

(Simultaneous speaking.)

DR. FUCHS: Okay, Dr. Qashu, hang up the phone. This deposition is at an end.

THE WITNESS: Okay, thank you.

DR. FUCHS: Thank you.

MS. GRANGER: Are we still on the record? Is the court reporter still here?

COURT REPORTER: I'm on the record until you tell me to go off the record, Ms.

Granger.

MS. GRANGER: Dr. Fuchs, are you still here?

(No response.)

MS. GRANGER: Okay, for the record, I'm going to note that Dr. Fuchs has instructed the Complainant, his client, to hang up after shouting at me and raising his voice.

Can you give us an assessment of how much time was left at the time that he instructed Dr. Qashu not to answer any more questions? Are you able to do that, James?

COURT REPORTER: Yes, do you want me to do it on the record?

MS. GRANGER: Yeah. I think the time at that point on my computer was 8:06, 20:06. Unless I'm mistaken, we came back on the record with a total of 13 minutes left. Am I mistaken?

COURT REPORTER: I have slightly different numbers.

MS. GRANGER: Okay.

COURT REPORTER: I had we came back on

the record at 7:54. And that Dr. Fuchs made his statement at 8:07, which was --

MS. GRANGER: Right at 13 minutes.

COURT REPORTER: Yeah.

MS. GRANGER: Okay, that's fine. Nonetheless, I do want to note that he instructed his client to hang up before we could conclude any questions that he wanted to complete. And I did indeed assent to his completion thereof. So I will defer to your company to contact the Complainant for any information you need --

COURT REPORTER: Yeah, we will, about signature and stuff.

MS. GRANGER: Okay. And then we can go off the record.

(Whereupon, the taking of deposition in the above-entitled matter went off the record at 8:10 p.m., signature having NOT been waived.)

A

**A's** 16:17,19,19
**A-A-A-S** 198:4
**A-C-D-I** 174:4
**AAAS** 86:15 89:10 174:7 175:21 178:14 178:15 185:18 187:4 187:10 193:4 195:10 195:21 196:4,7 197:15,20,21 198:4 199:17,22 200:8,14 201:7,11,18 202:10 202:17 204:1,8 206:4 206:8 207:5,17 209:21 210:3,9,16 211:17 212:1,16 213:3,9,17,22 214:8 215:4 216:7 220:8 221:11 225:16 226:3 226:18 227:6,15,20 229:2,9 230:22 231:9 237:18 239:2 249:16 251:15 253:11,17 254:9 256:15 257:19 259:21 260:4 275:4 280:4,7,16,21 281:11 281:12,14,19
**abilities** 27:19 43:18
**ability** 234:21
**able** 22:7 40:2,16,19 48:14,18 65:4 68:3 84:1,2,5 87:11,13 89:4 106:19 107:1 115:21,22 118:5 132:19 136:21 223:21 223:22 229:18 283:12
**above-entitled** 42:1 75:19 102:15 120:8 124:8 192:20 273:18 284:17
**absolutely** 244:22
**academia** 183:11 184:16
**academic** 179:18,19 180:20,22
**Acadia** 101:18 108:1,13 108:20 120:1
**accent** 131:22 132:2,3 132:5
**accept** 217:4
**acceptance** 201:7
**accepted** 147:13 194:19,21,22 197:1,4 197:5 198:18,19,22 199:1 202:3 213:19 216:17 232:20
**access** 11:7 13:4
**accident** 162:21 163:4 163:6 165:8,13 167:11
**accommodate** 118:9
**accommodating** 232:15
**accommodation** 207:15,18 236:15,19
**accommodations** 236:7,8,10
**accompany** 45:19 126:2,6
**accomplish** 50:15
**accordion** 132:21
**accurate** 5:10 7:9,13 64:15 103:18 119:16 126:16 178:17,18 254:10
**accurately** 278:5
**ACDI/VOCA** 172:17,21 174:4
**acidification** 261:4 263:10 274:4 275:5 275:11 276:22 277:7 278:12,20 279:8
**acquire** 89:5 179:22
**acronym** 181:8
**act** 169:5
**acting** 238:11 253:12 281:14
**action** 154:19 184:7 280:4,7
**actions** 280:6
**activities** 27:2 121:14 122:1 211:20 212:14
**activity** 47:15,20 268:3 278:17
**acts** 38:10
**actual** 169:21 177:20 177:22 178:1 236:4
**acuity** 116:11
**acupuncture** 63:14 65:4,22 68:17 69:6
**acupuncturist** 64:1 65:12,19
**adapt** 43:21 83:12 229:19
**adaptive** 228:10 229:16 230:3
**add** 57:7 117:1 118:21 152:21 176:5 182:5 188:22 225:14 233:21
**additional** 274:3
**address** 4:18 59:3 69:10 84:14 85:12,12 85:17 86:8,10,22
**adequate** 160:13
**adjunct** 226:10
**adjust** 62:3
**administration** 137:7,9 152:17
**administratively** 134:14
**admonition** 76:5
**adolescent** 33:4
**Adriana** 136:1
**adult** 95:20 96:1,7
**adults** 38:6
**Advancement** 197:22
**advice** 96:6 214:8
**advise** 188:1,16 227:20 275:12
**advised** 188:18 223:6 228:2
**advisement** 59:17 144:18,21 200:19 229:7 247:4 248:13
**adviser** 2:12 161:14
**advisor** 176:17,18
**advisory** 153:2
**Affairs** 152:15 205:5,6 217:16 218:19,22 219:1 235:16 277:6 277:18
**affect** 44:7
**affidavit** 247:12
**afraid** 256:3
**Africa** 154:14 176:7 178:6
**African** 170:17
**age** 43:7 227:10
**agencies** 174:20 201:12 204:17 205:2 205:3 209:8 210:22 211:11 212:8,18,19 213:8
**agency** 1:8,10,20 2:9 3:5 189:12 207:1,2 208:12,13,20 209:17 215:6
**agency's** 240:12
**agenda** 239:9,11,12
**ages** 227:10
**ago** 40:21 172:6
**agree** 189:11
**agreed** 217:4 255:15 256:22
**agrees** 74:17
**ahead** 21:5 44:2 45:10 114:7 116:9 160:16 171:20 177:3 193:2 209:18 210:14 211:9 218:13 221:3 248:13
**aired** 191:14
**Alexandria** 99:3
**Allen** 135:4
**allergies** 96:10
**allergist** 96:9
**allergy** 96:20 98:5
**alleviate** 31:17
**Allison** 233:22
**allow** 53:12 247:4 282:5 282:8,13
**allowance** 108:4
**allowed** 189:1 210:22 211:2 217:19 243:17 243:19 244:4,12 249:1 253:7 264:14 265:8,18,21
**amazing** 132:19,22 133:1
**ameliorate** 68:20
**amend** 8:17
**America** 178:6 181:10
**American** 132:3 170:17 197:21
**Americano** 127:7
**amount** 108:9 113:15 167:20 188:20 189:22
**Amy** 2:10 188:16
**Angeles** 156:17
**annual** 166:14
**answered** 59:2 138:14 178:20 181:20 194:12 204:13 232:4 270:5 271:14,19,20
**answering** 32:11 127:20 128:8 181:17 220:2 247:7
**answers** 5:4,18 22:6 188:4,13
**anthropologist** 246:5
**Anthropology** 168:15 246:7
**antibiotics** 99:11,17
**anyone's** 75:7
**anytime** 147:20
**anyway** 33:10 55:4 73:21 82:17 210:19 211:21 265:22
**apartment** 85:5 90:4,14 90:17 91:1,10 125:15 125:21 126:1
**apartments** 122:6 124:3 125:18
**APCD** 133:15 135:17 136:13 137:12 174:22
**Apologies** 12:3,5 83:17 139:11 237:7
**apologize** 70:2 76:3 102:20 138:18 269:13 280:2
**apparently** 104:2
**appear** 95:4 103:19 104:16,17 105:2,2

**APPEARANCES** 2:1
**appears** 35:21
**Apple** 129:18
**Apples** 129:21
**applicant** 205:22
**applicants** 206:5
**application** 175:21 196:16 197:13 198:9 200:8,14 213:13,15 213:18 228:5,9 233:21
**applications** 160:1 180:18 182:8 205:13
**applied** 140:3 158:19 158:20 159:3 168:14 174:21 175:4 180:19 185:6,16 193:19 194:14,15 195:9,9,15 199:22 213:10,12,14 215:2 228:3 246:7
**apply** 28:9,18 156:13 157:12,19,22 158:11 174:14 179:18,18 185:3,8 186:8 194:3,5 194:10,14 195:3
**applying** 67:6 156:16 156:18 158:15,17 159:12,13,22 160:17 174:13,16
**appointment** 40:20 68:9 239:22 240:3,6
**appropriate** 97:15
**approval** 270:11,12
**approved** 137:12
**approximate** 66:1 83:19
**approximately** 6:8 14:13 40:21 64:17 66:8,16 72:15 101:21 108:8,18,19 127:3 136:22 166:11 169:2 171:2,10 175:20 178:16 220:6
**April** 134:7,10 139:22 202:22,22 262:18 277:3
**Aquatic** 270:8
**Arctic** 220:22 223:19 255:3
**ARD** 170:16,16 171:7 178:5
**area** 38:18 44:4 67:5 68:14 103:8 113:17 115:15 116:20 133:17 135:12 145:10 153:8 161:9 212:2 213:4
**areas** 67:7 136:9 143:7 144:14 152:11 153:12 220:20,22
**Argentina** 131:8,12,14 131:15 133:13,16 134:3,5,12,13 135:5
**Argentine** 134:1
**arid** 167:18
**Arizona** 4:21 13:22 14:21 15:15 37:10 40:18 161:2 186:10 234:5
**arrange** 202:14,18
**arranging** 202:11
**arrived** 90:16 112:20 136:19 255:19
**art** 36:12
**arthritic** 61:21
**artist** 107:8
**arts** 18:15
**aside** 50:5 65:18 66:14 88:2 91:21 164:20 168:5
**asked** 13:1 59:5 75:1,6 88:19 136:5 172:10 182:1,19 183:20 194:11 204:12 220:3 220:15 222:14 242:15 243:6,16,17 244:3 250:19 255:18 263:18 264:6,15 265:6,13,14 265:18 270:4 271:14 271:18,20,22 281:15 281:17
**asking** 8:13 10:10 13:19 27:16 28:6,17 36:17 49:7 50:20 60:18 144:15 149:8,9 188:21 190:7 203:14 220:12 225:19 241:20 252:4 264:12,18,19 272:1 276:20 277:21
**assent** 284:9
**assessment** 176:7 283:9
**assistance** 49:19 280:14
**assistant** 21:10 25:3 168:11 186:13
**assistantships** 19:21 170:3
**assisted** 103:6
**associate** 133:15 137:13 174:22
**associated** 80:9 93:8 223:8
**Associates** 2:4
**Association** 101:16 105:16 197:22
**assume** 6:4 18:4 81:5
**Atacama** 161:11,12
**ate** 113:17
**Atmospheric** 140:11,18 144:10 152:17
**atrophy** 29:20 30:16 33:9 35:13 41:1
**attached** 193:12
**attack** 9:6
**attend** 17:4 153:4
**attended** 187:5,8 238:10
**attention** 98:10,16
**attorney** 200:12
**AU** 226:11
**audio** 74:15 75:8
**August** 136:20 147:1,4 155:4,4 252:9 253:5
**availability** 68:13
**available** 13:9 58:18 86:22
**average** 167:20
**avoid** 5:8,10
**awards** 183:10
**aware** 189:10,10 231:16
**awesome** 69:19 133:7
**awkward** 269:14
**Azul** 136:7,12,15,21

**B**

**baby** 210:19
**babysitting** 18:20,21
**Bachelor's** 226:22
**back** 6:22 17:12 22:2,6 22:13 37:16 38:3,12 39:21 40:19 58:6 60:1 60:5,8,16,19 61:3,9 61:18 62:9 63:8 64:4 64:21,22 67:4,7,8 68:19,21,22 69:4,10 71:16 80:8 81:9 83:11 84:5 91:21 102:16 106:17 118:18 120:9 124:9 138:6,7 140:5 143:3 148:8 154:8 156:10,17,21 158:8 159:15 172:18 173:21 178:19 180:4 186:20 190:11 192:10,11,21 202:7,9 204:2 210:20 234:19 235:6 251:7 258:19 264:6 266:19 281:10 283:17,22
**backcountry** 145:17,19
**background** 13:18
**backwards** 119:15,20
**Bahamas** 168:15
**Baker** 103:5 109:6,8
**Baki** 20:5
**Baltimore** 2:6
**Bar** 101:19
**Barnes** 210:17 261:12
**based** 150:2,4 250:13
**basically** 182:21 226:13 242:20
**basis** 182:22 183:19 184:8
**bathroom** 277:16
**beeping** 179:6,7
**beeps** 11:8 12:2 21:12 22:11 23:1,15
**beg** 24:20 51:8 65:8 193:11 231:1 235:19 238:6 270:18
**began** 156:4
**beginning** 7:17 95:12 120:12 151:10 187:4 201:22 277:2,3 281:6
**behalf** 1:22 2:2,9
**behavior** 128:14 268:5
**believe** 21:6 26:3,7 27:10,11 33:12 38:20 39:21 40:21,22 41:14 46:9 49:6 51:21 54:16 55:19,20 58:9,10,21 59:1,1,5 60:10 63:11 64:1 66:2 70:21 72:7 72:15 95:3 99:18 100:8 101:2 105:10 108:7,8 111:13 112:17 114:8,10,11 119:6 126:4 130:8,8 134:8 136:17 139:22 145:9 146:14 159:8 164:2,22 165:22 168:3 170:21 174:21 179:10 181:18 186:4 197:12 199:16 200:2 200:13 201:4,20,21 203:7 210:16 212:17 216:10 219:20,20 220:5 224:20 225:3,8 225:9 228:2 230:14 236:18 237:5,6,18 238:15 239:13 255:2 257:16 267:6 270:6 271:22,22 277:12 280:22 281:3
**believed** 124:19
**belt** 179:17
**benefit** 75:7
**benefits** 116:5 281:18
**Berkeley** 67:16 76:18
**Bernardo** 135:9
**best** 31:18 42:8,13 43:5 69:16 120:21 128:16 165:14 167:5,9

168:20 170:4,21 184:4 185:12 190:21 191:7 199:17
**better** 8:7 38:11 75:15 92:19 107:9 132:3 251:18 254:15
**beyond** 187:15,19
**BIA** 152:14
**big** 36:20 44:5 105:7 122:12 125:9 129:13
**bike** 163:22 164:9
**biked** 164:6
**bikes** 164:4,7
**biking** 164:3,5,10
**bill** 53:14 262:20,21,22
**binoculars** 118:22
**bio** 197:18
**Biodiversity** 218:18
**biology** 20:12
**biosphere** 137:14
**bit** 3:14 6:19 28:4 65:9 78:1 84:7 103:10 107:21 139:6 148:21 154:9 156:6 165:16 176:10 187:11 193:4 209:11 215:12,17 221:16,17,21 233:14 248:1 269:14
**bite** 99:5,8
**Bixenman** 53:8
**blankity-blank-blank** 269:11
**blind** 28:16 35:17 45:4
**blindness** 28:16 73:2 183:10,14 232:1
**blindsided** 275:3
**blood** 34:8,9 35:4 38:17 40:7 41:5
**Bloom** 188:18 231:20 265:6 278:11
**Bloom's** 189:20 278:4,9
**blooming** 203:1
**blossoms** 203:1
**Blue** 85:7 136:7
**board** 128:12
**boat** 102:7,9,21 103:3
**body** 62:2 83:11 128:5
**Boeck** 274:11,14 277:5
**bogged** 236:2
**bone** 80:21
**bony** 115:1
**book** 44:11 265:10
**booklet** 107:5
**books** 45:11
**boom** 226:20,20,21
**Boren** 274:15
**born** 13:21
**Bosque** 135:22
**boss** 47:18 50:17 51:11 51:14 109:10 150:19
**bosses** 50:1 151:7
**Boston** 108:4
**botanic** 19:8 47:5,7 49:12 51:12 52:19 105:22 106:3,11,18
**botanist** 106:15
**botanists** 136:2
**botany** 20:2,12
**bottle** 64:14
**bottom** 85:8 90:15,18 104:13 248:18
**box** 129:19
**boy** 110:1
**brain** 160:10
**Branch** 195:1 212:21 227:8
**branches** 226:19
**breadth** 142:17
**break** 6:9,11,12 17:17 17:20 25:18 32:3 37:10 41:17 72:18 74:14,16 75:11 119:14 120:6 136:18 136:20 187:12 190:21 191:16,21 192:1 215:11 272:8,11 273:12
**breaks** 6:7 187:18
**breathing** 138:16
**briefly** 24:4 53:4 154:17 158:8 225:17 278:22
**bring** 6:21 106:17 128:2 280:4
**Bringing** 20:22
**brings** 259:17
**briskly** 54:21
**broke** 212:6
**broken** 17:16
**brother** 35:19
**brothers** 35:16
**brought** 248:21 252:17 254:12 258:19 262:17
**budget** 114:11 122:5 154:1
**build** 93:18
**building** 2:4 89:18 211:17 213:3
**bunion** 80:21
**bureau** 152:14,15 168:14 261:18 262:2
**burn** 118:18
**bus** 84:7 91:5
**button** 23:7
**Bye-bye** 192:19

**C**

**C** 2:13
**C-U-E-V-A** 55:7
**C1** 67:5
**C2** 67:5
**cab** 207:18
**cabin** 55:3
**cabs** 207:22
**cafeteria** 24:17,22
**calculate** 17:15,19 272:22
**calculating** 15:21
**calculation** 273:1
**calculus** 20:1 21:10 25:8,17,18,20
**calendar** 257:2
**California** 17:7 31:8
**Calilegua** 122:15
**call** 18:20 24:1 25:16 55:11 73:10 79:2 80:20 92:12 184:9,10 188:10 190:11 192:2 217:20 218:4,5,6,7 231:20
**called** 1:20 3:5 29:20 45:21 46:10,12 63:9 90:4 101:16 127:19 135:22 136:5,6 137:4 138:1,9 140:20 145:10 147:8 154:12 159:9 161:10 168:14 170:9,10,11,14 172:17 174:3 178:11 185:11 217:15,18,18 235:11 260:6,6,7 267:11 268:3,4 281:7 281:10
**calling** 235:16 249:6 260:19 266:11
**calls** 10:14
**campground** 145:16
**camping** 145:19
**campus** 27:20 47:13 53:1 165:17 166:2
**Canadian** 152:20
**cancel** 192:3
**cancelled** 7:16 68:9 199:15
**candidate** 27:12 214:5
**cane** 104:8,10
**Canto** 137:10
**Canyon** 16:10
**Cape** 174:1
**car** 43:12
**card** 82:12 83:20 84:3 87:15,15,17 88:1,2,3 88:6 89:5 234:18,22
**cards** 129:7,12
**care** 100:14 269:12
**career** 138:21 139:18 155:14 188:19 196:4 197:9
**carefully** 48:13 188:2
**Caribbean** 121:17
**Carol** 51:13 52:6,13
**carpet** 92:22 96:19
**carried** 118:22
**cartilage** 115:2
**Casa** 136:7,12,15,21
**case** 13:16 97:15,22 187:22 189:3,13 281:13
**Catalina** 105:21 109:2 110:7 114:19 115:20 119:3,5 120:17
**category** 223:11
**Catholic** 143:6
**Catolica** 143:5
**cause** 81:7,9 83:10 94:22
**caused** 96:5 98:10 235:1
**causes** 56:20 57:2 81:5
**cell** 7:5 163:11
**cement** 82:13
**center** 44:20 72:12 79:6 102:7
**central** 44:8,9 132:3 261:22
**centrally** 258:7 261:15 261:17
**Ceramics** 18:15
**certain** 38:3,10 62:6 96:13 123:11 124:21 214:2,4 275:19
**certainly** 172:5 189:12
**certs** 185:10
**chalkboard** 45:17 46:1
**challenge** 8:2 28:14 132:16 179:15 204:17 231:22
**challenges** 61:12 179:11,14
**challenging** 9:18
**chance** 185:12
**change** 9:22 86:8 170:18 174:19 176:7 178:6 251:20,21 252:14,20,22 253:8 257:22 258:12 260:21 260:21 261:8,9 262:1 266:7,9
**change-up** 280:2
**changed** 38:9 46:8,9 140:21 155:7,13 199:17 200:6 281:9
**changes** 251:16,18

260:22
**changing** 254:14,15 257:15 258:12 261:22
**channels** 265:11
**characteristics** 34:16
**characterization** 32:9
**characterize** 33:19
**characterized** 32:6 34:10
**Charles** 161:15
**chart** 128:18
**check** 100:17 114:12 201:21 247:16,16,19 248:4
**cherry** 115:9 203:1
**Chester** 255:8
**Chever** 274:12,20 275:9 275:14,16,21 276:19 277:8,21 279:19
**chief** 150:20
**child** 15:11
**children** 113:5 116:16
**Chile** 134:16,17,18 135:4,14 136:9,20 137:8 138:2,10 143:4 161:9 203:19,20 204:2 234:14,15,22
**Chile's** 161:8
**Chilean** 136:2,11 137:6 143:17
**chime** 264:13
**Chinese** 233:19
**chiropractor** 63:18,19
**Chitra** 253:11,16 254:1
**choice** 217:10,16 218:1
**choose** 8:12
**Chris** 263:1
**Christ** 72:3
**Christianity** 72:3
**chronic** 61:1 62:10
**chronologically** 172:1
**CIMI** 114:21 115:9 127:2
**CIMI.org** 114:21
**circle** 88:18 203:5 204:9 259:17
**circling** 178:19
**circumstances** 189:7
**citizen** 234:13
**citizenship** 234:12
**Citra** 257:12,18 261:11 261:12
**city** 14:9 15:17 87:8 90:22 159:19 207:9 207:13
**Civil** 265:12 279:2 281:5
**claim** 229:3 236:4,5
237:17 274:3 280:17 280:19
**claims** 97:19,21 235:14
**clamped** 95:11
**clamps** 93:13
**Clara** 168:17
**clarify** 8:5 28:1 49:3,9 50:10 73:15 83:9 85:21 94:5 100:4 101:13 109:7 111:10 123:9 144:8 167:15 167:17 174:6 177:2,2 177:12 178:1 197:20 200:10,13 208:12 211:1 214:1,2 215:7 220:3 231:7 244:3 247:20 257:9 259:18 268:14 280:18
**clarifying** 25:2 59:13
**class** 20:2 25:18,22 45:19 70:15 71:9,10 71:12 79:2 127:19,19 128:17 141:20 192:3
**classes** 26:2 45:14,14 45:22 46:3,3,4 70:6,7 72:10 74:1,4 75:3 76:13 77:5 79:1,5 127:4,12,16,17 129:4 129:6,6 141:11,12,21 165:6
**classroom** 128:9
**clean-up** 19:19
**cleaned** 47:8 106:10
**cleaning** 20:22 47:21 48:5 50:6,18 100:17
**clear** 6:11 9:6 17:13 30:19 81:5 133:12 155:20 209:10 244:22 256:5 275:19
**clearance** 233:11,11,14 234:6 235:2,9 240:16 270:7,8
**clearances** 217:9
**clearly** 70:16 214:17 246:16 263:17 269:21
**client** 188:9 191:2,4 283:7 284:7
**climate** 170:17,19 174:19 176:7 178:5 262:1
**climbed** 100:9
**clock** 74:13
**close** 84:13 91:11 104:7 105:6 106:22 133:17 134:9 206:18 207:7 208:10 215:21 216:1 246:10 273:1
**closed** 134:14
**closer** 134:3
**club** 127:14
**COAS** 140:20 144:9
**coast** 38:18 40:12 41:3 41:9 145:11 154:20 174:1 181:9
**coastal** 145:15 152:22 153:3,12
**coastline** 117:21 118:5
**coastline's** 161:12
**Cochiti** 168:16
**cocking** 62:13
**colegio** 127:7 128:3
**colleague** 132:10 226:9 233:22
**colleagues** 179:11,13 184:15
**collect** 106:16
**collected** 48:7
**collecting** 19:19
**collectively** 7:21 8:1 10:3
**college** 16:21 17:3,4,5 17:11 18:1 19:7 20:12 26:15 27:3,5,12,18,22 28:2 37:11 40:19 43:9 44:16,19 47:4,16 50:8 50:16 56:4,7 61:4 115:5 121:12 129:1 129:17 140:11,17 144:10
**colloquially** 198:3
**Colon** 259:13 260:7
**color** 39:1
**combination** 87:9 88:12,13,14,15
**come** 58:6 115:6 120:5 128:15 192:10,11 207:3 261:17 262:7
**comes** 10:1 149:3 237:12,13
**comfortable** 28:19 90:22 151:12 269:19
**comfortably** 269:22
**coming** 38:3 88:18 138:4 180:4 202:13 219:15 261:7 281:16
**comment** 258:20
**COMMISSION** 1:1
**commit** 205:18,19
**committee** 153:2 183:13
**common** 28:20 33:4
**communicate** 266:8
**communicating** 259:15
**communication** 144:12 259:13
**communications** 10:14
**communities** 143:8,10
**community** 72:12 79:6 121:9,18 122:1 154:15,19,20
**company** 284:10
**comparison** 225:19
**compass** 118:10,11
**compasses** 117:18
**compensate** 62:3
**competitive** 175:13
**complain** 267:19
**Complainant** 1:6 2:2 283:7 284:11
**complained** 265:5
**complaint** 85:19 244:2 279:3,7 280:8,16,21 280:21
**complaints** 52:7,12,15 146:6,8 167:7 244:10
**complete** 7:9,13 8:4 38:19 41:12 77:12 105:9 138:11 141:3,5 161:1 162:16 284:8
**completed** 74:7 77:10 78:20 138:13 142:10 145:3,7 153:13 167:20,22 169:15,17 185:17
**completely** 72:18 75:4 188:4 250:1 256:22
**completing** 143:17 165:4 168:8
**completion** 165:1 167:12,16,17 284:9
**complexes** 90:4
**complicated** 204:15
**complications** 99:7
**component** 59:8 170:20 202:18
**compound** 216:22
**computer** 9:16 46:4 84:1,2 127:11,17 128:10,20,22 129:4,8 129:9,11 268:6 283:16
**computers** 128:1 129:18
**CONAF** 136:10 137:6,9 137:22
**concept** 78:4 253:1
**concepts** 25:20
**concerned** 7:21 8:1
**concerning** 249:2
**concerns** 10:9 280:5
**conclude** 284:7
**concluded** 134:10
**concrete** 61:9,11
**condition** 28:10 29:5,6

30:4,5 31:17 34:6 42:6,7,12 47:1 53:4,5 55:17 57:2 59:8 62:1 76:3
**conditions** 54:6 63:6 96:5 100:22
**conference** 169:10 261:7 274:16,18
**confirm** 85:12 177:11 246:22 247:17
**conflict** 143:7 144:13 188:6
**confused** 278:8
**confusion** 172:7
**Congress** 270:11
**Congressional** 195:14 270:12
**congressionally** 270:10
**connected** 63:15
**connection** 68:15 81:15 83:13
**consequences** 165:12
**Conservation** 101:16 105:15 244:15 262:5 263:4
**consider** 188:19
**considerable** 188:20 189:22
**consisted** 131:18
**consistency** 66:12
**consistent** 39:15
**consistently** 66:6
**Consortium** 181:7
**contact** 53:19 59:4 137:5 150:6 184:17 200:3 275:11 277:5 284:10
**contacted** 180:13
**contacts** 143:4
**contents** 26:9
**context** 270:3 281:1
**contexts** 271:3
**continue** 30:2 33:15 34:18 35:1 37:20 47:2 65:8 73:14 87:12 103:1 107:20 110:15 112:15,22 116:8 144:2 156:8 158:7 160:7 165:21 175:6 183:22 211:8 218:12 219:17 221:2 240:20 243:3 248:3,11 250:12 251:1,2 262:4 267:16 273:4
**continued** 74:1
**continues** 188:9,12
**Continuing** 63:12
**continuously** 75:10
**contract** 156:9 170:8,9 170:20 172:12,14 173:4 178:7
**contracted** 234:7
**contracting** 170:10
**contractor** 171:3 240:17,19 241:2
**contracts** 171:15
**contradicted** 278:7
**contravened** 214:8
**conversation** 169:12
**conversational** 188:12
**conversations** 230:17
**cooperatives** 143:8
**coordinate** 181:10
**coordinator** 159:9 181:6 183:4,7
**coordinators** 174:20
**copied** 235:6
**copies** 45:10 59:11 229:15
**copy** 9:19 143:22 144:7 144:16 229:4
**Coquimbo** 136:22 138:8,9 143:3 161:11
**coral.org** 159:9,17
**Cordes** 11:12 21:19 22:18 24:3,12
**Cornell** 223:3 224:14 224:15,20 225:4
**Corporation** 204:18
**Corps** 130:13,14,22 131:5,6,11 133:3,11 134:6,7,15 136:13 137:8,11,18,21 139:21 140:3 143:5 159:14 175:1
**correct** 4:8 7:22 13:10 26:10 27:22 29:14 35:6 36:6 37:8 39:14 40:5 43:1,10 48:18 54:2 55:9,15 59:22 63:18 70:3 77:17 78:7 87:18 89:1 90:8 91:16 99:14 107:11 109:4 125:16 129:13 134:22 150:13 155:8 156:3 165:2,5 167:14 171:4 178:3 187:6 196:11 196:12,18 197:15 198:1,5,9 201:8,13 203:13 205:3 208:7 213:20 224:20 225:2 226:16 238:2,20 239:5 254:2 268:9
**corrected** 255:7
**correction** 122:17
**corrections** 249:16 257:14
**correctly** 79:18 82:7 83:18 88:7 89:12 114:8 217:6 237:3
**COS'd** 134:9
**COSI** 144:11
**cost** 108:5
**Costa** 121:8,17
**costs** 173:9
**cough** 6:20
**coughing** 6:19 8:11 28:12
**could've** 189:13
**Council** 223:17,19
**counsel** 1:20 3:5 4:6 10:14
**count** 119:15
**counted** 208:11
**counter** 61:20 264:12
**counting** 119:19
**country** 133:16 135:16 137:13,14 138:6 155:2 173:20 174:22
**County** 110:19 113:6 113:18
**coup** 176:9
**couple** 5:1 57:13 67:19 68:4 90:20 91:6 94:6 129:2 166:11 171:14 178:11,12 218:6,7 231:13 232:19 261:21 276:3 278:7 280:1,3
**course** 3:20 5:3 8:11 19:15 41:18 54:21 111:2 130:10 137:12 147:19 152:16,18 187:19 192:5 197:11 243:4 250:21 263:19 267:15
**courses** 19:22 25:14 141:13 142:17,17 165:5 246:8
**coursework** 167:18 168:2,4,9
**court** 4:6,15 5:5,9 11:14 21:21 22:20 24:14 187:20 188:14 251:7 272:18,19,21 282:20 282:21 283:13,19,22 284:4,12
**Cove** 115:9
**cover** 139:6 149:18 187:11 218:2
**covered** 263:15
**craniosacral** 63:15,22 65:5 66:11,19 67:18 68:2,16 69:8 72:21 73:9,17,22 76:17
**crawl** 95:9
**create** 62:9 93:17 188:6
**created** 150:1
**creates** 62:9
**credits** 129:3
**creeping** 60:22
**crew** 101:22 102:2,3,4
**cross** 104:12 280:3
**cross-cutting** 181:12
**crossed** 249:17 254:8 256:17,17
**crossing** 44:5
**cry** 277:14
**crying** 277:14,15
**Cueva** 54:19 55:7,7 56:18,21 58:8,17 92:5 166:3
**cultural** 131:17 134:20
**culture** 131:9 132:4
**Cumberland** 147:6
**curious** 123:15
**curse** 268:12,16
**cursed** 268:20 270:16 271:3
**cursing** 268:17 269:9
**cut** 12:16 55:21 112:15 176:8 178:20
**cutting** 47:12 49:14
**CVs** 197:11
**Cynthia** 238:12 242:21

D

**d'etat** 176:9
**D.C** 65:15,15,18 66:14 80:5 84:11,12 86:9 88:8 89:15 90:16 93:2 93:6 96:8 98:9,20 100:19 199:13 202:7 211:17 212:2 213:4 281:7
**dab** 226:20
**damaged** 104:4
**damages** 59:9 97:19
**Dame** 224:9,14,16
**Dana** 238:16,19 239:3 243:15,21 244:1,6 252:18 259:14 260:7 263:16 264:17 265:10 266:1,14
**Dana's** 259:3
**Darryl** 63:11,12
**date** 31:20 60:15 66:1 76:9,10 169:21 177:12 186:19 215:21 215:22 216:2,14 217:2 249:12 254:4 256:21 257:1 258:9

**dates** 172:5,16
**Dave** 256:16,18 257:20 265:5 267:4
**David** 135:17 136:13 219:2,3 220:5
**Dawson** 263:1
**day** 111:17 113:14 117:20 205:12,14 206:20 211:16 227:19 233:20 234:1,2 238:13 243:11 244:1 257:3
**daylight** 118:17
**days** 38:9 99:19 111:13 115:7,7 151:12,19 173:17 203:9
**DC** 2:15 281:8,9
**de** 127:7 134:1 137:4
**dead** 216:14 217:2
**deadline** 62:12 228:6
**deadlines** 62:17
**deal** 62:17
**dealt** 144:13
**dean's** 44:21
**deans** 46:20
**decade** 56:10 172:6
**decade-plus** 136:2
**December** 105:22 106:1 110:9 160:2 162:19 163:14 167:14 171:12 172:1,9,11 174:8 177:15 178:14 185:17
**decide** 46:16 217:13 253:7
**decided** 244:19
**decision** 160:3 240:12 242:19 262:13 276:12 278:4,10
**Defenders** 136:6
**Defensores** 135:22
**defer** 7:3 9:4 34:2 284:10
**deferring** 54:21
**definitely** 139:9 209:19 230:10
**degree** 18:10
**del** 16:10 135:22 143:5
**delay** 234:3,4
**delayed** 162:20 165:1 167:12,16,17
**delivered** 98:3
**democracy** 138:6
**dental** 100:14
**dentist** 99:3 100:12
**department** 1:9 2:11 13:5 26:16 57:15,18 57:20,21 60:10,14 62:18 88:1,3 90:19 91:2 93:20 99:14 103:14 104:11 112:18 162:6 177:17 182:17 186:4,13 196:10 204:18 207:7 209:4,6 219:12 234:8 236:16 236:20 237:19 239:4 240:18,19 241:3 246:14 247:2 249:5 259:11,16 266:16,19 281:17
**Department's** 89:5
**departure** 120:16
**depended** 210:1
**dependent** 240:11
**depending** 48:9 66:20 68:8 93:22 105:6 122:1 227:10
**depends** 32:1 33:1 57:12 92:20 226:12
**deposed** 3:16 188:8
**deposition** 1:16,21 3:15 4:11 5:4 7:18 8:3,4 10:12,19 68:10 74:11 188:17 189:19 190:10 190:12 282:16 284:16
**depth** 9:7
**describe** 29:16 36:16 59:10 61:10 73:20 129:21
**described** 29:19 161:17
**description** 229:20
**descriptions** 229:14,18
**design** 107:7
**desk** 63:2,4
**despite** 120:11
**detail** 29:17 44:9,11 54:10
**detailed** 225:19 261:20
**details** 147:21 188:19 244:9 246:9 251:5
**develop** 55:17 60:7,19
**developed** 63:11
**development** 147:22 154:15 156:11 186:12 195:1,13 196:17 212:7,22 222:15 223:7
**diagnose** 40:16
**diagnosed** 37:8 40:3 42:21 61:22
**diagnosis** 55:19
**dial** 22:2
**dictate** 210:9
**dictatorship** 138:4
**die** 95:10
**diem** 173:7
**difference** 123:20
**differences** 225:18
**different** 32:2,6 33:7,20 34:1 37:18 49:13 54:8 61:17,19 67:7 71:14 87:20 101:5 102:11 106:16 115:16 121:22 129:8 152:10 153:9 167:22 173:20 183:11 195:10 212:4 213:8 220:20,21 225:15,20 226:19 227:9,9 283:20
**differently** 209:17
**differing** 27:19
**difficult** 5:9 178:22 188:7
**difficulty** 184:19
**dilate** 104:3
**dining** 19:10 20:19 21:7 24:22
**diplomacy** 195:1,4,13 196:17 212:7,22
**direct** 3:11 256:20 259:13
**directed** 268:17,18
**directly** 60:13 67:3 150:5 203:21 259:13 259:15 264:22
**director** 45:4,6 51:17 60:12 106:6 107:4 133:16 135:16 137:10 137:13,14 174:22 186:14 189:20 238:12 238:12 262:19 263:3 276:21
**director's** 127:13
**disability** 28:7,13,20 29:2 30:9,13 39:16 44:20 47:20 50:9 61:1 81:16 82:6 83:5,8,10 88:5 100:3 101:1 103:17 106:21 118:9 184:18 227:21 228:10 229:2 230:13,21 231:7,9,10,18 236:7
**disabled** 27:20,21 28:1 44:20 103:19 228:13 232:16
**disagrees** 3:21
**disciplined** 91:20
**disconnect** 83:6
**disconnected** 12:6 23:8 23:17 239:19
**discriminated** 258:3 265:9
**discrimination** 280:22 281:20
**discuss** 26:9 59:12 98:1 101:4 254:11 260:11,19,20 274:1
**discussed** 92:3 100:22 166:9 167:11 257:15 260:22
**discussing** 3:19
**discussion** 3:14 33:13 87:1 143:14 190:8 191:14 238:1 248:20 258:19
**discussions** 253:9
**disease** 31:10 33:20 36:16 42:22 43:6 55:9 55:12 58:2,3
**diseases** 33:9 35:18 37:18
**dissertation** 74:4 161:14,16,18,20
**distance** 44:12,13
**distortion** 189:6
**district** 15:8,11,12
**diversity** 27:12
**division** 102:1,6 109:8 151:2
**divisions** 101:17
**DNA** 30:3 32:4
**doc** 54:12
**doctor** 53:5 54:7 60:15 63:21 69:12 73:7 92:4 92:5 94:12 96:6 97:7 98:11 99:11,12 165:18,18 183:5
**doctors** 54:4 58:15 59:9 62:2 97:13 98:20 100:18
**doctors'** 98:22
**document** 97:10 109:22 110:4 246:15 255:7 255:13 256:1,2,4,10 256:14 257:10,14 270:9
**documentation** 142:7 256:16 259:7,7
**documented** 235:1 271:9,11 278:5 279:17
**documenting** 246:8,9 246:11
**documents** 9:16 10:22 11:3,5 13:2,5 248:12 248:17,20 249:17 251:22 256:14
**DoD** 208:12
**doing** 8:20 23:8 49:20 61:18 67:13 69:19 70:9 72:9,20 73:9,21 76:21 78:14 79:16,20

100:10 127:9 136:16 142:22 145:12 170:15 174:13 182:22 209:22 242:16 266:16 268:8 277:9 278:3
**Don** 137:10,11
**door** 199:15
**DOS-0362-16** 1:8
**dose** 64:12
**dot** 20:8 280:3
**double** 45:10
**doubt** 190:17
**downtown** 93:2 211:17
**Dozens** 175:9
**draft** 149:20
**drafted** 149:21
**drawings** 106:7,20 107:3
**Drew** 136:13
**drive** 4:21 43:12 126:9
**driven** 43:14
**driving** 43:13,15,16
**drop** 216:14 217:2
**dropped** 124:11 125:4
**duly** 3:6
**Dupont** 203:5 204:9
**duration** 99:18
**duties** 149:6 263:10 264:4 274:4 275:1,5 275:11 277:7
**duty** 149:7
**dystrophy** 38:8

**E**

**ear** 54:11 92:4 93:15 94:12,14,18 95:2,13
**eardrum** 94:15 95:1,12
**earlier** 70:8 97:22 162:21 259:5
**early** 36:1 136:19 188:17 240:1 263:18 263:21 264:3,4,8,9
**ears** 43:22
**earthquake** 122:14
**easier** 36:15
**East** 218:19
**eat** 273:7
**Ebola** 176:10
**ecologist** 153:4
**ecologists** 152:22
**ecology** 103:9 115:20 127:14 145:15
**Economics** 238:18
**ECW** 244:14 263:4
**ed** 113:4
**educate** 184:4
**education** 101:7 110:12 110:13,18 113:3,5 148:15 177:8
**educational** 13:20
**educator** 157:3
**EEOC** 1:6
**effective** 236:6
**efficiency's** 172:8
**efficiently** 171:21
**either** 30:8 35:3 76:22 191:1 230:2 267:13
**elders** 150:6 153:10
**electronic** 9:16 85:17 112:6
**electronics** 12:7 112:7
**eliminate** 178:21
**eliminating** 38:15
**email** 201:21 228:8,12 228:22 229:1 249:19 249:21 266:9
**emailed** 169:13 249:14
**emails** 260:5
**embrace** 254:14
**emeriti** 227:3
**employ** 69:9
**employed** 155:8 178:16
**employee** 82:12 87:15 113:2 147:10,15,20 151:8 152:7 154:2,11 253:17 281:12,14
**employees** 50:2 150:18 151:11 153:20 259:16 268:19
**employer** 171:6
**employment** 1:1 18:22 19:1,13 49:8 50:7 52:19 111:2,21 140:6 145:20 147:4 169:20 169:21 170:1 172:11 174:5,9 177:20 178:2 184:16 185:4 189:9 189:18
**employments** 184:20
**encompass** 36:20
**ended** 127:5 143:19 153:17 162:18 174:8 215:15
**endemic** 106:7,8,20,20 143:9
**engage** 8:19 42:11 68:20
**engaged** 261:6 271:12
**engaging** 72:17 76:13 139:19
**English** 16:1,3 128:6
**enjoyed** 279:16,17
**enrolled** 147:11
**ENT** 54:11 92:4 93:2 94:4 95:19 96:6 98:17
**entail** 150:15
**entailed** 150:16 151:5
**entered** 27:22 28:2 101:15 105:15 130:22 183:4 239:10
**entirely** 31:17 83:2 164:2
**entities** 205:6 206:10
**entity** 281:15
**entrance** 84:22
**environment** 103:9 115:19 144:12 195:12 195:15 212:10 213:1 244:15 263:4
**environmental** 110:12 113:4 131:7,10 133:22 134:4 156:11
**EQUAL** 1:1
**equipment** 116:2,13 117:17 118:4,8 232:15
**ergonomic** 63:1,3
**errors** 254:8,9 255:7
**escapes** 71:21
**Especially** 190:17
**ESQ** 2:3,10
**essay** 197:7,19
**essentially** 39:15 64:21 111:20
**ESTA** 237:19 238:16 239:4 258:6 259:14
**established** 91:13
**Estevez-Salmeron** 274:11
**estimate** 19:15
**Estimating** 39:12
**evaluate** 151:13
**evaluated** 141:18
**evaluating** 141:21 148:15
**evaluation** 26:2 51:20 51:22 107:16 109:5,9 109:13,17,18 112:3 113:21 150:17 151:20 166:15
**evaluations** 114:1 141:19,22 142:6 166:12 225:6,13
**Evan** 231:20 265:6 278:3,9,11
**evening** 145:15 149:15
**evenings** 212:16
**event** 274:1,2,3 279:8
**events** 213:4
**eventually** 107:4 110:2 140:8 195:6
**everybody** 205:12,15
**Everyone's** 24:9
**exacerbate** 83:10
**exacerbated** 62:16 82:10 84:4 92:21 165:15
**exact** 34:19 45:2,15 48:6,10 55:18 60:14 67:14 78:17 92:15 108:9 113:15 123:11 123:14 140:4 157:1 170:7 173:14 186:22 196:20 202:16 230:4 241:14 243:4,6,10 249:12 255:2,5 257:4 258:9 263:19
**exactly** 28:5 29:1,4 66:18 90:10 98:7 108:7 124:7,13 126:13 141:14 152:1 185:21 189:14 194:6 205:10 221:11 248:21 261:19 275:14
**examination** 1:20 3:11
**examined** 3:6 37:4,5
**example** 32:7 132:14 185:5 209:19 269:8
**examples** 182:6 212:8
**exasperated** 57:3
**exceed** 111:13 154:3 240:10
**excel** 131:22
**excellent** 16:18 72:13
**exchange** 83:7
**exciting** 143:15
**excluding** 187:18
**exclusion** 266:11,12
**excuse** 15:20 17:10 20:20 27:17 28:13 79:17 100:16 228:11
**excused** 277:13
**executive** 195:1 205:2 212:21 227:8
**exercise** 69:20,20
**exercises** 56:17 63:7 63:10
**expand** 9:3 112:16,18 209:11
**expanding** 182:3
**expect** 51:2 223:10
**expecting** 208:5
**expense** 261:18
**experience** 30:8,12,20 220:15 268:20
**experienced** 281:1
**experiences** 123:13
**experiencing** 278:16 279:4
**experiment** 129:14
**expert** 34:3 40:4,11,12 41:3,8 95:4 170:19

**expertise** 177:8
**experts** 31:19 33:2,3 67:19 93:10
**explain** 5:20 60:17 81:18 109:15 128:13 151:11 165:10 234:20 280:10
**explained** 62:2 102:10 211:7,10 214:16 222:18 223:14
**explaining** 124:20 251:2
**expletive** 269:2
**exploring** 154:6
**extended** 62:6 168:22 169:1 202:1
**extending** 62:5,13
**extensive** 49:12 188:13 241:22
**extent** 10:13 59:7 97:18 216:18
**external** 103:17
**extra** 217:20
**extremely** 94:19
**eye** 35:22 36:10,13,22 38:22 60:16 61:1,1 62:1 73:1 104:2
**eyes** 37:3,5 38:11,14 40:22 54:1 57:4 61:13 73:1 83:22 182:13 267:18,21
**eyesight** 35:20 36:2 44:1,18

**F**

**F-E-L-D-E-N** 72:7
**FACA** 249:3,12
**face** 55:15 182:18
**facilitating** 127:12,16
**fact** 5:2 102:21 117:1 200:21 248:15 279:14
**factory** 135:12
**factual** 55:2
**faculty** 226:5
**fair** 98:8 247:1 281:7
**fairly** 54:21
**fall** 39:12,13,16 40:1 47:11 113:10 119:7,9 120:18,22 127:6 130:4 140:10 160:1 160:19 162:13 168:6 168:22 169:2 176:8 193:20 194:1 235:11
**fallen** 257:4
**fallout** 165:8,9
**familiar** 44:4
**families** 135:10
**family** 30:12,15 35:15 135:11
**famous** 227:4,15,17
**fantastic** 133:8
**far** 116:15 118:1 161:12 161:12 183:19
**farmer** 172:19,20
**fascinating** 138:20 150:7
**father** 14:16,18
**fatiguing** 75:10
**favorite** 17:8 18:13
**fax** 130:12
**fearful** 281:4
**February** 185:19 201:22 257:3,5 262:17 268:7
**federal** 152:13
**fee** 213:15
**feel** 9:2 32:17 54:22 65:1 90:22 105:13 182:5 218:5 251:3 258:1 265:8 268:1,18 269:19,22 278:15 279:4
**feeling** 7:18 8:3,7 267:17 276:14
**feet** 156:10
**Feldenkrais** 63:10 70:8 70:16 71:20,21 72:10 72:13 76:14,19 77:22 78:5,6,16 79:3
**Feldenkraist** 78:6
**fellow** 86:14,15 89:10 201:11,19 209:21 210:3 211:3 215:5 216:17 217:19 219:9 221:12,17 222:22 223:8 225:15 226:1,8 226:9 232:21 256:15 261:14,17 262:12,14 274:14,15
**fellow's** 227:11
**fellows** 195:14,21 196:4 202:18 206:1 207:21 212:7,8,10 213:4,5 216:4 218:4 221:15 222:1 226:20 227:9 227:15 253:6 255:18 262:15 264:8
**fellowship** 89:9 174:7 178:15 185:18 187:5 187:10 193:5 195:10 200:1 205:2 213:8,10 220:8 226:14 231:17 233:2 238:2,4 239:21 240:4 242:18 252:6,8 275:4 281:1
**felt** 69:16 98:11 151:11 258:3
**fever** 8:6
**field** 1:1 106:16 175:11 175:13 179:1,12 225:1 227:15
**fields** 227:5
**fifth** 113:5 161:8
**figure** 50:12 120:14 129:8 155:17 174:8
**file** 184:14 280:11,15,20 281:11
**filed** 279:5 280:8
**filing** 280:10 281:5
**filled** 211:20
**final** 151:20
**finalists** 181:13
**finally** 35:4 40:2,7 111:1,4 130:13 158:10
**finals** 165:3
**find** 98:17 110:2 131:20 132:15 135:19,21 136:5 144:3 165:17 175:12 176:5 189:5,6 193:17 201:18 245:2 267:5
**finding** 193:8
**finds** 205:15
**fine** 28:22 46:16 72:4 74:15 75:5,18 76:10 78:8 123:8 124:17 125:6 191:17,21 210:5 219:18 233:9 272:12 273:14 284:5
**finer** 236:12
**fingers** 182:18
**finish** 8:18 104:14 168:1 181:17 244:8
**finished** 32:11 104:22 123:7,8 162:20 168:4
**finishing** 140:2
**Finland** 278:21
**first** 3:6,15 8:21 15:20 33:9 35:5 36:5,13 60:19 61:22 66:3 67:15,22 70:17,18 72:7 73:2 76:16 78:4 79:9 81:20 82:22 83:19 86:10,11,12 89:9 90:19 91:3,8 93:4 111:1,4 115:9 120:16 128:6 129:1 129:17,18,21 134:19 137:17 138:3,5 141:11 148:2 163:15 173:1 193:5,19 195:15,17 213:12 217:10,15 218:1 220:10 224:13,15 227:1 230:19 234:3,5 236:5 237:17 244:8 260:9
**first-year** 150:19
**fish** 115:1,2,16,17 117:10 186:4,5
**fisheries** 144:14 154:21 170:18,20
**fishers** 143:10
**fishery** 103:8
**fishing** 143:7
**fit** 7:4 9:5 76:9 132:3
**fitted** 116:5,6
**five** 17:22 32:8 33:7 83:19 86:11,12 89:9 91:4,8 101:21 115:7 155:3 171:9 190:22 201:5 203:8 206:20 220:9 255:19 270:22 272:11
**five-minute** 120:6 191:16
**flare-up** 64:21
**flew** 202:7,9 203:10,14 203:19,19,21 204:9
**flight** 202:14
**flights** 202:11
**flip-flopped** 123:13
**Floor** 2:5
**flow** 128:18 249:22
**flower** 47:10
**flown** 181:4
**flu** 35:16,16
**fluent** 131:16 134:20
**fly** 204:1
**focus** 5:17 75:1,5 76:5 87:1 139:1 142:12,13 142:19 143:6 159:16 159:21 161:6,7 188:2 190:6 227:6 231:12 235:13 237:15 255:21
**focusing** 69:3 142:15 177:13
**Foggy** 85:8 90:15,18 104:13
**folks** 72:21 73:16 102:11 145:13 153:3 196:5 200:2 202:2 224:3 261:21
**follow-up** 190:12 232:2 235:10 252:4 282:6
**followed** 109:14
**following** 114:9
**follows** 3:7
**font** 239:11
**food** 107:22 108:6,9 115:2 218:16

**foot** 54:12 59:21 60:3,4 60:6 80:9,14,16,17 81:13,16 82:5 83:5,14 84:4 88:19,20 91:19 91:21 163:19,20 164:11,15,18,20
**Force** 270:9,9
**Foreign** 99:1
**Forest** 152:16
**Forests** 136:7
**forgetting** 204:19 208:11
**forgot** 102:8 183:5 197:17
**form** 29:13 71:9 97:13 109:11
**formal** 213:6,7 262:14 279:4 280:15,21
**formally** 161:10
**format** 107:8 109:12 230:3
**formed** 137:3
**former** 196:4 212:1 213:3
**formula** 209:9,15
**formulaic** 76:2
**formulas** 46:1
**formulate** 229:18
**Fortran** 129:7,12
**forward** 101:4 163:10 233:2 235:13
**foul** 258:1 266:14 267:14 268:11 271:12 272:3
**found** 70:10 93:1 122:5 130:13 132:17 136:3 171:12 183:9,12 214:13 217:4 232:20
**Foundation** 106:13
**four** 33:6 43:14 64:19 203:9 206:19 222:4
**four-day** 133:21
**four-minute** 191:20
**fourth** 137:15 138:1,7 161:10
**frame** 42:20,20
**frameworks** 33:18
**Frances** 259:13 260:7
**Francisco** 31:9 159:10 159:18
**Frank** 107:14
**frankly** 28:8 159:12
**free** 3:20 32:17 132:15 132:18 133:5,6 182:5 251:3
**freely** 177:5
**frequency** 57:14,17 58:3 66:12
**frequently** 8:19 61:13 104:7
**Friday** 113:16 206:22
**friend** 94:17 226:8
**front** 10:22 13:2,3 128:9 244:21 245:1 266:3 267:1,11 268:3,4,6
**FSI** 99:1,5 100:10
**full** 26:14 46:19 88:18 118:17 142:16 160:4 171:1 178:16 203:9 259:17 281:18
**full-time** 147:15
**fully** 42:22 43:6 87:7 103:19 181:20
**function** 6:21 28:11
**fund** 226:14
**funded** 148:12,22 152:4 170:9 186:2 258:6,8 261:15,17
**funding** 46:21 108:10 149:3 154:13 226:13
**funds** 84:6 89:3
**furious** 279:15
**furlough** 82:20 154:3 156:5
**furloughed** 155:21
**further** 51:9 85:5 197:9 250:1 282:5

**G**

**G-I-L** 20:8
**G-I-V-A-N-T** 25:7
**G-U-R-L-I-N-G** 146:4
**garden** 47:5,7 49:12 106:12,18
**gardening** 94:17
**gardens** 19:8 51:12 52:19 105:22 106:4
**general** 19:18 54:7 57:5 77:3 78:14 96:14,16 96:17 98:22 99:11,12 111:9 223:7
**generous** 49:6
**genetic** 29:21 31:3 32:2 33:9 35:18
**geneticist** 31:9
**gentleman** 40:13 41:6
**genuinely** 139:19 188:11
**Genya** 238:16,19 239:3 243:15,21 244:1,6 252:18 259:3,14 260:7 263:16 264:17 265:9 266:1,14
**geography** 186:13
**geology** 162:5
**getting** 45:7 73:9 78:13 82:15,18 88:4 156:10 169:11 184:15,19 185:13 253:14 264:9 270:11 272:7,9
**Ghana** 154:14,21 156:20 159:2,15 160:20 173:21,22
**gig** 123:1
**Givant** 25:7,11 26:5,7
**give** 22:1 23:22 66:1 149:11,15 157:14 173:14 185:5 221:19 223:9 247:8 258:8 263:7 269:8 277:8 283:9
**given** 34:21 73:6 106:21 145:15 180:5 190:13
**gives** 44:10
**giving** 5:17 119:16 128:9 250:18
**glass** 48:4
**glasses** 37:13 42:15,16 42:17,19 104:6 118:18,20
**gloves** 67:1
**goal** 76:6
**goals** 109:16 151:9
**Google** 183:8
**googled** 183:8
**gosh** 55:18 67:14 119:6 136:18 162:11 168:22 170:5
**gotten** 61:20 92:18 108:10 120:15 169:9 252:5
**Gourley** 254:18,19 261:9
**government** 122:19 123:4 158:10 170:7 173:13 176:2,5 179:14 180:1,16,18 185:4,9 196:5 201:12
**GPS** 117:19
**graciously** 189:1
**grad** 159:22
**gradation** 34:5
**gradations** 33:19
**grade** 15:19,20,21,22 32:7,8 34:15,15 155:15
**graders** 113:6
**grades** 16:13 18:3
**graduate** 61:6 101:8 108:15 140:3,7 154:6 155:17
**graduated** 14:6 18:7 101:11,12 105:14 121:12 145:4 146:15 148:3,5 171:12 180:16
**graduation** 111:3
**Graham** 51:13 52:6,13
**graininess** 36:10
**grandmother** 35:22
**grandmother's** 30:14 35:11,12
**Granger's** 104:20 281:21
**GrangerAH@State.gov** 2:17
**granted** 74:12
**gray** 145:16 149:19 150:3
**greatest** 124:22 136:1
**Green** 89:20
**Green/Yellow** 85:5
**greenhouse** 19:12 20:3 20:9 47:5,6,9,10 49:10 51:15,17 52:20 106:9
**greenhouses** 19:8,17
**GREs** 159:22
**grew** 79:17
**ground** 3:19 5:2 47:11
**grounds** 19:18 49:14 50:4
**group** 45:3 98:22 115:8 115:10 121:5 126:19 131:15,21 132:17 134:21 135:5 136:5,6 153:2 154:12 168:14 170:9,10 172:17 174:3 181:9 281:7
**group's** 135:2
**groups** 115:4 117:2,14 118:1 138:3 212:6
**growing** 15:5 28:8
**GS** 157:12,20
**GS-4** 111:18
**GS-5** 114:9 145:10,21 145:22 146:16 148:2
**GS-9** 148:4 151:1 157:5 157:11
**GS-9s** 151:2
**guess** 24:7 25:15 29:7 67:20 89:5 92:12 94:18 97:12 112:6 215:11 216:20 228:4 280:10
**guidance** 51:2
**Guinea** 176:6,9
**Gurling** 146:2,4,5 150:19 167:2

**H**

**H** 70:22
**H-** 31:11
**H-O-E-F** 107:14
**H-O-E-F-S** 107:12
**H-O-E-S-S** 107:13
**half** 6:9 16:3,3
**hall** 20:19 24:22 277:20
**halls** 19:10
**hallway** 277:15
**Hamilton** 33:2 34:3,7 41:7
**hand** 76:6 116:6 139:1 188:3 202:12 248:16 249:15 259:6
**handcrafted** 116:6
**handed** 234:10 235:6 239:9 242:12 246:15 249:14 275:6,8
**handle** 7:4 66:13
**handled** 25:4 128:17,17
**handling** 230:5
**hands** 115:13
**hands-off** 151:7
**handwriting** 158:14
**hang** 282:7,15 283:7 284:7
**Hanna** 63:9,10,12 70:8 70:18 72:11,18 73:8 74:1,8 75:3 76:14,16 76:19 77:2,6
**Hannah** 70:22
**happen** 12:15,21 38:6 95:14 139:16 270:20 270:22
**happened** 12:12,13 70:12 73:2 94:19 123:19,19 124:13,19 182:21 183:18 184:10 186:15 206:19 214:7 233:22 263:12 267:10 279:15 281:6
**happening** 37:6 97:5
**happens** 62:1 66:18
**happy** 248:4 273:4
**harassing** 267:7
**harassment** 266:12
**harassment/discrimi...** 267:9
**Harbor** 101:19
**hard** 9:19 35:14,17 36:2 175:12 188:8
**harder** 65:16
**Harkins** 58:10
**harsh** 265:3,4
**Hawaii** 185:6
**Hayes** 107:10
**head** 21:7 32:16 62:13 64:9 205:10 281:14
**Headaches** 97:4
**headset** 193:12 239:18
**health** 54:9 63:6 165:17 166:2
**hear** 3:9 5:22 22:7 23:4 57:16 125:2,5 139:19 179:5,8 193:5,10,13 213:6 239:16,17 268:22
**heard** 6:4 124:12,22 125:2 193:7,16 215:4 216:17 245:21
**hearing** 43:22 44:17 81:21 93:13,14 138:16 237:3
**heavy** 138:16
**held** 110:11 124:21 131:12 166:8 182:18
**hello** 11:8 12:4,5 23:17 102:13 239:16 240:12 240:12
**helmet** 163:22
**help** 10:4 44:21 46:21 50:5,7 65:5,9 74:22 83:4 150:19 191:8
**helped** 45:6 136:10
**helpful** 50:18 67:8 69:20,21 70:1 132:6 191:15
**helping** 50:19
**helps** 9:1 63:14 66:22 117:12
**Helsinki** 278:21
**hesitate** 236:3
**hey** 48:17 211:2 217:22
**Hi** 12:5 22:12
**high** 8:6 14:6 15:13 16:5,7,8,10,14,22 17:8 18:12,13,17,18 26:14 56:1,22 57:1 121:6 127:8 128:4 225:18
**higher** 101:7 129:3 155:15 157:12 180:5
**Hill** 227:8
**hip** 81:9 257:20 266:13 267:20
**hired** 44:22
**hiring** 176:2
**Hispanic** 46:13
**history** 13:20 58:2 59:10 103:10 189:18 189:18 234:17
**hit** 35:19 122:14 163:11 163:12 164:1 199:3,7 199:8
**HMO** 54:7
**Hoefs** 106:6 107:12
**Hoffman** 136:1
**hold** 21:13 169:9,11 217:14 218:3 226:5 258:14
**holding** 237:8
**holiday** 133:21
**home** 15:5 37:10 56:18 215:16
**Honduras** 131:19
**honest** 184:10 185:22
**honestly** 33:22 38:20 49:21 51:7 92:15 122:18,19 123:3 126:16 163:21 185:2 186:17 196:3 217:12 249:20
**honors** 162:4,9 168:5
**hooked** 88:4
**hope** 6:21 138:14
**hoped** 139:8
**hopeful** 258:13
**hospital** 34:4,8 164:14 164:17
**hospitalized** 163:16
**host** 226:13 278:19
**hostas** 47:12 49:14
**hostile** 267:13,13
**hostilities** 254:13
**hostility** 258:2 266:10 266:12
**hosting** 240:12
**Hotel** 203:4 204:9
**hour** 6:8 126:14
**hours** 19:8,11 57:3 74:12 137:1 187:16 187:20 272:20 279:18
**House** 136:7
**housing** 107:21 113:15 122:5
**Hoyt** 31:8,11 40:3,8,15
**HR** 184:10,12 240:21
**huge** 44:5 104:13
**hugging** 117:20
**Human** 281:7,9
**Humboldt** 137:4,4
**hundred** 125:11
**hundreds** 48:7 175:9 175:10 185:16
**hung** 124:12
**hungry** 272:9
**hunt** 131:21
**hunting** 135:8,13 281:14
**hunts** 132:7 135:20
**hurt** 184:15
**hurts** 185:3
**Hutchinson** 161:15
**hydrology** 14:19
**hyping** 264:17

**I**

**I's** 280:3
**ibuprofen** 57:9,11 64:5 64:13 65:5,10 68:18 69:7
**ichthyology** 115:1
**icy** 87:6
**ID** 115:17
**idea** 35:9 78:14 223:5 231:15 233:15 254:14 275:4
**ideas** 223:10
**identifier** 34:11
**identify** 50:19 95:4
**identifying** 117:10
**imagining** 205:9,11
**immediately** 101:15 269:11
**impact** 43:17 44:15 47:20
**impacted** 44:14
**impacts** 28:10,11
**impaired** 28:14
**impairment** 28:15 67:18 73:1 183:9
**impending** 31:4
**import** 124:22
**important** 69:15 123:15 149:9 232:2 241:18
**Impressionist** 36:11
**impressions** 241:19,19
**improve** 42:7,11 151:14
**improving** 121:19 151:15
**in-** 198:11,21
**In-between** 211:15
**in-depth** 25:19
**in-person** 186:1 187:6 194:13,16 199:4
**inaccurate** 256:22 259:8
**incident** 95:19
**incidents** 237:16 270:15
**include** 5:2
**included** 276:4
**incompletes** 163:3
**incorrectly** 249:18
**increase** 57:17
**increased** 57:14,22 58:4
**incrementally** 156:5
**indefinite** 234:14
**Indian** 152:15 168:16 168:17
**indicated** 5:2 13:3 37:7

40:6 41:15 49:9 59:20 63:7 69:4 72:19 76:15 79:11 83:9 88:21 89:2 89:8 98:5 103:14 108:12 110:8 124:4 139:22 164:22 167:13 185:15 198:11 208:7 214:3 232:19 239:3 240:14 245:15 248:5 257:13,16 259:6,18 267:5
**indirect** 81:17 88:21
**indirectly** 82:8,9
**individual** 152:3 206:15
**individuals** 103:13 195:21 208:22 237:18
**indulgent** 273:10
**industry** 175:14
**influenza** 35:16
**informal** 151:1 252:2 262:9 279:1,3
**informally** 148:14,16,19 150:12
**information** 8:21 58:16 59:4 188:13 210:7 221:20 244:12 254:10 258:9 284:11
**inherited** 30:6,7,11
**initial** 85:18 151:6 201:10 243:18
**initialed** 248:17 249:18
**initially** 49:19 103:16 228:3
**initials** 198:4
**injured** 164:11
**injuries** 163:18,22 164:13,19
**inquiry** 66:11
**inside** 66:21
**instance** 25:17 35:15 44:11,21 48:2 54:9 57:12 62:5 68:8 94:5 96:19 132:14 151:15 181:4 216:5
**instances** 271:11 272:3
**Institute** 99:2 114:19 119:4,5 120:17
**instructed** 283:6,10 284:6
**instructor** 114:18
**instructors** 71:18 114:22
**instructs** 119:18
**insular** 106:7,20
**intake** 147:8 148:3 158:1 166:21
**intend** 33:14
**intended** 267:7
**intending** 103:12
**intensive** 202:7
**Inter-America** 134:15 134:16
**interagency** 152:8 153:3 224:3 244:16 249:4 276:22 277:1 278:19 279:13,14
**interchange** 249:13
**interchangeable** 58:13
**interchangeably** 73:18
**interdisciplinary** 142:14 179:12 181:7
**interested** 177:12,13 197:8 205:22
**interference** 4:3 74:16 75:8
**intern** 106:4 113:2
**international** 152:19 154:9,10,13 156:11 172:19 174:2 176:15 177:22
**internationally** 224:2
**internet** 71:6
**internship** 105:21 107:19 109:2 110:11
**interpretation** 150:20
**interrogatory** 53:11 54:11,15,17 59:2 64:1 86:17 89:14 93:3 200:11 236:14 237:4
**interrupt** 3:21 8:15 122:16 191:4 225:9 237:14
**interrupted** 110:15
**interrupting** 138:18 191:2
**interruption** 74:10 102:20
**interruptions** 74:13
**intersections** 44:6 104:13
**intertidal** 103:8 116:21 145:13 181:10
**interview** 159:17 181:5 182:16,18 183:4 184:6 185:13 186:1 186:10,16 195:17 198:22 199:9,14 200:22 202:20,21 203:15,20 204:3,5,8 205:9 208:14,17 209:10,13 211:12 212:3 214:17 215:3,8 218:2,20,21 220:4,5,9 223:15 228:4 229:13 229:19 230:1,6,14,20 231:3,8,17,19 234:6
253:9 262:14,16
**interviewed** 140:9 196:8 198:11 199:2 201:3 205:7 206:3 208:18,20,22 215:3 219:1,12 230:13
**interviewer** 220:11,13 234:4,9
**interviewing** 194:17 199:4,5 204:10,15 205:1 209:22 230:18
**interviews** 183:17 185:19 187:3,6 194:14 199:15,19 202:8 204:4 205:21 206:14,15 207:2,6 208:8 209:20 211:16 214:2 215:17
**intro** 168:5
**introduced** 65:21 67:16 67:22 76:17,18 78:4
**introduction** 156:10 162:5
**introductory** 48:17
**invasive** 220:15 223:16 249:2 270:8
**investigating** 280:11
**investigation** 29:21
**investigative** 247:12
**investigator** 235:10
**investigators** 247:12
**invite** 212:19
**invited** 153:1 212:19
**involved** 57:6 173:7
**irrelevant** 188:13
**island** 102:8 103:4,5,5 103:7,9 105:21 106:14 109:2,6,8 110:8 114:19 115:10 115:20 116:21 119:5 120:17 147:6
**issue** 29:22 60:2,4,17 67:17 80:22 81:17 101:4 103:11 104:2 150:8 165:16 179:20 189:9 207:10,12,16 230:7
**issued** 242:22
**issues** 60:16,16,19 61:4 61:9 62:10 68:19 84:2 91:22 92:11 93:13 128:15,19 134:1,5 154:1 235:1,22 253:10
**it'll** 36:15
**items** 258:2

**J**

**James** 2:3 23:16 81:21 188:9 189:16 190:20 283:12
**January** 1:13
**jaw** 55:9,14 63:14 67:4 71:16 93:12,13,18
**Jefferson** 219:8 222:21 225:15,22 226:7,9
**Jewish** 72:12 79:6
**jfuchs@sniderlaw.co...** 2:7
**Joaquin** 113:2,6,18
**job** 18:17,17 20:14,17 53:1 111:19 114:16 116:5 127:2 147:5 149:6 150:12 155:7 171:13 173:1 175:13 176:20 178:22 180:16 181:5,15 182:8 185:6 185:7 227:1 229:17 265:1
**jobs** 106:9 147:3 158:12,16,18 180:1 185:16 229:15
**Joe** 86:17 89:12
**join** 11:9
**joined** 11:8,16,21 22:12
**joining** 134:21
**joint** 54:18 55:11
**journal** 144:12
**judge** 190:11,13
**judge's** 187:21
**Julie** 254:18,19 261:8
**July** 134:14,17 136:19 136:20 155:4 237:17 238:3,3,7 241:9 242:9 242:22 249:10,10,11 249:19 251:11 252:16 252:17 258:18 259:1 259:22 260:3 263:8 263:12 281:6,8
**June** 94:14 95:15 111:6 111:14 127:4,5 130:3 154:7 166:11 248:16 251:14 253:10 254:1 254:3,4 255:8 256:17 259:5,11,19,19 260:2 270:12,12
**junior** 274:14

**K**

**K-A-S-A-P-L-I** 20:8
**Karen** 46:20
**Kasapligil** 20:5
**kayak** 115:11 117:13,17
**kayaking** 118:8
**kayaks** 115:10
**keep** 63:12 69:15,15

75:8 76:7 139:13 169:8 187:13 205:9 205:11 237:8 262:18 273:12
**Kempinski** 238:11,20 238:22 239:9 241:8 242:8 244:2,8 248:9
**kept** 174:14
**kick** 214:14
**kids** 113:17 115:11 121:20 128:1
**Kimpton** 203:4 204:9
**kinds** 32:2 44:13 47:14 159:5 189:5 223:20
**kitchen** 21:7
**knew** 45:22 116:17 230:9
**knowledge** 31:19 42:8 42:13 43:5 103:18 120:21 165:15 167:5 167:9 168:20 170:5 170:21 199:17
**known** 199:13 237:19
**Kristen** 183:6
**Kristin** 210:16 261:12

**L**

**L.A** 117:3
**la** 134:1 138:8
**lab** 25:16 115:2,2 127:20 128:17 162:9 168:6
**labeled** 177:5
**Labor** 111:16
**laboratory** 25:16 162:4
**labs** 20:2 115:2,3
**lack** 81:11
**ladder** 157:20 158:4,5
**ladies** 208:4
**laid** 243:19
**land** 152:15 174:20
**landed** 103:4
**lands** 108:11 167:18
**language** 128:6 131:9 131:18 135:7 258:1 266:14 267:14 268:12 271:12 272:3
**languages** 129:8
**laptops** 128:2
**large** 35:15 47:10
**largely** 55:1
**larger** 45:16
**Las** 4:21
**lasted** 146:20
**late** 158:9
**Latin** 170:17 178:6
**Latoya** 240:21,22
**laundry** 235:21
**law** 4:15
**laws** 180:2
**lawyer** 10:18 281:10
**lay** 151:9
**laywoman's** 34:2
**lead** 41:8 177:8
**leader** 121:11 125:22 126:8
**leaders** 122:4
**leading** 31:9 103:6 145:13
**learn** 43:21 44:17 115:16 128:21 132:19 133:2
**learned** 117:22 129:6,7 258:7,8,9
**learner** 43:20
**learning** 150:16
**leave** 232:18 249:7
**leaves** 47:13 49:15,18
**leaving** 276:13
**Lebanon** 172:18,20 173:11,16,20 174:1
**Leber's** 29:20 30:16 32:3 33:8 35:12 41:1
**lecture** 34:9,21 128:9
**led** 121:5,10,16 135:13 136:4 239:8
**left** 11:11 24:16 36:12 80:5 94:14 95:2 108:13 110:8 120:12 138:5 139:21 147:3,4 151:19 154:7 155:5 157:2,18 163:19,20 164:1,18,20 166:10 193:3 260:6 261:12 272:19 283:10,18
**leg** 100:9
**legal** 2:12 280:4,6,7,13 280:20
**lengthy** 158:13 188:4
**lens** 42:17
**lenses** 118:15,17
**Leo** 90:4
**lessons** 132:15,18,22
**Lester** 240:21,22
**let's** 14:13 17:12,15,16 22:1 28:3,6,13 37:22 49:18 54:7,11,12 60:18 63:6 65:21,22 65:22 66:2,20 72:18 101:6 105:13 114:3 119:7 148:20 149:5 153:18 157:3 158:22 163:20 165:14 168:3 175:18 197:7 219:13 220:3 231:12 239:15 244:8 245:19 264:15
273:4
**letter** 238:7,14 241:5,7 242:20,21 248:19
**letters** 197:7
**level** 39:15 129:4 151:1 152:9,13 157:12 225:18
**levels** 33:6,7,20 34:1 56:22
**Lex** 90:5
**license** 43:13
**licensed** 67:20
**life** 77:4 78:3,10,13 95:20 96:1,7 116:20 117:5 226:21 270:1
**lifeguards** 117:8
**limit** 95:21 180:17 189:21
**limited** 128:4
**Linda** 72:22 73:21 77:6
**line** 63:21 85:6,7,9 89:20 138:17 237:9
**linked** 78:1
**list** 206:5,6,11 225:10 235:22 236:20 237:1 237:2 255:5,5
**listed** 47:15 54:10 86:17 89:13 97:14 211:4 235:21 236:5 236:22 237:6,9,11 238:16 240:5,17 241:10,13
**listen** 44:18 249:1
**listing** 240:18
**lists** 185:11
**literally** 10:5 72:3
**literature** 46:2,3,13
**litigation** 189:12 280:6
**little** 3:14 6:19 14:11 28:3 38:21 60:5 61:20 63:4 65:9,16 73:3 75:15 78:1 81:14 84:7 85:5 103:9,12 107:5 121:17 126:4 146:21 148:21 154:9 156:6 163:3 165:16 172:16 176:10 193:4 209:11 215:12,17 216:22 225:15 233:14 243:12 247:22 269:13 271:8 272:9
**live** 14:5,8,10 86:12,20 122:3 159:19 171:8 212:8
**lived** 86:21 89:15 122:10 124:2 125:15 135:9 156:17
**living** 74:5 77:8 79:8
84:10 85:13 86:9 87:3 87:10,11 138:8
**Liz** 274:11,20 275:6,10 277:4
**Liz's** 274:13
**LLC** 2:4
**lobster** 103:8
**local** 143:9
**locally** 224:2
**locals** 132:7
**Lodge** 219:2,3 220:6 221:14 222:11 224:8 225:5 230:12 231:9 231:14
**lodged** 244:2
**logic** 128:19 129:6
**long** 8:2 14:10 17:13 25:10 33:12 37:19 40:21 57:3 58:7 61:15 65:19 67:12 72:9 74:17 77:19 78:14 79:16,20,21 81:4 82:21 83:1 92:13 99:16 110:14 111:8 111:11 113:8 119:3 126:11 133:10 134:6 143:13 146:10,19 147:16 155:1,18 169:12 173:15 182:20 192:6 202:8 203:6 215:4,8,12,18 216:16 217:2 219:11 220:4 234:17 240:7 272:11
**longer** 54:22 133:20 143:13 146:21 155:7 156:6 163:3 164:19 176:10 219:21 277:4
**look** 10:2 13:9 36:10 46:6,10,14 48:3,8 54:18 61:14 63:6 71:1 71:2 85:9,14,16,20 90:3 97:2 107:9 111:17 125:13 142:8 170:6,6 173:13 177:6 196:20 204:6 224:16 227:12,18 249:11 255:4 257:2 258:5 262:22
**looked** 40:22 265:14 281:12
**looking** 86:2 161:7 175:19 177:12 179:13 180:15,20,22 234:15 253:13
**looks** 48:3
**lose** 102:12
**lost** 12:9 21:14,22 24:4 24:5 35:20 36:2 44:9

119:6 235:3
**lot** 7:19 27:19 45:7,9 47:12 57:5 68:12 80:7 89:3 106:13 107:9 108:10 112:7 132:12 150:8 152:11 153:10 153:11 156:15,16 159:15,21 175:7 179:17 188:18 206:17 220:12,14,19,21 226:3 229:22
**lots** 55:12
**loved** 261:4
**lovely** 109:20
**low** 29:14
**lower** 61:18 67:8 71:16 81:9
**LPS** 114:12
**luckily** 93:1
**Luis** 54:19 55:5 166:3 274:11,19 277:1 278:8 279:20
**Luis'** 276:9,10
**lunch** 100:10
**Lynn** 135:3

**M**

**M-O-R-A** 146:16
**Macintoshes** 129:17
**magnification** 116:12 117:11,12
**magnified** 116:19
**magnifying** 42:19 48:3 118:18
**main** 99:9
**Maine** 101:19
**mainframe** 129:13
**maintained** 47:9
**maintenance** 19:18
**major** 46:5,6 129:9,10 140:13 142:14 167:18
**majors** 142:18
**Makah** 150:8
**making** 5:8
**maladies** 91:20
**Malawi** 170:9,18 171:8 171:9 178:6
**males** 33:5,5
**manage** 61:17 122:5 128:14
**management** 57:5 140:12 142:14 146:22 147:7,8,14 148:4 152:15 154:20 155:15 156:13 158:1 159:7 174:19 222:17 223:22 242:19 244:18,19
**manager** 21:8 48:12 206:7,8 210:16 228:3 248:16 249:15,16 253:12,12
**managers** 47:22 152:10 206:4 208:18 209:22 212:5 229:13 240:11 251:15 253:11
**managing** 65:7 117:9
**mandated** 270:10
**manifest** 30:17 97:1
**manipulation** 63:16 66:19 68:17 69:8 73:10
**manner** 4:1 32:5 91:20 267:13 272:1
**map** 90:4 118:11 128:14
**mapping** 33:10 143:10
**March** 201:21,22 202:1 255:17 262:17
**marine** 114:18,19,21 119:4,5 120:17 140:12 142:13 143:8 144:13 148:13 149:1 152:5 154:19 159:6 161:8 262:5
**marine-related** 185:7
**mark** 106:6 107:4,10 257:4
**mask** 116:19
**Massachusetts** 17:11
**massage** 73:16
**master** 131:22 132:4 140:13,16 186:12
**master's** 140:15 141:2 142:10,12 145:3,7 146:12 157:22 226:22
**masters** 119:9
**match** 205:12 206:2,4
**Mateo** 110:12,17,18 113:4
**material** 139:6
**materials** 196:13 197:3 197:14 198:9 200:7 200:14 228:9 230:2,8
**maternal** 30:14 35:11 35:12
**math** 26:16 46:14 129:3 129:10
**mathematics** 18:11 45:14 46:4,8 127:10 129:2
**matter** 1:4 4:8 8:14,22 13:6 42:1 75:19 102:15 120:8 124:8 188:7 192:20 273:18 281:19 284:17
**MCC** 204:17 209:17,19
**MD** 2:6
**meals** 20:22 113:16
**mean** 7:3,21 15:3 25:9 27:14,15 29:3 38:20 49:21 55:8 68:3 69:11 74:12 78:7 79:3,17 82:19 89:22 96:15 99:12 104:5 122:21 124:5 127:15 130:4 130:13 135:15 139:18 141:20 146:7 151:16 156:19 158:18 162:9 163:22 165:10 169:11 169:12 170:6 177:22 178:1 179:16 181:3 182:2 187:15,18,20 188:6 189:13,16 190:5 191:4,6,11 199:10 200:10 207:11 208:16 209:1,4 212:21 215:8,10,15 217:5,17 230:9 231:6 242:3,4 252:14 253:1 259:22 267:8,13 268:15,16 273:12 280:6,13,18,19
**meaning** 27:19 96:16 207:4,13 246:8 262:15
**means** 135:16
**meant** 211:22 221:20
**measured** 243:8 265:17
**mechanics** 98:1
**mechanism** 97:16
**medical** 28:10 29:5,8 29:17,18 40:14 58:15 58:20 59:6,10 60:11 60:12 62:1 73:7 76:3 96:6 97:9,17,21 98:15 99:9 100:21 113:18 131:17 205:12
**medically** 29:19 32:7 80:21
**medicate** 65:1
**medication** 57:8
**medications** 7:12 31:15 37:13 42:6 64:3
**meet** 137:9 213:5 224:2 250:4 261:21
**meeting** 219:22 223:16 223:18,22 237:17,20 237:22 238:4,8,10 239:8 241:9,17,18,21 242:9 244:14 245:11 246:4 248:22 249:6,7 249:8,8,12,20 250:2,6 251:3,10,12,14 252:3 252:13,18 253:11 257:19 258:7,19 259:1,5,11,19,19 260:2,3 263:8,12 265:19 266:18 274:6 274:8,22 275:3,14 276:6,16,18,20,20 277:4,13 278:8 279:14,19,21 281:6,8
**meetings** 153:4 259:20 260:3 264:19
**member** 213:9,16,17 274:17
**members** 150:6 153:11 183:13
**membership** 213:16 256:11,11,13
**Memorial** 34:4,8 41:7
**memorized** 125:11
**memory** 43:21 120:22 128:16 134:8 172:4 212:17 217:5 241:16
**men** 35:22
**Menge** 182:17
**mention** 227:16 230:20 236:15 237:16 257:20 258:1,2
**mentioned** 49:5 50:17 55:4 69:5,6,7,7 70:8 70:18 92:4 97:22 100:12 146:11 150:12 172:12 213:22 220:19 224:6,8 227:14 236:13 244:16 263:10 263:16 264:2 266:14 268:11
**mentioning** 266:6
**mentor** 256:15,18,19
**merit** 34:12
**mess** 203:18
**messages** 260:6
**messed** 224:12
**met** 137:9 232:1 237:18 248:15 254:1,3,4 255:7 256:4 257:12 281:7,9
**methodical** 63:5
**methodically** 8:10
**metrics** 243:8,16 264:13 265:15
**metro** 82:14 84:6 85:1,4 85:4,4,9 87:15,17,17 88:2,6,17 89:4,5,19 89:21 90:2,11,17 91:3 96:19 207:14
**Metros** 92:22
**Mexican** 128:5 132:1
**Mexico** 14:7,8,9 15:17 127:8 130:2 168:17

**Miami** 131:1
**Michael** 1:8 146:2 150:20 167:2
**microphone** 6:20 102:10,22
**mid-year** 265:15
**middle** 111:14,15 174:12 202:1 218:19
**might've** 46:12 60:15 73:3,4
**migration** 149:19
**Mike** 150:19
**military** 138:4
**Millennium** 204:17
**milligrams** 64:16,19
**millimeter** 116:4
**Mills** 17:5,14 18:1 19:7 20:12 27:3 37:11 40:19 43:9 44:16,19 46:5,6 56:3 67:16 129:1,11
**mind** 71:5 119:20 159:7 204:21 217:13 232:11 237:10,12,13 250:11 263:17 264:17 267:1
**miners** 161:13
**minor** 46:13
**minute** 53:13 75:11 76:14 119:14 250:21 272:11,22 273:7,12
**minutes** 126:15 190:22 192:12 219:21 220:6 230:16 272:13,17 282:2,10 283:18 284:3
**miraculously** 38:11
**mischaracterize** 245:15
**Mischaracterizes** 245:13
**misinterpreting** 236:4
**missed** 251:11
**Mission** 219:1
**misspell** 72:1
**mistaken** 245:22 283:17,18
**mistakenly** 123:18
**misunderstanding** 235:3
**misunderstood** 245:20
**mitigate** 281:19
**mitigation** 189:14
**mitochondrial** 30:3 32:4
**mix** 227:9
**mixed** 130:8 212:20,21
**mobile** 69:15
**mobility** 44:4
**modalities** 69:6,9,11 76:22
**moderate** 32:8 34:12
**mold** 96:18
**moment** 9:21 22:1 84:19 266:20
**moments** 22:6
**Monday** 1:12 8:7 113:16
**money** 183:11
**monitoring** 102:6 121:22
**Montevideo** 132:16 133:2
**month** 57:13 64:10,19 65:12,13,20 66:7,9,17 66:17 67:10 68:4,11 83:3 108:9 122:6 140:5 178:12 252:6,8 253:4,5,6 255:18
**month-long** 121:18
**months** 36:21 66:8 82:11 83:19 101:21 131:2,9 132:6 133:9 135:1 142:20 154:4 155:18,22 156:2,18 171:2 173:17 177:21 178:16 239:21 240:1 240:10 254:6,7 278:18
**moose** 102:6
**Mora** 145:10 146:16,17
**mother** 15:2,4
**mothers** 208:4
**Mount** 84:22 85:2
**mouth** 64:20 66:21 68:15 69:17 78:2 259:3
**move** 9:1 59:19 101:4 105:13 139:2 155:14 157:20 158:22 187:10 234:8 247:22
**moved** 88:8 91:10 105:20 134:15,16 224:14,15
**movement** 63:13 71:11 71:17,19 72:10
**moving** 69:16 76:7 147:22 158:4 187:13 233:2 254:2
**muddled** 172:5,16
**multiple** 38:7 230:19 249:14 250:14
**muscles** 67:2 71:15,16 93:13
**muscular** 38:8
**mutation** 32:2
**mute** 6:20,21 7:5 22:5 23:7 24:5,5 82:2 179:4 241:12
**muted** 138:19

**N**

**N** 86:4 87:11 91:14
**name** 4:17,19 16:8 21:8 45:2 51:16 53:9 55:5 59:3 70:21 72:22 73:6 86:19 89:13,17 97:11 103:5 105:5 107:10 110:2 121:13 122:8,9 140:21,22 141:1 146:3 149:10 183:5 192:9 202:16 238:16 254:16 262:21 281:10
**name's** 63:12
**named** 89:10 195:6
**names** 138:2 200:5 230:4
**narrowed** 218:8
**national** 101:18,18 102:1 108:2 111:5,7 114:6,14 123:2 134:2 137:3,22 143:2 145:9 146:15 147:5,6,15 148:6,8,12,13,22 149:1 150:22 152:4 152:16 157:2 166:7 180:12 223:16
**native** 106:8,17,20
**natural** 102:5 131:7 134:4 152:10 174:18
**nature** 3:14 102:7 151:16 154:16 155:6 190:8 267:6
**navicular** 80:21
**navigate** 117:17 118:5
**Navy** 90:1
**near** 84:22 85:4 98:21 115:15 136:4
**necessary** 9:17 24:1 64:5 207:20 211:1 264:7
**neck** 60:1,4,8,15,19 61:3,8,15,18,20 62:6 62:8,13,14 64:22 67:4 67:7 68:15,15,19,21 68:22 69:4,10 71:15 80:8 83:11 91:21
**need** 5:10,17 6:8,9,13 7:5 8:16,20 13:9 46:14 54:22 65:1 71:2 74:21 85:20 122:16 122:17 141:1 173:13 181:19 190:6 192:3,6 243:5 248:1 266:1,2 272:8,8 273:6,7,13,15 276:2 280:10,12 284:11
**needed** 45:15 48:8,10 56:19 57:9 60:17 118:21 122:2 136:11 145:18 151:12 213:15 216:1,2,3,7 217:13 230:2,17
**needs** 46:21
**negative** 38:4
**neither** 198:20
**nerve** 29:22 67:17 104:1,4
**nerves** 37:16
**nervous** 37:15 38:10
**neuromuscular** 73:16
**never** 94:18 118:1 133:20 183:16 226:21 234:6 235:8 249:19 250:11 261:20 262:8 268:20
**new** 140:22 153:20 168:17
**nexus** 154:18 161:8 197:8 224:1 227:7
**nice** 203:2
**nicely** 184:4
**night** 7:20 211:20 212:20 213:5 229:21
**nights** 203:8 229:17
**nine** 36:21
**NOAA** 149:2,3 152:16 174:17 180:13 185:5 276:21
**normal** 62:8 64:12 105:4 270:1
**Norte** 143:6
**north** 136:21 137:1,18 153:7
**Northampton** 17:11
**Northern** 143:6
**Northwest** 91:14
**nose** 54:11 92:5 94:12
**not-for-profit** 135:22 136:8 159:9
**note** 44:22 45:14,21 81:20 138:22 199:14 252:21 283:6 284:6
**notes** 82:2 245:11 246:3,5,6,14,22 247:11 265:19,20
**notice** 1:21 36:5,8
**noticed** 35:5 36:9
**notified** 229:2,9 230:22 231:2
**notify** 228:7
**Notre** 224:9,14,16
**November** 228:6
**NPS** 111:8,21 152:4

156:14 166:15
**NSF** 195:20
**Nuisance** 270:8
**number** 10:4 23:13 24:1 33:6 59:3 86:6 175:8 186:17,22 208:21 211:4 213:16 214:4 216:5 256:11
**numbers** 33:7 34:15,16 34:17,20 167:6 217:21 233:20 283:20
**numerous** 188:4
**nurse** 35:22
**NW** 2:13 86:4

**O**

**O-Y-T** 31:12
**Oakland** 17:7
**oath** 4:14
**object** 10:8 271:19
**objection** 10:13 16:15 26:11,21 27:8 31:5 39:5,10,17 43:2 48:19 51:4 52:8 56:11 62:19 83:15 84:15 98:13 103:21 142:1 149:12 155:10 157:13 175:16 179:3 181:16 182:10 183:1 184:21 193:21 194:11 195:22 201:14 204:12 208:1 209:2 210:4,4,5,11 211:13 214:11,22 216:8,18 219:6 222:6 223:12 224:10 228:14,19 229:10 231:4,5 232:7 233:4 241:11,22 242:10 245:12 253:2 253:19 254:22 255:9 260:14 269:3,17 270:4 271:5 275:22 278:13 279:9
**objections** 252:21
**objective** 267:7
**objectives** 109:15 151:9
**objects** 191:16
**observing** 249:4
**obstacles** 189:5
**obstructive** 191:5
**obtain** 200:17
**obtained** 177:15
**obtaining** 97:16 162:1
**obviously** 76:11
**occurred** 98:16 274:7 278:21
**ocean** 117:5 261:4,7 262:5 263:9 274:4,16 274:18 275:5,11 276:22 277:6,6 278:12,20
**Oceanic** 140:11,18 144:10 152:17
**oceanography** 142:17 142:18 162:5 168:6
**Oceans** 205:6 235:15
**October** 105:20 106:1 108:14,19 274:3 279:7
**ODF&W** 186:3
**offer** 54:22
**offered** 137:11 182:4 210:2
**offering** 46:19
**office** 1:1 2:12 23:20 58:10 60:12 88:5 99:9 125:19 137:15 145:17 205:5 209:14 213:7 216:6 217:4,16 218:5 218:10,14,16,22 220:14,20 221:5,12 221:16,18 223:9,21 226:10,15 231:1 232:16 234:1 235:15 237:6 238:17 239:5,7 240:11 242:19 251:18 251:20,21 252:14,20 252:22 254:13,17,18 258:6 260:12,19,21 261:2,18 262:1,1 264:10 265:5,12 266:15 267:11,18 268:3,4 274:15,17 277:6,15,19 279:2 281:5
**officers** 174:18 200:3
**offices** 206:2 210:2 214:1 217:11,15,20 218:6,7,9,15 253:8 254:2,14 257:15 261:9,13,16 277:18
**Official** 255:3
**officially** 40:3 157:4
**Olympic** 111:6 114:5 123:1 143:1 145:9 146:15 147:5 148:8 153:21
**OMC** 261:22 262:3,5,19 263:5 276:12 277:19
**onboarding** 111:14
**once** 36:20 57:12 66:9 66:17 138:22 158:6 159:2 167:21 173:20 173:20 194:3,21 215:2 222:1
**one's** 38:10 44:8 197:9
**ones** 70:7 129:20 204:20 266:4
**online** 144:3 158:10 193:8,17 196:21 197:12,16 198:7 199:18 224:16
**onset** 31:22 176:9
**onsite** 186:10 187:3
**OPA** 218:21 231:1,10 231:16 232:20 233:22 235:16 244:18 254:18 254:19 257:17 261:5 276:11 281:2
**open** 10:2 119:17 130:15 261:14,22
**open-ended** 191:9
**ophthalmologists** 40:18
**opportunities** 152:7 222:16 223:8,20 232:10
**opportunity** 1:1 224:4 247:9
**OPS** 112:18
**optic** 29:20,21 30:16 33:8 35:12 41:1 67:17 104:1
**option** 68:6
**oral** 5:5
**order** 5:8 10:11 34:19 49:19 50:15 117:17 118:8 171:21 187:20 187:21 188:15 206:6 213:18 218:9
**ordinarily** 128:10
**Oregon** 140:10,17 181:5 183:7 184:11 186:3,5
**organizations** 183:12
**orientation** 44:3 202:19 202:19 207:10,12,13 237:6
**oriented** 87:7 88:10 90:22 115:13
**original** 138:2 188:5 240:5,9
**originally** 98:2 131:19 132:2 240:9
**Oro** 16:10
**orthopedic** 54:12 80:10 80:11 91:22
**orthopedist** 59:20 60:1
**outcome** 99:4
**outcomes** 96:11
**Outdoor** 110:12,18 113:3,5
**outline** 190:10
**outpatient** 163:17 165:18
**outside** 6:9 15:4 27:3 99:13 100:11 122:7 124:3 125:16 271:11
**Ovalle** 138:8
**overall** 19:13,14
**overextended** 61:16
**oversight** 48:14

**P**

**P** 203:4
**P-R-O-C-E-E-D-I-N-G-S** 3:1
**p.m** 3:2 42:2,3 75:16,20 75:21 102:16,17 120:9,10 124:9,10 139:9,13 192:21,22 273:19,20 284:18
**Pacific** 181:7
**package** 47:3 49:6
**page** 9:22 10:4,5 221:11 248:18
**pages** 44:11 220:9
**paid** 18:17,22 19:1 27:2 49:4,8 52:18 107:18 108:2 111:2,4,22 113:1,11,14 170:1 172:11 173:6 174:9 177:20 178:1 256:13
**pain** 56:22 57:2 61:18 62:10 64:4 67:3 81:5 81:8,13 91:22 93:14 97:3
**painful** 94:19
**painting** 36:11
**pair** 118:22
**Palmas** 4:21
**palo** 95:6,7
**pamphlet** 107:6
**Panama** 132:2
**panel** 182:17 195:19 196:7 209:13,21 212:4
**panels** 211:22 212:1
**paper** 45:16 52:4 55:13 104:7 110:4 112:5,8 143:21 144:4,11 145:2 158:12,12 217:16 240:5,9,13,16 261:1
**papers** 26:4 40:14 144:4 233:7 252:7 258:14
**paperwork** 157:4 253:15 254:6,8,9 261:1
**paraphrase** 104:19 221:10 278:2

**paraphrasing** 69:14 244:20 263:21 275:17 275:18
**pardon** 21:4 24:20 51:8 65:8 193:11 231:1 235:19 238:6 270:18
**parents** 30:8
**park** 98:22 101:18,18 108:2 109:9,14 111:5 111:7 114:6,15 123:1 123:2 127:1 130:16 130:20 136:11 137:6 137:15,19,22 143:1,2 145:9 146:15,22 147:2,5,7,15,21 148:6 148:8,12,22 150:22 152:14 153:7,20 154:7,10 155:5,15 157:2,4,18 166:7 174:17 180:12
**parks** 134:2 136:10 152:20
**parlance** 28:21
**part** 14:4 25:21 27:10 27:11 28:15 35:20 36:2 50:3 62:22 63:1 72:2,7,8 115:8 116:4 135:1,11 150:12 152:3 166:20 186:2 196:13 242:4 245:7,9 252:16
**partake** 222:18
**partial** 28:16 43:20
**participants** 71:19
**participate** 47:14 153:1 153:5 200:22 207:2
**participated** 206:16 208:8
**particular** 8:13 9:22 34:11 48:2 50:15 59:8 76:9 91:20 94:1 164:12 237:16 244:9 263:14 274:6
**particularly** 5:3 50:18 97:19 123:15 175:13 177:13
**parties** 1:22 189:15 255:15
**partner** 58:9 163:7 164:10
**partnered** 153:12
**partners** 58:12 277:1 279:15
**partnerships** 152:9 279:13
**parts** 9:14 20:1 62:8
**party** 205:22
**patterns** 93:8 118:1
**pause** 22:2,10,22 41:10 250:19 273:3,4,6
**pay** 50:7 89:3 145:20 159:19 204:1 213:13 217:7
**paycheck** 19:2,20 82:15,19,22 84:7 178:1 281:16
**Peace** 130:12,14,22 131:5,6,11 133:3,11 134:6,7,15 136:12 137:8,11,17,21 139:21 140:3 143:5 159:14 175:1
**pedantic** 225:12
**pedestrian** 162:22 163:5
**pelvic** 257:20 266:13 267:4,20
**pen** 45:16 158:12
**pencil** 158:13
**pending** 6:12 120:13
**Penguin** 137:4
**peninsula** 150:7
**people** 9:1 52:16 68:14 68:14 72:22 125:12 139:13 188:10 195:20 200:3 201:3,5 209:20 212:2 230:19 244:2 267:18 277:17,19 278:19
**perceive** 3:19
**percent** 123:11 128:5 182:13
**Perfect** 239:18
**perform** 48:14 52:18
**performance** 26:2,19 51:20 52:7 107:15 109:5,13,16 112:2 113:21 114:1 146:6,9 150:17 151:20,22 166:12,15 167:8 225:6,13 243:7,18 265:16 279:20
**performed** 50:16 63:17
**period** 45:1 54:4 132:8 136:16 151:21 173:16 174:21 175:22 178:8 186:20 202:2 206:20 215:8 217:8 252:6,8 253:5,6 255:18
**periods** 61:15 188:21
**permanent** 147:3,5 148:1,8 152:6 154:2 154:11 158:2,16,18 174:14,15 175:12 180:1,8,14 234:21
**permission** 137:8 207:5 207:21
**permit** 282:9,12
**permitted** 116:13 206:10 207:17 213:22 214:3
**permitting** 145:18
**person** 20:9 68:11 184:12 197:19 198:12 198:22 202:17 208:15 209:12,12,13 232:16
**personal** 13:20
**personnel** 180:9,12,13
**personnelist** 185:6
**perspective** 7:5 29:17 103:15 123:21 160:13 209:14
**pertinent** 247:11
**Peruvian** 67:19
**Pfeifer** 46:20
**Ph.D** 77:10,12 78:20 92:17 101:6 160:2,17 160:21 161:1 162:1 162:17 165:1 167:12 167:13,16,19 168:8 169:15,17,22 170:2,3 170:4 172:1,13 173:2 174:6,7 177:14,16 180:16 185:17 187:4
**PhD** 226:22 234:16
**phone** 6:19 11:8 12:2 12:14,16 21:12 22:11 23:1,15 24:1 59:3 163:12 179:6 231:20 255:5 260:5,6,7 266:9 282:16
**phonetic** 34:12 78:6
**photocopy** 234:17 235:5,7
**photocopying** 9:18
**photographic** 43:21
**phrase** 83:18
**physical** 30:4 31:16 42:6,10 47:15,20 63:13,20,20,21 69:20 80:1
**physician** 99:13
**pick** 149:9 191:19 192:2
**picking** 24:15
**picnic** 100:10
**piece** 36:11 104:6 261:1
**pieces** 264:4
**Pikesville** 2:4
**Pinguino** 137:4
**piped** 265:7
**PISCO** 181:6 183:7
**place** 136:3 137:2 186:6 206:4 281:15
**placement** 130:14
**Placing** 66:14
**plan** 9:21 69:21 154:19
**plankton** 115:3
**planned** 28:4
**planning** 13:14 191:15 236:10
**plant** 106:22
**plants** 106:8,17,21 115:19
**Plata** 134:1
**Plate** 131:22 132:5 133:17
**plates** 21:1
**platform** 199:19
**play** 132:21
**players** 132:21
**Plaza** 2:4
**please** 4:18 5:12,19 6:1 6:10 8:12 21:5 23:22 29:9 30:2 32:13,17 34:18 35:1 37:20 47:2 50:11 69:2 73:14 78:10 86:1 87:12 100:4 101:7 111:10 112:15 116:8 154:17 156:7 160:7 165:11 165:21 175:6 182:5 192:12 211:8 218:12 219:17 221:1 236:2 240:20 241:15 243:3 247:5,9 250:12 251:3 252:21 262:3 265:15 267:16 268:15 271:17
**plethora** 179:21
**plugged** 12:14
**plugging** 12:6
**plus** 178:17
**point** 9:21 31:12,13 36:19 41:22 43:19 51:18 52:5 78:12 80:13 99:22 102:8 112:11 114:9 120:15 123:3 126:17 145:22 159:13 160:3 180:5 190:4 204:20 206:12 208:11 216:13 222:20 224:17 227:19 228:22 236:12 241:6 243:11 243:14,22,22 244:13 247:7 250:5 258:10 261:7,10 271:7 272:6 275:10 277:5 283:16
**points** 67:6 94:1 211:1
**poisonous** 94:21
**Polar** 205:5,6 217:16 218:22 219:1 235:15 277:6
**policy** 161:8 181:6,13

197:8 199:17 224:1 227:7 278:20
**political** 179:22 226:11
**pollen** 96:17
**Pomerening** 86:18,18 87:4 89:10,12
**POMPEO** 1:8
**poor** 9:18
**pop** 104:8
**popular** 68:13
**population** 124:5 125:11
**Port** 156:17
**portal** 198:7
**portfolio** 221:13 222:16 232:11,13 261:5 263:22 264:4,8,20 265:1 275:5
**position** 62:8 100:2 107:16,18 111:5,11 111:20 113:11 124:21 137:11 146:19,20 148:9,10,11,21 152:4 153:17,22 154:2 156:3 159:7 166:8 175:1 176:21 181:3 181:14 182:2,4,9 186:7,11,12,14 219:5 243:9 244:19 258:6 261:16 274:13
**positions** 21:10 25:4 156:14 157:12,19 159:3,5,6,12,14 173:4 174:19 175:3 179:14 179:18,19 180:21 181:1 216:5 226:6
**possibilities** 253:13
**possibility** 139:10
**possible** 4:2 8:21 171:22 185:12 252:19 260:11,19
**postdoc** 186:2,3,5
**postdocs** 186:6,8
**potential** 202:18 217:19 251:20 252:14
**power** 12:14
**PPO** 277:17
**practice** 181:1,2 182:2 182:7 186:11,12
**practicing** 23:6
**practitioner** 29:18 66:21 73:18
**practitioners** 73:10
**praised** 279:20
**pre-calculus** 20:1 21:9 24:18 25:3,6,21
**pre-requisite** 165:5
**precise** 123:22 177:18
236:1
**precisely** 76:5 139:1 190:7 236:9
**preclude** 7:13
**predominately** 35:21
**prefer** 28:7,9,18 71:4,5 247:21 251:1,2
**preferences** 180:5,5
**preferred** 190:3
**prep** 230:1
**preparation** 47:22 48:10,11
**prepare** 10:12,18
**prepared** 24:9 47:9,11 48:8 183:15,17
**preparing** 49:14
**prerequisite** 168:1
**prescribe** 37:12
**prescription** 118:12
**presence** 268:17 270:16 271:4
**present** 1:22 209:20 259:11 279:20
**presentation** 149:22
**presented** 253:10
**presently** 11:1
**press** 244:11
**pressure** 67:6 93:17,18 97:3
**prestigious** 146:21
**pretty** 18:4 66:6 133:1 182:12 202:7 217:6 232:22 254:5 265:3 273:1
**previous** 32:11,13,15 104:15 181:19
**previously** 7:17 146:11
**primarily** 3:22 180:15
**print** 105:7
**prior** 6:12 7:17 8:16,17 150:2 189:9,17,18 220:2 268:2 278:16
**prism** 42:17 118:15,17
**private** 99:13 114:10 115:5 128:3 276:17
**privilege** 132:20
**privy** 210:7 249:20
**probably** 64:16 66:16 67:21 74:14 80:2,6 83:18 90:1 114:11 125:10 138:13 272:12
**problem** 7:6 36:6 56:1,3 56:6 59:22 60:2,3,5 68:21,22 69:4 71:7 80:9,14,18 81:16 82:5 83:5,14,14 84:4 92:18 93:5 116:18
**problems** 69:10 80:1,10
80:11 81:7,10 83:11 88:20 92:6 94:22 96:21 98:5,8 128:15 134:5 228:9
**proceed** 24:8,10 48:18 53:17
**proceeded** 18:4 104:21 262:10
**process** 48:10,11,13 87:22 109:13 135:18 150:17 158:13 175:21 176:2 202:4,5,6 204:16 205:9,17,19 211:19 212:3 213:13 214:15,17 215:9,12 215:14,16 217:3 226:4 228:4 231:3,17 231:19 232:3 234:8 234:12 249:3 253:9 262:11,15,16 266:16 280:12
**processes** 145:18 181:11
**produce** 200:7,17 247:18
**produced** 13:5 58:14 229:3 245:5 246:14
**production** 58:20 59:7 59:16 97:10 200:9,16 246:16 247:1
**productive** 4:1 53:17
**professional** 147:22 222:14 223:7 250:9
**professionals** 177:6
**professor** 14:19,20 15:12 20:10,11,12 45:17,22 129:15 135:21 181:1,2 182:2 182:7 186:11 224:9 225:1 226:10 227:3 227:17
**professors** 20:13 115:6 141:20 226:2,3 227:4 227:14
**program** 101:6,15 113:4 115:13 121:7 121:10 126:22 129:6 130:9 131:8 133:16 134:13 137:13 140:9 140:12,14,15 141:2 142:11,12 146:12,22 147:7,9,11,12,14,17 147:18 148:4,13,15 149:1,4 150:1 152:19 157:22 158:2,5,11 159:8 161:4 166:21 174:18,22 177:15 178:14 181:6 183:7
185:18 186:5 187:4,5 193:8 195:1,4,5,6,13 195:14,14 196:17 197:1,4 198:18 199:1 200:3,15 201:1,7 206:4,7,7,8 208:20 210:16 212:5,16 213:1,19 214:14,15 225:15 226:1,19 227:16 228:3 229:13 238:12,17 248:16 249:15,16 251:15
**programming** 128:20 129:5,12
**programs** 106:13 140:4 160:2,18 177:9 195:12 212:20,22 225:20
**progressed** 36:18,22 42:22 43:6
**progresses** 32:1 33:3
**progressing** 39:3,9
**progression** 32:18 36:16
**progressive** 31:21 32:21
**project** 121:18 136:15 142:19 143:19 144:9 145:1 154:15,16 168:15 278:18
**projects** 154:22 172:20
**pronounce** 89:11
**pronouncing** 89:13
**proof** 213:15
**properly** 48:6 73:19
**proposed** 201:11
**protected** 118:19 136:9 161:9 268:2 278:17
**provide** 5:14 7:9 8:20 50:21 58:19 97:9 144:16 149:22 157:17 188:12 206:6 229:4 244:9 245:8
**provided** 60:13 85:18 97:11 113:15,16 116:3 210:13,15,20 236:6 257:13
**providing** 4:14
**psychological** 29:6
**psychologist** 15:12
**Psychology** 225:3
**public** 16:11 91:8 108:11 113:6 115:4 117:4 149:15 150:10 174:11,12,20 277:18
**publication** 179:19
**publications** 179:16,20
**publish** 143:20 176:1

**published** 144:9,11 145:2 161:20
**Puebla** 127:7,7 128:3
**Puerto** 121:16 122:9,12 124:4
**pull** 53:13,14
**pulled** 133:13 161:13
**pulling** 123:4
**punch** 129:7,12
**pupil** 104:3
**purchase** 87:17
**purchasing** 87:22
**purpose** 268:9
**pursuant** 1:21
**put** 60:15 64:20 66:22 69:17 78:2 82:2 92:15 99:11 104:5 107:5 118:20 175:8 176:20 177:1 186:17 189:5 191:11 199:14 203:3 204:8 216:4 217:21 236:12 246:19 256:11
**Putney** 121:6,7 122:4 123:5 126:22 130:9 130:19
**putting** 59:3

**Q**

**Q-A-S-H-U** 4:20
**Qashu** 1:5,18 3:4,8 4:20 10:18 12:9 13:17 21:14 22:15 24:4,10 28:17 53:15 74:19 75:17,18 76:1 102:19 120:3,13 124:20 125:9 138:12,20 187:15 188:2,22 190:5 200:21 242:6 245:20 246:3,22 250:9,12,17 251:9 255:21,21 257:7 268:12 273:22 280:1 282:7,15 283:11
**Qashu's** 189:19 200:14
**qualified** 261:20
**qualify** 180:18 181:1 195:2 213:12
**quantity** 179:20
**quarter** 222:2
**question** 5:13,14,18,19 5:22 6:3,4,12,13 8:21 9:11 13:4 29:3,8,9,11 32:11,13,15 33:17 39:8,21 49:4 50:10,11 57:6,7,16 58:6 59:2 69:1 74:21 75:1,2,6 76:6 78:9 79:18 92:20 96:3 104:16,20,21,22 105:11 111:10 112:22 117:9 120:12 128:13 138:14 139:1 146:18 166:6 169:18 177:19 181:17,19 183:16 184:5 186:18 188:3,5 190:7 191:9 203:11 215:7 216:21 217:22 220:2,13 221:8 234:11 236:17 241:4 242:9 246:13 247:13 251:10 255:12,22,22 256:2,8 268:13,14 280:9 281:2
**questioning** 248:1 250:14 281:22
**questions** 5:12 6:16 8:13,19 13:19 33:15 36:18 53:20 55:2 127:21 128:8 150:9 166:12 188:14,21 191:7 197:10 211:2 214:4 217:21 218:1 220:10,11 221:7,9 225:8,10 229:18,19 229:20 231:14,21 232:2,4,5,9 236:1 250:8 267:3 280:2 282:6 283:11 284:8
**quick** 217:6 232:22
**quickly** 36:14 146:12 207:14 234:9
**quiet** 68:5
**quite** 46:21 132:16 138:16 139:6,19 158:13 159:12 187:11 221:16,17,20 261:6
**quote** 196:19

**R**

**R** 1:8
**rack** 160:9
**raised** 14:2 105:11 274:2
**raises** 103:11
**raising** 283:8
**raking** 47:13 49:15,18
**ran** 34:8 38:22
**random** 280:1
**range** 177:12 227:10 246:10
**ranger** 103:6 157:4
**rank** 206:1 218:9
**ranking** 205:17 206:6 210:15,20,21 214:15 215:9,12,14,16 217:3 232:3
**rankings** 210:17 215:21 216:14
**rapidly** 278:22
**rash** 99:10,21
**rated** 26:5,7
**rating** 34:12,13 112:9 112:16 167:3
**re-joined** 23:2
**re-sent** 248:18
**reach** 214:1 260:9
**reaching** 260:8,20
**react** 38:2,14
**reacted** 190:14
**reaction** 276:9,10
**read** 44:11,12 45:11 84:1 117:22 118:10 118:11,11 230:4 239:10 251:7
**reader** 42:20 45:18,19 268:7
**readers** 44:21 45:7 270:17
**reading** 42:16,18 104:6 104:6 118:15,20 229:17 263:20
**readings** 45:8
**ready** 24:10
**real** 109:20 177:5 227:1 227:2
**realize** 70:14 189:3
**realm** 181:11
**reason** 7:8 27:11 82:21 222:20 233:18 234:10 264:5 277:9,22
**reasonable** 236:6
**reasons** 27:4,7 179:21 233:16 243:13 264:1 264:11,11
**reassignment** 260:12 260:19
**rebuttal** 9:15
**recalling** 84:18
**recalls** 212:17 217:5
**receive** 26:1 50:6,14 51:19 56:16 109:4,9 112:2 131:4 149:21 166:14 167:13 173:8 226:13 229:5 236:11 236:16,19 262:12,13
**received** 26:14 27:4 107:21 108:3 111:1 112:10 113:20 130:11 131:6 150:18 167:4 173:9 183:10 207:5 238:7 281:17
**receiving** 109:17 261:14
**reception** 212:18 213:1 213:2,3
**recitation** 250:18
**reclaimed** 138:3
**recognize** 188:7
**recollect** 39:22 46:7,10 46:15 114:5 132:12 278:1
**recollection** 25:12 26:9 26:13,16 31:10 40:1 48:22 224:22 252:12
**recommend** 80:4
**recommendation** 166:2 197:6
**recommendations** 257:18
**recommended** 69:12 69:13,18 80:2 257:16
**record** 4:18 5:5,9 6:14 8:6 24:13 29:21 41:21 42:2 64:16 73:16 75:20 85:22 97:11 102:16,17 120:9,10 124:9,10 189:17 192:21,22 208:13 220:3 271:21 272:4 273:19 282:20,21,22 283:5,14,17 284:1,15 284:17
**recorded** 241:18
**recorder** 246:12
**recording** 45:4,5
**records** 58:15,20 59:6 59:10,12 60:11 97:9 97:18,21
**Reed** 233:22
**refer** 9:14,16 10:3 13:14 84:18 196:22 243:5
**reference** 169:5
**references** 165:17
**referred** 33:20 196:16 198:4 274:6
**referring** 40:9 118:3,4 197:21 255:14 256:3
**refers** 54:8
**regained** 23:9
**regarding** 3:14 8:22 66:11 167:8 209:9 221:20 235:14 238:1 264:21 270:7 280:5 280:22
**regards** 104:15
**region** 136:22 137:15 138:1,7,10 143:4 161:10,11,11
**regional** 137:10,22
**regions** 161:9
**regular** 19:1,20 84:8 107:8
**regularly** 70:9

**regulations** 180:3
**rehired** 52:1
**reimbursed** 207:5
**reinstatement** 180:2,3 180:8
**Reisterstown** 2:5
**reiterate** 216:22
**reiterated** 242:20 265:17 266:15 276:19
**related** 50:8 54:1 55:14 60:16 82:6,9 88:20 100:3 101:1 159:6 221:13 222:15 232:10 263:22 264:22 267:17 267:20 280:16
**relates** 83:5
**relation** 88:22
**relatively** 236:1
**relevant** 97:18,21 188:20 189:18 229:3 264:19 265:1 269:16
**relieve** 67:2
**rely** 59:8
**remain** 254:18
**remaining** 137:21
**remains** 190:19
**remedies** 31:15
**remedy** 31:17,20
**remember** 45:2 49:22 52:2,2,4 56:8 89:17 89:20 97:7 103:5 112:9 114:10 123:4,6 127:22 128:18,19 129:16 135:10 140:22 159:13 169:1 175:1 176:3 186:9 195:19 199:19 200:5 203:22 204:4 213:2 217:6 220:13 221:10 222:19 222:20 225:14 230:4 233:7 243:20 248:21 262:10 266:6 270:15 271:2,8 278:4
**remembered** 246:20
**reminded** 229:12
**renew** 97:20 214:22 257:1
**renewal** 238:1 252:7 255:16
**renewed** 256:12
**rented** 86:14 89:9
**repairing** 94:13 95:2
**repeat** 6:1 29:9 32:13 50:11 69:1 78:9 181:19 271:17
**rephrase** 29:10 31:2 79:21 96:2 142:11 146:8 169:18,19
**reporter** 4:6 5:5,9 11:14 21:21 22:20 24:14 251:7 272:18,19,21 282:20,21 283:13,19 283:22 284:4,12
**represent** 90:12 123:14
**representing** 4:7
**reprimanded** 268:4,5
**reprisal** 268:2 278:16 279:5
**request** 59:6 97:13,17 97:20 112:20 120:5 192:1 200:9,17 229:5 236:11 246:21
**requested** 59:9 98:3 112:19,21 246:16
**requests** 59:15 200:16 257:18
**require** 49:19 116:1 117:16 118:7
**required** 25:15 167:18 213:17
**requirements** 145:3 227:12
**requisite** 168:9
**reschedule** 249:9 250:5
**rescinded** 242:18
**research** 142:19 143:2 150:4 152:11 154:19 168:10,14 169:13 170:3 181:12 186:21 193:7
**reserve** 137:3,3,5,15
**residency** 234:12,14,16 234:18
**resident** 234:21
**residents** 205:12,18
**resilience** 170:17 178:5
**resort** 71:5
**resource** 102:1 131:8 134:4 140:12 142:13 152:10 157:3 159:6 167:19 174:18
**resources** 102:5 128:4
**respect** 50:22 59:11 68:18 103:20 230:18
**respective** 1:22
**respects** 50:13
**respond** 5:18 221:14 251:9
**respondent** 208:16
**response** 21:18 22:14 22:17 23:11 200:8 283:4
**responses** 236:14 237:4
**responsibilities** 191:11
**responsive** 200:15
**rest** 80:9 124:15 131:20 135:14 184:5
**rested** 8:3
**resulted** 145:1
**results** 34:9
**resume** 122:19 123:4 170:7 173:13 176:5
**resumed** 42:2 75:20 273:19
**retain** 142:6
**retaliation** 267:10
**retina** 118:19
**retired** 41:9 70:13 72:12 77:7 238:13,15 262:20
**retirement** 36:1
**retract** 196:14
**retracted** 275:2
**return** 42:5 53:3 63:3 75:13 101:3 156:19 166:7 191:18 249:21 250:21
**returned** 70:10 156:20 159:2 249:19 278:17
**returning** 18:12 46:22
**revert** 282:10
**review** 266:2
**revise** 8:16
**revisions** 32:6
**revisit** 276:2
**Rica** 121:8,17
**Rich** 168:21
**Richard** 168:13
**Rick** 238:11,19,22 239:9 241:8 242:8 244:1 248:9,11 250:4 250:19 251:1,3,11 253:12 254:2 255:8 257:12,18 258:19 261:11 264:13 265:7 265:13,17
**rides** 207:6
**riding** 92:21 164:9
**rights** 180:8 265:12 279:2 281:5,8,9
**ringing** 93:15
**Rio** 134:1
**River** 131:22 132:4 133:17
**road** 2:5 133:15,19
**Robenson** 238:12 242:21
**ROI** 9:14,19 10:2 11:4,6 13:3,13 84:17,18 85:15,17 86:3 119:17 120:1 123:21 200:11 236:14 237:2,10 239:13 240:17 241:14 243:5 245:3,9 246:19 247:1,13,16 266:2 269:21 271:9,11 272:2 275:13,15,17 275:20 276:3,4 277:11 278:5,5 279:18
**role** 51:3 152:3 155:15
**room** 2:14 86:14 89:10 220:21
**rough** 107:2
**roughly** 65:12,13 66:4 67:10,11 78:13 110:20 125:9 126:14 173:15
**routes** 117:19
**routine** 100:14,16
**Ruboyianes** 92:8,10,16
**rude** 189:3 190:6
**rule** 37:17 264:21
**rules** 3:20 5:2 6:17
**run** 35:4 121:7 135:22 147:8
**running** 277:13
**runs** 106:13

## S

**S** 107:14
**S-O-M** 71:1
**S-O-M-A-** 71:7
**S-U-S-A-N** 4:20
**sabbatical** 14:17 226:7 226:15
**safety** 126:20
**Safeway** 90:8
**Safeway's** 90:9
**Sahuarita** 15:9
**sake** 172:8
**salary** 173:9 176:19
**Sam** 107:14
**San** 31:8 110:12,17,18 113:2,4,6,18 135:9 159:10,17
**sanctuary** 148:13 149:1 149:3 152:5,18,22 153:2
**Santa** 168:16
**Santiago** 134:19 135:6 135:12 136:3 137:1
**sat** 210:20 239:10
**Saturn** 199:3,8
**saw** 33:3 41:3,6 53:13 58:17 72:22 73:7 97:7 98:21 99:2,2,13 100:12 124:12 235:8 240:16 277:17,19,20
**Sawyer** 256:16,18 265:5 267:4

**Sawyer's** 257:20
**saying** 71:3 79:1 98:6 123:10,12 128:7 130:17 138:21 180:7 195:3 207:17 223:19 240:22 245:10 267:15 275:15,20
**says** 74:13
**SCA** 108:1 109:6,12,15
**SCA's** 108:10
**sca.org** 101:17
**scans** 38:3
**schedule** 185:3,4,8 252:3
**scheduled** 276:21
**scholarship** 26:19 46:19 183:11
**scholarships** 26:15 27:4
**school** 14:6 15:8,14,16 16:1,5,7,9,10,11,14 16:22 17:9 18:13,14 18:17,18 40:15 56:1 61:6 115:4 117:2 121:6,6,7,19,20 122:4 123:5 126:22 127:8 127:13 128:2,4 130:11 140:7 155:18 159:22 174:12,12 205:20
**schools** 15:9 113:7 115:5 117:4 174:12 205:13
**science** 46:4 114:18,22 115:13 127:11,17 128:10,22 129:4,9 140:13,16 142:15,16 161:7 181:11 195:12 197:8,22 198:2 224:1 226:11 227:7 238:17
**sciences** 140:12,18 144:10 167:19
**scientific** 40:14
**sclerosis** 38:7
**scope** 261:13
**se** 44:19 128:20
**sea** 121:22
**Seashore** 147:6
**season** 114:5 151:10
**seasonal** 111:21 114:16 123:1 127:2 130:16 143:1 146:13
**seasoned** 234:9
**seasons** 93:7
**Seattle** 33:2 34:4
**second** 15:21,22 21:13 72:2 131:15 148:2 196:14 199:2,9,16 234:4 238:2 255:16 256:12
**seconds** 41:19
**SECRETARY** 1:9
**Secretary's** 239:7
**section** 162:4 197:18
**sections** 25:19
**sector** 136:4 195:16
**Secure** 87:14
**security** 217:8 218:16 218:19 226:10 233:10 233:11,13,20 234:5 234:11 235:2,9 240:15
**seed** 19:19 47:21,22 48:2,6,9 50:6,18
**seeds** 47:9 48:6,7,11 50:19 106:10,16
**seeing** 31:11 58:7,12 65:19 92:16 95:1
**seek** 59:7 96:6 98:10 99:16
**seeking** 188:14 280:13
**seen** 31:19 55:12 95:19 117:4,5 164:15,17 190:19 239:12 264:20
**select** 202:13
**selected** 201:1,19 208:21 215:5,6
**selection** 202:20 226:4
**self-indulgent** 282:12
**self-treatment** 69:13
**semester** 39:13 45:10 110:16 130:4,5 162:12,13 163:15 168:7 226:7
**semesters** 17:16,21,22 119:8,10,11 120:18 129:2
**seminars** 211:18
**send** 144:7
**sending** 97:12
**senior** 255:3 274:17
**sense** 6:14 9:8,9 10:6 30:11 105:12 179:12
**senses** 63:22
**sent** 45:10 53:12 58:16 60:12 135:21 210:21 212:18 228:12 248:19 254:5,6,7
**separate** 88:6 113:17 250:2,8,8
**separated** 212:9
**September** 111:16 113:1 127:3 130:2,21 156:22
**Serena** 138:8
**series** 5:12 8:19 70:12 148:7 151:4,4 197:10 205:20 220:9 279:18
**serious** 98:9
**Seriously** 133:7
**serve** 133:10 134:11
**served** 113:5 195:7
**serves** 134:8
**service** 99:1 101:18 109:14 111:5 121:9 121:18 123:1 127:1 130:16,20 134:9,10 136:11 137:6,16,19 137:22 143:1 146:22 147:3,7,15 148:6,12 148:22 150:22 152:5 152:14,16 153:21 154:7,11 155:6,16 157:2,19 166:8 174:17 180:12 192:2
**serving** 19:9 20:20 24:16 231:2
**sessions** 162:7
**set** 33:6 63:2 106:9 115:9 150:16 151:6 158:10 184:5 208:21 209:14
**setting** 65:18 150:17 213:6,7
**settled** 189:13
**setup** 226:12
**seven** 137:1 187:16,19 272:20
**Seventh** 2:5
**severe** 32:8 34:6,12 60:5
**severity** 33:19
**sexual** 267:6
**sexually** 267:7
**SF-50** 111:17 180:14
**shape** 232:13
**share** 182:7
**shared** 125:17
**She'd** 234:6
**sheet** 242:13,13
**shore** 116:16
**shoreline** 118:2
**short** 151:10 176:8
**shorter** 171:15
**shoulder** 164:1
**shouting** 283:8
**show** 47:10 48:13
**showed** 50:1
**shut** 265:10
**shuttle** 207:1
**shuttled** 207:4
**side** 30:15 35:11,12 121:17 134:2
**sidewalk** 163:12 164:8
**sign** 105:6 233:7
**signal** 125:5
**signature** 284:13,18
**signed** 238:14 248:17 249:17 254:10 258:14 259:6
**significant** 94:22 95:3 96:13,15 98:11
**signs** 44:12,12 103:17
**similar** 71:12 83:13
**similarly** 58:3
**simple** 115:11
**Simultaneous** 12:19 30:1 148:17 157:8 165:19 171:19 175:5 199:11 218:11 219:16 228:16 260:16 267:22 282:3,14
**sincere** 138:21
**single** 152:3
**sinus** 92:11 93:17 97:3 97:3
**sinusitis** 92:12 93:8 95:18
**sister** 113:3 277:18
**sit** 151:8,14
**site** 115:16 135:13,14 135:19
**sites** 133:17
**sitting** 109:14 141:20 169:12 246:10 267:14
**situ** 224:1
**situation** 63:2 93:22 213:8
**six** 142:20 154:4 155:18 155:22 156:2,18 171:2 177:21 178:16 252:5,8 253:4,5 254:6 255:17,19 278:18
**sixth** 113:6
**sketch** 107:1,2
**sketches** 107:9
**skip** 235:12
**skipped** 166:6
**slapped** 265:10
**slash** 174:4
**sleeping** 7:20
**slideshow** 149:22 151:16
**slideshows** 145:16 149:15,17,20
**slight** 74:12
**slightly** 101:5 283:19
**slot** 216:5
**slump** 175:14 176:2
**smack** 226:20
**small** 71:15 122:13 124:2,3,4 125:15

239:11
**smattering** 96:14
**Smith** 17:10 18:5,8,11 26:15,20 27:5,12,18 28:2 46:17 47:4,16 49:2,9 50:8,16 51:12 52:16,19 56:6 101:8 105:14 108:13,15
**Smithson** 150:20
**Smithsonian** 249:3
**Snider** 2:4
**snorkel** 115:21,22
**snorkeled** 116:15
**snorkeling** 115:14 116:11
**social** 142:16 233:19
**soft** 18:19,20
**software** 228:10,11 229:16 230:3
**soldier** 124:16
**solidify** 201:6
**Somatics** 63:9,11 70:9 70:18,19,22 71:7,8 72:11,19 73:8 74:1,8 75:3 76:15,16,19 77:2 77:6
**somewhat** 241:20
**sophomore** 127:10
**sorry** 12:10 20:18 30:2 35:1 37:20 39:20,20 41:16 44:2 46:15 47:1 54:18 55:5,20,21 59:1 64:8 65:15 67:4 73:14 74:10 76:13,17 77:16 78:7 87:12 88:15 102:2 106:1 107:20 108:14 110:14 112:15 116:8 119:9,21 120:16 122:16 123:7 144:2,19 148:18 155:9 156:7 158:6 164:16 165:21 171:20 175:6 177:2 179:4 183:22 184:17 198:14 199:6,12 211:7,9,15 215:2,6 217:17 218:12 219:17 220:1 221:1,3 225:8 228:17 231:4 237:7 240:20 241:12 248:7,13 260:1 262:3 267:16 271:16 272:9 277:8 277:21
**sort** 3:19 5:1 9:1 26:1 28:20 32:8 36:15 42:10 48:16 49:17 50:7 51:1,19,22 55:1 56:15 61:9 63:5 66:10 69:5 71:20 76:2 81:1 91:7 94:22 109:5 113:13 116:12 117:16 118:5,7 123:12 125:19 131:4 135:11 160:9 163:18 188:6 198:3 205:11,19 209:9 211:17 235:21 274:1 280:1,4,7,15,20
**sorts** 121:14 212:14
**sought** 98:15
**sound** 11:16,20 64:10
**sounded** 77:22
**sounds** 11:1,10 21:22 26:8 37:7 50:17 64:11 87:2 123:12 143:16 273:1
**source** 12:14
**south** 15:9 153:7 181:10
**Southwest** 86:21 89:15
**southwestern** 135:11
**Spanish** 16:2,3 46:3 131:16 134:20 141:10 141:11,12
**speak** 7:22 132:7 210:22 213:6 242:13 268:19 269:22
**speaking** 5:10 12:19 30:1 148:17 157:8 165:19 171:19 175:5 199:11 209:5 218:11 219:16 228:16 260:16 267:22 282:3,14
**special** 116:1,13 117:16 118:3,7
**specialist** 54:16
**specialists** 53:22 54:8
**specialized** 50:6
**species** 48:2 95:7 143:9 220:16 223:17 249:2 270:9
**specific** 5:18 63:5 67:2 71:17 77:3 80:11 96:17,18 123:13 149:5 166:18 177:18 204:5 215:21 216:1 218:9 221:19 223:9 230:5 235:14 236:8 236:10 237:15 243:21 250:16 254:4 265:4 265:11 275:13 280:16
**specifically** 50:8 67:19 69:1,3,9 129:16 161:17 184:13 209:5 244:17
**specifics** 244:5,7,21 258:22 259:2,3
**spell** 20:6 53:9 70:16 71:22 86:18
**spelled** 70:21
**spelling** 4:18
**spend** 55:4 177:20 189:22 190:3 229:16
**spent** 140:5 142:22 143:2 159:21 188:20 220:12
**spider** 94:14,16,21 95:4 95:6,6,19
**spine** 63:13 69:15
**spoke** 102:22 200:2 212:2,9
**sponsored** 212:16
**spring** 47:10 110:16 113:10 119:7,9,13 120:22 121:4 127:6 130:5 168:4,21 194:20 195:2
**springs** 120:18
**staff** 21:7 113:17 115:1 115:8 116:3,17 148:14,15 150:13 151:3 200:6 230:5,9 274:17
**staffer** 274:16
**staffing** 275:10
**staging** 131:1
**stand** 204:20 264:17 266:5
**standards** 109:16 150:18 151:6,9 243:8 243:18 265:16
**standing** 128:8
**stands** 159:7 263:17 267:1
**Stanford** 45:3,5
**stared** 258:20,21
**start** 3:13,18 10:10 13:17 28:6 38:15 50:20 60:18 69:22 72:17,20 74:20 75:3 79:1 160:17 171:22 172:8 191:1 193:2 207:15
**started** 30:20 36:5 46:8 49:20 58:12 66:3 73:9 76:13,21 77:4 78:22 79:9,19 92:16 93:4 111:6 114:18 127:4 132:17 134:17 140:9 156:4 159:16 160:21 161:3 174:7 175:21 177:16 178:13,15 185:18 199:4 215:16 242:13,14,15 245:21 262:15
**STAS** 237:20
**state** 1:9 2:11 4:17 13:5 57:15,18,21,22 60:10 60:12,13,14 88:1 89:5 90:19 91:2 93:20 95:7 99:10,13 103:14 104:11 112:18 140:10 140:17 152:9 177:17 181:5 183:7 184:11 186:5,7 196:10 204:18 207:7 209:5,6 218:7 236:17,20 237:19 239:4 240:18 241:3 246:15 247:2 249:5 259:10,16 265:11 266:16,19 281:17
**State's** 88:3
**stated** 29:20 69:14 191:10 242:21 243:9 243:15 252:18 269:21 275:9
**statement** 275:21 284:2
**statements** 263:13 275:16,17 276:4,6
**States** 140:5
**stateside** 156:17,20 176:11
**stating** 197:7
**stations** 87:18
**statistics** 125:14
**status** 180:14
**stay** 203:6 261:5
**step** 8:10 54:20 76:2 91:19 145:22,22 148:1,4 157:5 190:22 233:1,3
**steps** 148:1
**steroid** 38:1,2,12
**Steven** 25:6 33:2 34:3,7 41:7
**Stilfer** 168:13 169:3
**stipend** 107:22 108:5 173:7
**stippling** 36:11,12
**stitches** 163:20
**stole** 233:19
**stolen** 234:2
**stonewalling** 188:10 189:4
**stop** 8:15 39:3,9 43:15 43:16 85:4 89:19,22 90:2,17 278:11
**stop-and-start** 36:17
**stopped** 194:16 199:4
**stops** 32:1 33:4
**story** 182:20
**strain** 61:2 62:14

**strained** 61:14
**strange** 186:15
**strayed** 118:1
**street** 2:13 44:5 84:13 86:4 87:11 91:11,14 164:6 203:4
**streets** 87:6
**stress** 57:4,4,5 62:10 93:11,19,21
**stress-related** 93:16
**strict** 189:2
**stripped** 274:5 275:1,8
**striving** 83:12
**stroke** 35:19
**strong** 276:3,7
**strongly** 190:3
**struck** 163:8
**student** 46:18 50:14,22 51:2 92:17 101:16 105:15 126:3 128:5 141:19,22
**student's** 128:13
**students** 19:9 20:19 25:17 26:6 27:19,20 44:20 49:21 50:1 115:1,6 121:6,15,21 126:2,7 130:2
**students'** 127:20
**studies** 44:15 46:13 181:7
**studio** 45:5
**study** 47:3 49:6 50:1
**studying** 141:7 229:22
**stuff** 39:2 59:4 93:16 176:11 284:13
**sub-offices** 263:5
**subcontracted** 171:5
**subdistrict** 146:17 150:9
**subject** 8:14,22 9:6 17:9 18:13 161:18 188:7 189:11
**submission** 198:8
**submit** 196:13 197:3 213:18 216:14
**submits** 205:13
**submitted** 197:14 200:8 233:20 234:1 247:11
**substitute** 174:11,13 178:8,9,17 210:18
**subtidal** 115:15 116:22 143:9 181:11
**succeed** 191:5
**successful** 190:14,17 196:16
**suggest** 282:7
**suggested** 254:16
**summer** 111:9,19,20 114:3,4,16,17 121:5 122:20,20,21,21 123:5 130:7,9,15,16 130:19 140:6 145:8 146:14,19 151:10 153:19 154:14 155:3 158:12
**summers** 122:22 130:8 130:17 142:22
**sun** 35:19 118:17
**sunglasses** 118:12,14 118:16,19
**superintendent** 153:1
**Superstorm** 199:3,7,8
**supervising** 148:14 150:13 151:3
**supervisor** 20:4,15 21:2,11 25:5 109:10 109:20 110:3 113:22 141:16 146:1 167:1 231:21 232:12 249:1 254:17 256:18,19,20 257:17,22 260:21 261:8
**supervisors** 151:6 167:8 254:16 257:15 258:12 266:9
**support** 50:21
**supportive** 46:20
**suppose** 105:1,2 109:21
**supposed** 151:2 230:15 230:16 250:4 251:13 251:14,19,20,22 252:7
**surgeon** 36:1
**surgery** 81:1
**survey** 20:14,16
**surveying** 20:19
**Susan** 1:5,18 3:4 4:20 23:3
**suspicion** 40:17
**sustainable** 154:21
**Swedish** 34:3,7 41:7
**swim** 79:11,12 117:7
**swimming** 69:12,16,22 70:3 79:14,17,19,22
**swimming's** 69:20
**switched** 130:18
**sworn** 3:6
**symptoms** 30:21 99:20
**syndrome** 54:19 55:11
**synopses** 217:13
**system** 34:13,13 38:10 197:16
**systems** 37:15

**T**

**T's** 280:3
**T-I-C-S** 71:8
**TA** 19:22 26:19 141:11
**table** 100:10 246:10
**tacked** 213:14
**tactics** 191:5
**taken** 7:12 31:3 59:17 184:7 264:3,4
**taker** 45:15
**takers** 44:22 45:21
**talk** 10:17 28:3 75:10 101:6 103:7 149:5 151:14 193:4 196:15 199:22 209:12 220:7 239:14 250:20 263:8 263:11
**talked** 10:11 24:16 68:16,17,18 70:2 80:7 80:8 103:13 184:12 222:1 225:12 239:20 241:16,21 268:6
**talking** 4:2 10:3 58:18 71:6 76:12 88:19 91:18 102:21 103:16 145:14 173:16,18 178:21 182:3 212:5 220:14 239:19 250:1 256:4 267:12
**tango** 132:15,18,18,21 133:2
**tape** 45:11 246:12
**target** 247:1
**task** 36:20 270:8,9 274:16
**tasked** 132:15 135:7
**tasks** 50:16
**taught** 79:5 115:1,10,12 115:18 141:12 162:4 162:13 165:7 168:6 174:11
**taxi** 207:6
**TDY** 221:13 263:22 264:3
**teach** 25:13,19 115:15 128:18,20 141:13 162:8,12 178:10
**teacher** 72:14 73:8
**teachers** 70:11,12 72:12 132:1 134:21 141:19
**teaching** 19:20 21:10 25:3,21 127:10,11,18 130:1 141:10 161:22 162:3,14 178:8,17 226:11
**teams** 116:17
**Tech** 170:10,12,13,16 171:7 178:4
**technical** 81:12 176:17 176:18 177:8
**techniques** 115:11
**Technology** 195:13 198:2 238:17
**teenage** 33:5
**teleconference** 1:14
**telegram** 130:11,12
**telephone** 23:12
**telephonic** 4:3 5:4
**tell** 9:20 12:11 28:5 36:18 48:2 61:8 104:5 149:7 152:2 184:11 220:17 225:17 230:12 241:1,4,15 243:20 250:22,22 255:6 265:15 274:7 277:3 282:22
**telling** 145:17
**temporal** 54:18
**temporally** 78:13
**temporarily** 135:6
**temporomandibular** 55:9
**ten** 99:19 126:14 187:1 187:5,8 191:10 272:12 273:11
**ten-minute** 192:1
**tenured** 144:13 226:1,3 227:4
**term** 28:7,9,15,18,19 60:22 81:12 164:19 239:22 240:2,5,7 274:5
**termed** 159:8
**terminate** 244:19
**terminated** 238:4,5 239:21 240:1 242:17 243:7,9,14 264:5,10
**termination** 248:19 256:21 257:1 275:4
**terminology** 28:6 49:7
**terms** 18:22 28:11,12 34:11 43:18 73:17 116:8,10 118:4 124:5 233:1 236:15
**terrestrial** 115:19
**territories** 143:11
**terse** 241:20 242:3
**test** 31:3,12 37:14,17 38:4,7 96:13 172:4
**tested** 38:2 96:9 98:5
**testified** 3:7 246:18
**testifying** 4:15
**testimony** 4:13 7:9,14 216:19 242:1
**testing** 36:4 37:22 38:1 96:17

**tests** 38:22 39:1,1 96:11
**Tetra** 170:10,12,13,16 171:7 178:4
**textbook** 45:8
**textbooks** 45:9
**thank** 7:7 8:7 25:2 41:20 86:7 90:13 123:17 124:1 149:14 153:15 192:8,17,18 192:19 204:7 211:10 212:14 224:7 235:12 238:6 257:7 273:2,16 282:17,18
**thanks** 16:6 102:4 120:7
**theories** 25:20
**therapies** 61:19
**therapist** 63:20
**therapy** 31:16 42:10 63:13,20,21 79:22
**thereof** 284:9
**thesis** 142:19 143:18 143:20 144:13
**they'd** 128:2
**thick** 42:16 116:3
**things** 9:1 37:16,17 38:6,9,15 44:5,13 55:12 62:14 63:15 69:19 76:7 94:3 96:14 131:20 158:14 191:1 203:18 214:2 243:21 250:18,20 251:17 254:15 258:18 263:11 263:11 264:16 265:4 265:22 266:22
**third** 194:16 213:14 234:10
**Thirteen** 272:17
**thorough** 225:19
**thought** 20:18 40:6 83:2 95:12 97:12 156:9 185:15 203:8 206:13 220:1 231:21 232:12 245:20 247:10 267:8
**thoughts** 175:14
**thousand** 125:12
**Thousands** 175:9
**three** 17:16,20,22 64:19 115:6 131:2,9 132:5 133:9 135:1,3 142:20 153:9 169:14 194:15 195:12 197:6 209:13 209:20 215:19 233:16
**three-month** 109:1
**three-year** 186:20
**throat** 54:12 92:5 94:12
**throttle** 160:4
**thrust** 257:21 266:13
**thrusting** 267:4,20
**tick** 98:22 99:4,5,8 100:4,6
**ticket** 202:12
**tickets** 204:6
**tied** 26:19 67:3 93:11
**timeframe** 120:14 155:12 157:14,17 168:19 177:14 208:9
**timeframes** 170:7 189:2 230:18
**timeline** 108:16
**times** 35:17 57:13 61:13 62:15,22 64:9 64:19 68:4 91:6 92:21 132:12 152:7 178:12 194:5,16 195:3,15,18 198:12,14,17 249:14 250:9 270:20 278:7
**timing** 179:22
**tired** 243:12 271:8 272:7
**title** 157:1 176:16 254:21 255:3,5
**TMJ** 54:18 55:6,8 64:7 66:22 68:15 79:22 92:3,7 93:11 165:16
**today** 4:5,11,14 7:10,14 8:4 42:8 59:12 68:8 85:8 226:17
**told** 34:5 55:10 58:17 93:10 132:1 135:17 180:11 183:13 185:7 185:7 211:18 226:18 231:8,10,22 234:13 239:15 241:6 243:16 251:17 252:9,15 253:13,14 258:3 261:13 262:16 264:20 275:13,21 278:3,9 281:11,16
**tolerate** 191:6
**tone** 246:8,9
**Tony** 132:2,10
**top** 9:22 32:16 64:9
**topic** 101:5 149:19 267:3
**total** 17:22 283:18
**touch** 169:8
**tour** 102:7,9,21 103:3
**tourism** 154:21
**town** 73:7 121:18 122:7 122:9,9 124:3,5 125:9 125:16 126:10,12
**track** 119:6 262:18
**trail** 101:22 102:3,4
**trained** 117:7 246:6
**trainee** 158:1
**trainees** 148:1
**training** 50:15 51:1 78:5 109:19 111:6,15 117:8 131:2,4,7,10,11 131:17,17,18 132:8 133:3,9,14 134:20 135:2,7,19 136:16 146:22 147:7,8,11,12 147:14,17,18 148:4 153:20 222:10,11,15 223:7 264:18,18
**trainings** 147:21
**trains** 68:14
**transcribing** 242:15
**transcript** 46:7,11,14 190:18
**transcription** 243:6 245:1,5,16
**Transcripts** 197:6
**transfer** 46:18
**transferred** 46:11 147:20
**transit** 91:8
**translation** 235:4
**transport** 84:3 108:5
**transportation** 82:12 83:20 88:1
**travel** 202:15,17,18 221:4,12 232:10 263:21,22 264:7,18 264:22
**traveled** 221:16,16 264:8
**treasure** 131:21 132:7 135:8,13,20
**treat** 209:17
**treated** 93:5 94:4,10,11
**treatment** 56:15,18 69:5,9,11 76:22 78:15 235:14
**treatments** 31:15 63:6 68:20
**tree** 95:7,8
**tribal** 150:6 153:11
**tribes** 153:9 168:16,17
**tried** 24:5 38:1 91:5 184:3 234:20 244:11 249:15 259:6 266:8
**tries** 62:2
**triggers** 35:18
**trip** 117:20 186:2
**trips** 133:14,15,19 222:4
**trouble** 7:19 179:2
**try** 6:20 37:12,15,17 38:6 61:11,19 75:1,5 76:5 105:6 131:21 134:3 135:18,19,21 138:22 142:8 165:17 165:18 171:22 172:8 185:12 191:6 204:16 206:1 216:3 236:1
**trying** 17:15,19 27:17 37:14 38:4 39:22 45:2 50:12 55:3 61:14 62:3 62:11,14 63:4 73:5,20 76:1,7 78:12 82:13 83:20 91:19 97:6 105:12 106:9 109:12 111:2 120:4,13 125:8 129:8 132:15 140:6 155:16 160:9 163:20 172:4 174:8,14 175:22 179:17,22 216:6 217:12 218:3,5 218:6,7 230:8 237:10 241:17 242:16 256:7 268:1 278:1
**Tucson** 4:21 13:22 14:22 15:9,15 16:4,7 37:10 40:18 68:12 70:10 72:13 74:5 77:9 79:7,9 203:10,15,21 234:5
**Tuesday** 206:22
**Tufts** 223:4
**turtle** 121:21,22
**twice** 65:13,20 66:7,16 67:9 79:13,19 174:1 194:10,14
**two** 17:20,21 19:21 42:19 58:12 74:11 122:4 126:5 141:15 142:22 147:19 154:3 161:9 162:21 166:7 182:18 194:7,13 195:3,15,18 198:12 212:21 215:18 216:5 217:8 218:15 233:16 237:15 240:10 250:8 250:8 251:15 253:11 257:4 259:15 264:9 267:2 282:1,10
**two-week** 156:4
**two-year** 147:18
**type** 145:14 151:16 156:12 195:10
**types** 76:22 214:4
**typically** 230:19
**typing** 81:22

## U

**U** 163:15
**U.N** 137:14

**U.S** 1:1,9 2:11 40:13 130:12,14,22 131:11 152:16 154:1 177:17 234:12,13
**UCSF** 40:14
**ultimate** 51:17
**ultimately** 149:2
**umbrella** 106:12 136:6 152:18
**unbiased** 189:15
**uncomfortable** 64:22 257:22 268:2
**undergrad** 19:4
**undergraduate** 18:10 141:12
**understand** 4:5,10,13 5:6,15,19,20 6:1,5 8:12 20:16 29:7,8,13 70:15 72:17 78:11 82:7 83:4 87:16 98:6 123:10,21 124:6 128:11 134:3 144:15 155:6 156:7 164:16 166:10 187:16 214:20 216:21 225:18 226:4 233:13 236:17 240:2 240:7 241:18 242:2 250:13,16 259:5 264:10 267:19 268:13 276:14 280:9,12 281:2
**understandable** 172:6
**understanding** 13:13 31:11 33:1,8 34:1,2 34:14 40:11,15 41:2,4 41:8 79:18 88:7 96:18 120:4 125:10 149:4 172:3 180:9 219:14 225:22 226:6,16 227:13 235:10 239:6 251:19,21 259:12 263:6 279:1
**understood** 6:5 10:15 38:18 76:21 155:21 167:21
**underwater** 116:18 117:9
**unemployed** 171:16
**unemployment** 186:20
**unfortunate** 95:18
**unfortunately** 139:15 234:22
**uniform** 108:3
**Universidad** 143:5
**universities** 181:9
**university** 14:21 17:2 31:8 45:3,6 136:4 140:10,17 143:6,17 161:2 181:5 186:10 223:3,4 226:2,14
**unpack** 148:20
**unpaid** 27:3 49:4
**unrelated** 188:5 189:15
**unwell** 7:18
**upload** 185:4 230:8
**uploading** 185:2 228:9
**upper** 67:4,4,7
**upset** 276:14 277:16,16 277:20 279:16
**Uruguay** 131:3,12,13 133:2,10,18 134:3
**USAID** 154:13 170:8 204:18 207:8 209:20 218:8,10,14,15
**USAJobs** 158:11
**USDA** 195:20
**use** 28:7,8,19 43:22 44:17 61:19 63:8 88:11 104:10,12 105:4 116:12 177:4 227:1
**uses** 154:13
**usually** 9:6 63:21 151:19 255:17

**V**

**v** 1:7 25:7
**V-O-C-A** 174:4
**Valenzuela** 135:17 136:13
**van** 126:8
**varied** 93:5
**variety** 201:12 205:2
**vary** 208:15
**vehicle** 163:7,8,10,11
**vein** 103:1
**verbally** 269:22
**verbatim** 245:11,16 246:1 275:16,21
**verbiage** 241:14 242:3 243:6,10
**verde** 95:6,7
**verified** 112:17
**Vermont** 121:7,8
**Vernon** 84:22 85:2
**veterans** 180:4
**veterinary** 205:19,20
**vetting** 201:10
**Victor** 25:7
**video** 199:5,18,18
**videotaped** 200:22
**Viejo** 121:16 122:9,12 124:4
**view** 232:13
**virtue** 189:13
**vision** 28:10 29:14 44:8 44:10 67:17 103:20 105:4 116:17
**visit** 134:2
**visual** 28:13 39:1 43:20 45:13 47:19 53:4 61:12 81:16 82:6 83:5 83:8,9,14 88:20 103:17 106:21 116:11 118:9 183:9 184:18 231:22
**visually** 27:21 28:14
**vivarium** 106:10
**voice** 246:8,8 283:8
**Voltmer** 274:12 275:9
**Volume** 11:6 86:3
**volunteer** 136:14 173:4 173:5 176:21
**volunteers** 131:13,15 137:18 177:5,6
**vulnerability** 178:5

**W**

**wage** 159:20
**wait** 5:12 220:10
**waited** 210:20
**waitlisted** 140:8
**waived** 284:18
**Waldo** 137:10,11
**walk** 71:18,18 84:5 88:11 89:2 90:17,18 103:6 126:9,10,11,18 151:13,13,16,17
**walked** 88:8 105:5,5 126:19
**walking** 82:13,14 87:3 88:17 90:14 91:1 163:7 164:3,4,7
**walks** 145:14,14
**wane** 68:7
**waned** 68:5
**waning** 68:10
**wanted** 9:13 50:2,3 85:16 112:16 123:9 133:4 154:8 155:13 166:11 232:11,14 236:7 245:2 248:11 251:4 257:9,21,21 261:2,8 274:1 284:8
**wanting** 266:7,9
**warned** 183:8
**Washington** 1:1 2:15 88:8 100:19
**wasn't** 37:8 62:4,6 74:5 84:2,5 87:7,7 96:17 96:18 109:7 112:6 117:19 127:18 133:12 134:22 147:13 164:14 183:15,17 189:20 234:9,21 244:12 252:1 261:11 265:7 279:12,13
**water** 90:21 95:13 115:14 218:19 244:15 263:4
**Waterfront** 89:21 90:2 90:11
**Watts** 117:3
**wave** 138:5
**wax** 68:7
**waxed** 68:5
**waxing** 68:10
**way** 8:12 9:15 11:10 29:19 34:15 38:3,10 41:17 61:10 62:6 76:2 76:8 91:1 100:3 101:1 150:21 151:3 153:5 163:9 167:22 189:19 190:5,13 211:21 212:3,5 235:1 268:5 268:19 270:1
**Wayne** 53:8
**wear** 42:15,18
**wearing** 118:14
**weather** 117:22
**week** 19:9,12 79:13,19 108:5 132:18 202:8 202:20,20,21 203:7 204:5,8,11 205:21 212:15 215:3,8 229:13 230:6 238:14 260:8
**weekend** 133:21,22
**weeks** 86:11,13 89:9 90:20 91:4,8 154:3 155:3 171:9 173:17 173:18 215:19,19 217:8 232:19 239:22 240:1 255:19 264:9
**weight** 62:12
**welcome** 257:8 273:8
**went** 16:4,6 35:17 39:1 40:19 42:2 75:20 94:18 98:7 102:8,16 102:16 106:11,15 109:1 111:14,16 120:9,9 124:9,9 125:20 131:2 132:9 135:4 136:9 148:8 154:12,13 163:10 172:18 173:21 192:21 192:21 199:18 215:17 227:10 231:8 252:3 273:19 277:16 279:3 284:17
**weren't** 82:15,18 96:13 128:8 210:7 229:15

281:13
**west** 4:21 38:17 40:12 41:3,9 154:14,20 176:7 181:9
**wetsuit** 116:6
**wetsuits** 116:4,4
**whack** 81:12,14
**whale** 149:19
**whales** 145:16 150:3,5
**whaling** 150:8
**white** 104:8,10
**wife** 127:13
**wildlife** 102:11 186:4,6
**William** 31:7,11 40:2,15
**Williams** 93:3 96:8 97:10 98:4
**willing** 261:5,9,16
**Wilson** 72:22 77:6
**window** 6:10
**Winrock** 154:12 172:19 174:2 176:15,16 177:4,22
**winter** 47:11 49:14 90:16 136:18,20
**wintertime** 47:8 87:6
**withdraw** 169:19 231:5 255:12
**withdrawn** 210:5
**witnesses** 189:2,5
**witnesses'** 189:8
**WMATA** 88:5
**women** 33:5
**women's** 54:9
**Woodley** 98:21
**word** 105:4 177:4 216:3 227:2 230:2 242:14 256:17
**wording** 196:20 275:13
**words** 64:20 69:17 78:2 243:5 263:19 268:9 269:15,20
**worked** 15:8 19:7,9 20:19 47:4,4 48:12 49:10 52:16 57:15,18 57:20 93:2 101:17,22 101:22 102:5,6,7 103:13 106:3,6 113:1 113:9 116:16 117:2,9 121:19,21 127:2,6 136:8 137:2,20 141:10 143:3,14,17 145:8,10 146:12 150:5,21 151:4 152:8 154:15 168:13 170:8 171:14 172:16 173:16 173:19 176:6 211:21 212:3,6 218:16 224:20 226:21 239:4
278:18
**working** 15:4 50:2,3 57:21 71:17 82:20 93:20 103:15 121:19 125:20,22 126:1 127:13 137:19 142:15 143:7 145:17 148:14 151:5 152:11 154:18 155:2 170:19 176:14 177:16 220:18 223:17 225:1,3 227:6 229:15 251:15 252:16 277:2 277:4 278:12 279:16 279:17
**workplace** 177:7
**works** 6:21 202:17 205:10,16 261:19
**workshop** 278:20
**workshops** 211:18 212:1
**worksites** 126:2,3,7
**workspace** 125:20
**worldwide** 278:19
**worries** 172:7
**worry** 253:14
**worse** 36:22 92:18 93:6 93:7,19
**would've** 67:21
**wouldn't** 184:13,14 230:20
**wound** 231:2
**wow** 265:8
**Wrigley** 105:22 106:3 106:11,12
**write** 45:15 176:11 197:18 242:14,16 245:21 256:10
**writing** 45:17 46:1 74:3 264:21 266:22
**written** 40:13 109:18 142:5 235:9 249:18 251:22 256:16 259:8 265:20 266:2
**wrong** 7:22 40:6 89:1 181:8 255:4
**wrote** 120:20 235:8 254:9 256:18 276:5

**X**

**X** 215:22

**Y**

**Yard** 90:1
**year** 14:11 15:3 25:12 55:19 67:15 77:3,7,12 78:17 92:15 101:8 114:9 120:5 123:11 123:14 124:20 129:16 130:10,11 141:5,11 148:2,3 153:18 154:4 155:22 156:3,5 163:2 163:13 165:7 167:1 168:1 171:1 173:14 175:18,19 186:7 193:17 194:19 197:4 198:17,22 199:2,3,16 219:15 222:3 226:7 238:2 255:16 256:12 257:4 274:15
**years** 15:21 41:6 43:14 61:21 94:6 120:18 142:21 147:19 162:16 162:21 169:14 240:10 246:7
**Yelling** 269:10,10
**Yellow** 89:20
**YMCA** 79:15,19
**yoga** 71:12
**younger** 38:5

**Z**

**Z** 207:15
**Zeiller** 60:11 69:12 80:2 80:4
**zoology** 182:17

**0**

**02** 35:3
**025** 151:4

**1**

**1:02** 42:2
**1:03** 42:3
**10** 75:11
**100** 108:8 123:11 182:13
**10th** 249:11
**11** 240:1
**12** 75:11
**12:03** 3:2
**1200** 86:4 91:14
**13** 1:13 131:13 133:13 135:5 240:10 272:16 283:18 284:3
**14** 272:15
**14th** 84:13 91:11 249:11
**15** 72:14 192:11
**16** 43:14
**1918** 35:15
**1972** 14:14
**1973-ish** 14:14
**198--** 55:19
**1985** 30:18 35:6 36:6 37:1,2 38:17 39:7,13 39:16 40:11 42:22 43:6,8 44:1
**1986** 40:1,22 43:1 67:21 68:2
**1987** 27:18
**1989** 101:9 105:14,20 105:22 106:2 108:17 108:19,19 110:9
**1990** 110:20 111:6 113:1,9,10
**1990s** 112:6 188:21 190:1
**1991** 113:10 114:4,17 114:17
**1992** 119:12 121:4 123:19 130:3,5
**1993** 130:5
**1994** 123:19 134:14
**1996** 134:7,11 139:22 140:10
**1998** 157:18,21
**1999** 141:6 145:4,7 146:19 157:21 166:15 166:17
**19th** 237:17 238:7 242:22

**2**

**2** 11:6 145:22,22 157:5
**2-1/2** 279:18
**2.5** 239:21
**2:02** 74:13
**2:03** 75:12,20
**2:15** 75:13
**2:20** 75:15,16
**2:23** 75:21
**20** 19:8,11 43:8 252:17
**20:06** 283:16
**2000** 34:21 35:2
**2001** 35:3 40:7
**2002** 40:7
**2003** 153:18,21,22 154:7,14 155:3,6 157:2,19 160:19 166:10,16,17 167:1,4
**2004** 162:13,18 163:14 168:7
**2005** 168:21,21
**2006** 169:1
**2007** 66:2,4 168:4
**2008** 180:2
**2010** 77:13,14,17,19 162:18,19,19 167:14 171:11,12 172:1,9,11 174:8 175:19 177:15 178:13,14 185:17 193:18 194:1
**2011** 181:4
**2012** 170:21 172:12

**2013** 170:22 172:13 176:6,8,8
**2014** 72:14 78:18 80:6 175:20,20 228:6
**2015** 78:18 80:6 194:20 195:2 202:22 215:14 215:15 216:2 219:13 231:22
**2016** 185:19 237:17 238:3 252:9 253:6 254:4 255:17 268:7 270:13 274:4
**2018** 257:2,5
**2019** 95:16
**202** 2:16
**2020** 1:13
**20520** 2:15
**21208** 2:6
**2201** 2:13
**22nd** 238:3,8,10 241:9 242:9 252:17 258:18 259:1,19,22 260:3 263:8,12 281:6,8
**24** 206:18 208:8,10,11
**25th** 274:3

**3**

**3:05** 102:16
**3:11** 102:17
**3:38** 120:9
**3:48** 120:10
**3:54** 124:9
**3:55** 124:10
**30** 41:19 219:21 220:6 230:16
**30-second** 41:17
**33** 161:13
**3D** 18:15
**3rd** 254:4

**4**

**4-1/2** 254:7
**40** 220:6
**409** 86:6
**410** 2:6
**410-653-9060** 24:2
**45** 151:12
**45-day** 265:16

**5**

**5** 114:12 148:3 195:20 239:21
**5:00** 139:9
**5:32** 192:21
**5:35** 191:19
**5:45** 192:14,15
**5:48** 192:22
**570-2018-00497X** 1:7

**6**

**6** 37:1 253:6
**600** 2:5
**647-6448** 2:16
**657-8261** 2:6
**6817** 2:14

**7**

**7** 148:3
**7:00** 139:13
**7:42** 273:19
**7:54** 273:20 284:1
**75** 108:4

**8**

**8:06** 283:16
**8:07** 284:2
**8:10** 284:18
**800** 64:16,18
**80s** 227:3
**85** 38:12
**85704** 4:22
**89** 108:14 120:1
**8th** 252:9 253:5

**9**

**9** 148:3
**90** 111:13 151:19
**90-day** 151:21
**90s** 58:11,11 158:9,15
**91** 120:22 122:20
**92** 121:1,5 122:21 127:6 130:20
**93** 122:21 127:6 130:9 130:19,21
**94** 134:17 135:12
**945** 4:21
**95** 128:5
**96** 58:11
**98** 146:14
**99** 145:8 147:1,4

C E R T I F I C A T E

This is to certify that the foregoing transcript

Deposition of: Susan Qashu

In the matter of: Susan Qashu V US DOS

Before: EEOC

Date: 01-13-20

Place: teleconference

were duly recorded and accurately transcribed under my direction; further, that said transcript is a true and accurate record of the proceedings; and that I am neither counsel for, related to, nor employed by any of the parties to this action in which this deposition was taken; and further that I am not a relative nor an employee of any of the parties nor counsel employed by the parties, and I am not financially or otherwise interested in the outcome of the action.

Neal R Gross

-----------------------
Court Reporter

Planet Depos
We Make It Happen™

# Transcript of Evan Bloom

**Date:** June 14, 2023
**Case:** Qashu -v- Blinken, Secretary, U.S Department of State

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

since I don't know about the details of the assistance that was provided. So I don't know about either case.
Q. And where was your office relative to Dr. Qashu's office?
A. So we had an office that was in a kind of U shape, and I was at one end of the U and she was kind of in the middle. So she was around the corner in sort of the other side.
Q. So it sounds like you really wouldn't have a view from your office to her office?
A. That's correct.
Q. And was there a point at which she changed offices?
A. I don't recall.
Q. Did Dr. Qashu ever stay at State and work late into the evening?
A. I'm afraid I don't remember that.
Q. In terms of managing Dr. Qashu, how did you split the duties between yourself and David Sohier?
A. I did not supervise her directly. She



worked for Dr. -- for Mr. Sohier. He was her supervisor.
Q. So what did you see as your role?
A. So my role is director of the office, so I have overall supervisory, or had overall supervisory responsibility for everyone in the office. So I also had a very busy portfolio of my own work. So I worked more closely with some officers than others, including the ones who I directly supervised, and there were some of those. But I certainly had a role with respect to overall supervision of her work.
Q. And what about when David Sohier leaves and Chever Voltmer becomes Dr. Qashu's supervisor how did you split the duties of managing Dr. Qashu between yourself and Chever Voltmer?
A. It was the same as before.
Q. Do you recall an evaluation of Dr. Qashu that Chever Voltmer prepared and you signed off on?
A. Yes.
Q. What do you remember about that evaluation?



A. What do I remember about it?
Q. Yes.
A. So there had been an issue of earlier on about whether an evaluation would be provided. By the time Ms. Voltmer her arrived, it had been decided that, yes, one would be provided and so there was an effort to get that into the system, which was done.
Q. Sure. So I think I have it here for you to look at. It starts with the number 5 file name.
A. Okay. So I have a thing that says test. Am I supposed to get out of that screen?
Q. Yes, and then I think you can refresh the web browser and you'll see two documents uploaded.
A. Okay, it's two documents. One of them says, five set.
Q. Yes.
A. Okay.
Q. If you can open that one.
A. Okay, I've done that.
Q. Okay. Does this look like the evaluation that we were just talking about?



A. Yes, it does. It's been a long time so I'm looking at this for the first time in many years, but it looks like this is the correct document.
Q. And did you participate in drafting this document?
A. No.
Q. So is this essentially Chever's draft?
A. So I would say it's a bit more complicated than that in the sense that, especially since Ms. Voltmer came in after Mr. Sohier, she didn't have as much experience with supervising Dr. Qashu's work and so had to rely on, as is normally the case, input from Dr. Qashu in order to describe the work she did.
So the process is normally the employee provides information about what she did, particular projects, and then either may draft some paragraphs or then it goes to the supervisor to do -- to do a draft that would then be shared with the employee. And so I think that's what probably occurred.
Q. Did Sohier have any input in this

**A. So I really don't recall whether she was or not but she might have been. I'm sure there would be a record of that if that were the case.**

Q. Regarding AAAS fellows generally, would you say that AAAS fellows all have similar duties?

**A. They wouldn't necessarily have the same portfolio because that was determined depending upon the needs of the office when they arrived. But they were all treated in the same way as part of the staff.**

Q. So any variance would you say it would be because they had different portfolios?

**A. In terms of variance for what? I'm sorry.**

Q. In their duties or what was excepted of them.

**A. Yes, I think it would be a matter of whether they were asked to work on particular, some particular matters or other matters.**

Q. I think you may have at least touched on this and I might have just missed it because I was talking, but what determines the portfolios of AAAS fellows?



**A. So we try to take into account their background and their interests. A key question is what portfolios need to be covered in the office when they arrive, is this something new that needs to be covered, is there some area that makes sense.**

**As managers we need to make sure that all the particular issues that are -- there is some staff officer assigned to each. So prior to arrival I would have thought about with others what are the areas that need to be covered and have treated it like that.**

Q. Okay. And still on this issue of portfolios and leads, okay, you remember talking about that, assuming you're not the lead on a topic do you still have the ability to perform work on that portfolio?

**A. Yes.**

Q. And as it relates to Dr. Qashu in particular, do you recall whether her duties ever did change with respect to her portfolios?

**A. See, it's been sometime so I can't remember clearly. In terms of the question of**



**lead, if she had been assigned to the RATS issues she would have been part of a larger team of people on which she would have been the most junior. So she would have been, you know, working with others in that context. And so in terms of how her portfolio evolved, I really don't recall the details.**

Q. So you don't recall whether there came a time that she was, for instance, removed from a portfolio?

**A. I don't recall her being removed from anything. As we've seen, there was some discussion about this invasive species issue and some questions about whether Dr. Lodge should cover something. And I don't recall whether it was something, because removal to me implies something rather drastic, and I don't know that that happened. But it could be that someone like Dr. Lodge came in and took a fair amount of the effort involved on that particular issue, but I don't recall the details.**

Q. Okay. Very briefly about Dr. Qashu's



disability. Did she ever approach you with requests that you understood to be related to any visual impairment?

**A. No.**

Q. Or any other medical condition?

**A. No.**

Q. And give me one moment. Just very briefly on the issue of basic people skills that you talked about earlier. Do you recall that?

**A. Yes.**

Q. I think you also mentioned ability to work with others and speaking in public. Do you remember that?

**A. Yes.**

Q. Are these skills that State expected its fellows to have coming into the job?

**A. I think individuals have those capabilities in different measure depending on their background and life experience. So as I think I said initially, there's no expectation that a AAAS fellow would come in knowing how to conduct themselves at international meetings or knowing how**

113

**to run a clearance process. Those are things that take time and experience.**
**But over time in order to be successful in the State Department, you need to figure out these sort of things. So some people it takes more time than others to -- to get good at those things.**
Q. So coming into this job is it an expectation that a fellow would have the basic ability to work with other people?
**A. Yes, absolutely, that would be essential.**
Q. And did you feel that Dr. Qashu lacks some of these basic people skills?
**A. Yes, I think that she -- she had some difficulties in that area and I think that both I and Mr. Sohier tried to address that to work with her to get her to focus on the substance of her work.**
**Because in her meetings with me she often seemed to sort of talk about other sort of procedural concerns to just kind of focus on, you know, what it is we were trying to do in a foreign policy sense. So yeah, I think she needed some --**

114

**some additional help in those areas.**
Q. Okay. I just have a few more questions. Let me look at my notes real quick. I want to go back to this issue of the renewal versus non-renewal. You had mentioned that leading up to this process Dr. Qashu had showed you said a lack of interest in being continued?
**A. Yes.**
Q. And you mentioned she seemed uninterested. Do you recall that?
**A. Yes.**
Q. And you mentioned that she had actually voiced wanting to go somewhere else. Do you recall that?
**A. Yes.**
Q. So keeping all of this in mind, how did this weigh into your eventual determination that it was okay for her to come back the next year?
**A. I think it was kind of a balance. On the one hand she had been, I think, only partially successful in terms of her work in the office and also she seemed not particularly enthusiastic about**

115

**continuing in OPA.**
**So I think that was certainly in the back of my mind in terms of how I felt about her continuing.**
**At the same time I felt that she was not a disruptive force in the office. I felt like she was able to do the work, that she was making a contribution and therefore on balance it was acceptable for her to continue.**
Q. Okay.
**A. So it was that.**
Q. So Attorney Thall had showed you, I think it was two documents. One, if memory serves, was like a June 15th congratulations, you've been renewed. Do you recall that?
**A. Yes.**
Q. And then a July 15th something to the effect that renewal is no longer an option?
**A. Yes.**
Q. And if memory serves, there was a line in there to the effect of, in consultation with OPA. Do you recall that?

116

**A. Yes.**
Q. Is it possible or likely that those people who sent that letter were also aware of Dr. Qashu's lack of interest and wanting to go somewhere else?
**A. Yes.**
Q. I want to talk a little bit about clearing documents. And I want you to bear with me because I kind of want to give you a hypothetical to make sure I understand clearing documents, okay?
**A. Yeah.**
Q. So in my job I have a lot of FOIA cases and we do joint status reports. Sometimes we have to do a draft and send it to the agency, and sometimes we may have to send it to more than one agency and get them to look at the draft and say yes or no. And then we have to send it to opposing counsel and they also have to weigh in. That's kind of how I understand clearing a document. Would you agree that that's a similar process that State has with clearing documents?
**A. Yes, I think so.**
Q. I think that's it.

117

MS. THALL: Just before we go off the record, Lynne, can we put in the exhibits I showed, the documents I showed, can we make them exhibits in this record?

COURT REPORTER: Sure. Do you have the link to upload in the Planet Depos repository?

MS. THALL: I do, they're in there.

COURT REPORTER: If they're in there, is there a specific order that you would like them marked? If you'd like to review them now, I'll put it in the transcript and make sure they're properly marked.

MS. THALL: Yes, so the one that starts with the number 5 should be 1, the one that starts with the number 2 should be 2, the one that starts with the number 7 should be 3, the one that starts with 3 should be 4, the one that starts with the number 11 should be 5, the one that starts with the word July should be 6, and the one that starts with 14 should be 7.

(Exhibits 1 through 7 were marked for identification and are attached to the transcript.)

118

COURT REPORTER: Thank you. I can take transcript orders.

MS. THALL: What is the standard processing time for transcripts, is it ten days?

COURT REPORTER: It's ten working days so it would be two weeks from today.

MS. THALL: That's fine on my end.

COURT REPORTER: Great. And, Ms. Robertson, did the Agency wish to order a copy of the transcript?

MS. ROBERTSON: Yes.

COURT REPORTER: Could I get your email address, please?

MS. ROBERTSON: I'll put it in the chat.

COURT REPORTER: Thank you so much.

(Off the record at 4:43 p.m.)

119

CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC

I, Lynne Livingston, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my supervision; and that I am neither counsel for or related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 6th day of June, 2023.

My commission expires January 6, 2027

______________________________

NOTARY PUBLIC IN AND FOR

THE STATE OF MARYLAND

Case 1:22-cv-01077-TNM Document 33-1 Filed 09/15/23 Page 80 of 196



A

**aaas**
11:2, 11:5, 11:8, 11:12, 12:5, 12:7, 12:15, 12:20, 13:12, 13:15, 13:21, 14:22, 15:6, 15:13, 23:3, 31:8, 33:16, 46:22, 48:3, 48:8, 48:12, 48:20, 62:4, 62:8, 62:11, 62:13, 69:1, 70:22, 71:4, 75:3, 75:9, 75:14, 91:13, 92:4, 92:8, 92:11, 95:10, 98:1, 98:5, 98:12, 99:6, 100:22, 101:11, 102:7, 103:5, 105:19, 105:20, 106:2, 106:3, 106:4, 106:6, 106:9, 106:14, 106:17, 109:4, 109:5, 109:21, 112:21
**aaas's**
106:1
**ability**
15:18, 15:19, 18:19, 85:15, 104:10, 110:15, 112:11, 113:9
**able**
12:19, 16:3, 31:8, 48:5, 50:4, 50:11, 50:12, 54:20, 55:15, 57:12, 65:19, 115:7
**above**
43:10
**absolutely**
16:8, 113:10
**acceptable**
93:5, 93:12, 94:21, 95:6, 100:7, 104:4, 115:9
**access**
8:5
**accessible**
65:11, 87:20, 91:17
**accessing**
38:6
**accommodate**
23:1, 23:4, 23:7
**accommodation**
16:14, 16:15, 17:13, 20:9, 20:14, 21:15, 74:11, 74:19
**accommodations**
22:1, 74:6, 74:13, 74:16
**account**
58:6, 76:9, 110:1
**accurately**
7:16
**acidification**
30:2, 32:3, 32:10, 59:20, 59:22, 60:2, 60:13, 60:19, 60:22
**acronym**
9:2
**across**
81:3
**acting**
108:7
**action**
47:21, 48:19, 53:21
**actively**
18:13
**actual**
9:9
**actually**
16:18, 22:14, 22:20, 81:8, 114:12
**ad**
84:11
**add**
23:16, 61:13
**additional**
11:9, 61:9, 81:15, 114:1
**address**
7:19, 19:13, 113:15, 118:13
**administration**
36:5
**administrative**
12:3, 17:14, 21:11
**adrianna**
12:15, 14:1, 14:14
**advancement**
97:21, 99:6
**advice**
11:9, 11:17
**advise**
55:15
**advisor**
92:16
**affairs**
9:4, 20:6, 32:18, 32:22
**affect**
85:14
**affected**
75:3, 75:6
**affixed**
119:13
**afraid**
12:20, 14:9, 25:18, 34:10, 60:6, 61:12, 83:19
**after**
6:16, 10:15, 10:21, 28:11, 50:19, 57:5, 59:5, 60:10, 62:11, 73:3, 83:7, 94:20, 104:19
**afterwards**
85:3, 95:17
**again**
5:13, 12:22, 19:18, 21:3, 31:22, 45:16, 47:15, 50:8, 66:5, 72:15, 90:22, 95:1, 95:13, 96:22
**agencies**
36:3, 41:1, 48:1, 64:2, 66:22
**agency**
32:21, 53:7, 53:16, 116:13, 116:15, 118:9
**agenda**
47:7, 47:8
**ago**
58:18, 60:6, 83:20, 95:14
**agree**
29:15, 30:1, 42:20, 55:10, 57:6, 66:18, 96:1, 97:19, 100:10, 104:12, 116:19
**agreeable**
95:1, 95:3
**agreed**
93:4, 95:22
**alaska**
63:22
**aligned**
99:22
**all**
7:10, 13:9, 16:22, 17:16, 24:22, 29:21, 30:3, 41:2, 44:19, 44:22,

48:9, 48:19, 52:2, 55:4, 56:3, 56:16, 58:2, 61:9, 63:6, 65:5, 66:2, 66:21, 71:1, 74:20, 74:21, 76:8, 84:12, 84:20, 91:11, 97:18, 98:12, 98:15, 100:17, 105:11, 107:17, 109:5, 109:9, 110:6, 114:16
**along**
11:20, 12:11, 45:14, 107:16
**already**
69:2
**also**
3:22, 6:20, 7:8, 12:7, 13:19, 14:2, 18:3, 21:10, 26:7, 32:11, 39:4, 55:10, 56:16, 61:7, 89:15, 91:18, 96:17, 112:11, 114:22, 116:3, 116:17
**although**
11:19, 15:22, 16:14, 17:6, 30:16, 44:14, 46:18, 48:16, 52:11, 57:22, 69:11
**always**
16:6, 82:9, 107:15, 108:14
**american**
97:21, 99:5
**among**
84:22
**amount**
63:9, 111:19
**another**
16:2, 32:21, 39:2, 39:3, 53:7, 54:5, 62:21, 71:18, 87:5, 89:13, 98:17, 105:7, 106:22
**answer**
6:16, 7:7, 16:20, 57:18
**answer's**
65:6
**answers**
7:4
**anticipate**
69:1, 87:16, 91:8
**anticipated**
55:20
**antony**
1:8
**any**
6:18, 7:12, 8:15, 10:2, 13:3, 13:8, 13:21, 17:18, 18:3, 18:7, 19:2, 19:17, 19:19, 21:17, 22:22, 23:3, 28:22, 29:3, 29:5, 34:9, 34:11, 36:6, 37:8, 38:12, 43:15, 46:16, 48:8, 48:14, 53:10, 60:11, 66:13, 71:2, 71:5, 74:3, 74:6, 74:9, 79:19, 81:15, 83:2, 84:3, 85:14, 85:17, 86:5, 89:6, 91:16, 91:19, 92:9, 94:12, 95:8, 95:18, 97:2, 98:12, 101:6, 101:7, 102:1, 102:5, 102:9, 105:18, 106:1, 106:8, 106:13, 106:16, 106:19, 107:13, 108:13, 108:20, 109:11, 112:2, 112:5, 119:9
**anybody**
11:19, 49:13
**anyone**
11:15, 16:19, 21:16, 35:6, 48:10, 56:11, 69:15, 71:8, 83:3, 103:17, 103:20, 106:17, 107:4, 108:2, 108:11, 108:15
**anything**
7:12, 7:15, 10:4, 10:8, 19:22, 23:7, 23:10, 23:14, 23:16, 31:20, 34:7, 36:9, 47:2, 49:14, 63:12, 65:10, 65:18, 66:1, 67:21, 73:15, 75:19, 76:2, 80:5, 81:13, 85:21, 87:19, 87:21, 88:1, 88:2, 91:21, 95:13, 98:8, 111:12
**anywhere**
42:11, 42:13
**apart**
106:14
**apparently**
39:7, 65:21
**appeared**
96:12
**appears**
57:8
**application**
90:7
**applications**
68:19
**appointed**
33:22
**appointment**
33:21
**appreciate**
70:2
**approach**
112:1
**approached**
19:2
**appropriate**
22:8, 22:20, 30:13, 53:20, 100:16
**approved**
76:4, 76:18, 77:17
**archive**
37:1
**arctic**
52:1, 52:3, 56:15
**area**
11:17, 16:3, 24:17, 30:6, 34:16, 39:5, 61:17, 61:18, 62:8, 110:5, 113:14
**areas**
30:3, 30:12, 40:6, 110:10, 114:1
**aren't**
35:9
**arose**
80:10
**around**
25:8, 68:22, 78:3, 79:12, 79:20, 80:12, 108:16
**arrange**
53:4

**array**
75:21
**arrival**
10:14, 10:21, 11:1, 16:12, 82:17, 110:9
**arrive**
110:4
**arrived**
27:5, 109:8
**arrives**
69:2
**asian**
76:17
**asked**
8:18, 11:18, 14:1, 14:6, 49:18, 63:12, 65:20, 68:8, 77:2, 95:1, 95:11, 95:15, 95:16, 109:17
**asking**
42:18, 70:10, 83:18, 102:13
**asks**
76:20
**aspect**
32:22
**aspects**
31:2, 36:9
**assessment**
30:3, 32:3, 32:12, 33:8
**assign**
21:16
**assigned**
38:16, 46:20, 49:15, 61:21, 108:21, 110:8, 111:1
**assignment**
38:21, 62:1
**assignments**
38:8, 61:11
**assistance**
15:3, 17:16, 21:17, 21:20, 25:2
**assistant**
3:16, 12:3, 17:15, 21:11, 79:7
**assisting**
61:15
**assistive**
23:18, 24:8, 24:12, 24:19, 65:14, 65:17, 86:6, 86:8
**association**
97:21, 99:6
**assume**
6:5, 82:21, 86:21, 99:17
**assumes**
74:10
**assuming**
37:16, 110:14
**atmospheric**
36:4
**attached**
4:8, 117:22
**attaching**
68:21
**attachments**
65:7
**attempted**
20:15
**attempts**
30:11
**attend**
50:4, 50:11, 50:13, 50:18, 50:20, 51:8, 51:10, 52:21, 56:10, 56:11, 56:17, 56:19, 84:1, 84:4
**attended**
50:15, 84:8
**attending**
6:9
**attends**
51:18
**attention**
19:1
**attorney**
3:16, 6:15, 115:12
**attorneys**
6:9, 6:10, 6:13, 105:13
**attorney's**
3:17
**authority**
102:12, 108:7
**authorize**
108:8
**authorized**
77:6
**automatically**
16:3
**available**
37:4, 37:15, 51:7, 58:4, 58:5
**average**
80:9
**avoid**
39:12
**aware**
18:4, 19:22, 36:14, 74:9, 74:12, 80:11, 87:21, 87:22, 91:18, 98:5, 101:2, 101:6, 101:19, 102:5, 102:8, 116:3
**away**
91:2
**awhile**
95:14

**B**

**b-l-o-o-m**
5:12
**b-o-r-e-n**
60:15
**back**
57:6, 86:12, 95:18, 99:2, 114:4, 114:18, 115:2
**background**
16:2, 110:2, 112:19
**backwards**
105:17
**balance**
114:19, 115:8
**balanced**
76:5
**based**
103:8
**basic**
15:18, 62:17, 78:6, 112:8, 113:8, 113:12
**basically**
21:11, 69:15
**basis**
52:9
**bear**
116:7
**became**
9:1, 51:20
**because**
14:10, 35:2, 51:10, 54:2, 55:21, 68:5, 68:11, 73:10, 74:20, 75:15, 76:22, 80:20, 84:21, 85:8, 109:7, 109:12, 109:20, 111:16, 113:18, 116:7
**become**
56:7
**becomes**
26:14
**been**
5:4, 10:12, 10:15, 13:8, 13:20, 14:11, 18:14, 19:16, 27:3, 27:5, 28:1, 29:6, 31:14, 32:5, 33:11, 35:22, 36:2, 36:7, 36:11, 37:4, 37:9, 46:8,

46:15, 47:12, 48:16, 61:14, 62:2, 65:2, 69:16, 77:7, 77:8, 78:12, 78:17, 79:15, 82:16, 82:21, 85:16, 87:13, 95:9, 95:10, 96:15, 97:16, 104:7, 108:7, 109:2, 110:21, 111:1, 111:2, 111:3, 111:4, 114:20, 115:14

**before**
2:7, 17:2, 26:17, 34:13, 49:18, 49:19, 56:3, 61:6, 62:3, 88:18, 97:13, 98:13, 98:21, 100:6, 102:22, 117:1, 119:2

**beginning**
8:22, 24:9, 80:2

**behalf**
3:3, 3:13

**behind**
55:12

**being**
5:14, 5:21, 14:13, 24:5, 41:11, 49:5, 60:8, 82:11, 83:3, 96:7, 101:17, 103:16, 111:11, 114:7

**believe**
23:2, 29:8, 29:20, 34:8, 42:16, 57:13, 80:1, 92:21, 95:16, 108:21

**below**
58:15

**beneficial**
100:1

**best**
6:7, 56:13, 58:9

**bethesda**
7:21

**better**
39:14, 50:20, 51:11, 55:8, 55:15

**between**
25:20, 26:16, 45:5, 45:6, 48:8, 98:11, 101:20, 102:7, 105:19, 106:9, 107:14

**beyond**
23:6, 57:19, 73:15, 79:1, 80:5

**big**
90:14

**bit**
15:2, 28:9, 39:18, 69:18, 81:10, 116:6

**blind**
16:17, 16:19, 17:2, 17:9, 18:9, 18:16, 19:17, 19:19, 80:1

**blinken**
1:8

**bloom**
1:14, 2:1, 4:3, 5:3, 5:9, 5:11, 5:13, 87:10, 105:12

**bodies**
36:1

**boeck**
60:16

**boren**
60:15

**boss**
79:7

**both**
11:9, 32:7, 38:21, 40:18, 41:7, 43:22, 49:20, 63:8, 77:11, 113:14

**break**
6:18, 87:4, 87:7, 105:8

**briefly**
111:22, 112:7

**bring**
86:8

**bringing**
11:4, 15:6, 42:9, 46:10

**broad**
75:21

**brought**
11:14, 11:18

**browser**
27:14

**budgetary**
76:19

**building**
79:12, 79:16, 79:18, 79:20, 80:8, 80:12, 85:16, 85:19, 86:1

**bureau**
20:4, 39:4, 39:22, 43:21, 45:15

**bureaucracy**
93:22

**bureaus**
40:11

**busy**
26:7

**C**

**cabinets**
89:5, 89:16

**cables**
37:10, 89:22, 90:1

**caff**
51:1, 54:19, 57:2

**calendar**
80:18, 81:1, 81:2, 81:6, 81:18, 81:20, 82:1, 82:11, 82:12

**calendaring**
80:15

**calendars**
80:22, 81:10, 81:16

**call**
15:9

**called**
5:4, 15:17, 37:19, 45:9, 66:22

**came**
28:11, 80:21, 84:14, 90:3, 91:5, 107:10, 111:8, 111:19

**can't**
30:16, 40:3, 40:4, 42:22, 43:19, 45:7, 46:14, 48:16, 49:8, 49:9, 49:13, 59:18, 64:4, 73:9, 75:15, 79:8, 83:20, 97:14, 99:1, 110:21

**canada**
58:20

**cane**
86:3

**cannot**
43:12

**capabilities**
112:18

**career**
80:22

**careers**
12:12

**carefully**
72:1

**caribbean**
43:14
**case**
1:7, 9:17, 23:13, 25:3, 28:14, 57:8, 64:4, 78:15, 109:3, 119:10
**cases**
116:11
**category**
12:10, 12:21, 58:1
**cc**
42:11, 42:16, 42:21
**central**
88:13
**certain**
88:2, 91:21, 96:15
**certainly**
20:15, 26:11, 38:8, 58:5, 84:5, 89:9, 115:2
**certificate**
119:1
**certify**
119:4
**chair**
22:6
**chairing**
84:19
**challenge**
105:4
**challenging**
104:22
**chance**
69:17
**change**
14:15, 45:1, 74:16, 75:6, 90:16, 102:12, 110:20
**changed**
25:13
**changes**
29:3, 29:5, 72:3, 72:10
**changing**
103:9
**charge**
35:14
**chat**
118:14
**check-in**
19:4
**chever**
26:14, 26:16, 26:19
**chever's**
28:8
**china**
40:15, 40:16, 64:4
**chinese**
63:20
**choice**
51:11, 76:15
**chose**
17:21
**chris**
44:15
**christian**
42:5
**christine**
3:15, 44:6, 44:13
**circumstance**
101:7
**circumstances**
56:4
**civil**
3:18
**clarifying**
49:22
**class**
48:9
**classes**
75:13
**claudia**
21:10, 78:2, 82:20
**clear**
7:3, 24:16, 49:6, 66:4, 66:6, 66:8, 68:19, 69:3, 69:10, 70:11, 70:17, 70:21, 71:21, 72:6
**clearance**
66:12, 66:15, 67:1, 67:4, 69:7, 70:3, 71:16, 71:19, 72:14, 73:10, 74:20, 113:1
**clearances**
71:12, 73:20, 75:3
**cleared**
67:3
**clearing**
69:6, 71:6, 71:8, 71:9, 72:20, 73:16, 74:7, 116:6, 116:9, 116:18, 116:20
**clearly**
110:22
**click**
8:2, 8:3
**client**
6:15
**close**
88:21
**closed**
84:15, 85:5
**closely**
26:8
**collaboration**
99:4, 99:10, 99:15
**colleagues**
74:3, 74:4
**collectively**
30:15
**colon**
94:17
**color**
91:22
**columbia**
1:2
**combating**
43:7
**come**
12:22, 18:21, 47:19, 53:22, 59:7, 63:3, 63:21, 70:15, 84:15, 84:20, 85:3, 85:5, 85:6, 85:8, 85:15, 92:22, 94:22, 112:21, 114:18
**comes**
16:3, 23:14, 84:6, 89:5
**coming**
15:14, 24:16, 57:6, 85:12, 108:15, 112:16, 113:7
**command**
55:7
**commission**
119:15
**common**
40:7, 40:9, 74:17
**communal**
88:9, 89:17
**communicating**
43:22, 44:1
**communications**
37:10, 68:6
**compare**
14:21
**complaint**
42:4, 104:17
**complete**
6:7
**complicated**
28:9
**comprehensively**
7:16
**computer**
22:4, 22:6, 22:10, 23:21, 24:3, 24:17,

24:19, 24:20, 37:16, 37:17, 68:18
**conceive**
43:12
**concept**
39:19
**concepts**
34:13
**concerning**
101:20
**concerns**
103:8, 113:20
**conclusion**
59:15
**condition**
112:5
**conduct**
112:21
**conducted**
1:15, 2:1, 5:21, 9:9, 9:12, 9:21
**conference**
45:8, 45:12, 45:14, 45:19, 45:22, 46:6, 46:11, 46:12, 46:17, 47:1, 47:4, 47:9, 47:14, 47:16, 47:18, 48:7, 48:11, 48:15, 49:3
**confused**
47:5, 95:4
**confuses**
75:1
**congratulations**
97:20, 101:15, 101:16, 115:14
**connected**
80:17
**connection**
48:8, 101:9
**consequence**
55:17
**conservation**
32:11, 45:15, 45:18, 47:22, 60:8, 70:16, 79:3, 107:11
**consider**
15:16, 80:6, 85:10
**considerations**
76:19
**considered**
33:12
**consultation**
94:6, 103:5, 115:21
**consulted**
13:8, 62:2, 67:17, 69:16, 93:3, 94:5
**contact**
32:16, 32:19, 33:17, 33:22, 34:4, 34:9, 34:14, 35:12, 51:20, 106:16
**contacted**
33:3, 98:10
**context**
31:13, 111:5
**continually**
96:10
**continue**
14:6, 58:7, 60:4, 93:6, 93:13, 94:21, 95:7, 100:8, 100:15, 102:10, 104:4, 104:10, 104:14, 107:9, 115:9
**continued**
96:7, 96:17, 114:7
**continuing**
14:8, 115:1, 115:4
**contract**
58:3
**contractor**
8:12, 51:6
**contrast**
12:2, 91:22
**contribute**
41:2, 44:19, 44:22, 54:20, 57:12
**contributing**
42:1
**contribution**
115:8
**conversation**
7:3, 10:13, 73:3, 73:4, 73:5, 73:13, 106:9
**conversations**
60:12, 102:1
**conveyed**
82:8, 82:14, 83:17, 93:11, 95:15, 98:13, 100:6, 102:8
**conveying**
96:5, 102:9
**coordination**
31:6, 63:7
**copier**
89:4
**copy**
97:6, 118:9
**corner**
25:9
**correct**
6:11, 6:12, 9:5, 20:1, 25:12, 28:3, 29:17, 29:20, 31:14, 38:1, 51:18, 64:16, 92:21, 104:6, 119:5
**correctly**
9:2, 32:9, 61:20
**could**
8:18, 17:6, 31:22, 32:7, 32:20, 33:20, 34:17, 34:18, 34:19, 49:2, 49:14, 50:7, 51:8, 54:1, 67:14, 67:19, 67:21, 68:2, 69:11, 74:2, 75:18, 77:8, 77:14, 84:4, 85:11, 85:18, 89:10, 93:4, 94:7, 95:9, 95:10, 96:22, 99:2, 100:15, 103:12, 111:18, 118:12
**couldn't**
34:1, 51:10, 88:3
**council**
52:3, 56:15
**counsel**
6:22, 87:2, 116:17, 119:8
**counseling**
15:3, 73:6
**countries**
46:10, 64:13
**country**
62:21, 63:1
**country's**
63:2
**couple**
8:7, 68:9, 82:1, 107:19
**course**
53:21, 68:13, 70:22, 79:14, 84:11, 104:19
**courses**
75:22
**court**
1:1, 2:8, 5:20, 6:21, 7:1, 117:5, 117:8, 118:1, 118:5, 118:8, 118:12, 118:15

**cover**
111:14
**covered**
47:17, 110:3,
110:5, 110:10
**credentials**
15:7
**culture**
103:11
**current**
8:15

D

**d**
42:16, 42:21
**d-e-v-i-n-c-e-n-t**
12:17
**dana**
94:9
**database**
37:19, 38:6,
38:9, 38:10,
64:10, 64:14,
64:19
**databases**
37:6, 38:12
**date**
34:11, 98:3
**dated**
99:3
**dave**
9:8, 43:5,
44:2, 56:21,
58:13, 58:17,
61:21, 62:2,
82:20, 94:20,
102:11, 107:14,
108:6
**david**
9:12, 10:1,
25:20, 26:13,
57:20, 58:14,
95:6
**dawson**
42:5, 44:6,
44:13
**day**
74:20, 74:21,
78:4, 82:9,
119:13
**days**
81:11, 118:4,
118:5
**dc**
3:8, 3:20
**dealing**
18:13, 41:1,
41:15
**deals**
40:15, 40:16
**debate**
67:10
**december**
65:21
**decide**
31:5, 70:5,
93:2, 94:7
**decided**
27:6, 103:6
**decision**
9:20, 13:3,
13:14, 44:20,
51:10, 53:15,
64:7, 64:9,
92:10, 92:19,
93:18, 93:20,
93:21, 94:1,
94:3, 94:18,
95:12, 103:18,
104:19, 104:22,
105:3, 106:10
**decisionmaker**
53:1, 92:7,
94:15
**decisions**
66:10, 93:22
**declarations**
48:18
**defendant**
1:9, 3:13
**degree**
72:16, 96:16
**delegation**
34:18
**deliverables**
48:14, 48:21
**denial**
98:22
**denied**
97:16
**department**
8:9, 8:12,
8:16, 9:18,
11:1, 20:5,
20:13, 21:13,
21:14, 22:8,
31:16, 34:18,
36:8, 46:10,
55:22, 56:5,
64:21, 66:9,
69:8, 71:18,
72:6, 72:7,
74:22, 76:22,
79:16, 99:5,
99:10, 99:15,
101:12, 103:10,
113:4
**depending**
109:7, 112:18
**depends**
68:4
**depos**
117:6
**deposition**
1:14, 2:1,
5:21, 119:3
**depositions**
5:17
**deputy**
9:8, 13:19,
17:14, 21:8,
78:1, 79:6,
102:11, 108:8
**describe**
17:2, 17:11,
21:19, 28:15,
30:11
**describing**
34:22
**designate**
34:15
**designation**
33:18
**desk**
22:6, 37:16,
90:3
**desktop**
90:6, 90:8
**desperate**
43:14
**despite**
50:11
**detail**
34:11, 65:9
**details**
21:4, 22:16,
25:1, 35:9,
39:3, 61:13,
73:14, 111:7,
111:21
**determination**
13:17, 99:7,
114:17
**determined**
50:19, 109:7
**determines**
109:21
**developed**
63:6
**developing**
31:1
**device**
86:6, 89:22
**devices**
86:8, 89:6
**devincent**
12:16, 14:5
**diego**
65:22
**difference**
32:8, 52:19
**different**
12:10, 14:12,
18:15, 24:15,
30:8, 35:4,
40:11, 43:20,
66:21, 74:15,
74:21, 90:20,
97:17, 102:15,
109:12, 112:18
**differently**
81:10
**difficult**
73:20, 80:7,

81:8, 81:20, 81:22
**difficulties** 103:10, 113:14
**difficulty** 41:6, 71:12, 72:17, 72:18, 72:22, 80:12
**diplomatic** 15:9, 15:13, 15:17
**direct** 106:16
**directly** 25:22, 26:10, 41:14, 107:7, 108:1
**director** 13:9, 13:19, 26:4, 78:1, 108:8, 108:9
**director's** 13:17
**disability** 10:2, 10:9, 16:10, 17:5, 17:8, 17:11, 17:20, 20:10, 20:12, 23:8, 80:3, 80:8, 85:11, 85:14, 112:1
**disagree** 73:10
**disagreement** 38:22
**disappointed** 50:21, 53:15, 105:2
**discovery** 42:13
**discuss** 18:5, 69:19
**discussed** 17:13, 23:6, 38:19, 93:4, 93:10, 102:16
**discussing** 107:4
**discussion** 111:12
**discussions** 17:1, 45:6, 99:19, 102:7
**disputes** 40:5
**disqualifying** 104:2
**disruptive** 115:6
**distinction** 49:22
**distributed** 87:12
**district** 1:1, 1:2
**division** 3:18, 39:16
**divisions** 20:4
**document** 4:9, 4:10, 4:11, 4:12, 4:13, 4:15, 28:4, 28:6, 29:1, 29:4, 29:9, 42:7, 66:4, 66:7, 66:8, 68:20, 68:22, 69:3, 72:3, 97:9, 98:18, 98:21, 99:2, 99:3, 101:3, 116:18
**documents** 8:1, 8:8, 27:14, 27:15, 35:19, 35:21, 35:22, 36:2, 36:13, 36:15, 65:8, 68:2, 69:6, 69:10, 70:21, 71:6, 71:8, 71:10, 72:20, 73:16, 74:7, 87:12, 87:13, 87:15, 87:20, 115:13, 116:7, 116:9, 116:20, 117:3
**doing** 5:14, 11:12, 15:8, 33:1, 59:7, 60:12, 69:14, 69:21, 70:13, 70:15, 72:5, 76:8, 76:12, 78:8
**done** 8:19, 20:20, 22:21, 23:10, 24:5, 24:6, 27:8, 27:20, 34:1, 51:19, 52:2, 60:8, 65:10, 73:12, 73:16, 73:21, 78:11, 78:12, 84:11, 87:19, 87:22, 88:1
**door** 84:14, 84:15, 85:5, 85:8
**doubted** 16:16
**down** 29:22, 43:2, 55:3, 57:15, 79:3, 99:18, 103:2
**downloading** 8:1
**dozen** 32:18
**draft** 28:8, 28:18, 28:20, 70:2, 116:13, 116:15
**drafter** 66:16
**drafting** 28:5
**drastic** 111:17
**draw** 59:14
**duly** 5:5
**during** 11:7, 12:5, 29:19, 75:9, 77:10, 77:20, 90:22, 91:14, 102:2
**duties** 23:4, 25:20, 26:15, 45:1, 75:7, 109:5, 109:14, 110:19

**E**

**e-v-a-n** 5:11
**each** 7:9, 30:5, 84:22, 85:1, 110:8
**earlier** 8:1, 15:5, 27:3, 39:10, 42:15, 42:21, 42:22, 55:20, 89:22, 108:6, 112:9
**early** 10:5, 10:8, 10:22, 82:16, 86:22, 101:15, 101:20
**easily** 41:10, 107:16
**east** 76:17
**economic** 62:21, 63:21
**ecw** 44:5, 45:5
**edits** 67:1
**eeo** 104:17, 105:4
**effect** 115:18, 115:21
**effort** 27:7, 39:16,

111:20
**efforts**
11:10
**either**
25:3, 28:18, 32:8, 62:7, 78:12, 82:20, 101:12, 107:9, 107:11
**electronic**
37:6, 64:10
**elements**
30:17
**else**
11:19, 21:1, 23:7, 23:14, 31:20, 33:13, 34:7, 35:6, 39:21, 48:13, 50:16, 56:11, 58:21, 63:12, 73:15, 76:14, 81:13, 97:7, 107:4, 108:2, 114:13, 116:4
**elsewhere**
53:17, 96:9
**email**
16:11, 42:12, 42:14, 43:3, 43:5, 43:11, 43:20, 52:12, 52:16, 54:5, 54:15, 56:13, 56:21, 58:12, 58:13, 58:16, 68:22, 73:13, 83:18, 85:4, 90:4, 90:5, 118:12
**emails**
42:15, 42:21, 42:22
**embassies**
37:10, 63:8, 63:9
**emblematic**
43:17
**emerging**
55:2, 57:14
**employed**
119:9
**employee**
8:9, 9:18, 19:20, 28:16, 28:20, 51:4, 68:19, 80:7, 80:9
**employees**
19:5, 19:17, 77:19, 78:22, 79:1, 79:10, 79:11
**employment**
38:14, 80:14
**empty**
91:2
**end**
25:7, 29:7, 45:4, 88:20, 105:16, 118:7
**ended**
77:4
**engage**
21:22
**enough**
104:14
**entail**
62:16
**entailed**
63:12, 63:13
**enthusiastic**
114:22
**entire**
83:12
**entirely**
10:22, 47:11, 100:14, 104:7
**entities**
66:17
**entitled**
44:8, 44:15, 56:11
**entity**
62:19, 95:9
**environment**
20:3, 40:17
**equally**
11:20
**equipment**
88:6, 88:8, 88:14, 89:1, 89:12, 89:14, 91:9, 91:12, 91:13, 91:17
**equities**
66:14, 66:18
**equity**
69:16
**esf**
43:15
**especially**
28:10
**esquire**
3:4, 3:14, 3:15
**essential**
76:12, 113:10
**essentially**
15:6, 28:8, 55:12
**est**
1:17
**established**
49:19
**estevez-salmeron**
60:1
**etcetera**
22:11, 37:4, 48:1, 84:10
**evaluation**
26:18, 26:22, 27:4, 27:21, 29:18
**evan**
1:14, 2:1, 4:3, 5:3, 5:11
**even**
7:5, 16:5, 95:11
**evening**
25:17
**event**
53:10, 98:12, 101:6, 101:7
**eventual**
114:17
**ever**
9:11, 19:4, 19:19, 23:17, 23:20, 24:1, 24:11, 25:16, 31:8, 33:16, 38:10, 53:4, 67:7, 68:9, 75:10, 77:2, 79:11, 80:6, 85:10, 86:2, 86:5, 86:8, 86:10, 86:11, 87:12, 90:16, 97:13, 100:2, 107:20, 110:19, 112:1
**every**
74:20
**everybody**
83:3
**everyone**
26:6, 34:2, 78:5
**everything**
34:2, 68:5
**evidence**
85:17, 85:18
**evolved**
111:6
**exactly**
14:10, 46:6, 65:4, 80:19, 82:17
**examination**
4:3, 5:4, 5:7
**examined**
5:5
**example**
11:16, 33:7, 40:13, 86:15, 86:17
**examples**
31:11, 70:12, 86:16
**excel**
68:12, 68:16
**excepted**
109:14

**exchange**
52:12, 52:16
**exchanged**
66:11
**exclusive**
62:21, 63:21
**excuse**
44:18
**executive**
21:9
**exhibit**
4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 4:15
**exhibits**
117:2, 117:3, 117:21
**expectation**
16:2, 83:7, 112:20, 113:8
**expectations**
14:12, 15:12
**expected**
112:15
**experience**
18:18, 28:12, 33:11, 112:19, 113:2
**experienced**
51:12
**expert**
36:3
**experts**
57:21
**expires**
119:15
**explain**
66:3, 66:6, 67:11
**explained**
23:9, 103:4
**explaining**
73:7
**extended**
98:15
**extensions**
13:16
**extent**
17:19, 23:9, 42:3
**ez**
63:3

**F**

**fact**
23:11, 58:3, 96:14, 105:3, 105:5
**fair**
30:5, 30:14, 63:9, 111:19
**fairly**
35:1
**fall**
61:1
**familiar**
5:18
**far**
7:13, 13:4, 16:15, 19:14, 21:1, 21:20, 23:6, 34:8, 55:3, 57:15, 79:9
**fast**
34:21
**fault**
41:12, 41:18
**fax**
88:10, 89:3, 89:17
**february**
86:18
**feel**
29:22, 113:11
**fellow**
9:15, 11:2, 11:12, 12:7, 15:13, 23:3, 60:15, 69:2, 112:21, 113:8
**fellows**
11:5, 11:8, 12:5, 12:9, 12:15, 13:3, 13:13, 13:21, 14:22, 31:8, 33:16, 46:22, 48:3, 48:9, 48:12, 48:20, 62:4, 62:8, 62:11, 62:14, 71:4, 75:10, 75:15, 91:14, 101:8, 105:20, 106:2, 109:4, 109:5, 109:22, 112:16
**fellowship**
9:1, 11:13, 15:6, 44:19, 70:22, 75:4, 77:11, 86:18, 86:20, 91:1, 91:10, 92:3, 92:20, 95:7, 98:1, 98:2, 99:7, 103:6, 106:11
**fellowships**
91:14
**felt**
42:1, 56:16, 70:19, 115:3, 115:5, 115:6
**few**
88:5, 114:2
**field**
57:22
**fighting**
39:13, 45:20
**figure**
41:19, 41:20, 44:10, 47:16, 67:12, 113:4
**file**
8:4, 27:10, 89:4, 98:18
**filed**
104:17
**files**
37:3, 67:19, 68:1
**filing**
89:15
**fill**
64:18
**filling**
77:12
**finally**
96:12
**financial**
119:10
**find**
40:10, 53:12, 58:21, 81:20, 96:11, 97:10
**finding**
15:7
**fine**
118:7
**finish**
6:16
**first**
5:5, 8:22, 10:11, 10:16, 10:19, 16:9, 16:18, 19:18, 24:18, 28:2, 33:2, 42:12, 46:7, 56:3, 56:20, 57:1, 58:12, 58:19, 70:10, 83:6, 97:20, 99:4, 99:14, 103:3, 104:8, 104:16, 108:3
**fishing**
45:20
**fit**
61:5, 103:7, 103:17, 103:19, 104:12, 104:13
**five**
27:16, 105:7
**flexible**
39:18
**flows**
39:9
**focus**
43:13, 99:21, 100:4, 100:11,

113:16, 113:20
**focused**
45:19
**focuses**
64:22
**focusing**
72:2
**foia**
116:11
**folks**
17:1
**follow**
36:21
**following**
9:22, 48:2, 58:19, 59:2
**follows**
5:6
**font**
88:3
**force**
115:6
**foregoing**
119:3, 119:4
**foreign**
31:2, 32:22, 63:1, 63:2, 63:8, 63:20, 64:3, 64:17, 64:18, 75:10, 75:20, 77:3, 113:21
**foreseeable**
59:12
**forgotten**
63:11
**form**
65:5
**formal**
49:10, 96:19, 97:2, 97:8
**forth**
95:19
**forty-five**
87:6
**forums**
15:21
**forward**
66:18
**found**
40:15
**four**
12:21
**fourth**
54:17, 103:4
**frances**
94:17
**free**
29:22, 77:1
**frequently**
19:9
**friction**
107:18
**front**
57:20
**fsi**
76:20, 77:17
**full**
12:4, 103:3
**functioning**
23:18, 23:21
**functions**
63:5
**funding**
43:15, 53:5, 53:7, 53:12, 53:16
**furniture**
22:11
**further**
91:2
**future**
85:7

G

**gabriel**
12:18
**gather**
83:12
**general**
11:11, 59:6, 75:18
**generally**
68:18, 71:4, 75:12, 83:5, 109:4
**genya**
94:9
**german**
76:11
**gestures**
7:6
**getting**
15:3, 19:14, 66:17, 73:20, 80:12, 107:16
**gil**
55:1, 57:13
**give**
63:18, 97:10, 103:12, 112:7, 116:8
**given**
11:14, 17:15, 38:8, 77:21, 78:6, 79:11, 79:19, 119:5
**gives**
29:11
**giving**
6:7, 58:7
**go**
5:16, 8:18, 15:8, 17:22, 43:2, 52:7, 53:5, 53:10, 53:16, 55:19, 56:6, 58:4, 64:20, 65:4, 96:9, 105:17, 114:3, 114:13, 116:4, 117:1
**goes**
28:19, 66:20, 69:7, 74:22
**going**
6:5, 6:20, 7:4, 7:6, 12:19, 40:21, 47:13, 47:17, 48:6, 51:15, 57:16, 57:19, 60:1, 60:2, 64:13, 70:6, 72:9, 76:13, 79:6, 89:10, 96:20, 97:3, 97:9, 98:7, 98:17, 106:22, 107:11
**gone**
103:22, 108:3
**good**
18:18, 76:15, 87:4, 103:7, 103:17, 103:19, 104:12, 104:14, 105:21, 113:6
**gourley**
52:20, 56:15
**gourley's**
51:21
**government**
48:1, 64:3, 64:8
**governments**
67:13
**governor's**
60:21
**governors**
65:20
**granted**
101:5
**graphs**
87:18
**great**
104:13, 118:8
**greater**
55:7
**greg**
77:12, 77:16
**ground**
5:16
**grounds**
105:4
**group**
48:9, 54:19, 81:16
**gs**
14:2, 14:15
**guarding**
44:13
**guess**
9:14, 11:8, 11:22, 12:1,

15:8, 30:7, 30:10, 31:12, 34:17, 36:20, 38:18, 75:1, 95:21, 105:1, 105:16
**guy**
12:18

H

**half**
87:3, 87:6
**halfway**
88:17
**hall**
79:3
**hand**
7:6, 51:15, 114:20, 119:12
**handing**
55:20
**handle**
55:9
**handled**
44:17, 75:2
**hands-on**
69:9
**hang**
69:21
**happen**
22:15, 59:17
**happened**
45:4, 59:5, 60:9, 77:14, 78:14, 85:2, 101:11, 101:20, 102:18, 111:18
**happens**
29:10, 63:19
**hard**
10:12, 15:22, 16:1, 32:6, 32:14, 33:9, 34:21, 41:18, 63:10, 74:18, 80:19, 91:7, 107:6
**hardly**
38:9
**head**
7:5, 34:17, 44:5
**hear**
6:1, 6:13, 10:18, 23:17, 23:20, 24:9, 89:10
**heard**
5:20, 6:6, 17:4, 19:19, 107:2
**hearing**
41:5
**heart**
69:7
**hello**
79:5
**help**
24:8, 24:12, 47:22, 58:5, 61:9, 71:14, 73:16, 75:20, 114:1
**helped**
46:19
**helps**
76:2
**here**
5:14, 7:1, 27:9, 53:2, 57:16, 69:18, 72:10, 97:15, 99:11, 103:16, 104:7
**here's**
70:2, 76:17
**hereby**
119:3
**hereunto**
119:12
**herself**
38:7
**hierarchy**
33:5, 33:6
**higher**
14:2
**highlighted**
54:10, 54:12, 54:16, 58:15
**highlighting**
54:15
**himself**
54:12
**hiring**
9:7, 9:13, 9:19, 13:14, 13:16, 13:19
**history**
11:4, 67:14
**hoc**
84:11
**hoffman**
3:5
**holding**
86:5
**holds**
58:8
**honestly**
97:14
**hopefully**
43:14
**hoping**
96:1
**host**
93:19, 99:20
**hosted**
46:7
**hour**
87:6
**hours**
87:3
**housed**
37:13
**hr**
21:13
**huge**
79:16
**hulsizer**
3:15
**hypothetical**
116:8
**hypothetically**
22:14

I

**iceland**
50:4, 50:11, 50:15, 51:1, 51:5, 51:9, 52:5, 53:2, 53:5, 54:3, 55:11, 57:3, 59:13
**idea**
21:5, 69:15
**identification**
117:22
**illegal**
45:20
**imagine**
9:15, 74:18
**immediate**
108:4
**immersed**
35:9
**impact**
18:12, 76:7
**impairment**
112:3
**implication**
104:6
**implies**
111:16
**imply**
17:6
**important**
7:9, 84:20
**impression**
55:14
**improve**
73:16, 76:2
**improving**
16:6
**inclined**
7:5
**include**
78:21, 78:22
**included**
79:4, 79:6
**including**
19:20, 26:9, 36:3
**indeed**
85:13
**independent**
44:10

Case 1:22-cv-01077-TNM Document 33-1 Filed 09/15/23 Page 92 of 196



**indicate**
33:4, 99:20, 102:2, 108:16
**indicated**
16:12, 17:15, 54:1, 96:6
**indicating**
67:4
**indication**
17:7
**individually**
30:6
**individuals**
15:7, 112:17
**inform**
64:3
**information**
28:17, 65:20, 81:5, 82:13, 92:5
**informed**
85:16, 95:17
**informs**
67:9
**initial**
5:11, 9:7, 9:22, 78:4
**initially**
112:20
**input**
28:14, 28:22, 65:8, 69:17
**inputting**
65:3
**inquiry**
106:14
**instance**
43:2, 74:16, 77:15, 81:16, 82:22, 83:2, 111:9
**instances**
72:19, 72:21, 100:21
**instead**
93:19
**institute**
75:11, 75:21, 77:3
**instruction**
69:10
**instructions**
7:10, 37:10, 65:1
**integrating**
103:10
**intended**
6:19
**interagency**
63:22, 66:9
**interest**
44:5, 70:2, 96:7, 114:7, 116:4, 119:10
**interested**
40:13, 40:16, 40:18, 45:17, 75:19, 100:3, 106:21, 107:10
**interests**
99:21, 100:11, 110:2
**intern**
12:3
**internal**
43:11
**internally**
44:1
**international**
15:21, 33:1, 35:22, 36:9, 36:21, 45:19, 67:21, 112:22
**interview**
9:9, 9:13, 9:21, 10:1
**interviewed**
9:1, 9:6
**introduce**
108:15
**introduced**
34:12
**introduction**
77:20, 78:20
**introductions**
78:9
**invasive**
30:1, 31:15, 32:2, 32:7, 34:5, 35:3, 35:21, 36:2, 36:10, 37:3, 40:14, 44:16, 49:15, 50:3, 50:10, 51:16, 55:21, 58:22, 59:8, 59:11, 70:17, 111:13
**invasives**
54:2, 58:15
**invitations**
83:19
**invited**
84:11
**involved**
13:2, 13:7, 13:19, 13:20, 54:1, 59:11, 61:8, 62:5, 62:11, 63:7, 65:2, 65:3, 67:7, 67:9, 67:15, 94:9, 94:15, 94:18, 103:17, 111:20
**involvement**
106:13
**involves**
68:5
**issue**
14:3, 14:8, 14:13, 18:10, 19:3, 19:12, 27:3, 31:2, 31:4, 33:2, 34:19, 39:11, 44:3, 44:22, 45:4, 48:9, 51:13, 55:8, 55:16, 58:10, 61:8, 66:14, 67:10, 67:11, 67:19, 68:4, 69:16, 72:9, 73:4, 75:3, 75:6, 80:4, 80:10, 83:14, 85:21, 110:12, 111:13, 111:20, 112:8, 114:4
**issues**
12:1, 18:2, 18:4, 18:7, 32:18, 35:4, 35:9, 36:21, 40:22, 41:22, 45:18, 45:21, 47:17, 56:15, 74:21, 103:21, 107:13, 110:7, 111:1
**items**
47:7
**itself**
106:4, 106:6

**J**

**james**
3:5
**jamie**
54:19, 57:11
**january**
119:15
**jefferson**
9:15, 12:9
**job**
1:20, 15:4, 23:3, 40:20, 112:16, 113:7, 116:11
**jobs**
43:21
**joint**
116:12
**jointly**
59:22, 60:9
**judgments**
70:19
**julie**
51:21
**july**
4:14, 42:16,

43:2, 98:19, 99:3, 101:17, 103:6, 115:17, 117:19
**june** 1:16, 98:3, 98:6, 101:16, 101:21, 115:14, 119:13
**junior** 11:19, 111:3
**jurisdiction** 40:7, 40:19

**K**

**keep** 63:6
**keeping** 63:10, 114:16
**kept** 71:20
**kerry** 46:2, 46:4
**key** 45:13, 63:5, 110:2
**kind** 8:15, 10:2, 11:11, 12:10, 19:14, 25:6, 25:8, 32:8, 33:5, 37:13, 38:22, 41:7, 52:19, 69:5, 69:9, 74:22, 77:13, 79:20, 80:21, 86:6, 90:7, 92:9, 97:2, 113:20, 114:19, 116:8, 116:18
**knew** 10:3, 19:14, 68:17, 80:4, 80:11, 85:20
**knock** 85:7
**know** 5:14, 5:17, 6:19, 6:20, 9:20, 10:1, 10:3, 12:4, 16:5, 18:17, 19:8, 20:22, 21:1, 21:20, 22:16, 23:9, 24:22, 25:1, 25:2, 29:2, 30:13, 33:19, 34:12, 36:12, 36:18, 37:20, 38:10, 38:15, 40:20, 41:13, 41:19, 44:7, 47:6, 47:9, 47:22, 48:4, 48:22, 53:13, 55:5, 55:18, 56:5, 58:12, 64:12, 65:7, 65:12, 65:13, 65:15, 65:18, 67:20, 68:8, 69:2, 69:14, 70:1, 70:7, 71:3, 72:22, 73:2, 73:12, 74:2, 74:3, 74:8, 74:11, 75:19, 78:10, 78:14, 78:20, 79:7, 79:19, 79:21, 79:22, 80:1, 80:2, 80:5, 80:10, 81:22, 82:18, 84:22, 87:1, 88:2, 88:9, 91:21, 94:16, 95:11, 96:9, 96:16, 97:3, 97:5, 97:15, 97:17, 99:11, 100:21, 101:10, 101:16, 105:12, 106:21, 111:4, 111:17, 113:21
**knowing** 112:21, 112:22
**knowledge** 11:17, 85:13, 105:18, 106:1, 106:8, 106:19
**knowledgeable** 58:1
**known** 83:5

**L**

**l'shauntee** 3:14
**lack** 96:7, 103:9, 114:6, 116:4
**lacks** 113:11
**large** 88:9
**largely** 37:12
**larger** 20:1, 20:4, 46:3, 111:2
**last** 24:15, 29:8, 82:1
**late** 25:17, 60:22, 80:21, 80:22, 86:14
**later** 95:8, 108:5
**law** 5:17, 62:17, 62:18
**lead** 30:20, 30:21, 31:9, 31:13, 31:15, 31:16, 31:17, 31:21, 32:7, 32:20, 33:13, 34:5, 34:13, 34:18, 34:19, 35:12, 39:10, 39:14, 39:20, 41:9, 46:10, 52:2, 61:14, 110:14, 111:1
**leading** 96:4, 114:5
**leads** 110:13
**learn** 16:9, 70:10, 104:16, 107:10
**learned** 68:16
**least** 15:15, 31:1, 41:4, 66:13, 77:7, 79:9, 100:19, 104:2, 107:17, 109:19
**leave** 76:8
**leaves** 26:13, 56:5
**leaving** 55:22
**left** 60:7, 60:13
**legally** 18:16
**lens** 44:17
**less** 15:1, 59:7
**lesser** 31:3
**let's** 8:21, 42:13, 59:20, 61:3, 63:20, 69:22, 102:19, 103:3, 105:16
**letter** 4:14, 97:5, 97:6, 101:15, 101:18, 116:3
**letting** 97:3
**level** 14:3, 14:15,

14:18, 46:11, 65:9
**life**
112:19
**lifelong**
16:5
**likely**
37:2, 76:18, 116:2
**limited**
101:10
**line**
115:20
**link**
7:22, 117:6
**lionfish**
30:1, 32:2, 32:6, 34:4, 37:3, 38:17, 39:1, 41:3, 43:7, 44:18, 44:22
**list**
31:22, 33:19, 33:21, 67:4, 68:14
**listening**
6:9
**little**
39:18, 42:19, 116:6
**livingston**
1:22, 2:7, 119:2
**liz**
60:16
**locatelli**
12:19, 12:22
**location**
90:17, 90:20
**lodge**
9:12, 10:7, 12:8, 12:17, 50:5, 50:13, 50:14, 50:19, 51:4, 51:11, 51:15, 52:8, 53:22, 54:12, 55:6, 56:16, 56:21, 57:5, 57:20, 58:3, 111:14, 111:19
**long**
28:1, 58:18, 60:6, 65:2, 76:6, 83:20
**long-term**
72:22
**longer**
33:12, 59:2, 60:1, 87:3, 99:8, 101:18, 102:2, 115:18
**look**
8:8, 27:10, 27:21, 36:17, 43:20, 53:19, 56:20, 74:19, 102:19, 114:3, 116:15
**looked**
38:10, 71:22, 101:14
**looking**
28:2, 54:7, 56:22, 97:12, 101:17
**looks**
28:3, 64:11
**lost**
42:19
**lot**
35:4, 78:4, 97:15, 116:11
**lots**
64:12, 68:6, 84:7
**luis**
59:22, 60:1, 60:13
**lynne**
1:22, 2:7, 7:1, 117:2, 119:2

**M**

**m-u-i-r**
12:16
**machine**
88:10, 89:3, 89:10, 89:17
**made**
13:14, 29:3, 29:5, 37:4, 47:7, 51:11, 74:11, 75:17, 79:17, 80:11, 91:16, 92:19, 93:22, 99:7
**magic**
42:12
**maintain**
81:17, 82:1
**major**
45:21, 54:21, 57:12
**make**
5:19, 6:20, 8:4, 9:19, 13:14, 13:15, 18:18, 21:14, 22:8, 23:12, 32:8, 49:22, 52:19, 63:17, 64:6, 64:7, 65:1, 65:10, 69:15, 70:18, 72:12, 74:6, 87:19, 88:7, 88:10, 91:17, 92:17, 94:1, 94:3, 110:6, 116:8, 117:3, 117:11
**makes**
56:7, 64:8, 96:3, 110:5
**making**
7:2, 38:21, 57:5, 69:14, 93:18, 115:7
**manage**
73:19
**management**
105:20
**managerial**
76:15, 77:13
**managers**
39:11, 43:21, 110:6
**managing**
25:19, 26:15
**mandate**
40:11
**manual**
69:9, 69:10
**many**
12:5, 14:12, 28:2, 46:19, 86:13
**maps**
36:19
**marathon**
6:20
**marine**
32:11, 37:22, 45:14, 45:20, 47:22, 60:7, 61:4, 61:17, 62:5, 62:12, 62:16, 62:20, 70:16, 79:3, 107:11
**marked**
117:10, 117:12, 117:21
**maryland**
2:9, 7:21, 119:21
**match**
99:21, 100:11, 100:16, 100:19
**matched**
100:3
**material**
36:7
**matter**
19:12, 55:12, 69:12, 72:16, 75:18, 79:14, 84:10, 109:16
**matters**
109:18
**maybe**
35:6, 40:6,

43:10, 73:6, 81:16, 90:15
**mean**
11:21, 18:6, 20:18, 29:14, 30:19, 31:5, 31:15, 31:17, 32:15, 32:20, 33:18, 33:20, 36:20, 42:2, 44:15, 46:2, 46:4, 46:6, 47:3, 48:17, 49:7, 49:18, 54:11, 57:4, 58:22, 65:22, 68:11, 69:20, 71:15, 72:19, 74:8, 74:12, 74:14, 76:3, 76:5, 79:15, 81:9, 83:6, 83:11, 106:3
**meaning**
49:10, 52:2
**means**
8:18, 30:22, 31:3, 47:6, 49:11, 58:20, 66:3, 66:6, 67:3
**meant**
31:18, 92:11, 108:18
**measure**
112:18
**med**
43:13
**medical**
18:2, 112:5
**mediterranean**
43:8, 70:16
**meet**
10:16, 10:19, 77:22, 78:1, 78:3, 78:9, 83:14
**meeting**
50:4, 50:11, 50:15, 50:18, 51:1, 51:5, 51:9, 51:18, 52:7, 53:5, 54:3, 55:11, 55:17, 56:10, 56:12, 56:17, 56:19, 57:6, 58:4, 59:13, 60:22, 65:20, 81:12, 82:8, 82:14, 82:17, 83:4, 83:8, 84:14, 84:16, 84:18, 85:3, 85:7, 87:14
**meetings**
51:7, 81:7, 81:8, 82:3, 82:4, 83:9, 83:17, 83:22, 84:1, 84:3, 84:6, 84:7, 84:9, 84:21, 85:15, 86:9, 86:13, 87:11, 108:18, 112:22, 113:18
**member**
8:17, 11:22, 12:4
**memo**
69:22, 70:15
**memoranda**
36:7, 87:17
**memorandum**
66:20
**memory**
59:6, 115:13, 115:20
**mention**
10:4, 10:7, 17:22, 70:17
**mentioned**
12:8, 12:18, 13:3, 13:22, 14:14, 15:5, 73:2, 73:5, 74:2, 78:21, 83:21, 88:18, 89:19, 89:21, 90:10, 98:13, 108:6, 108:14, 112:11, 114:5, 114:9, 114:12
**mentioning**
61:10
**met**
14:22
**metelitsa**
3:4
**mid-july**
101:21
**middle**
5:11, 21:3, 25:8, 88:18, 88:21
**might**
8:7, 9:12, 9:16, 13:11, 30:12, 33:12, 36:17, 40:3, 46:19, 48:10, 67:10, 67:12, 68:15, 79:6, 80:6, 81:17, 91:8, 109:2, 109:20
**mind**
12:22, 23:14, 84:6, 89:5, 99:1, 105:7, 114:16, 115:3
**mine**
93:21
**minor**
72:2, 72:10, 72:13
**minute**
105:8
**minutes**
87:6
**missed**
50:1, 54:2, 109:20
**missing**
23:13, 55:11, 55:17, 59:12
**misunderstanding**
72:4
**mm-mm**
15:11
**modifications**
91:16
**modify**
22:22, 23:3
**moment**
103:12, 112:7
**monday**
82:5, 82:14
**month**
76:11
**more**
12:11, 15:2, 17:21, 18:22, 19:6, 22:13, 26:8, 28:9, 33:11, 33:13, 33:14, 35:5, 41:11, 51:12, 55:5, 55:15, 65:19, 68:18, 69:12, 71:22, 76:18, 80:7, 89:12, 102:19, 113:5, 114:2, 116:14
**morning**
82:5
**mornings**
82:14
**most**
6:7, 111:3
**move**
66:18, 90:19, 99:18
**much**
15:4, 28:12, 35:14, 38:10, 39:14, 50:18, 51:12, 55:7, 56:1, 87:3, 118:15
**muir**
12:16, 14:1,

14:14, 56:15
**must**
99:16
**mutually**
100:1
**myself**
18:11, 24:6, 38:9, 68:16
**mysterious**
70:8

**N**

**name**
5:10, 9:12, 27:10, 43:1, 60:16, 94:11, 95:11, 98:18
**named**
12:18, 55:1
**names**
12:13, 67:4
**nation**
64:17, 64:18
**national**
36:4
**natural**
73:22
**naturally**
39:12
**nature**
68:3
**navigate**
80:8, 85:15, 85:19
**navigating**
85:22
**necessarily**
21:22, 41:18, 73:22, 78:5, 90:5, 96:2, 109:6
**necessary**
17:16, 59:14, 62:19
**need**
6:15, 6:18, 7:3, 7:4, 7:6, 16:12, 17:7, 18:22, 19:6, 22:7, 35:19, 44:10, 58:20, 72:12, 91:9, 91:11, 91:19, 110:3, 110:6, 110:10, 113:4
**needed**
17:13, 19:15, 21:15, 22:17, 22:18, 36:17, 38:4, 38:7, 38:13, 47:8, 87:21, 113:22
**needs**
99:22, 100:4, 100:12, 109:8, 110:4
**negative**
44:15
**neither**
42:10, 54:19, 57:11, 119:8
**never**
17:4, 17:5, 17:7, 18:11, 19:2, 68:16, 69:9, 79:17, 80:11, 85:16, 85:17, 85:20, 85:21
**new**
14:18, 69:1, 77:19, 79:10, 79:11, 110:4
**news**
80:13
**next**
76:11, 79:2, 97:7, 114:18
**ngos**
47:22
**night**
57:2
**noisy**
89:6
**non**
83:11
**non-opa**
24:16
**non-renewal**
114:5
**none**
38:15
**nongovernmental**
36:6
**normal**
70:7
**normally**
28:14, 28:16, 29:12, 30:22, 67:3, 77:1, 77:22, 95:22
**notarial**
119:13
**notary**
2:8, 119:1, 119:20
**note**
49:2, 49:5, 49:7, 49:11
**notes**
49:13, 49:14, 114:3
**nothing**
21:19, 54:15, 84:6
**notice**
2:7, 97:2
**noticed**
85:21
**notices**
96:20
**notification**
97:8
**notified**
62:22
**notify**
97:22
**notion**
18:9
**number**
4:9, 4:10, 4:11, 4:12, 4:13, 4:15, 27:10, 42:8, 52:14, 54:6, 97:11, 102:20, 117:14, 117:15, 117:16, 117:18
**nw**
3:6, 3:19

**O**

**o'brien**
77:12, 77:16, 108:6
**oath**
5:21
**object**
6:13, 57:16
**objections**
6:17
**occasions**
36:16
**occupied**
91:6
**occurred**
28:21
**ocean**
9:3, 20:6, 30:2, 32:2, 32:3, 32:9, 32:12, 32:17, 33:8, 45:9, 45:18, 48:7, 59:20, 59:22, 60:2, 60:13, 60:18, 60:22
**oceanic**
36:4
**oceans**
20:3, 40:17
**odd**
102:14
**oes**
19:21, 20:1, 31:17, 39:4, 43:6, 43:15, 48:10, 101:12, 103:6, 107:4
**offer**
6:21
**offered**
11:6

**offhand**
42:6
**officer**
11:21, 21:9, 30:22, 33:7, 39:4, 67:10, 110:8, 119:2
**officers**
11:18, 26:9, 32:14, 39:15, 71:1, 75:1, 75:12, 75:18, 91:11, 101:11
**offices**
20:5, 20:7, 22:8, 22:20, 25:14, 39:13, 39:15, 40:11, 44:10, 66:21, 67:5, 70:1, 84:10, 91:6, 106:20, 107:3
**official**
29:11, 29:12, 29:13, 52:1
**official's**
29:12
**officials**
47:19
**often**
40:10, 66:11, 67:8, 68:12, 113:18
**oh**
16:8, 37:15, 55:13, 62:15, 67:18, 74:9, 92:13
**okay**
7:18, 8:3, 8:6, 8:7, 8:21, 9:6, 24:22, 27:11, 27:15, 27:18, 27:20, 27:21, 29:7, 29:21, 31:20, 32:5, 33:15, 35:17, 42:7, 42:9, 42:15, 43:4, 45:8, 52:15, 54:5, 54:7, 54:9, 58:11, 59:20, 61:3, 64:5, 65:19, 66:3, 66:8, 77:19, 88:5, 89:21, 90:7, 92:13, 92:17, 93:17, 96:17, 97:9, 97:12, 98:17, 98:20, 98:22, 99:3, 102:19, 102:21, 103:15, 104:11, 104:16, 105:7, 105:16, 106:1, 106:8, 107:13, 107:19, 110:12, 110:13, 111:22, 114:2, 114:18, 115:10, 116:9
**olga**
3:4
**once**
60:13
**one**
6:14, 7:20, 9:14, 12:8, 17:2, 20:4, 20:7, 25:7, 27:6, 27:15, 27:19, 32:13, 34:17, 34:18, 34:19, 35:3, 35:11, 37:20, 41:11, 45:13, 46:7, 54:6, 57:21, 63:5, 68:11, 69:11, 69:20, 71:17, 73:3, 74:17, 74:20, 80:20, 82:5, 86:15, 88:20, 92:18, 95:5, 97:10, 99:14, 102:19, 112:7, 114:20, 115:13, 116:14, 117:13, 117:14, 117:15, 117:16, 117:17, 117:18, 117:19
**one's**
68:13
**ones**
13:6, 26:9, 32:4, 89:8, 93:1
**online**
37:12
**only**
8:20, 29:18, 35:11, 49:2, 49:14, 54:14, 68:11, 96:15, 101:9, 114:20
**opa**
9:1, 9:2, 9:6, 11:2, 12:5, 14:22, 18:15, 18:18, 19:9, 19:17, 19:20, 20:2, 20:18, 21:16, 21:21, 22:22, 23:3, 23:7, 29:19, 31:8, 31:13, 33:16, 43:12, 45:5, 49:10, 50:5, 50:13, 51:21, 53:2, 58:8, 60:3, 60:12, 64:1, 64:6, 64:7, 64:15, 68:9, 68:19, 69:5, 70:10, 74:6, 77:19, 78:22, 79:1, 79:10, 79:11, 79:12, 80:6, 80:15, 83:9, 88:6, 88:13, 89:13, 93:12, 100:4, 100:12, 102:1, 103:6, 107:4, 107:9, 108:2, 108:12, 115:1, 115:21
**opa's**
45:11, 63:14, 81:3
**open**
27:19
**opinion**
52:4
**opinions**
59:10
**opportunity**
73:17
**opposed**
31:19
**opposing**
6:21, 116:16
**option**
84:4, 99:8, 101:19, 115:18
**order**
18:22, 28:14, 47:16, 67:11, 113:3, 117:9, 118:9
**orders**
118:2
**organization**
33:1, 41:20, 46:3, 67:21
**organizations**
36:1, 36:6, 67:5
**organizer**
66:16
**organizers**
45:13
**organizing**
45:22, 46:5, 46:17
**orientation**
108:10, 108:11, 108:19
**original**
89:19
**other**
7:9, 12:8,

12:21, 13:18, 14:7, 14:9, 14:22, 17:1, 17:10, 18:8, 19:17, 21:14, 24:11, 25:9, 30:17, 31:19, 32:14, 33:7, 34:14, 35:7, 37:17, 38:5, 38:12, 39:13, 39:21, 41:1, 41:7, 41:12, 43:22, 44:3, 46:10, 48:3, 56:6, 60:9, 64:2, 64:13, 66:17, 66:22, 67:2, 67:13, 68:17, 69:13, 70:1, 70:11, 70:13, 72:12, 72:21, 74:3, 78:21, 78:22, 83:6, 83:12, 83:22, 84:3, 84:10, 84:22, 86:15, 86:16, 89:14, 91:13, 95:9, 95:18, 100:21, 101:8, 101:11, 101:12, 107:12, 109:18, 112:5, 113:9, 113:19
**others**
15:19, 22:11, 26:9, 31:3, 31:7, 61:15, 69:21, 70:14, 71:13, 73:18, 110:9, 111:4, 112:12, 113:6
**otherwise**
119:11
**out**
22:19, 27:12, 39:15, 41:6, 41:9, 41:16, 41:19, 41:21, 44:2, 44:10, 46:19, 47:16, 54:18, 64:18, 67:12, 70:1, 71:12, 71:16, 76:6, 76:13, 77:11, 96:11, 108:9, 113:4
**outcome**
53:8, 59:12, 119:11
**outlook**
80:18, 81:1, 83:19
**outside**
22:12, 43:12, 53:16
**over**
5:16, 7:9, 8:8, 39:1, 40:5, 40:7, 41:3, 46:8, 51:15, 55:20, 79:2, 91:5, 103:22, 113:3
**overall**
26:5, 26:11
**overlap**
40:11
**own**
22:10, 26:8, 44:1, 53:4, 53:12, 53:16, 61:16, 61:18

**P**

**packet**
4:9, 4:10, 4:11, 4:12, 4:13, 4:15
**page**
4:3, 29:8, 55:6, 57:20, 58:13, 64:21, 88:7, 103:3
**pages**
1:21
**paid**
19:1
**paper**
67:11, 80:21
**paragraph**
54:16, 55:6, 55:13, 56:20, 57:1, 57:10, 58:15, 99:12, 99:19, 103:3
**paragraphs**
28:18
**part**
13:13, 13:18, 15:16, 24:20, 31:12, 39:21, 44:9, 48:10, 59:2, 64:9, 66:14, 70:7, 76:5, 102:6, 106:12, 109:9, 111:2
**partially**
114:20
**participate**
28:5
**particular**
11:13, 17:18, 20:20, 28:17, 34:20, 35:20, 37:8, 44:5, 44:17, 56:10, 56:12, 63:14, 66:14, 67:19, 68:4, 73:3, 77:15, 81:17, 85:22, 91:6, 109:17, 109:18, 110:7, 110:19, 111:20
**particularities**
94:12
**particularly**
40:22, 70:8, 107:16, 114:22
**parties**
119:9
**parts**
21:14, 43:20, 79:17, 101:12
**paused**
68:11
**pdfs**
36:13
**peers**
69:12, 70:14
**penalty**
5:22
**people**
11:5, 15:18, 16:6, 16:16, 22:3, 30:12, 31:19, 34:3, 37:17, 38:6, 40:20, 43:6, 43:11, 46:19, 56:6, 56:14, 61:9, 67:2, 67:5, 68:17, 69:13, 70:4, 70:11, 70:13, 74:1, 78:4, 78:9, 79:5, 80:20, 81:10, 91:5, 111:2, 112:8, 113:5, 113:9, 113:12, 116:2
**perceived**
18:11
**perfect**
8:7
**perform**
19:6, 110:15
**performance**
18:4, 18:7, 29:19, 103:22
**perhaps**
31:3, 34:5, 35:4, 35:7
**period**
11:13, 19:8, 51:14, 91:1, 96:4, 96:6, 102:3
**perjury**
5:22

**permission**
62:22, 63:18
**permitting**
37:22, 61:5, 61:17, 62:6, 62:12, 62:16
**person**
10:17, 10:20, 33:2, 33:12, 35:5, 35:6, 50:20, 50:21, 51:12, 56:8, 56:13, 56:17, 58:1, 72:12
**person's**
35:15
**personal**
18:1, 106:13
**personally**
6:11, 18:13, 46:4, 52:20, 52:22, 100:2
**photocopier**
88:10, 90:11
**phrase**
100:8, 103:21
**physical**
36:22
**place**
15:8, 46:13, 82:6, 82:8, 82:10, 83:16, 89:19, 107:12
**placement**
103:7
**places**
8:19, 89:14
**plaintiff**
1:6, 3:3, 3:22
**planet**
117:6
**planned**
50:5
**planning**
49:3, 50:12
**plans**
76:8
**play**
31:3, 56:1, 92:9
**played**
45:21, 85:11
**please**
5:9, 6:2, 6:3, 6:19, 7:18, 32:1, 50:8, 70:17, 85:7, 97:1, 118:13
**pleased**
97:22
**pledges**
48:18
**plus**
12:14, 13:1, 96:14
**point**
9:14, 25:13, 32:15, 32:19, 33:16, 33:20, 33:22, 34:4, 34:9, 34:14, 35:12, 37:12, 39:11, 50:3, 51:20, 54:18, 55:19, 73:14, 79:8, 84:19, 90:2, 94:22, 95:5, 96:2, 104:2, 104:3, 107:8
**points**
73:11
**polar**
9:4, 20:6, 32:17
**policies**
70:20
**policy**
31:1, 31:2, 31:5, 36:10, 40:17, 47:13, 48:6, 68:6, 72:8, 76:17, 98:1, 113:22
**portfolio**
11:15, 12:4, 26:7, 30:15, 35:16, 35:17, 38:18, 49:19, 56:6, 56:18, 58:8, 60:3, 61:4, 76:7, 109:7, 110:16, 111:6, 111:10
**portfolios**
103:9, 109:12, 109:21, 110:3, 110:13, 110:20
**position**
9:19, 93:8, 102:12, 102:15
**positions**
67:13, 67:14
**possibility**
106:22
**possible**
18:19, 38:8, 116:2
**posts**
37:11
**pre-pandemic**
81:9
**precise**
63:11
**precisely**
104:20
**predate**
40:1
**predecessors**
36:8, 75:17
**prepared**
26:19
**present**
3:22, 47:13
**presented**
48:6
**presently**
8:10
**presumably**
36:14
**pretty**
15:4
**prevent**
7:15
**previous**
50:12
**previously**
50:5, 88:19, 101:4, 108:14
**printer**
88:9, 90:14, 90:15
**printers**
89:15
**prior**
10:13, 11:8, 16:12, 36:7, 56:13, 62:4, 62:8, 110:8
**private**
5:15
**privilege**
6:15
**probably**
10:22, 16:1, 22:7, 28:21, 37:9, 37:11, 62:2, 78:2, 79:4, 79:17, 83:18, 108:3
**problem**
19:13, 72:8, 107:17
**procedural**
113:20
**procedures**
78:7, 108:17
**proceeds**
58:10
**process**
28:16, 44:9, 54:19, 55:2, 57:14, 63:4, 63:15, 63:22, 64:9, 65:4, 66:10, 66:12, 66:15, 66:22, 74:17, 94:4, 113:1, 114:6, 116:19
**processes**
22:22
**processing**
118:4

**produced**
36:3, 36:7, 54:11
**product**
55:2, 57:14
**program**
8:17, 11:7, 13:13, 14:11, 63:16, 101:10
**project**
34:16, 81:17
**projects**
28:18
**proper**
47:20
**properly**
117:11
**proposal**
47:4, 47:10, 47:15, 47:18, 65:8, 66:19
**proposals**
47:1, 47:7, 47:12, 47:21, 48:21
**propose**
47:9
**provide**
11:16, 20:13, 21:17, 22:2
**provided**
11:9, 21:2, 22:4, 22:9, 23:11, 25:2, 27:4, 27:6, 71:3, 71:5
**provides**
28:17, 69:6
**providing**
20:9, 21:6
**public**
2:8, 15:20, 112:12, 119:1, 119:20
**pull**
29:22
**pursuant**
2:7
**put**
62:3, 117:2, 117:10, 118:14
**puts**
44:14
**putting**
68:13

**Q**

**qashu's**
18:15, 19:9, 23:7, 24:2, 25:5, 26:14, 28:13, 29:18, 30:15, 41:18, 44:19, 45:1, 61:4, 75:17, 77:10, 80:14, 88:20, 91:1, 92:3, 92:19, 100:3, 100:10, 105:17, 106:10, 111:22, 116:3
**qualifications**
11:6
**question**
6:1, 6:3, 6:5, 6:16, 16:21, 24:15, 24:18, 24:21, 32:21, 35:13, 39:19, 42:18, 47:18, 47:19, 48:2, 48:12, 49:9, 49:18, 50:7, 51:17, 56:9, 56:18, 63:11, 68:6, 74:10, 75:14, 82:10, 83:6, 104:8, 110:2, 110:22
**questioning**
108:5
**questions**
6:14, 7:12, 18:1, 23:13, 29:21, 39:10, 60:4, 70:14, 88:5, 105:12, 105:13, 105:14, 107:19, 111:14, 114:2
**quick**
114:3
**quickly**
108:20
**quite**
81:8, 96:8

**R**

**raised**
61:6, 103:8
**ran**
63:16
**range**
98:4
**rather**
55:9, 111:17
**rating**
29:10, 29:11, 29:12
**rats**
37:19, 61:3, 61:8, 65:10, 65:13, 108:20, 111:1
**reaching**
44:2
**reacted**
59:18
**read**
31:22, 55:13, 70:18, 88:3, 103:12
**reads**
99:4
**real**
43:15, 108:20, 114:3
**really**
18:17, 23:16, 24:21, 25:10, 43:19, 45:7, 47:6, 48:17, 48:22, 49:9, 68:4, 68:16, 72:1, 72:9, 75:15, 81:14, 81:19, 87:1, 98:11, 109:1, 111:6
**reason**
7:8, 17:18, 92:2, 108:21
**reasonable**
20:13
**reasons**
54:18, 92:6
**recall**
9:17, 10:13, 12:13, 14:13, 14:18, 16:15, 24:1, 24:5, 24:7, 24:11, 25:15, 26:18, 29:3, 32:6, 32:9, 34:21, 38:7, 39:8, 42:2, 42:22, 45:7, 46:12, 46:16, 46:18, 46:20, 47:2, 48:8, 49:1, 49:4, 49:6, 49:8, 49:13, 52:4, 52:9, 53:11, 54:4, 54:13, 54:14, 54:15, 56:4, 58:16, 59:9, 60:7, 60:11, 60:15, 60:18, 60:21, 61:2, 61:10, 61:12, 62:10, 65:9, 65:16, 66:2, 75:15, 75:16, 77:2, 77:6, 77:10, 77:15, 77:16, 78:18, 81:9, 84:13, 90:18, 90:19, 94:2, 94:11, 94:12, 94:17,

95:13, 95:14, 95:18, 96:19, 98:8, 98:15, 100:5, 103:17, 103:20, 107:3, 107:20, 108:10, 108:13, 109:1, 110:19, 111:6, 111:8, 111:11, 111:15, 111:21, 112:9, 114:10, 114:13, 115:15, 115:22
**receive** 97:2
**receiving** 42:4, 58:16, 90:1, 96:19
**recollection** 14:5, 24:4, 50:17, 71:11, 86:21, 104:1
**recommendations** 13:15, 57:5, 63:17, 64:6
**reconsider** 95:12
**record** 5:10, 7:3, 7:7, 7:19, 87:8, 105:8, 105:10, 109:3, 117:2, 117:4, 118:16, 119:5
**records** 87:17
**recurring** 82:4, 83:10, 84:4
**reduced** 119:7
**refer** 30:5, 30:14
**reference** 55:16
**referred** 66:11, 87:13
**referring** 55:4, 81:4, 88:8, 99:11, 99:13
**refrain** 53:12, 53:13
**refresh** 27:13
**refuse** 72:14
**refuses** 72:6
**refusing** 104:9
**regard** 49:3, 69:6, 71:5, 74:7, 94:13, 106:2
**regarding** 106:9, 109:4
**region** 34:20
**regional** 40:15
**regular** 12:9, 83:22, 84:6, 84:7, 108:18
**regularly** 70:22
**regulations** 62:18
**relate** 20:15, 36:1
**related** 18:4, 18:7, 18:10, 34:19, 35:21, 35:22, 36:9, 36:10, 37:3, 38:9, 50:10, 53:15, 70:19, 75:20, 80:4, 84:9, 112:2, 119:9
**relates** 31:12, 110:18
**relation** 16:20, 19:19, 61:12
**relationship** 8:16, 8:20, 98:11, 105:19
**relationships** 41:21
**relative** 25:4, 86:19
**relatively** 40:9
**relevant** 36:11, 67:18, 67:22, 87:14
**reluctantly** 96:13
**rely** 22:11, 28:13
**remaining** 96:8
**remember** 10:13, 14:9, 25:18, 26:21, 27:1, 30:16, 32:6, 32:14, 34:10, 35:20, 39:2, 40:3, 40:4, 42:4, 45:8, 46:14, 48:17, 50:16, 51:14, 59:3, 59:5, 59:18, 60:10, 60:14, 60:17, 62:1, 62:7, 62:9, 72:21, 73:14, 78:16, 79:8, 80:19, 81:19, 82:22, 83:2, 83:20, 90:21, 91:4, 91:7, 94:19, 97:14, 99:1, 104:18, 104:20, 107:6, 107:22, 110:13, 110:22, 112:13
**remembered** 61:7
**remembering** 45:3
**remotely** 2:1
**removal** 111:16
**removed** 111:9, 111:11
**renew** 92:19, 103:18, 106:10
**renewal** 13:2, 44:20, 75:4, 94:13, 97:16, 97:22, 99:8, 100:1, 100:22, 101:15, 101:18, 102:2, 102:12, 105:18, 106:2, 114:4, 115:18
**renewals** 93:18
**renewed** 13:22, 14:1, 96:20, 97:4, 98:7, 101:17, 115:15
**renewing** 92:3, 95:1
**repeat** 6:2, 6:4
**repeatedly** 103:8
**rephrase** 6:4, 6:5
**reported** 1:22
**reporter** 2:8, 5:20, 6:21, 7:2, 117:5, 117:8, 118:1, 118:5, 118:8, 118:12, 118:15, 119:1
**reports** 48:18, 116:12
**repository** 117:6
**represent** 15:20
**representing** 6:11

**request**
65:1, 91:19, 107:22, 108:13
**requested**
9:16, 21:1, 21:2, 21:20, 22:17, 23:11
**requesting**
107:21, 108:11
**requests**
64:12, 75:16, 112:2
**require**
68:7
**required**
15:2, 20:21, 61:9, 84:1
**research**
61:4, 62:5, 62:12, 62:16, 62:20, 67:7, 67:8, 67:11, 67:14, 67:17, 68:5, 68:7
**resolved**
45:5
**respect**
20:16, 26:11, 33:1, 40:22, 74:21, 101:11, 110:20
**respond**
49:9, 70:4, 70:6
**responding**
106:14
**response**
6:7, 71:20, 85:6, 98:14
**responses**
70:5
**responsibile**
32:19
**responsibilities**
41:20
**responsibility**
26:6, 31:4, 31:18, 35:15
**responsible**
12:1, 21:6, 31:1, 66:17, 70:20
**rest**
72:20
**result**
64:3, 95:17, 95:20, 99:22, 105:5
**return**
60:3
**returned**
57:2
**review**
35:19, 36:21, 47:3, 50:19, 63:4, 64:1, 64:9, 117:10
**reviewed**
46:22
**reviewing**
29:11, 29:13
**revoked**
100:22, 101:3
**right**
9:4, 12:15, 15:10, 29:10, 30:18, 33:9, 50:6, 51:22, 56:17, 60:5, 78:22, 88:22, 105:11
**robertson**
3:14, 4:5, 57:16, 87:2, 105:15, 118:9, 118:11, 118:14
**role**
13:8, 13:11, 20:9, 26:3, 26:4, 26:11, 29:6, 31:3, 32:13, 34:15, 45:11, 45:22, 46:17, 49:10, 51:21, 56:2, 63:14, 77:13, 85:11, 92:9, 94:13, 106:2
**roles**
35:1
**routine**
19:11
**rules**
5:16, 20:14
**run**
64:1, 64:14, 113:1

S

**s-o-u-t-h-w-i-c-k**
7:21
**said**
7:13, 17:9, 18:6, 18:21, 46:15, 49:6, 49:19, 56:3, 70:12, 72:18, 76:10, 76:16, 79:22, 85:4, 88:19, 93:12, 94:6, 94:20, 95:6, 96:12, 100:5, 100:9, 100:15, 101:16, 102:17, 107:9, 112:20, 114:6, 119:5
**same**
6:21, 7:8, 12:11, 14:11, 26:17, 34:6, 37:16, 49:11, 49:17, 82:9, 82:10, 88:7, 109:6, 109:9, 115:5
**sampson**
21:10, 22:19
**san**
65:22
**saturday**
57:2
**saw**
6:8, 56:13, 85:17, 86:10, 99:2
**say**
9:22, 12:2, 13:7, 18:3, 19:10, 20:17, 28:9, 31:10, 31:14, 33:6, 33:19, 35:2, 36:12, 40:6, 41:17, 45:2, 46:1, 46:5, 57:1, 63:20, 66:15, 68:1, 69:22, 70:2, 70:15, 72:5, 73:19, 75:19, 76:1, 79:10, 82:7, 86:13, 91:18, 93:4, 93:7, 96:3, 100:2, 100:13, 105:14, 109:5, 109:11, 116:15
**saying**
13:11, 21:21, 22:14, 29:14, 35:13, 43:12, 44:3, 49:8, 51:15, 51:22, 55:7, 55:10, 55:22, 57:9, 64:5, 71:20, 73:1, 79:5, 92:18, 97:17, 103:18, 104:9, 104:11, 107:8
**says**
8:6, 27:11, 27:16, 54:16, 55:2, 57:10, 57:14, 58:14, 97:20, 97:21, 98:2, 99:19, 101:18
**scale**
11:20
**scanner**
90:11

**school**
5:17
**science**
97:22, 98:1, 99:6
**sciences**
20:3
**scientific**
11:5, 11:17, 12:12, 15:7, 36:1, 62:20
**scientists**
64:17
**scope**
47:20
**screen**
27:12, 90:3
**scroll**
29:7, 58:11, 103:2
**se**
71:7
**sea**
62:18
**seal**
119:13
**second**
13:22, 14:3, 14:15, 24:21, 92:3, 93:2, 93:15, 94:22, 95:8, 97:10, 98:4, 99:18, 99:19, 100:22, 101:5, 103:2, 103:7, 104:5, 104:15, 107:1
**secondary**
32:13
**secretary**
21:12, 45:17, 46:1, 46:2, 46:4, 78:2, 79:7
**see**
18:3, 18:7, 26:3, 27:14, 42:10, 42:13, 43:1, 43:4, 43:20, 54:22, 55:16, 57:20, 58:15, 61:6, 62:15, 68:12, 68:15, 70:12, 85:18, 86:2, 86:5, 103:3, 103:11, 110:21
**seeing**
24:1, 24:5, 24:7, 24:11, 69:13, 69:21, 79:6
**seek**
53:16, 64:1
**seeking**
71:19, 72:10
**seemed**
96:7, 113:19, 114:9, 114:22
**seems**
43:5, 43:10, 97:16
**seen**
69:9, 97:13, 98:21, 102:22, 111:12
**sees**
44:17
**selected**
10:15
**semiformal**
8:20
**send**
51:7, 53:2, 58:20, 69:22, 116:13, 116:14, 116:16
**sending**
68:22, 90:1
**senior**
12:11, 16:6, 35:1, 46:11, 52:1
**seniority**
35:13
**sense**
28:10, 34:6, 35:8, 38:20, 40:10, 41:4, 41:11, 44:12, 44:14, 55:6, 56:7, 72:7, 86:19, 88:1, 88:11, 93:17, 95:21, 105:2, 105:22, 107:15, 110:5, 113:22
**sent**
7:22, 16:11, 50:5, 50:13, 83:19, 85:4, 97:6, 98:3, 98:5, 116:3
**sentence**
54:17, 58:19, 97:20, 98:4, 99:4, 99:9, 99:19, 103:4
**separate**
11:16, 51:17, 53:7, 56:9, 61:18
**sequence**
59:3, 95:14, 98:9
**series**
20:5, 46:8
**serious**
72:8
**serves**
58:9, 115:13, 115:20
**service**
75:11, 75:21, 77:3
**set**
22:6, 27:16, 59:10, 119:12
**several**
46:15
**shake**
7:5
**shape**
25:7
**share**
57:13
**shared**
28:20, 81:2, 81:6, 81:16, 81:18, 81:20, 84:21, 88:6, 88:8, 88:14, 89:1, 89:12, 90:12, 91:3, 91:9
**she'd**
15:17
**shorthand**
119:1
**should**
9:22, 17:15, 38:20, 39:16, 41:19, 44:16, 45:2, 52:7, 52:8, 56:10, 56:19, 58:6, 58:14, 60:4, 79:10, 82:7, 105:13, 111:14, 117:14, 117:15, 117:16, 117:17, 117:18, 117:19, 117:20
**shouldn't**
59:11
**show**
42:7, 54:5, 97:9, 98:17
**showed**
43:1, 56:14, 101:3, 114:6, 115:12, 117:2, 117:3
**showing**
96:6
**shredder**
89:4, 89:9
**side**
11:19, 25:9
**signature-mig2k**
119:18
**signed**
26:19, 67:6
**significance**
101:19

**signing**
29:8
**signs**
29:13
**similar**
49:21, 109:5, 116:19
**similarly**
63:2
**since**
25:1, 28:10, 49:8, 83:3, 95:16
**sister**
32:10, 107:12
**sits**
79:13
**sitting**
58:8
**situation**
43:13, 71:17, 98:16, 101:4
**situations**
39:12
**sizes**
88:3
**skills**
15:13, 15:17, 15:18, 16:7, 99:21, 100:3, 100:10, 112:8, 112:15, 113:12
**small**
73:11
**software**
16:13, 17:7, 20:22, 37:14, 37:17, 63:6
**sohier**
9:8, 10:1, 21:8, 22:18, 25:21, 26:1, 26:13, 28:11, 28:22, 38:19, 41:5, 41:15, 42:1, 42:11, 43:6, 44:2, 45:6, 49:20, 56:21, 58:13, 58:17, 59:4, 61:21, 62:2, 65:16, 71:13, 71:22, 77:8, 77:9, 77:11, 78:13, 82:20, 93:3, 93:7, 94:20, 95:7, 95:15, 102:7, 102:11, 107:14, 108:4, 113:15
**sohier's**
104:3
**sole**
35:6
**some**
5:16, 11:11, 12:21, 13:8, 16:13, 17:13, 18:10, 19:12, 21:5, 22:18, 24:19, 26:8, 26:10, 28:18, 31:11, 32:5, 33:4, 34:2, 34:3, 37:2, 37:13, 38:5, 38:22, 39:6, 39:16, 39:19, 40:12, 40:18, 41:9, 41:22, 42:2, 42:16, 42:21, 43:11, 44:13, 44:16, 50:2, 50:12, 51:19, 52:19, 56:14, 61:11, 64:2, 64:17, 65:19, 69:5, 70:19, 72:16, 72:19, 73:8, 73:11, 77:12, 80:4, 80:18, 89:4, 90:7, 91:1, 91:9, 95:9, 97:7, 103:21, 105:13, 105:14, 107:12, 107:17, 109:17, 110:5, 110:7, 111:12, 111:13, 113:5, 113:11, 113:13, 113:22, 114:1
**somebody**
39:21, 48:12, 76:14
**somehow**
94:15, 107:10
**someone**
9:19, 12:2, 16:2, 32:10, 32:21, 33:10, 33:13, 33:19, 35:3, 35:14, 44:4, 55:1, 56:5, 66:15, 68:13, 69:11, 70:6, 73:7, 73:9, 76:10, 76:16, 76:20, 78:8, 78:11, 83:1, 95:10, 111:18
**someone's**
34:15
**something**
14:20, 17:6, 18:1, 18:5, 18:12, 22:5, 23:13, 30:20, 30:21, 31:9, 31:18, 32:16, 33:17, 33:21, 34:20, 36:22, 38:3, 38:19, 39:10, 39:14, 41:14, 48:11, 50:1, 55:1, 58:21, 59:1, 61:21, 64:18, 65:3, 66:16, 67:2, 67:12, 68:15, 70:3, 73:21, 76:16, 77:5, 81:12, 83:4, 89:21, 97:7, 97:17, 98:6, 101:19, 107:21, 110:4, 111:15, 111:16, 115:17
**sometime**
104:19, 110:21
**sometimes**
66:22, 116:12, 116:14
**somewhat**
15:1, 96:12, 100:19, 101:10
**somewhere**
89:18, 114:13, 116:4
**sorry**
10:18, 24:9, 24:14, 42:18, 45:15, 49:17, 50:7, 60:14, 61:13, 63:10, 63:13, 66:2, 66:5, 68:11, 73:8, 81:19, 85:4, 86:11, 94:19, 95:3, 96:22, 99:12, 109:13
**sort**
16:5, 16:13, 19:3, 25:9, 32:13, 35:1, 37:11, 37:16, 40:18, 42:12, 43:11, 43:17, 45:21, 48:19, 65:5, 67:16, 69:7, 71:2, 72:4, 75:13, 80:15, 80:18, 85:14, 87:18, 88:17, 97:8, 101:6, 102:17, 103:20, 113:5, 113:19

**sorts**
74:21
**sought**
62:22
**sound**
15:9
**sounded**
72:16
**sounds**
15:22, 16:22, 22:13, 23:14, 25:10, 30:17, 47:15, 61:16, 69:18, 100:18
**sources**
67:16
**southwick**
7:20
**space**
22:2, 88:13, 89:2, 89:13, 90:12, 91:3
**speak**
7:9, 8:18, 15:20, 41:13
**speaker**
8:17
**speaking**
112:12
**spearheading**
60:4
**special**
11:7, 16:13, 20:22, 21:17, 21:20, 31:4, 37:14, 63:6, 89:22
**specializing**
34:3
**species**
30:2, 31:15, 32:2, 32:7, 34:5, 35:3, 35:21, 36:2, 36:10, 37:3, 40:14, 44:16, 49:16, 50:3, 50:10, 51:16, 55:21, 59:1, 59:8, 59:12, 70:17, 111:13
**specific**
36:15, 86:21, 117:9
**specifically**
71:3, 82:22, 83:3
**speculative**
57:17
**spell**
5:9, 12:19
**spend**
76:11
**spiel**
5:19
**split**
25:20, 26:15
**spoke**
21:9
**spreadsheet**
68:15
**spreadsheets**
36:17, 68:2, 68:9, 68:10, 68:12
**staff**
11:22, 12:4, 13:20, 24:1, 24:7, 24:12, 24:16, 30:22, 44:6, 73:18, 81:3, 81:7, 81:11, 82:3, 82:4, 82:8, 83:9, 83:10, 83:12, 83:14, 83:17, 83:22, 84:7, 84:18, 84:20, 85:7, 102:7, 109:10, 110:8
**staffer**
53:14
**staffing**
11:10
**stage**
10:5, 10:8
**standard**
5:19, 118:3
**start**
45:15, 77:19, 105:16
**started**
86:18
**starts**
27:10, 42:8, 52:13, 54:6, 97:11, 98:18, 102:20, 103:4, 117:13, 117:14, 117:15, 117:16, 117:17, 117:18, 117:19
**stas**
92:13, 92:18, 93:18, 94:10, 94:18, 95:9, 96:5, 98:10, 98:12, 99:17, 103:5, 105:19, 106:9, 107:5
**stas's**
106:14
**state**
2:8, 5:9, 6:8, 6:10, 7:18, 8:10, 8:13, 8:16, 9:18, 11:1, 15:8, 16:6, 16:16, 19:16, 20:5, 20:12, 24:1, 24:7, 24:11, 25:16, 30:19, 34:13, 34:15, 34:18, 36:8, 37:14, 39:1, 40:8, 45:17, 46:1, 46:9, 48:4, 51:4, 54:11, 55:22, 64:20, 66:9, 66:21, 69:2, 69:8, 72:6, 72:7, 74:22, 75:9, 76:22, 79:1, 79:12, 79:15, 79:20, 80:8, 80:15, 82:2, 92:9, 92:11, 99:5, 99:10, 99:15, 103:10, 103:19, 104:12, 105:12, 106:4, 112:15, 113:4, 116:20, 119:21
**state's**
6:13, 20:8, 105:13
**states**
1:1, 15:21, 58:9
**status**
14:11, 116:12
**stay**
25:16, 96:13
**stenographically**
119:6
**step**
71:13
**stephen**
12:16, 14:5
**still**
5:19, 6:15, 43:14, 110:12, 110:15
**street**
3:6, 3:19, 7:18
**strike**
33:15
**studies**
36:5
**studying**
76:11
**subgroups**
83:13
**subject**
30:6, 34:16, 40:5, 55:12, 61:16, 69:22, 84:10
**subsequent**
62:10, 62:13

**substance**
34:11, 51:13, 55:8, 67:9, 72:2, 113:16
**substantive**
12:1
**successful**
14:16, 15:1, 96:15, 100:14, 104:7, 113:3, 114:21
**successfully**
15:19, 19:1, 19:6
**suggested**
41:8, 67:1
**suggesting**
59:4
**suggestions**
72:13
**suite**
3:7
**suites**
91:2
**supervise**
25:22
**supervised**
26:10
**supervising**
28:12
**supervision**
26:12, 119:8
**supervisor**
19:4, 26:2, 26:14, 28:19, 29:13, 35:7, 35:8, 108:4
**supervisor's**
35:8
**supervisors**
69:13, 70:14, 73:18, 106:20, 107:1
**supervisory**
26:5, 26:6
**support**
16:13, 18:19, 19:15, 22:10
**supported**
102:2
**suppose**
33:20, 69:11
**supposed**
20:13, 27:12, 72:5, 85:8
**sure**
5:19, 8:4, 10:22, 12:22, 14:19, 16:20, 22:8, 23:12, 27:9, 33:18, 36:16, 43:19, 44:7, 48:17, 49:22, 50:9, 53:13, 54:8, 65:5, 69:14, 69:15, 73:5, 77:14, 78:16, 79:14, 83:15, 85:20, 88:7, 92:6, 92:17, 103:14, 105:2, 105:9, 107:8, 109:2, 110:6, 116:9, 117:5, 117:11
**surprise**
59:16, 102:17, 105:6
**surprised**
95:20, 104:21, 105:1
**surprises**
105:4
**surprising**
41:21
**susan**
1:5, 3:22, 54:20, 57:10, 57:11, 103:8
**susie**
9:13, 58:14
**sustainability**
45:20
**switch**
106:20
**switching**
107:1, 107:3
**sworn**
5:5
**system**
27:7, 90:6
**systems**
80:15, 108:17

**T**

**t-a-s**
92:15
**take**
6:18, 41:8, 49:14, 58:5, 69:19, 75:10, 75:13, 76:2, 76:13, 76:16, 77:3, 87:4, 87:7, 102:19, 105:7, 110:1, 113:2, 118:1
**taken**
66:10, 76:8, 104:19, 119:3, 119:6
**taker**
49:2, 49:5, 49:7, 49:11
**takes**
73:21, 113:5
**taking**
77:5
**talk**
10:11, 17:19, 72:11, 73:18, 74:3, 74:4, 99:9, 108:17, 113:19, 116:6
**talked**
9:16, 10:14, 34:8, 35:18, 55:19, 71:4, 96:9, 112:8
**talking**
21:7, 22:13, 24:16, 27:22, 37:20, 69:12, 81:9, 87:10, 87:11, 92:13, 105:17, 106:6, 109:21, 110:13
**talks**
99:14, 103:16
**task**
62:17
**tasked**
78:8, 78:10
**team**
61:8, 62:3, 111:2
**technically**
24:20
**technology**
23:18, 24:8, 24:13, 24:19, 65:14, 65:17, 90:2, 92:15, 98:1
**telephone**
10:13
**tell**
50:7, 93:22
**telling**
43:6, 44:6, 49:13, 52:17, 83:1, 98:6
**ten**
118:4, 118:5
**tension**
39:6, 40:1, 41:3, 43:18, 44:18
**tensions**
42:2
**tenure**
11:8, 19:16, 75:9
**term**
17:4, 17:9, 41:8, 47:5
**terms**
15:3, 15:12, 17:10, 19:8, 25:19, 30:13, 34:21, 34:22,

38:18, 39:21, 45:4, 49:5, 58:9, 72:7, 74:19, 84:5, 86:17, 106:4, 107:1, 109:13, 110:22, 111:5, 114:21, 115:3
**test**
8:4, 8:6, 27:11
**testified**
5:5
**testifying**
7:16
**testimony**
119:5, 119:6
**th**
42:16, 43:3, 99:3, 101:18, 115:14, 115:17
**thall**
3:4, 4:4, 5:8, 87:5, 87:9, 105:11, 115:12, 117:1, 117:7, 117:13, 118:3, 118:7
**thank**
5:13, 103:15, 118:1, 118:15
**themselves**
39:15, 112:22
**theory**
66:13
**thereafter**
119:7
**therefore**
51:7, 71:19, 115:8
**they'd**
76:6, 78:1, 78:2, 78:6
**thing**
16:4, 16:5, 22:18, 27:11, 41:18, 49:12, 53:17, 97:7, 102:20
**things**
14:7, 18:14, 18:22, 19:5, 21:6, 37:11, 41:6, 48:19, 68:2, 70:11, 72:13, 72:15, 73:19, 87:18, 88:9, 108:16, 113:1, 113:5, 113:6
**thinking**
43:7
**thinks**
58:14
**thought**
19:12, 32:12, 95:21, 97:15, 98:9, 100:6, 100:16, 100:18, 104:3, 110:9
**thoughts**
58:7
**three**
75:16
**through**
11:6, 40:21, 44:17, 96:6, 117:21
**thursday**
70:3
**time**
5:15, 6:19, 9:11, 12:6, 16:18, 18:15, 19:8, 19:9, 19:18, 27:5, 28:1, 28:2, 29:19, 32:5, 46:2, 46:8, 48:5, 49:1, 51:5, 53:11, 53:22, 58:18, 59:7, 59:19, 60:16, 65:3, 65:16, 72:20, 77:10, 77:16, 77:20, 80:14, 82:6, 82:7, 82:10, 83:6, 83:16, 84:13, 84:21, 86:11, 86:22, 87:4, 90:19, 91:5, 95:5, 95:8, 102:3, 104:8, 107:17, 111:9, 113:2, 113:3, 113:5, 115:5, 118:4
**times**
68:9, 71:11, 83:12, 83:13, 107:18
**timing**
33:9, 104:18
**titles**
34:14
**today**
5:14, 6:9, 6:11, 7:15, 103:5, 118:6
**toed**
103:5
**together**
8:8, 44:11, 46:11, 68:14, 83:14
**told**
17:5, 17:8, 17:12, 18:16, 24:5, 49:1, 53:11, 65:16, 73:9, 78:6, 82:16, 82:18, 82:19, 82:21, 83:3, 83:7, 94:2, 107:7
**took**
46:13, 102:14, 111:19
**top**
29:7, 58:11
**topic**
110:14
**touch**
21:13
**touched**
18:2, 109:19
**tour**
79:11, 79:20
**town**
83:8
**track**
55:3, 57:15, 63:6
**tracked**
64:14
**trained**
107:21
**training**
69:5, 71:2, 71:5, 71:7, 71:8, 75:10, 76:20, 77:3, 77:17, 107:19, 108:8
**transcript**
7:2, 117:11, 117:22, 118:2, 118:10, 119:4
**transcripts**
118:4
**transfer**
56:4
**travel**
53:15, 76:8, 103:9
**traveled**
78:4
**traveling**
52:5
**travesty**
43:16
**treated**
109:9, 110:11
**tried**
19:13, 106:20, 113:15
**trouble**
45:3, 57:19, 71:15
**true**
103:21, 119:4
**try**
39:12, 53:4,

53:7, 69:11, 69:19, 71:13, 110:1
**trying**
13:10, 23:12, 41:15, 43:21, 53:12, 113:21
**turf**
44:13
**turn**
8:21, 59:20, 61:3
**two**
6:8, 11:8, 12:7, 12:14, 14:10, 27:14, 27:15, 62:7, 76:17, 87:2, 89:11, 90:15, 115:13, 118:6
**type**
16:4, 21:17, 32:6, 35:18, 38:12, 47:13, 48:5, 77:20, 78:20, 81:2, 81:5, 87:15
**types**
74:15
**typewriting**
119:7

**U**

**ultimate**
53:1
**ultimately**
84:15, 92:2, 92:5, 93:1
**umbrella**
20:2
**un**
68:14
**under**
5:21, 5:22, 20:6, 62:17, 62:18, 67:10, 119:7
**understand**
6:3, 7:10, 13:10, 13:12, 20:8, 24:14, 47:11, 57:4, 74:13, 98:11, 101:3, 116:9, 116:18
**understanding**
6:10, 17:16, 20:11, 21:12, 23:10, 29:17, 50:2, 50:9, 50:14, 57:21, 59:21, 61:20, 64:16, 93:10, 94:4, 101:4
**understood**
6:6, 18:10, 20:21, 22:17, 84:22, 92:18, 112:2
**unfortunately**
37:21
**uninterested**
96:8, 114:9
**unit**
21:22
**united**
1:1, 15:21, 58:9
**unless**
6:14, 12:20
**until**
80:22, 82:1
**unusual**
53:14
**upload**
117:6
**uploaded**
27:14
**use**
7:6, 30:9, 38:4, 38:13, 41:8, 68:9, 68:16, 68:19, 80:16, 81:21, 91:9, 91:11
**uses**
34:13, 34:15
**using**
9:2, 37:16, 80:21, 81:10, 103:20
**usual**
53:17
**usually**
68:21, 76:21, 87:17

**V**

**vague**
24:4
**vaguely**
54:14
**variance**
109:11, 109:13
**various**
8:19, 41:19, 54:17
**vary**
13:11
**verbal**
7:6
**verbalize**
7:4
**versus**
80:8, 114:4
**vessel**
37:22, 61:5, 61:17, 62:5, 62:12, 62:16, 62:20, 63:3, 63:20
**via**
90:4, 90:6
**view**
25:11, 39:11, 52:6, 57:13, 59:10, 84:19, 102:9, 104:3
**views**
15:20, 44:16, 58:6, 66:10, 95:15, 96:5
**virtually**
1:15
**visible**
91:22
**vision**
11:11, 18:11, 80:3, 80:5, 80:7, 85:10
**visit**
24:7, 24:12
**visiting**
24:2, 79:4
**visual**
112:3
**voiced**
114:13
**voltmer**
26:14, 26:16, 26:19, 27:5, 28:11, 108:5
**votes**
68:14

**W**

**waiting**
71:19
**walked**
78:3
**walking**
86:2, 86:5
**want**
5:13, 5:18, 11:2, 76:2, 76:10, 88:6, 96:11, 102:10, 114:3, 116:6, 116:7, 116:8
**wanted**
14:2, 14:6, 14:7, 14:15, 18:18, 41:8, 45:18, 50:18, 92:17, 96:13, 107:9
**wanting**
96:9, 114:13, 116:4
**wants**
62:19, 62:20, 63:3, 63:20
**washington**
3:8, 3:20

**way**
12:11, 42:2, 44:15, 54:21, 57:12, 57:17, 85:22, 107:13, 109:9
**ways**
40:12
**we'll**
8:8, 69:19
**we're**
39:12, 81:9, 87:2, 87:11, 88:7, 101:17
**we've**
23:6, 103:22, 111:12
**web**
27:14, 64:21
**website**
64:21, 67:20
**wednesday**
1:16
**weekly**
82:14, 83:21
**weeks**
76:17, 118:6
**weigh**
114:17, 116:17
**went**
5:17, 14:19, 50:21, 51:5, 53:6, 91:6, 96:6
**weren't**
11:16, 14:10, 34:21
**whatever**
21:2, 21:15, 22:6, 22:19, 66:18, 67:6, 67:9, 67:18, 72:8
**whereof**
119:12
**whereupon**
5:2
**whether**
9:17, 10:9, 19:5, 27:4, 30:16, 39:20, 52:20, 62:7, 63:18, 73:12, 83:19, 94:14, 96:20, 99:1, 106:10, 107:22, 109:1, 109:17, 110:19, 111:8, 111:14, 111:15
**white**
86:2
**whoever**
41:6, 78:3, 79:7
**whole**
79:18
**wish**
118:9
**withhold**
73:10
**within**
20:4, 21:16, 30:10, 31:13, 33:3, 36:8, 44:1, 52:3, 61:18, 64:15, 66:8, 66:21, 76:22, 93:21, 106:4
**without**
78:1, 102:12
**witness**
5:4, 119:12
**word**
7:20, 8:6, 16:15, 16:19, 17:2, 18:8, 19:19, 30:8, 36:13, 47:10, 47:15, 49:11, 68:2, 68:21, 73:6, 98:19, 117:19
**words**
18:8
**work**
15:2, 15:9, 15:18, 18:12, 18:20, 18:22, 19:6, 22:7, 24:2, 24:17, 25:16, 26:8, 26:12, 28:13, 28:15, 29:18, 34:1, 34:2, 34:11, 35:8, 35:15, 38:4, 38:16, 38:20, 39:15, 39:17, 40:21, 41:16, 44:10, 46:21, 48:5, 49:15, 50:3, 50:10, 51:16, 51:19, 52:2, 54:2, 55:21, 58:6, 58:10, 59:1, 59:8, 59:12, 60:2, 60:5, 60:13, 61:11, 63:9, 65:17, 68:13, 70:8, 72:12, 75:20, 76:3, 76:7, 76:13, 76:15, 83:14, 84:22, 91:10, 100:14, 109:17, 110:15, 112:11, 113:9, 113:15, 113:17, 114:21, 115:7
**worked**
9:3, 11:20, 22:19, 26:1, 26:8, 30:3, 32:9, 32:11, 39:1, 48:20, 54:18, 60:18, 62:8, 65:13, 96:16
**working**
30:12, 32:13, 33:8, 33:10, 35:5, 35:7, 35:10, 35:11, 35:17, 38:5, 39:5, 41:6, 41:9, 43:7, 56:8, 56:14, 58:14, 59:21, 61:7, 62:15, 71:12, 71:16, 73:20, 81:17, 85:1, 106:17, 111:4, 118:5
**works**
30:10, 69:8
**workshop**
51:2, 57:2
**workstations**
91:2
**world**
30:2, 32:3, 32:12, 33:8
**world's**
57:21
**wouldn't**
15:16, 17:22, 25:10, 33:6, 35:2, 52:22, 69:4, 71:21, 76:15, 83:12, 98:14, 100:15, 102:10, 109:6
**write**
15:19, 69:11
**writing**
49:12
**written**
48:18, 87:17

**X**

**xerox**
89:10, 90:11

**Y**

**yeah**
42:20, 43:9, 47:5, 52:15, 57:19, 73:13, 87:6, 105:15, 113:22, 116:10
**year**
13:22, 14:3,

14:15, 46:14, 92:3, 93:2, 93:15, 94:22, 95:8, 98:3, 99:8, 100:1, 100:22, 101:5, 103:7, 104:5, 104:8, 104:15, 107:1, 114:18
**years**
14:12, 28:3, 73:21, 82:2, 91:5
**yellow**
54:10, 54:12, 56:22, 57:10
**yourself**
25:20, 26:16, 31:6

**Z**

**zone**
62:21, 63:21

**0**

**00**
70:3
**0500**
3:9
**08**
43:3

**1**

**1**
1:17
**105**
4:5
**1050**
3:7
**1077**
1:8
**11**
4:13, 97:11, 117:18
**117**
4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 4:15
**119**
1:21
**12**
14:20
**13**
14:20, 42:16, 43:3
**14**
1:16, 4:15, 102:20, 117:20
**15**
4:14, 91:5, 99:3, 101:18, 115:14, 115:17
**1629**
3:6
**19**
103:6

**2**

**2**
56:22
**20**
22:3
**20006**
3:8
**2015**
11:3, 86:18
**2016**
4:14, 61:1, 65:22, 98:2, 98:3, 99:4
**2017**
98:2
**202**
3:9
**2023**
1:16, 119:14
**2027**
119:15
**20530**
3:20
**20817**
7:21
**22**
1:8

**3**

**32**
1:17
**3rd**
98:3

**4**

**4**
43:3, 118:16
**43**
118:16
**49**
56:22
**496**
3:9
**496623**
1:20

**5**

**5**
70:3
**5514**
7:20

**6**

**601**
3:19
**6th**
119:13

**Def. Ex. 5**

Planet Depos
We Make It Happen™

# Transcript of Richard McCarthy, Corporate Designee and in his Individual Capacity

**Date:** May 18, 2023
**Case:** Qashu -v- Blinken, Secretary, U.S Department of State

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
------------------------------x
SUSAN QASHU, :
Plaintiff, :
v. : Civil No.:
ANTHONY J. BLINKEN, Secretary, : 22-1077 (TNM)
U.S. DEPARTMENT OF DEPARTMENT :
OF STATE, :
Defendant. :
------------------------------x
Deposition of U.S. DEPARTMENT OF DEPARTMENT OF
STATE
By and through its Corporate Designee
RICHARD McCARTHY,
and in his Individual Capacity
Conducted Virtually
Thursday, May 18, 2021
10:03 a.m. EDT
Job No.: 493249
Pages: 1 - 325
Reported by: Judith E. Bellinger, RPR, CRR



Deposition of RICHARD McCARTHY, conducted virtually,

Pursuant to notice, before Judith E. Bellinger, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public in and for the State of Maryland.



A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
OLGA M. THALL, ESQUIRE
JAMES & HOFFMAN, P.C.
1629 K Street, NW
Suite 1050
Washington, DC 20006
202.496.0500

ON BEHALF OF THE DEFENDANT:
L'SHAUNTEÉ J. ROBERTSON, ESQUIRE
U.S. ATTORNEY'S OFFICE FOR DC
Civil Division
601 D Street, NW
Washington, DC 20530
202.815.8611



A P P E A R A N C E S C O N T I N U E D

ALSO PRESENT:
Chistine Hulsizer
Terri Youngblood Savage
Danny Rosenthal
Susan Qashu

13

**A I've read emails of other people that are knowledgeable about that, but I don't have direct knowledge, myself, beyond what discussions have been mentioned by, generally, the General Service Officer that covers equipment for each bureau.**
Q So, are you fully prepared to provide all the information possessed by the U.S. Department of State on that topic?
**A Yes.**
Q Are you knowledgeable about other accommodations outside of assistive technology or information technology made by the defendant for Dr. Qashu's disability?
**A Yes.**
Q Are you fully prepared to provide all the information provided by the U.S. Department of State on this topic?
**A Yes.**
Q Are you knowledgeable about the assistance provided by the disability and reasonable accommodations division to Dr. Qashu or

14

on her behalf in the course of her employment?
**A Yes.**
Q Are you fully prepared to provide all the information possessed by the U.S. Department of State on this topic?
**A Yes.**
Q Are you knowledgeable about the assistance provided by the Bureau of Information Resource Management or other staff responsible for information technology to Dr. Qashu or on her behalf in the course of her employment?
**A Yes.**
Q Are you fully prepared to provide all the information possessed by the U.S. Department of State on this topic?
**A Yeah -- yes.**
Q Are you knowledgeable about State's process from February 1, 2016, to February 28th, 2017, for determining the entity or party responsible for implementing a reasonable accommodation that requires changes to the defendant's -- I should say State's information

15

technology system?
**A Yes.**
Q Are you fully prepared to provide all the information possessed by the U.S. Department of State on this topic?
**A Yes.**
Q I may also ask you some questions beyond the scope of these topics for context. If I ask you questions beyond the scope of these topics, you will be answering as a fact witness, based on your personal knowledge.
You will still be under oath.
Does that make sense?
**A Yes.**
Q And if you have any questions about are you being asked for personal knowledge or are you being asked for the U.S. Department of State's organizational knowledge, you let me know.
**A Okay.**
Q Do you have any questions about anything I have said so far?
**A Not yet.**

16

Q Where do you currently work?
**A I work in the Office of Assessability and Accommodations in the Bureau of Global Talent Management at the Department of State.**
Q Is the -- I think you said it was the office of accommodations. How does that fit in with the Division of Reasonable Accommodations and Disability?
**A We call it DRAD, Disability and Reasonable Accommodation Division. It's one division, now, in the Office of Accessibility and Accommodations.**
Q And what are the other divisions in that office?
**A There's another division called the Accessibility Division, which is more technology-focused, and the Disability and Reasonable Accommodation Division is more for the analysts and the reasonable accommodation request intake.**
Q Sorry. Reasonable accommodation request intake, that's its own division?

17

**A Yeah. So DRAD is the Disability and Reasonable Accommodation Division. They have the disability and reasonable accommodation analysts that handle reasonable accommodation request intake and caseload, case management of all the Department of State employee requests that we receive.**

Q So I think I'm hearing that there's two divisions within the office?

**A Correct.**

Q And which division do you personally work in right now?

**A I work in the Accessibility Division, the technology-focused one.**

Q And have you previously worked in the other division?

**A Yes. I was originally hired to work in DRAD, the Disability and Reasonable Accommodation Division.**

Q And when did you make that switch?

**A Probably within, to my knowledge, I would say, somewhere between 2017 and 2018. I was**

18

**a contractor in 2015, and then I became a federal employee in 2016. And then, midway through 2016 is when this office was stood up. So anywhere between 2016 and 2017, my position got moved to the Accessibility Division.**

Q And when Dr. Qashu was working at State, was the office organized in the same way, with two divisions?

**A Not in the beginning. When Dr. Qashu first began, the DRAD office was part of what's called employees relations, and midway through 2016 is when the Office of Accessibility and Accommodations was stood up.**

Q How long have you worked at the State Department overall?

**A As a federal employee, May of 2016. But I was a contractor before that.**

Q How long were you a contractor?

**A From December of 2011 through May of 2016, or -- yeah.**

Q And what's your current title?

**A Can you repeat that question?**

19

Q What is your current title?

**A Current title is Accessibility Division Chief.**

Q And what sort of job responsibilities do you have?

**A I oversee our assistive technology program, our Section 508 program, our video captioning program, and our assistive technology center.**

Q What is the assistive technology center?

**A It's called the Access Center. It's interactive space where employees can come and test and train on assistive technology equipment and receive tutorials and assessments so we can make sure that we're providing the right accommodations before deploying at their workstation.**

Q Did the assistive technology center exist when Dr. Qashu was working at State?

**A No. This was only opened in 2020.**

Q Did you review any documents to prepare

20

for this deposition today?

**A Yes.**

Q Which documents?

**A I reviewed email correspondence throughout Dr. Qashu's tenure at the Department of State, as well as a file that indexed these emails.**

Q And when you say an index, what did that look like?

**A It's a chronological index of the emails based on topic.**

Q And did you speak to anyone to prepare for this deposition today?

**A I met with State Department Legal and AUSA yesterday.**

Q What about outside of the legal office or attorneys? Did you speak to anyone else?

**A No.**

Q Other than what we've already discussed, did you do anything else to prepare for this deposition today?

**A No.**

33

employees at this time?
**A I can't -- I'm not sure. I don't know the answer to that.**
Q So who would know the answer to that?
**A IRM. The Information Resource Management Bureau.**
Q And do you know what the features were of this desktop computer given to Dr. Qashu?
**A Can you define "features," or be more specific?**
Q Sure. So features would include, like, how much RAM did it have, how much memory did it have; what was its CPU, what kind of chip did it have. As a layperson, I think that's all I can think of at the moment. But you may know more about features than I do.
**A I'm not aware of what the standard configuration was for the computers that were issued to Dr. Qashu and others in her office during that time.**
Q And who would know that?
**A IRM.**

34

Q So I take it that you don't know what CPU or RAM was for the desktop computer?
**A Not that I can recall.**
Q And is that something that IRM would also know?
**A I can't say for certain, but they are the bureau that handles the computers and issuing them out to employees and the large procurement for everyone in the department.**
Q And do you know why that particular desktop computer was assigned to Dr. Qashu?
**A I don't know.**
Q Were there any modifications made to the desktop computer for Dr. Qashu's disability?
**A Not when she first began, to my knowledge.**
Q Were there some made later?
**A There was troubleshooting done at a later point in time, where the PC or the desktop was swapped out and parts were upgraded to address different issues with some of the software or hardware that were coming up.**

35

Q And who made those modifications?
**A IRM.**
Q And are you able to speak more specifically about what they were, what was swapped?
**A To my memory, there was a fan upgrade because the computer was being loud, at one point.**
**I believe, from my recollection, there was upgraded RAM at one point, but without being able to check my notes, I can't give you specifics, and I can't recall the specifics off the top of my head.**
Q If you would like to check your notes, that's fine.
**A Okay.**
MS. ROBERTSON: While he's looking, Olga, what was the last question you asked?
MS. THALL: Ms. Bellinger, can you repeat it?
(The requested text was read by the reporter as follows: "And are you able to speak more specifically about what they were, what was swapped?")

36

MS. ROBERTSON: Okay. I need clarification myself.
MS. THALL: So, generally, if you need clarification, we should go off the record so there's no confusion about what the deponent --
MS. ROBERTSON: Okay. Then I would object as vague.
MS. THALL: Understood. So why don't we go off the record while Mr. McCarthy is reviewing his notes.
(Off the record.)
MS. THALL: If we could go back on the record, Ms. Bellinger.
BY MS. THALL:
Q Mr. McCarthy, can you repeat what you were telling me?
**A I'm having trouble identifying the exact amount of upgraded RAM and video card, which I believe was what was upgraded for her computer in May of 2016.**
Q And so, would you agree that RAM is

37

pretty important to ensure that ZoomText runs properly?
**A Yes.**
Q So, to understand, if ZoomText was running properly on Dr. Qashu's computer, we would probably need to know how much RAM she had?
**A To my understanding, it would depend on what other things she would be running concurrently with the ZoomText as well. By itself, ZoomText could run properly with the standard configuration, if it was 4 to 6 gigs of RAM. But if you start running competing assistive technology softwares or process-heavy internal applications, it could slow down.**
Q And what was the standard configuration?
**A As mentioned, that I would have to go to IRM.**
Q And when you say "competing assistive technology applications," does that includes JAWS?
**A It could, yes.**
Q Are there other things relevant to

38

Dr. Qashu that that could include?
**A From my recollection, working with Dr. Qashu, the primary assistive technology softwares that she was using during that time were JAWS and ZoomText.**
Q And you also mentioned, I think you called it memory-intensive State, was it applications?
**A Yes.**
Q Can you say it again in your way? I'm not trying to --
**A I called it process-heavy, like, intensive applications, if you're running, like, if you're streaming video or something that's going to really bog down the computer, per se. If you're running the ZoomText, you're running a JAWS, you're streaming a video, you're running some internal applications, you're trying to send emails, your computer will get -- you know, it could potentially slow down.**
Q And so, you mentioned -- we talked about ZoomText and JAWS, so are those software

39

programs that were put on Dr. Qashu's desktop for the purposes of her disability?
**A Yes. The ZoomText and the JAWS were both put on to assist Dr. Qashu.**
Q And did you personally put those on?
**A From my memory of this, I did more than once for her, yes, but it probably wasn't -- I wasn't the only one that had ever done that.**
Q Do you know who else would have put those assistive software programs on her desktop?
**A My colleague, Scott Duncan could have as well.**
Q And so, to clarify, were there any other software programs on there for accommodating Dr. Qashu, beyond ZoomText and JAWS?
**A From what I can recall, those were the two primary softwares that we were providing her.**
Q Was there any software loaded related to her CCTV?
**A The CCTV, those are stand-alone devices, so they do not plug into the computer. We have security protocols here; you can't just**

40

**plug in anything you want. So those are stand-alone devices, they operate with just a power cord.**
Q And so, for the desktop computer, how long was that in Dr. Qashu's possession?
**A Can you clarify that for me?**
Q So, for how long did Dr. Qashu have this name, like, initial desktop computer that we're talking about?
**A The notes that I was looking at several minutes ago, there was a date, I believe, in May of 2016, where I was meeting the IRM technicians to do the swap.**
**So, I believe it was from when she started until May of 2016.**
Q And what kind of swap are you referring to right now?
**A If the upgraded RAM, if they swapped out the entire computer as well, reimaged hard drive, updated fan. Potentially, those are the type of things that I would be referencing when I say "swap."**

Q So I'm trying to clarify. Are you talking about a swap of some internal components or are you talking about a swap of the entire computer to replace it with another computer?

**A A swap upgrade, yes. From my recollection of this, in May, it was a take one out, put a new one in with updated components, from my memory.**

Q So they swapped the entire desktop machine?

**A Correct. From my memory of what happened, we swapped the entire machine, and then, with a new hard drive, upgraded RAM.**

Q And were you present when that swap was taking place?

**A My responsibility during that process was to make sure that software, like JAWS and ZoomText, gets reinstalled properly.**

Q And so, you mentioned some notes. Are these notes that you personally created?

**A This is just, when I say "notes," it's the index of emails. It's not actually notes.**



**It's just saying, like, email about IRM swapping. And it has the number, I forget what we're calling them, legal term, but the number in the bottom right that references whatever the email name is.**

Q And is it hyperlinked?

**A No.**

Q And so, in terms of the desktop computer, were there any problems with the computer that Dr. Qashu reported?

**A From what I can recall, Dr. Qashu had several complaints about the computer before it was swapped out.**

Q And what were her complaints?

**A From what I can recall, there were issues about what she would call "blackouts" or the computer would need to be restarted; things like that.**

Q And can you explain what a blackout is?

**A I cannot. It's terminology that she would have used.**

Q So who did she report the blackout to?

**A There's different ways that she could**



**have reported this. She could have reached out directly to me or my colleague, Scott Duncan; she could have reached out to the IT service center that handles all IT requests for the department, and that way, you'd have an assigned ticket number.**

Q And so, those are the different ways she could have reported it. But do you know how she actually reported these blackouts?

**A From my memory, it would have been both. There's times, if it was something that I thought it was related to or Scott Duncan and I thought it was related to the assistive technology, we would try to address it.**

**If what she was describing to us was something that was more mainstream IT related, we would direct her to the IT service center, or sometimes we could potentially open the ticket on her behalf to more accurately describe the problem. But the IT service center ticketing tracking system was not something that Scott Duncan and I were a part of, or had access**



**to, I should say.**

Q And who would have access to that ticketing service center?

**A The IRM employees. It was their ticketing tracking tool, and us not being part of IRM, we were not integrated into their ticketing tracking system.**

Q So were you not able to review Dr. Qashu's tickets to prepare for today?

**A The ticket, the emails that I was a part of, many times, I would open in my name, and I would take the ticket and say this is for XYZ person. In this case, this is for Dr. Qashu. She sits over here, in this location. This is the problem that she's having. Can you, please, send someone over to assist her. And then, if I didn't get an answer, I could take that ticket number and escalate it to the BIP team in the building that she worked in.**

Q And was email the primary ticketing interface?

**A It's how you made the request. But I**

**can't necessarily remember, at this point, or what it was -- what the system was in 2016, in terms of, like, hyperlinking that ticket to a different system outside of the email. But you could communicate, via email, back and forth with your assigned technician.**
Q And do you still have copies of your tickets regarding Ms. Qashu?
**A I personally have never deleted tickets, but I don't know how far back IRM archives these requests.**
Q And what about your personal email? Is there any sort of auto-destruction setting for the State Department?
**A I don't know.**
Q Are you aware of any emails related to Dr. Qashu that you no longer have, but you did once have?
**A I'm not aware, no.**
Q And did State provide any type of training to Dr. Qashu on how to use that desktop computer?



**A Not that I can recall. Or I can't recall, at this time, if there's any specific orientation beyond setting up, from what I can speak to, setting up the ZoomText, going over the settings for the ZoomText, making sure that the settings that she liked were saved so when she launched it, it would always launch with the same profile.**
**So if you take the time to set that up the first time, all of your settings, such as magnification level, pointer and curser enhancements, color, it can do screen-reading capabilities too. Just making sure that her personalized settings were correct.**
Q I don't think we talked about a video card. Would there have been a video card in the desktop computer?
**A There should be. But once again, I can't speak to what the standard configuration was back in 2016.**
Q And is a video card necessary for ZoomText?



**A To my knowledge, it would be, but I can't say for certain.**
Q And from the purposes of DRAD, were there certain minimum requirements for a computer system to run both JAWS and ZoomText simultaneously?
**A Back then, to my best ability trying to remember, we didn't have a standard set of requirements that we needed.**
Q Did you have occasion to research the requirements for Dr. Qashu?
**A We could have, and back then, once again, I don't know the exact troubleshooting, you know, that happened to get us to that point, when we swapped out her computer in May. But I would say that at some point, there could have been contact with the vendor itself to ask what the minimum requirements are.**
Q So, who would know if there was contact?
**A If it was put into the case file that she was having or maintained by the DRAD office,**



**I'm not sure. I don't know.**
Q So it sounds like it could have been in the DRAD office's notes?
**A If it was, I'm not sure. I don't know.**
Q Did you have occasion to review all of the DRAD office files to prepare for today? And I should say, all the DRAD office files with regard to Dr. Qashu.
**A I reviewed what was presented to me, so I don't have access to the medical files, for example; that wasn't presented to me, but internal communications were.**
Q And so, when you say presented to you, I believe you said these were emails presented to you by counsel?
**A Yes.**
Q Let's talk about the laptop that was issued to Dr. Qashu.
And so, from Exhibit 2, it lists a Dell Inspiron laptop.
Is that the only laptop that was issued to Dr. Qashu?

85

A You could. Normally, when you're dealing with magnification on the screen, you're dealing with, like, ZoomText software, per se, you'd use the magnification that's built in or the built-in Windows magnifier, but you could, if you wanted to.
Q Okay. Anything else about the Ruby and how -- that you think is important to how it worked for Dr. Qashu?
A I can't think of anything at this time.
Q So let's talk about the CCTV.
Was that the Optelec ClearView?
A There was more than one during her time here, whether it was NFSI or what she started off with or what she had for an extended period of time. But the Optelec that we did end up providing had built-in, from what I can recall, built-in optical character recognition, which we call OCR, which allows you to kind of scan a page. Then it will -- you put it underneath it, and then, basically, evaluate the page and then read out loud to you what's on the page.

86

Q And so, how many different CCTVs did State assign to Dr. Qashu over the course of her employment?
A From my understanding and recollection, there was, at least, three that we provided to her at different times.
Q And did you say that FSI might have issued her a CCTV?
A It's Foreign Service Institute is our training facility at the State Department. So if Dr. Qashu was taking a class at FSI, we would have one of the CCTVs, I call desktop magnifiers, delivered over there. Maybe one of the more portable models that we had. And they could potentially set it up in the front of the class. Some of them had distance cameras, where you could flip the lens forward to see what's on the board and then flip the lens down to see, if there are any hard-copy handouts being given. Or if you knew there were going to be slides and we could get them for you ahead of time, you could potentially print them out and follow along with

87

the device on your desk, as well.
Q And did you talk to FSI to prepare for today?
A I didn't talk to FSI, no.
Q And do you have emails from FSI that you reviewed for today?
A Yes. There's correspondence with me talking to FSI technicians to set up the CCTV. Sometimes if I dropped them off early or if there were back-to-back classes, they would move them from one classroom to the other.
Q And so, when you say that it would have just been when -- sorry -- strike that.
For the one that FSI provided, would that just be pretty temporary, in terms of it being provided for Dr. Qashu?
A I wouldn't say that FSI provided; I wouldn't word it like that. It would be something that DRAD had delivered and let FSI kind of hold on to, to be able to deploy to any of the DRAD customers that we supported that were potentially taking classes up there. So, sometimes we'd say,

88

like, oh, we know there's a couple people coming through this month that could potentially benefit from this, just hold on to it until we can tell you what classroom it needs to go to. But wasn't necessarily, like, FSI testing out or deploying their own equipment.
Q And for the one that was provided or loaned to FSI, do you know what the brand was?
A I can't recall, off the top of my head, for that time period.
Q And would there be notes somewhere what the brand was?
A There could be notes about this, yes. Correspondence about FSI, and I believe they were produced. I'd have to go back and double-check to see what the model is. I just don't know off the top of my head.
Q And so, on this Exhibit 2, it lists an Optelec, Optelec.
Do you know how to pronounce that?
A I say Optelec.
Q Optelec.

So we've talked about that we have that one. We have the one that went to FSI. What about the third one? Do you know what brand that was?

**A I can tell you what one of the ones we would have provided was called a VisioDesk. It's made by a company called Baum, B-A-U-M, which is no longer in business, but that was one of our more portable ones that folded down and could fit in the bag, so it's easy for us to set up and bring across the street or deploy somewhere temporarily, if we needed to.**

Q And so, the Baum VisioDesk was more portable. What about the Optelec? Like, what was the size of that?

**A That's a larger device. You wouldn't really be able to move it on your own easily. It has, like, a large, like, 24 -- or 20- to 24-inch screen attached to it, I would say, from my recollection, and then it has, like, a big kind of, what I would call an XY table, on the bottom, that allows you to put documents under and move**



**them left to right and up and down. So if you're looking at a big screen in front of you with the magnification, you could potentially read a document up and down, or if you needed to read line by line with the text enlarged, you could do so.**

Q And did the Optelec have a remote?

**A It could have had a remote, yeah. I recall, at some point, we've had to order a new remote and then work with the vendor to get it paired again.**

Q And what did the remote do?

**A The remote, I believe, from what I can recall, had a scroll wheel on it that allowed you to control the level of magnification that was being displayed on the monitor.**

Q And why did State opt to assign a CCTV to Dr. Qashu?

**A Just based off of some of the initial requests that she was making about her initial needs. It was also something that we commonly deploy to other employees throughout the**



**department that had similar needs. So if you did have some level of vision left and you did rely on magnification, and if someone was to hand you a hard-copy handout and you had difficulty interacting with the content, the magnifier would assist in that.**

Q So what is the process of using a CCTV to read a physical document? Like, if you could go through step by step.

**A Sure. So, it's rather straightforward. It's a monitor that displays what's being captured by a camera that's facing downward, right onto the XY table. So you put your hard-copy handout underneath it, whether it is a printout of a slide or a map, or whatever it is, a food menu, you put it underneath there, and then you can determine the level of magnification that you would like. If you'd like color filtration, if you'd like for the thing to -- for the Optelec or the desktop magnifier to do what I described earlier, what I said is OCR, to scan it and read it out loud to you. Not all of them can do that. But if it has**



**the words OCR built into the title of it, it can. And you basically move the table left to right or move the document physically, with your hand, left to right or up and down, and you can view what's on the screen in an enlarged format.**

Q Did the CCTVs provided to Dr. Qashu, were they able to do the reading aloud function?

**A From what I can recall, yes. Because there was one that did a lot of different languages, from what I can remember, that Dr. Qashu liked. Not all of them can scan in the foreign language and read out loud.**

Q And so, I guess what I'm imagining in my head is almost sort of like an old-school overhead projector, but digital.

Does that sound similar?

**A You're not far off. Just imagine, like, a big monitor being attached to the overhead as well, so that it's looking down at the projector. And then, instead of projecting on a pull-down screen on the wall, it's being relayed to the monitor that's right in front of your face.**

93

**And this is separate from the monitor that's on your desk. This is all one large stand-alone unit.**

Q And so, could the CCTV do anything in terms of, like, helping to read an electronic document?

**A You would have to print it out and then you could put it underneath it.**

**So, but directly, from an electronic document from your computer. As I mentioned, it's stand-alone. It's not hooked up to the desktop.**

Q And was Dr. Qashu provided by State with a printer?

**A There were network printers in her office, but from what I can recall, I don't think that she was given a printer directly from OAA as an accommodation. I'm not a hundred percent sure on that.**

Q So when you say "network printers in her office," do you mean that they were, like, in a shared office space?

**A Yeah. Just a large printer, like,**

94

**black-and-white printer that you would be mapped to, like you're in an office setting. And then, in that one area where the printer is and everything, you would just go grab it.**

Q And so, was there any way to save recordings, you know, images, or the, like, speak out loud from the CCTV?

**A The audio, I'm not a hundred percent certain if you could save the audio file. There may have been ways to save a document that you took a still frame of, but it would just live there. You couldn't export it. But I'm not a hundred percent sure if you could save the audio part of it.**

Q And so, there's no way to get that on a computer, the image?

**A From the device that we're talking about, we didn't have clearance to plug it into the desktop, so we didn't even explore that.**

Q And so, in terms of the CCTV OCRing, whatever it was looking at, would there be difficulty if the document, itself, wasn't

95

cleared?

**A That could happen, sure. If the document that you're going through is, like, a copy of a copy of a copy of a copy, the OCR is only capable of detecting what it can detect. So I can't necessarily speak to the level of competency that device had back then, but it's still true today, I would think.**

Q And what about handwriting? Could the CCTV handle that?

**A I can't say, for sure, if it would accurately OCR handwriting. It would depend on the person and how clear they would write, I would guess.**

Q And you also mentioned that the CCTV could look at a map?

**A Yes.**

Q So what would it be doing in terms of, like, a map, exactly?

**A I guess it would depend on what your job is. But if your job was to examine complex maps of a city or something that had small**

96

**coordinate grids, even if you weren't someone with a disability, having the ability to enlarge that and really zoom in, I could see as being beneficial.**

Q So did the State do some kind of assessment to see how the CCTV met Dr. Qashu's needs?

**A I think, when we first met with Dr. Qashu, there were some exchanges about her testing some different CCTVs at her current position or when she was in Arizona, I believe, and then we described which ones we normally have. So we ended up on the Optelec. I believe it was something that she was pushing for as well because it had the foreign language pack that I don't think any of the other service -- of the other equipment that we had was available. So she ended up, when she first started, I think the first couple weeks, with something called a Prodigi, until the Optelec could be ordered and arrived, per her request.**

Q And did the Prodigi have the OCR

97

function?

**A I can't recall. I would have to look. But it was purely set up as an interim accommodation until the Optelec arrived.**

Q And so, you mentioned that there was some review done with Dr. Qashu before all these different devices were provided to her, in terms of what she thought might work for her; is that right?

**A I believe so. From what I can recall, our first interactions, I believe, started in late July of 2015, when I was still a contractor, and she didn't come on until early 2016, so we had a decent amount of communication between then and her start date.**

Q And so, what about once this hardware was provided to Dr. Qashu and it was set up? Was there any kind of assessment done to make sure that it was meeting the needs of her disability?

**A There's nothing permanent about the accommodation, so, you know, we're always trying to tweak and individualize them and make sure**

98

**they're right for that exact person. We try not to take a blanket approach into a one size fits all. So, a lot of the equipment that was set up and procured before her arrival was based off of discussions, I believe, that we had with her and addressing her needs.**

Q So, does that mean that you would, then, just wait for her to make a complaint about a problem?

**A I wouldn't put it like that. I mean, if we're setting you up with something, we have the flexibility to take your input and make the necessary adjustments. We're not saying that you have to tough it out with XYZ. We're always open to exploring new options and making sure you have the right fit.**

Q But how do you know you have the right fit? Like, how would State know?

**A I would say it's continuing the interactive process. You may start off with two or three accommodations and realize that, how would she know? Like, she hasn't been at this job**

99

**yet. So we're trying to say, like, all right, we'll set you up with what you think you could use, but you may realize that the job entails more of XYZ. We can tweak as necessary, but I would need more specifics. I'm just saying that we keep an open mind or, you know, try to check in with clients or, you know, work with them, in terms of adjusting accommodations based on job duties when needed.**

Q Okay. So sounds like DRAD was very open to making ongoing adjustments to these accommodations?

**A I would say, in general, we continue, what we would call, the interactive process throughout.**

Q And do you need authorization each time you're making a new adjustment to accommodations?

**A Depends if it's an adjustment or a new request. So, when you're requesting an accommodation and you're submitting your medical documentation, there has to be a nexus between what the medical documentation states and what**

100

**you're asking for. So, if you're someone that's blind and we were able to set you up with things like the Ruby and the Optelec and the larger monitor. If you suddenly came to us later and said, I want a sit/stand desk because I want to stand throughout half the day, well, the medical that you provided us doesn't necessarily provide a justification or a nexus between what that type of request is.**

**So, adjustments within -- I'm trying to find the right word here. But if it's part of, like, existing accommodations and we're tweaking existing accommodations, we don't necessarily need any type of new -- I don't need, like, authority to change that. But if she needs something that's outside of that initial scope, then we reengage, on a new request, a new reasonable accommodation request and reengage, or restart a new interactive process, based on whatever that request may be.**

**BY MS. THALL:**

Q And so, I think when we talked earlier, I believe it might have been with regard to

145

Q And who would know that?
**A Her management would probably be able to better to explain how they would do internal clearances.**
Q And what type of software programs would Dr. Qashu use for conference calling?
**A That would be a question that her management would have to answer. I don't know if there was many video calls happening back in 2016, 2017, in her office. I'm not aware, so I can't comment on that. I'm not sure.**
Q Did State make any modifications related to conference calling to accommodate Dr. Qashu?
**A Not that I'm aware of.**
Q Around, you know, the time that Dr. Qashu worked at the State Department, was there any type of Slack or office instant messaging?
**A I'm not sure what the standard instant messaging software was back then, during that build; I'm sorry.**

146

Q Did State make any modifications related to instant messaging for Dr. Qashu?
**A Not that I'm aware of.**
Q What about software programs that Dr. Qashu would have used for timekeeping and recording hours?
**A That would be a question that needs to be directed to her internal, like, management team and her office. I don't think it is standardized across the department what timekeeping measures are. Some people have their own timekeepers, some people enter their own time, so I can't comment on that.**
Q Did -- I'm sorry. Did State make any modifications to Dr. Qashu in regard to timekeeping?
**A Not that I'm aware of.**
Q Is there any other software that State assigned to Dr. Qashu that we haven't talked about?
**A I don't believe so. Nothing that I can recall right now.**

147

Q And beyond what State assigned to her, is there any other software relevant to Dr. Qashu that might have come up in conversations with her and DRAD, beyond what we've talked about?
**A Not that I'm aware of.**
Q Let's turn to, I guess, assistive technology. I know that we've already talked about some of it, I think. So, how would you define assistive technology?
**A I would say, me defining assistive technology would be any device or any type of equipment that could potentially help and aid in your essential functions of your job, in helping with someone that has -- what do you want to call it? I don't want to use to word impairment. But someone that has a major life impairment, in terms of, like, walking, hearing, seeing, breathing. So any type of device that can aid you in completing your everyday job duties.**
Q And so, I guess, in my layperson thinking, I was thinking, like, the CCTV and the Ruby could also qualify as assistive technology; is that right?
**A Those would qualify.**

148

Q So, beyond what we've already talked about so far, is there any other assistive technology that the State assigned to Dr. Qashu?
**A It's a broad term. Like, we provided Dr. Qashu with things called bump dots. They're, like, little rubber dots that you can put on things, like even, like, the microwave in your office or a keyboard to tell you what keys, where to kind of actuate once you touch the computer, where you are, in terms of, like, the escape button. Something like that is low tech, but it's still assistive technology. We provided something like that. I would consider that AT.**
Q Anything else?
**A Not that I can recall at the moment.**
Q And would you describe ZoomText and JAWS as assistive technology?
**A Yeah, they're software. They're assistive technology, yeah.**
Q So, for the ZoomText, do you know what

149

version of software was -- of that software was being used at the time Dr. Qashu was employed?

**A To the best of my memory, I believe it was version 10, but I'm not a hundred percent on that.**

Q And acknowledging that you're not a software expert, unless you are, but I'm not going to presume that, what do you recall about version 10?

**A I have no recollection of what version 10 offered versus 9, versus 11. I don't know.**

Q And I think we talked, earlier, about whether there were measures taken to assess if the ZoomText was compatible with the computers assigned to Dr. Qashu. I believe you said you weren't sure if there was.

Is that right?

**A There was no standard 508 test process that I was provided with, in terms of 508 testing with screen readers and screen magnification software off of the standard build for all computers across the department.**

150

Q And what about for Dr. Qashu personally? Did IRM ever take a look at her computers to see if -- before there were any issues, if they were set up to function well, with ZoomText?

**A I'm not aware of any measures taken by IRM to test to see if the computer was set up well to run with ZoomText.**

Q Was Dr. Qashu given any training on ZoomText?

**A I can't recall any training beyond the introductory setup and configuration of her ZoomText profile.**

Q Are there any limits on the type of text that ZoomText can magnify?

**A Can you specify a bit, please?**

Q So, I guess, an initial question is, like, did ZoomText OCR things itself or would you use a different app to do that first, or would you even need to?

**A So the -- ZoomText can do multiple things. So it's just a built-in magnifier. So if**

151

**you were to launch it here with Zoom going, you would hover over our names in the top banner, and then mine would enlarge to the degree that you wanted it to. So it's less about font, I would say, and it's just about making sure the software can run concurrently with whatever you're trying to do. It does have built-in screen reading capability, which means it can read text on the screen or you can open up a Microsoft Word document, for example, and have it read text to you. That is, if you didn't want to sit there and read it enlarged, you could sit back and listen. But in terms of screen readers, JAWS was your better option than using the built-in one on ZoomText, just by the amount of features that you can control, but it could still do it, if you only wanted to do it for, maybe, a limited amount of time.**

Q And did ZoomText, at the time that Dr. Qashu was working at the State Department, did it have that screen reading feature?

**A Yes. And most times, we would set up**

152

**two different icons on the desktop, one that did magnification only, and one that did magnification with the speech. You could add a switch in to make it one or the other.**

Q And so, if ZoomText is magnifying an image, is there ever an issue of, like, blurriness because of the magnification relative to -- I don't even know what to call it, just, like, the density of the image?

**A Yeah. Like an image -- the more you increase it, the more pixelated it can become. It depends on, like, the level of magnification that you're using. If you can get by with only, like, 2X, like two times the normal size, you're not going to see too much of a difference. But if you're using, like, 42X, yeah, it's going to look way different. Even the charactering of every letter is going to look a little bit choppy.**

Q And did ZoomText work with all software?

**A I can't comment. I'm not sure.**

Q Would ZoomText work with all software

that you would have anticipated Dr. Qashu using in the course of her employment at State?

**A To the best of my knowledge, ZoomText should interact with Department of State applications, but I can't say, for certain, that it worked with every single app across the entire network or web-based apps, or something that the employee's trying to access. I can't say for certain.**

Q Do you know of any particular software applications that ZoomText does not work with that come up in State work?

MS. ROBERTSON: Objection. Too broad.

Q You can answer.

**A I'm not aware of something that sticks in my mind, from that time, that ZoomText doesn't work in. Yeah.**

Q And is ZoomText able to invert colors?

**A Yes. ZoomText can do a number of color filtrations. Sometimes you can do, like, blue and yellow, you can invert colors, you can grayscale. It does have those options in there. So it's not**



**just purely a magnification software.**

Q And did you, or I should say, did State do any kind of setup with Dr. Qashu so that it was preset to the color, the version that made the most sense for her?

**A I can't recall what her exact settings that she wanted across the entire application. But we did walk through what the options were and save that profile so she could have it launched the way that she wanted to and not having to go in and change it every single time. Because if you're doing, like, cursor and pointer and color and magnification, it could be a pain if you had to do that every time. So if we could get your profile saved, so when you did launch ZoomText, whatever that is, it's launching the way that you want it to.**

Q And so, for someone like Dr. Qashu, who has trouble with low contrast text and images, is there something that ZoomText can do about that?

**A There's settings that can address certain visual difficulties, depending on what**



**they are, related to contrast. But once again, I don't remember what was set for Dr. Qashu's profile.**

Q And can you describe what type of settings you're referring to? Like, what would be changed for a low-contrast problem?

**A I would need to go back and look at the exact options for ZoomText 10 because we're about 20 versions down the road from that. So I'm not sure, exactly, what the options were back then to confidently answer that question.**

Q And so, we also talked about JAWS. Do you know what version of JAWS was on the computers that Dr. Qashu was using for State?

**A Not -- I can't recall.**

Q Do you know where that information would be?

**A There might be correspondence based on installation guidance to IRM or serial numbers in the email exchanges, but I can't recall off the top of my head. They've changed the naming mechanism of JAWS 2. They now base it off of**



**year. So it would have been a lot easier if they kept it that way, but they were operating off of, like, 15, 16, 17, and then, at a certain point, they went to years. So I can't recall at what point they did that. So I'm not sure what version of JAWS we were operating off of during her tenure.**

Q And were there measures that State took to assess if the computers given to Dr. Qashu were compatible to operate JAWS?

**A If there were 508 test reports that were done, similar to how I mentioned about standard builds that were checked against how a screen reader should work, I don't have those, so I'm not sure.**

Q And if those reports did exist, who would you imagine would have them?

**A IRM and Section 508 team at the time.**

Q And what about specific to Dr. Qashu? Was any kind of assessment done to make sure her computers were fit to use JAWS?

**A There wasn't a specific**

157

**508 accessibility test done to ensure that every aspect of her job was compatible with JAWS, for whatever online component that may be.**

Q Can you say that again?

**A There was not a specific assessment done related to Section 508 on every single aspect of something computer-related for her job, if that makes sense.**

Q Yes. And so, what about not necessarily related to 508, but just related to reasonable accommodation?

**A Can you elaborate a bit, please?**

Q So, I'm not a 508 expert by any means, but what I'm trying to ask is, in terms of was the way JAWS was set up by State for Dr. Qashu, was that a reasonable accommodation, was there any kind of assessment made to make sure that the computer matched up with the requirements of JAWS?

**A The JAWS software is less process heavy than the ZoomText, but I don't think there was ever, like, a test done to figure out what the configuration of what her computer was before she**

158

**started to make sure that it met every requirement. We were operating off of, you know, it's the standard build, everyone in the department has it. We have other JAWS users that are fine using it, so there shouldn't be technical problems from day one, if it's the standard build. But I can't comment on what that was or if there ever was an actual research done into that exact PC and what it had standard, like, built into it.**

Q And what makes ZoomText process heavy?

**A It's running -- I can't comment on the exact technical nature of it. It's just, when it's running the full screen magnification, and if it's running some of the filtration options, it just -- it can slow your computer down if you are doing multiple things at the same time.**

Q So let's turn back to JAWS.

So, with JAWS, did JAWS OCR text or would text need to separately be OCRed first?

**A So it's not so much like -- I wouldn't use the term OCR. So, for JAWS, it's going to give you audio feedback anytime you press a key.**

159

**So if you want to write an email, technically, like, you don't have to have your laptop on, like the laptop screen lit up, you can do all of this by listening to how you're navigating the computer. It's a screen reading and screen navigation tool. You can do everything that you need to do with keyboard access or braille display, but we don't need to get into the braille. But the JAWS will read back to you the document, if the document is accessible, and then it will help you navigate, like, Office or Excel or help you navigate through Outlook and let you know when you're in the to field, the subject field, the body field. If you type something wrong, there's different voice pitches to let you know it wasn't spelled right, things like that.**

Q You said that JAWS could do that if a document was accessible. So what would you need to do to make a document accessible?

**A Well, depends on the author as well. If you're -- say, if you took a picture of a PDF, or a picture of a Word document, then you, like,**

160

**scanned it in with a scanner, like a face-down, like, you lift up the scanner and press it down, that text, you know how it's not highlightable. It's not accessible. There's nothing for the JAWS software to interact with. The document itself has to be accessible, and document remediation efforts are a completely different topic here. But JAWS, at some point, did have built-in OCR features, but I am not a hundred percent sure on when those features were live on what version and if that was when Dr. Qashu was here.**

Q And, too, what is document remediation?

**A So it's like a Section 508 process to make sure that the documents that you create are Section 508 compliant and that they are accessible to individuals with disabilities. So making -- yeah, that's basically it. Like, you're designing your document to make sure that someone that is a JAWS user or someone that does use speech-to-text, for example, and you're building out a form, can they access these fields? Is the document accessible for those with the disabilities that**

161

**use assistive technology software?**
Q And is that something that State assesses?
**A I don't know the size of the Section 508 team back then and what their capabilities were. So I'm not a hundred percent. I'm not sure.**
Q Are you aware of any software applications that Dr. Qashu would have used in the course of her employment at State that JAWS did not work with?
**A I'm not aware. I'm not sure. I haven't seen test reports that indicate that certain software or standard configurations just will not interact with screen reading software like JAWS.**
Q Let's turn to web applications.
And so, again, I want to make sure we're on the same page about what a web-based application is.
What does that mean to you?
**A For me, I'm thinking that it's**

162

**something like what we would call GEMS, or something like -- anything that you need to get into to get your employee records. Something that's not downloaded on your desktop. Something that's accessible via website.**
Q Is that JEMS, J-E-M-S [sic]?
**A Yes.**
Q And what is GEMS?
**A That might be a poor example. But GEMS is, like, our global -- I shouldn't even say that because I don't know the acronym. It's where our employee records are, but I'm not sure it's even -- you can access it via web base now, but it's not purely a web application. But it's, like, where our internal Department of State records are held, like your SF-50 and things like that.**
Q And is that something that individual employees would use?
**A Yeah. It's individualized to the employee. It's where, like, you would get your document that says this is your start date at your**

163

**X salary, things like that.**
Q Yes, I think we might be on the same page because I think of a web application as something that, like, sort of runs off your Internet browser.
Does that sound right?
**A Yeah. I should preface it with I don't know what was web based back in 2016 and '17, or '15 through '1, versus what is web based now for us at State department. So it could have been different back then than what it is now for us, so that's maybe where my GEMS comment is stemming from.**
Q And is it State's position that Section 508 also applies to web-based applications?
**A Back in twenty -- back then, I can't speak for the Section 508 coordinator, but Section 508 does apply to that as well.**
Q Are you familiar with the research application tracking system, or it's also called RATS?

164

**A I'm not.**
Q Did Susie, Dr. Qashu, ever mention to you that she was using RATS in the course of her employment?
**A I don't recall at this time.**
Q Did Susie -- I'm sorry, again. Did Dr. Qashu ever mention to you that she was working on something related to marine permitting?
**A I don't recall.**
Q Are you aware of anything that State did to accommodate Dr. Qashu with regard to work she was doing with regard to marine permitting?
**A I don't recall.**
Q And so, I guess, more generally, if there was a web-based application, is that something that ZoomText would work with?
**A I can't say. I'm not sure. I would need to either, like, test it myself or see a test report. I can't comment on past versions of ZoomText and past web-based apps from then to current day.**
Q Did you know that Susie was assigned to

185

office IT, or the communal office IT, what types of, like, colors would have been on the screens?

**A I have no idea. I don't know.**

Q And is State aware of what type of color combinations were not accessible to Dr. Qashu because of her disability?

**A I don't know if that conversation was ever documented. I can't say for sure. There's certain things in ZoomText that can be filtered out, if she chose to use that. But if -- it all depends on the content that she's interacting with and what we can do to kind of try to mitigate that or adjust that or provide some type of accommodation to assist with that.**

Q So, like, with all the software and hardware that was provided to Dr. Qashu -- and this is a hypothetical question, but I'm trying to understand what she could have used. So if she was approaching the copier, and let's say it had gray, green, gray, gray, or something, what could she have used, in terms of what we have talked about to, like, see that screen?

186

**A I'm not aware. I mean, like if you're talking about hardware, communal things that, beyond putting some type of, like I mentioned the bump dot earlier, putting some kind of, like, tactile recognition to let her know, like, where the copy button was, where the go button was, that's something I could think of, but I'm not sure.**

Q Would the Ruby work on that?

**A The Ruby could work on that. I mean, it does have color filtration. It does do the magnification. If she brought it with her to the printer, it could do that.**

Q So if Dr. Qashu had trouble seeing, like, you know, gray on green or gray on gray, which I think was pretty common at that time, right, for these interfaces, would the Ruby just make it larger?

**A The Ruby can do color filtration. I would need to go back and look at what the available combinations were for that model, from that time period. But it did do -- usually it**

187

**has, like, little arrows on the side that you adjust what colors that you want to cycle through.**

Q Can you give an example of what you could change, sort of like a gray-gray screen to on Ruby?

**A I know, for example, on the Ruby, you can do, like, blue and yellow, or you can do black and white. I would, like I said, I would need to go back and see what color schemes and what color combinations were available for that model, because the technologies changed since 2016, 2017, to 2023.**

Q So, it sounds like State doesn't know if any of these communal office IT machines were accessible to Dr. Qashu?

**A I can't comment on what the interface was, so I don't know. I can't say there were parts of it that were accessible or it is all non-accessible; I don't know.**

Q But from everything you reviewed, is there any indication it was accessible?

MS. ROBERTSON: Objection. Legal

188

conclusion.

Q I'm sorry, what did you say, Mr. McCarthy?

**A I said, same answer. I can't say either way. I don't have it in front of me, so I can't evaluate it.**

Q But you have looked at a series of documents that represents all of State's organizational knowledge, right?

**A I mean, I looked at the email from the GSO with the models. I didn't take the time to Google that model and see if I could pull up the exact photo and confirm that's the exact model that we procured or we didn't tweak it at all. I can't say, without having it in front of me, for certain, either way.**

Q And so, is there anything to indicate that an assessment was done and there was a conclusion made, previously, that they would be accessible to Dr. Qashu?

**A I'm not aware of a formal assessment or existing test plan or a test plan that was shared**

197

certain, what percentages or how often that happened. But if you came in at 8 and said, I need a reader here by 9, and you didn't say something either the day before, or however long they required at the time, I don't think that they always could accommodate it if they didn't have someone kind of on standby. Same thing kind of goes for, like, sign language and interpreting services as well.
Q And what sort of disabilities could the readers assist with, other than vision-related disabilities?
A As I mentioned before, like, you could potentially request one depending on, like, if you had a temporary accommodation and you broke your hand skiing, for example. I think that's why the term "readers" started to shift, at one point, to accommodations assistant, because they weren't just reading for individuals that were blind or low vision.
Q And so, how far in advance did DRAD generally expect readers to be requested?

198

A I'm not sure if there was, like, a set time frame. I'm sure they would do everything they could do to accommodate last-minute requests, but it wasn't guaranteed. But I don't have is -- I'm not sure.
Q Which readers did Dr. Qashu work with?
A I know of at least the three. But I'm not sure if that's the only three.
Q Sure. Who are those three?
A Crystal Maitland, Joyce Tam, and Alicia Cahoon were, at least, three of them that I'm pretty positive that she worked with at one point or another.
Q And do any of those people still work at State?
A Joyce Tam is an EFM, Eligible Family Member, so --
Q What does that mean?
A So, like, her husband's a foreign service officer and works overseas, and she's employed at the embassy or consulate that he works at. So it's temporary employment. I don't know

199

if that's considered working for the department or what it's really called. But she's what we refer to as an Eligible Family Member.
Q And what about Crystal Maitland and Alicia Cahoon; do either of them still work at State?
A No, they've moved on.
Q And do the readers take notes of their work with disabled employees to provide to DRAD?
A I'm not sure what the current or the -- at that time, what the contracting officer representative asked of them to do. Like, I don't know if they're expected to summarize their job duties or only report back at the end of the week. I'm not sure.
Q And do you know who the contracting officer that would have been responsible for the readers, at that time, was.
A It may have been Eliza Bethune-King (phonetic), but I can't say for certain.
Q And if the readers took notes, would you anticipate the notes would be in that Outlook

200

database we talked about?
A I can't say. Like, it depends on who they reported it to or if -- I'm not sure. I can't say for certain. Because I don't even know if they were taking the notes. It's just, like, if they did, if it was required, I'm not sure.
Q Did Dr. Qashu ever request quieter office space to be able to better hear her assistive technology?
A I believe, when reviewing correspondence last night, she did move offices, at one point, to get away from the shredder, I believe it was.
Q And do you know why she requested to move offices?
A I think it was because of the noise, like you described, but I would have to go back and look at the reasoning behind the office move. But I thought it was to get away from louder, printer, shredder noises.
Q And in what you have reviewed, did she say that that was interfering with her being able

**calendar invites and explore, like, what is even available, in terms of what else we could do beyond setting alarms on, like, a phone, or something like that. I'm trying to think of what a possible accommodation could be without really sitting down with her and discussing that.**

Q So during Dr. Qashu's appointment, how did the responsibility work if DRAD installed new work on an employee's computer but the software did not work well with the State's IT infrastructure.

**A Can you define "not work well," or elaborate a little bit, please?**

Q Well, you know, the crazy -- sorry, the freezing, the crashing, the blacking out that we were talking about earlier.

**A It always depends on what could potentially be causing that. Like, a lot of times, Scott or myself would go to Dr. Qashu's office and would try to get hands-on and troubleshoot and see if there's something we can do. Maybe there's a patch to the software, a new**



**update, maybe we need to coordinate with IRM to get the hard drive reimaged. Maybe we need to swap out the device completely.**

**It's a -- it's not, like, a simple answer to tech troubleshooting. There could be a bunch of things that cause the issue that day. Maybe the network's just really slow that day; maybe she was running two different things at once and it caused it to kind of blow up. Like, I can't say, for certain, what the problem is every time. There's too many variables that go into trying to figure out is this a mainstream tech issue that everyone is experiencing and your technology is making it worse? Is there something specific about what you're doing that we can address? Is it just that ZoomText, that day, is not functioning right? Like, does it have a bug in it? It could be a number of things.**

Q Are there examples related to Dr. Qashu, that you're aware of?

**A There's many emails, in those exchanges, of me saying, I'll be right over, I'll**



**be over tomorrow, are you available right now. I mean, there were many timely responses where Scott or myself would make ourselves available and come on site and go to her desk to help.**

Q And so, what were the types of issues that you saw that you were helping with?

**A Similar to what you described. Like, she would say, like, my fan is being too loud today. And then, eventually, we replaced the fan. Or the ZoomText is blocking out -- creating a blackout. I think that was her words. Or, like, it's slow today or my Outlook's not responding. Or whatever the issue may have been, we still came over to try to do our best to troubleshoot. And if it was something that we could do to alleviate the situation or show her a workaround, that was what our purpose was. And our job was to kind of help with the assistive technology. If there's larger network issues or Outlook is being really slow and it's not because of the JAWS, there's only so much we can do without opening an IT ticket and getting one of the IRM techs to come**



**over. Sometimes it involved opening an IT ticket, flagging it to the BIP team, telling the BIP team, hey, we need to set this person's desk at 11. We're going to try to work through this.**

Q And did Dr. Qashu ever complain that her ZoomText was not functioning?

**A From what I can recall, she had mentioned that, and that's why -- that's what would trigger Scott or myself to come over.**

Q And did DRAD figure out what the problem was?

**A I can't speak to it without having the specific example in front of me.**

Q So what would you need to review to be able to speak to it?

**A I would probably need you to show me the exact instance that you're referencing, because I made countless trips over there to say, like -- because there's emails there where we say, like, everything is normal again, and then -- I don't know. So I would need to know if you're referencing a specific incident that didn't get**

249

**resolved or there's something in question.**
Q I'm just referencing all the incidents where it could have happened. Nothing in particular.
**A I don't know. I mean, like, I went over there countless times and did what we could to resolve it. Most of the times, we wouldn't leave unless she was happy. I can't really -- unless I have a specific incident to speak to, I'm just speaking about general customer service and responsiveness to her requests, which there were many, and we usually made ourselves available as quickly as possible, or made arrangements if we couldn't be there ourselves.**
Q As I recall, you were telling me about there was some point at which Dr. Qashu's desktop computer was replaced with a new desktop computer for the purposes of upgraded components.
**A Yeah, I believe we spoke about that, yeah.**
Q And was that designed to solve a particular problem?

250

**A We wouldn't have done it if there wasn't an issue. So, yeah, there was probably a specific problem that was causing, like, lagging or sluggishness or slow to launch, whatever it was. We decided to finally swap out the new equipment and see if that gave us better results.**
Q And so, was that an accommodation issue?
**A Is it an accommodation issue, the question was?**
Q Was it, yeah?
**A Yeah, if we're saying that the assistive technology is not functioning the way that it should be, that's your accommodation. So we're going to upgrade the hardware, which is IRM or her bureau EX's equipment, but we're going to make sure that our piece, the software -- can you still hear me?**
Q Yes.
**A Okay. Sorry. You just went off the screen for a second.**
**We're going to make sure that our piece**

251

**is done correctly. So the accommodation part of reinstalling the JAWS, reinstalling the ZoomText, re-setting up the profile on this new equipment. You know, yeah, it's accommodation related.**
Q So, the solution, which was a new computer, that was to fix a problem with her assistive technology not working well on her computer?
**A It could have been a combination of the assistive technology and other things going on. But we wouldn't have just decided to do that without having a reason to do so. So, we eventually must have gotten to the point where we said, our current troubleshooting methods aren't working. We need to upgrade her machine, and then let's do that and reinstall the software and see if that gives us better results. So it's kind of, like, a logical step in the troubleshooting process.**
Q So I'm not asking what it could have been. Because you're here as a 30(b)(6) witness, so you're testifying to all organizational

252

knowledge. So what actually was it, the resolution here?
MS. ROBERTSON: Object. Argumentative.
Q You can answer.
**A A lot of the questions, so far, have been more about my personal experience.**
**The swapping of her -- stepping back, and I'm not talking about personal experience. The swapping equipment would be made troubleshooting problem once you've gone down the line of possible solutions. It wouldn't be your first step, but if you've gotten to the point where everything's not working, start over and upgrade the equipment.**
Q Sure. So what was the problem that was fixed by that result?
**A There is -- I would need to go back and look at the exact exchange then that led up to that. But if it's well-documented that she was having problems with the ZoomText or having slowness with her Outlook or the machine shutting off or she needs to consistently restart, that**

253

**would lead us to needing to replace the equipment.**
Q Did Dr. Qashu ever complain that RATS was causing her computer freezing issues?
**A I don't recall.**
Q And so, what would you need to look at to know with certainty?
**A The RATS acronym isn't exactly ringing a bell, so if you have a particular instance that you could bring up to show me, I could probably see if that helps.**
Q So I think what you're also telling me, though, is that, in what you've seen, you didn't see any issue with RATS, in the emails you reviewed?
**A I'm not saying I did see or didn't see. I'm saying, I don't recall there being a specific reference to RATS being the centralized issue behind the problems.**
Q And so, in the documentation that you reviewed, what sort of issues were named, if there were any, with regard to Dr. Qashu's computer freezing or crashing or blacking out?

254

**A Can you repeat the question? What issues were raised by Dr. Qashu about the issues -- about the computer blacking out?**
Q So, what causes are named for problems that Dr. Qashu had with her computer freezing or crashing or blacking out?
MS. ROBERTSON: Objection. Broad.
Q You can answer.
**A I'm not sure how to answer that; I'm sorry.**
Q So, in the documentation that you reviewed to prepare for today, are there references to her computer freezing?
**A Yes.**
MS. ROBERTSON: Objection. Broad.
Q Are there references to her computer crashing?
MS. ROBERTSON: Objection. Broad.
Q You can answer.
**A There's -- Dr. Qashu sent several emails about the computer having issues, which is why the equipment was replaced.**

255

Q Are there references in that documentation to, what I think you described earlier as, like, her computer blacking out?
**A Can you repeat that one? I'm sorry.**
Q In the documentation that you reviewed, are there references to her computer blacking out, which was a term we had talked about earlier?
**A I believe there was references, in Susan's words, about the blacking out or the screen going black.**
Q So within that documentation that you just told me about, that there was references to freezing, there was references to crashing, there was references to blacking out, were there any causes listed?
**A I'm not understanding what exactly you're looking for me to say in terms of causes. We've talked about how it could have been the assistive technology. It could have been the computer was old, the computer was malfunctioning. It could have been a number of things. But it got to the point where we couldn't troubleshoot it**

256

**with the given technology of the current setup, so we replaced it.**
Q Okay. So I think what you're saying is there was no, really, good definitive cause determined?
MS. ROBERTSON: Objection. That's a misstatement.
Q Okay. Well, I mean, explain it in your terms, Mr. McCarthy.
**A I don't really know how to reframe this any other way than I've already said it. So we've gone through a number of troubleshooting techniques. We're not seeing the results we would normally expect. It could be because of the software. It could be because of the computer malfunctioning. Could be the network is not -- it could be a number of things. If IRM couldn't figure it out and Scott or myself couldn't figure it out, it's the logical next step to replace the equipment, much like anything that you operate with. If it's not functioning the way it should be, you would go into replacing the hardware and**

# FW: From Susan Qashu: Assistive Technology needs

**From:** "Miller, Carl M" <millercm2@state.gov>
**To:** "McCarthy, Richard D" <mccarthyrd@state.gov>
**Cc:** "Sohier, William D" <sohierwd@state.gov>, "Dana, Genya V" <danagv@state.gov>, "Medrano, Manuel" <medranom@state.gov>, "Bear, Ashley" <beara@state.gov>, "Bradshaw, Kevin R" <bradshawkr2@state.gov>, "Johnson, Earl J (OES-DRL)" <johnsonej@state.gov>
**Date:** Mon, 22 Jun 2015 08:06:51 -0400
**Attachments:** 2015 QASHU Assistive Technology Needs .docx (6.84 kB)

Richard,

The attachment provides specifications in regard to the IT accommodation (vision) that Earl Johnson communicated to your office.

R/

Marty

Carl "Marty" Miller
General Services Officer
OES-DRL/EX
U.S. Department of State
2201 C Street, N.W., Room 2880 HST
Washington, D. C. 20520
202-647-6873 (Office)
202-417-4297 (Mobile)
202-647-3595 (Fax)

-----Original Message-----
From: Dana, Genya V
Sent: Friday, June 19, 2015 4:48 PM
To: Miller, Carl M; Johnson, Earl J (OES-DRL); Medrano, Manuel
Cc: Sohier, William D; Bear, Ashley
Subject: Fw: From Susan Qashu: Assistive Technology needs

Hi Marty,
I wanted to let you know that one of the incoming AAAS Fellows in OES/OPA has a disability and has requested some equipment for her office. Is this something you and IRM can handle?

Please let me know how you would like us to proceed. I am looping in Bill Sohier in OPA as I believe he is already aware of these needs.

Please let me know what I can do to be helpful.

Regards,
Genya

Sent from my BlackBerry 10 smartphone.
Original Message
From: Rick Kempinski <rkempins@aaas.org>
Sent: Friday, June 19, 2015 4:30 PM
To: Dana, Genya V
Cc: Chitra Kalyandurg
Subject: From Susan Qashu: Assistive Technology needs

Genya,

Attached is the requested assistive technology needs from incoming fellow, Susan Qashu. I believe Kristin has filled you in regarding Susan and her needs for her disability while she is a fellow. I promised I would follow up with her in mid-June regarding this request and the process to get this started.

From my understanding, this list includes her hardware and software needs during her time at the State Department. We will need to work with your IT folks to get these needs met before her arrival. Please let me know your thoughts on how to get this done so Susan can begin once she has her clearance.

If you need additional information from her, let me know. I'm happy to be the "middle man" with Susan on this since she is very eager to make sure her needs are met on this issue.

Thanks,
Rick
AAAS
202-326-6481

-----Original Message-----
From: Susan Qashu [http://redirect.state.sbu/?url=mailto:sqashu@email.arizona.edu]
Sent: Saturday, June 06, 2015 6:25 PM

Hi Kristin, Rick, Chitra, Sage and Emily

(I know Kristin, at this point, you might be on your maternity leave).

Please find attached the Assistive Technology list.

Best wishes for summer and thank you, Susan
--
Susie Qashu, PhD
Arid Lands Resource Sciences
University of Arizona
MS, Marine Resource Management
Oregon State University
Tel. 520-887-1178
Cel. 520-820-0922

**Adaptive Hardware and Software List for Dr. Qashu**

(Some of these items may be adapted, depending on the availability of the hardware through the government's purchasing agency or in- house supplier. Depending on the operating system used by Department of State, I have "key codes," for some of the adaptive software but not for all versions needed for Windows.

- Dell 27 Monitor – E2715H or LCD/LED 27" Flat Screen Monitor
- Dell Single Monitor Arm – MSA14 or C-Clamp VESA Monitor Support Arm
- **Enhanced Vision DaVinci HD/OCR All-In-One Desktop Magnifier**
- AiSquared Zoomtext Magnifier/Reader 10/10.1
- AiSquared Zoomtext Keyboard (yellow keys with black letters)
- Freedom Scientific JAWS Professional 16
- Freedom Scientific Openbook 9 and
- PEARL document scanner (I have this piece of equipment and I can bring it and leave it at the office, but I would need a secure location in the office to keep it)

- Dell Latitude E6540 Specs for Laptop

    - 8GB (2x4GB) 1600MHz DDR3L Memory
    - Internal English Backlit Dual Pointing Keyboard
    - AMD Radeon HD 8790M Graphics 2GB GDDR5
    - Intel 6235 2X2 802.11n + Bluetooth 4.0 + WiDi Driver
    - 320GB 7200rpm Hard Drive
    - Windows 7 Professional, 64-bit, No Media, Latitude, English
    - Docking Station for the dell Laptop
    - 8X DVD+/-RW Drive
    - Intel 6235 2X2 802.11n + Bluetooth 4.0 + WiDi
    - US Power Cord
    - System Documentation, English
    - No Camera Software
    - ProSupport: 7x24 Technical Support, 3 Years
    - Dell Limited Hardware Warranty Plus Service
    - ProSupport: Next Business Day Onsite, 3 Year
    - 4th gen Intel Core i5-4310M Processor (2.7 GHz, 3M cache, Upgradable to Intel vPro technology)
    - 9-cell (97Wh) Lithium Ion battery with ExpressCharge
    - **E-Port, dock for charging, digital video, and USB 3.0 / eSATA port support**
    - Light Sensitive Webcam and Noise Cancelling Digital Array Mic
    - 130W AC Adapter, 3-pin
    - 15.6in HD (1366x768) Anti-Glare LED
    - No Wireless WAN Card
    - No Security Software
    - No Fingerprint Reader and No Smart Card Reader (Contact and Contactless) Pal
    - No Resource DVD
    - No Intel Responsive
    - No Out-of-Band Systems Management

- BTO Standard shipment
- Dell Data Protection Encryption Enterprise + Cloud Edition
- Dell ProSupport for Software, Dell Data Protection Encryption Enterprise Edition + Cloud, 3 Year
- No Media
- Additional Software for Ubuntu
- SHIP,NBK,E6540,DAO,Mix-model
- Windows 7 Label, Latitude, Vostro and Mobile Precision Notebooks
- Dell Data Protection Security Tools Digital Delivery/NB
- Dell Client System Update

# Re: Questions on assistive technologies at State Department

**From:** Susan Qashu <sqashu@email.arizona.edu>
**To:** "McCarthy, Richard D" <mccarthyrd@state.gov>
**Date:** Mon, 03 Aug 2015 16:10:02 -0400

Hi Richard,

I hope State would not have to purchase another Ruby. Just only, if you have one lying around.

I think there might be better made brands out there, if you have to purchase one.

I am not impressed with how many times I have had to send my personal one in for repairs.

I will try and check out those different video magnifiers before you leave and let you know.

Best, Susie

On 8/3/15, McCarthy, Richard D <McCarthyRD@state.gov> wrote:
> Hi Susan,
>
> This is the link to the VisioDesk
> (http://redirect.state.sbu/?url=http://www.baumusa.com/low-vision-solutions/coming-soon-visiodesk.html)
> . It's very portable and works great if you have to take a class or sit
> in on a meeting where they are using a white board or something similar.
>
> We should have a Ruby here for you to use when you come on board. I'll
> talk to Scott more about that on Wednesday when he gets back from leave.
>
> Let me know if you have any other questions.
>
>
> Thank You,
>
> Richard McCarthy
> AT/IT Assistant, Contractor
> Henderson Group Unlimited, Inc.
> U.S. Department of State
> Disability and Reasonable Accommodations Division, HR/ER
> Office: 202-663-3253
> Mobile: 202-740-6442
> Email: McCarthyRD@state.gov
>
>
>
>
>
> This email is UNCLASSIFIED
>
> -----Original Message-----
> From: Susan Qashu [http://redirect.state.sbu/?url=mailto:sqashu@email.arizona.edu]
> Sent: Monday, August 03, 2015 4:00 PM
> To: McCarthy, Richard D
> Subject: Re: Questions on assistive technologies at State Department
>
> Hi Richard,
>
> Thanks for sending these. Do you have a link to the Co. that produces
> the Viseo?
>
> The Ruby is handy, especially if you have extras lying around your
> office, otherwise, it is not worth investing in a new one. Only if you
> have extras around your office.

>
> I have a personal use one, but I have had to send it in for repairs
> now twice, since purchasing it! Currently, my personal one is not
> working.
>
> Thanks for the help
> Best, Susan
>
> On 8/3/15, McCarthy, Richard D <McCarthyRD@state.gov> wrote:
>> Hi Susan,
>>
>> This is a follow up from our talk last Friday. Here are a couple items
>> with some info on each for you to check out and to let me know what
> you think.
>>
>> Product: XL Print PC Slim Line Black on Yellow
>> Website:
>> http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://www.logickeyboard.com/shop/xl-pr
>> int-pc-2274p.html
>> Description: This keyboard would be a replacement for the ZoomText
> keyboard.
>> Like we discussed, the ZoomText keyboard does not work very well with
>> our network and most users encounter problems with some of the hotkeys
>> that come with it. The Slim Line keyboard has been designed for
>> individuals who suffer from visual impairments.
>>
>> Product: ClearView C Speech 24" High Definition
>> Website:
>> http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=https://us.optelec.com/products/cvc-ocr
>> -clearview-c-speech-24%E2%80%9D-high-definition.html
>> Description: This would be another option instead of the Davinci. The
>> Davinci has had trouble with OCR and doesn't always capture the full
>> page and sometimes takes more than one shot. The ClearView C Speech
>> can instantly convert any printed text into speech. The ClearView C
>> Speech displays full pages and automatically identifies the document
> layout.
>>
>> Product: Optelec MultiView HD Speech
>> Website:
>> http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=https://us.optelec.com/products/mvhdocr
>> -optelec-multiview-hd-speech.html
>> Description: The Optelec MultiView HD Speech allows you to point the
>> high definition camera at anything you would like to magnify, enabling
>> you to read, write, view photos. With a tap on the touch-screen
>> monitor, enter Speech Mode where the new Optelec MultiView HD Speech
>> will quickly and accurately scan and read your text aloud.
>>
>> Product: RUBY handheld video magnifier
>> Website:
>> http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://www.freedomscientific.com/Produc
>> ts/LowVision/Ruby
>> Description: The RUBY is a small, lightweight, handheld video
>> magnifier with a 4.3 inch, full color screen. It would be great for
>> any outside of your immediate office meetings or if someone passes out
> a hard copy handout.
>>
>>
>> Thank You,
>>
>> Richard McCarthy
>> AT/IT Assistant, Contractor
>> Henderson Group Unlimited, Inc.
>> U.S. Department of State
>> Disability and Reasonable Accommodations Division, HR/ER
>> Office: 202-663-3253
>> Mobile: 202-740-6442
>> Email:
>> McCarthyRD@state.gov<http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:McCarthyRD@
>> state.gov>
>>
>>

>>
>>
>>
>>
>>
>>
>> -----Original Message-----
>> From: Susan Qashu
>> [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:sqashu@email.arizona.edu]
>> Sent: Friday, July 31, 2015 2:51 PM
>> To: McCarthy, Richard D
>> Cc: Dana, Genya V
>> Subject: Re: Questions on assistive technologies at State Department
>>
>> Hi Richard,
>>
>> Thank you for the follow up.
>>
>> Could we arrange a phone call meeting/time (5 minutes)?
>>
>> I need to speak to you about the previous two questions you had in
>> the previous email (i.e keyboard and Closed Circuit Video Magnifier).
>>
>> I have some questions for you.
>>
>> I have returned stateside, and I will be here until August 30.
>>
>> I have no idea what my start date is, I have not had a security
>> interview as of today.
>>
>> I believe POC means Point of Contact and for my office it should be
>> Evan Bloom.
>>
>> I would like to speak to you about the purchase orders before items
>> are finalized.
>>
>> Best wishes and many thanks for your help,
>>
>> Susan
>>
>> On 7/31/15, McCarthy, Richard D <McCarthyRD@state.gov> wrote:
>>> Hi Susan,
>>>
>>> I wanted to touch base again to see if you had time to talk today. I
>>> have put purchase orders in for everything but the DaVinci. I wanted
>>> to talk to you first.
>>> I also wanted to talk about your start date and who will be the POC
>>> to receive the items I am going to send to your new office.
>>>
>>>
>>> Thank You,
>>>
>>> Richard McCarthy
>>> AT/IT Assistant, Contractor
>>> Henderson Group Unlimited, Inc.
>>> U.S. Department of State
>>> Disability and Reasonable Accommodations Division, HR/ER
>>> Office: 202-663-3253
>>> Mobile: 202-740-6442
>>> Email:
>>> McCarthyRD@state.gov<http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.s
>>> tate.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:McCarthyRD@
>>> state.gov>
>>>
>>>
>>>
>>>
>>>
>>> This email is UNCLASSIFIED.
>>>
>>>
>>> From: McCarthy, Richard D
>>> Sent: Monday, July 27, 2015 7:51 AM
>>> To: 'Susan Qashu'; Dana, Genya V

>>> Subject: RE: Questions on assistive technologies at State Department
>>>
>>> Hi Susan,
>>>
>>> I am back in the office this week before I leave on TDY next week.
>>> If you could give me some available time slots that you have to
>>> discuss a few things someday this week, that would be very helpful. I
>>> look forward to speaking with you.
>>>
>>>
>>> Thank You,
>>>
>>> Richard McCarthy
>>> AT/IT Assistant, Contractor
>>> Henderson Group Unlimited, Inc.
>>> U.S. Department of State
>>> Disability and Reasonable Accommodations Division, HR/ER
>>> Office: 202-663-3253
>>> Mobile: 202-740-6442
>>> Email:
>>> McCarthyRD@state.gov<http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.s
>>> tate.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:McCarthyRD@
>>> state.gov>
>>>
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Susan Qashu
>>> [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http:/
>>> /redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:sqashu@email.arizona.edu]
>>> Sent: Monday, July 20, 2015 12:49 PM
>>> To: Dana, Genya V
>>> Cc: McCarthy, Richard D
>>> Subject: Re: Questions on assistive technologies at State Department
>>>
>>> Dear Genya and Richard,
>>>
>>> Could we arrange a phone meeting. I am available at the following
>>> number: 709 237 5754
>>> Newfoundland, Canada) this week.NL is 1.5 hours ahead of DC.
>>>
>>> To briefly clarify/discuss the below 2 questions.
>>>
>>> At most the clarification should take 5 to 10 minutes.
>>>
>>> Best wishes and thank you for the assistance, Susan
>>>
>>> On 7/9/15, Dana, Genya V
>>> <DanaGV@state.gov<http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.stat
>>> e.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:DanaGV@state.gov>>
>>> wrote:
>>>> Hi Susan,
>>>> I am following up on your request for assistive technology for your
>>>> AAAS Fellowship in OES/OPA. We provided the list of your needs to
>>>> our IT Office's Disability and Reasonable Accommodations Division.
>>>> They are working to meet your needs, but they have a few questions.
>>>>
>>>> I am passing their questions along to you. Can you let me know your
>>>> response and I'll relay the message to them?
>>>>
>>>> Question 1:
>>>> Is there a specific reason behind why you requested the DaVinci
>>>> HD/OCR All-In-One Desktop Magnifier? Depending on what you are going
>>>> to use it for, there are other products out there that perform a
>>>> little bit better than the DaVinci. If you are going to be using the
>>>> OCR feature, it usually can't get the entire page in one shot like
>>>> many other units available can. We are more than happy to get you
>>>> the DaVinci, but the IT office was just curious if there was a
>>>> specific reason behind that choice. If you aren't going to be using
>>>> the OCR feature that often because of the PEARL document scanner and
>>>> OpenBook, there are some better options out there.

>>>>
>>>> Question 2:
>>>> The IT office recommends the Slim Line Black on Yellow Keyboard, not
>>>> the ZoomText one.
>>>>
>>>> This is because the driver used on the ZoomText keyboard does not
>>>> work reliably on OpenNet and leaves all the ZoomText buttons and
>>>> functionality not working.
>>>>
>>>> Are you ok with the Slim Line Black on Yellow Keyboard instead?
>>>>
>>>> Thanks,
>>>> Genya
>>>>
>>>> Genya V. Dana, Ph.D.
>>>> Senior Science Policy Officer
>>>> Office of the Science and Technology Adviser
>>>> to the Secretary (E/STAS)
>>>> U.S. Department of State
>>>> 2201 C St NW, Room 3240
>>>> Washington, DC 20520
>>>> Email:
>>>> DanaGV@state.gov<http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.stat
>>>> e.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state
>>>>
> .sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=
> http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:DanaGV@state.go<http:
>>>> //redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:Dana
>>>> GV@state.gov%3chttp://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.s
>>>> tate.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.s
>>>> bu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sb
>>>> u/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:DanaGV@state.go>
>>>> v>
>>>> Office phone: +1 (202) 647-8939
>>>> Blackberry: +1 (202) 812-3530
>>>>
>>>>
>>>> This email is UNCLASSIFIED.
>>>>
>>>>
>>>
>>>
>>> --
>>> Susie Qashu, PhD
>>> Arid Lands Resource Sciences
>>> University of Arizona
>>> MS, Marine Resource Management
>>> Oregon State University
>>> Tel. 520-887-1178
>>> Cel. 520-820-0922
>>>
>>> This email is UNCLASSIFIED.
>>>
>>>
>>>
>>
>>
>> --
>> Susie Qashu, PhD
>> Arid Lands Resource Sciences
>> University of Arizona
>> MS, Marine Resource Management
>> Oregon State University
>> Tel. 520-887-1178
>> Cel. 520-820-0922
>>
>> This email is UNCLASSIFIED.
>>
>>
>>
>
>
> --
> Susie Qashu, PhD

Def. Ex. 6C

# Re: Checking In

**From:** Susan Qashu <sqashu@email.arizona.edu>
**To:** "McCarthy, Richard D" <mccarthyrd@state.gov>
**Cc:** "Duncan, Scott H" <duncansh2@state.gov>
**Date:** Thu, 17 Dec 2015 01:55:47 -0500

Thanks Richard,

That is wonderful! I think the other 2 items that were on the list were the yellow slim keyboard and the pearl?

Regarding the CC Video Mag:

The only way I can try the Optalec, is through the vendor. She is willing to bring it to my home from Phx, so that I can view it and test it, no charge. I should be able to call you on Tuesday or send an email regarding the optalec.

She informed me today that she needs to show me on Tuesday instead of Monday. I should have an answer concerning the Optelec by Tuesday.

Thank you for all the help, This is fantastic. Susie

On 12/16/15, McCarthy, Richard D <McCarthyRD@state.gov> wrote:
> Hi Susan,
>
> I just listened to your voicemail. If you want to give me a call today, I
> should be at my desk this afternoon until 4:30pm DC time.
> But as far as technology goes, we have everything in our possession here for
> you except the CCTV.
>
> 1.) Openbook + Pearl Camera
>
> 2.) Ruby Handheld Magnifier
>
> 3.) Dell Laptop that will have ZoomText (and JAWS if you want)
>
> 4.) iPhone 6 Plus with wired keyboard
>
> 5.) 27" Monitor and monitor arm
>
> 6.) ZoomText + JAWS for work desktop computer
> I also contacted your office today to let them know that we spoke and you
> said that your start date will be 2/8/16. I informed them that I would be
> sending the equipment over and doing software installs the last week of
> January or first week of February. Please let us know if I'm forgetting
> anything.
>
>
> Thank You,
>
> Richard McCarthy
> AT/IT Assistant, Contractor
> Henderson Group Unlimited, Inc.
> U.S. Department of State
> Bureau of Human Resources (HR/ER/DRAD)
> Office: 202-663-3253
> Mobile: 202-740-6442
> Email: McCarthyRD@state.gov<http://redirect.state.sbu/?url=mailto:McCarthyRD@state.gov>
>
>
> -----Original Message-----
> From: Susan Qashu [http://redirect.state.sbu/?url=mailto:sqashu@email.arizona.edu]
> Sent: Tuesday, December 15, 2015 4:17 PM
> To: McCarthy, Richard D
> Cc: Duncan, Scott H
> Subject: Re: Checking In
>

> Hi Richard and Scott,
>
> Thank you again for our phone conversation the other day. My EOD is official
> with HR and the office:  February 8, 2016.
>
> No one in Tucson apparently has an Optalec (except for the VA).
> However, the Optalec dealer, Elizabeth, in Phoenix is willing to travel to
> my home and demo the Optalec C-HD and Optalec C Speech HD.
>
> She claims that the Optalec is the most superior CCVM out there.  She also
> claims that the Optalec C Speech HD is superior to the Prodigy with no
> lag-camera to hand interference. She claims that the cameras in both models
> are the same whether the Optalec has speech or not, the camera is the same.
>
> She will demo the equipment for me on Monday morning December 21.
>
> If there is no lag time with the camera and hand movement, Might it be
> possible to order the Optalec C Speech HD?  I will try both and let you
> know. With lots of documents to read, the speech can be handy and if there
> is no lag time, it might be the best option.
>
> I will test both, and I will have an answer for you on Monday.
>
> Excuse the delay, but it has taken a while to track down the vendor.
>
> Richard and Scott, thank you for ordering the equipment, especially the
> yellow keyboard, the I phone 6 plus and its keyboard.
>
> I appreciate it greatly, I will touch base on Monday, Susie On 10/14/15,
> McCarthy, Richard D <McCarthyRD@state.gov> wrote:
>> Hi Susan,
>>
>> I was wondering if you had any updates on your start date? The Slim
>> Line keyboard you wanted with the black background arrived the other
>> day and it made me think to reach out to you.
>> I hope everything is going well. Talk to you soon.
>>
>> Thank You,
>>
>> Richard McCarthy
>> AT/IT Assistant, Contractor
>> Henderson Group Unlimited, Inc.
>> U.S. Department of State
>> Disability and Reasonable Accommodations Division, HR/ER
>> Office: 202-663-3253
>> Mobile: 202-740-6442
>> Email:
>> McCarthyRD@state.gov<http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=mailto:McCarthyRD@
>> state.gov>
>>
>>
>>
>> This email is UNCLASSIFIED.
>>
>>
>
>
> --
> Susie Qashu, PhD
> Arid Lands Resource Sciences
> University of Arizona
> MS, Marine Resource Management
> Oregon State University
> Tel. 520-887-1178
> Cel. 520-820-0922
>
> This email is UNCLASSIFIED.
>
>
>

--
Susie Qashu, PhD

# RE: DC AAAS training and desk space question

**From:** "bloom, evan t (oes)"
**To:** Susan Qashu <sqashu@email.arizona.edu>, "Samson, Claudia T" <samsonct@state.gov>
**Cc:** "Sohier, William D" <sohierwd@state.gov>
**Date:** Mon, 31 Aug 2015 07:48:12 -0400

You should come to the entrance at 21st St. near Virginia Avenue.

Claudia will clear you in. After you come through security, go to the desk and they will call us to come escort you.

Let's do 3pm.

Evan

-----Original Message-----
From: Susan Qashu [mailto:sqashu@email.arizona.edu]
Sent: Sunday, August 30, 2015 11:46 PM
To: Bloom, Evan T (OES)
Cc: Sohier, William D
Subject: Re: DC AAAS training and desk space question

Tomorrow sounds good at 2 or 3. Which entrance should I enter?

Who is my POC, to clear security?

My cell: 520 820 0922
Best and thanks, Susan

On 8/30/15, Bloom, Evan T (OES) <bloomet@state.gov> wrote:
> How about 2 or 3 pm?
>
>
> Sent from my BlackBerry 10 smartphone.
>   Original Message
> From: Susan Qashu
> Sent: Friday, August 28, 2015 4:21 PM
> To: Bloom, Evan T (OES)
> Subject: Re: DC AAAS training and desk space question
>
>
> Hi Evan,
>
> Just checking in about meeting on August 31st...I am free all day on
> August 31; otherwise, we are in training from 9 to 5pm daily.
>
> However, if there is a day that works best for you, I might be able to
> request a "permission," to leave the training during one of the
> sessions.
>
> I might need an email from you to our program manager (if it is any
> other day other than Monday, August 31).
>
> Best weekend wishes, Susan
>
>
> On 8/10/15, Bloom, Evan T (OES) <bloomet@state.gov> wrote:
>> Susan,
>>
>> Good to hear from you. Of course, you'd be welcome to come by and
>> see what will be your future office.
>>
>> Do you have a particular day in mind when you'd like to meet? I'm in
>> the week of August 31, but am on travel September 5-11.
>>

>> Evan
>>
>>
>> -----Original Message-----
>> From: Susan Qashu
>> [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http:/
>> /redirect.state.sbu/?url=mailto:sqashu@email.arizona.edu]
>> Sent: Monday, August 10, 2015 4:18 PM
>> To: Bloom, Evan T (OES)
>> Cc: Dana, Genya V; McCarthy, Richard D
>> Subject: DC AAAS training and desk space question
>>
>> Greetings all,
>>
>> I would like to learn a bit more about the desk space in the office
>> and the lighting, this will help with some of the assistive
>> technology that Richard and his office is arranging.
>>
>> I will have 2 free days prior to and after the Required AAAS
>> Orientation training (August 31 and September 11).
>>
>> Evan-- do you have some free time to meet in person? I could come
>> down to the Main State building, but I need a pass/entrance
>> permission.
>>
>> Thank you and best wishes, Susan
>>
>> --
>> Susie Qashu, PhD
>> Arid Lands Resource Sciences
>> University of Arizona
>> MS, Marine Resource Management
>> Oregon State University
>> Tel. 520-887-1178
>> Cel. 520-820-0922
>>
>
>
> --
> Susie Qashu, PhD
> Arid Lands Resource Sciences
> University of Arizona
> MS, Marine Resource Management
> Oregon State University
> Tel. 520-887-1178
> Cel. 520-820-0922
>
>

--
Susie Qashu, PhD
Arid Lands Resource Sciences
University of Arizona
MS, Marine Resource Management
Oregon State University
Tel. 520-887-1178
Cel. 520-820-0922

**Office Employee Relations**
**Disability Reasonable Accommodation Division**
SA1 – H622 – Phone - 202-3474 (4-3474) Fax – 202-663-3972

**Assistive Technology Assignment**

| | |
|---|---|
| **EMPLOYEE NAME:** | Susan Qashu |
| **ANALYST NAME:** | Scott Duncan/Rich McCarthy |

The Office of Employee Relations provides assistive devices to qualified employees with disabilities to perform the essential functions of their job. The equipment is the property of the Department of State and is for official use ONLY. Please notify the Office of Employee Relations if the equipment needs repair or replacement. The equipment must be returned upon separation or when no longer needed.

| *Bureau/Office* | *Building* | *Room/Cube* | *Phone Number* |
|---|---|---|---|
| OES/OPA | HST | 2665 | N/A |

***I acknowledge receipt of the following equipment:***

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| iPhone 6 Plus | MKV82LL/A | N/A | HR128516 |

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| Ironkey Flashdrive | N/A | N/A | N/A |

**User Signature:** [signature] **Date:** 2/10/2016

**Office Employee Relations**
**Disability Reasonable Accommodation Division**
SA1 – H622 – Phone - 202-3474 (4-3474) Fax – 202-663-3972

## Assistive Technology Assignment
(Continued)

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| Large Print Slim Line Keyboard | N/A | N/A | N/A |

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| Optelec Clearview C OCR G2 | CVCOCR | SP2CSR1541A0018 | HR128527 |

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| Ruby Handheld Magnifier | N/A | N/A | HR128510 |

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| 27" Monitor | N/A | N/A | HR128513 |

**Employee Initials** SQ

**Office Employee Relations**
**Disability Reasonable Accommodation Division**
SA1 – H622 – Phone - 202-3474 (4-3474) Fax – 202-663-3972

# Assistive Technology Assignment
(Continued)

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| Dell Inspiron Laptop | N/A | 26SP362 | HR128512 |

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| Monitor Arm | N/A | N/A | N/A |

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| iPhone Keyboard | N/A | N/A | N/A |

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| iPhone Case | N/A | N/A | N/A |

| *Type of Equipment* | *Model Number* | *Serial Number* | *HR Number* |
|---|---|---|---|
| Bose Noise Cancelling Headphones | N/A | N/A | N/A |

**Employee Initials** SQ

**Def. Ex. 6F**

| Number | Customer | Submit Date | Priority | Summary | Status | Assigned Group | Assigned to | Resolution |
|---|---|---|---|---|---|---|---|---|
| INC000004045144 | Susan E Qashu | 2016-02-11 02:50:16 PM | Low | card reader | Resolved | Desktop Support - HST A | ramiro carrasquillo | I was able to provide the customer with a new pass |
| INC000004047251 | Susan E Qashu | 2016-02-12 11:45:36 AM | Low | Card Reader Issues | Resolved | Desktop Support - HST A | Denise S Lanier | User left a voice message stating after visiting t |
| INC000004051021 | Susan E Qashu | 2016-02-16 11:32:37 AM | Low | XenMobile Initial Account Setup (Enrollment) | Resolved | MRA - Operations | Jevon R Daurbigny | Added user to proper groups via GO. |
| INC000004052384 | Susan E Qashu | 2016-02-16 05:01:12 PM | Low | see notes | Resolved | Voice - Unclassified Domestic | Jon Brenza | Reset audix, notified POC. -mb. |
| INC000004052424 | Susan E Qashu | 2016-02-16 05:15:55 PM | Low | Voicemail Password Reset | Resolved | Voice - Unclassified Domestic | Jon Brenza | Reset audix, emailed POC. -mb. |
| INC000004055993 | Susan E Qashu | 2016-02-17 05:37:39 PM | Low | OpenNet AD User Account GAL Update | Resolved | IT Service Center | Melvin L Williams | GAL updated |
| INC000004057373 | Susan E Qashu | 2016-02-18 10:01:13 AM | Low | OpenNet Network Printer Service Restore | Resolved | IT Service Center | Tevin I White | I assisted the user through mapping. |
| INC000004064424 | Susan E Qashu | 2016-02-22 11:06:52 AM | Low | OpenNet Workstation Request | Resolved | Desktop Support - HST A | Denise S Lanier | Spoke to the user and her out of scope team moved |
| INC000004069211 | Susan E Qashu | 2016-02-23 04:27:30 PM | Low | Voicemail Password Reset | Resolved | Voice - Unclassified Domestic | Joel D Kilgore | Susan,<br><br>The voicemail password for extension 70236 |
| INC000004079194 | Susan E Qashu | 2016-02-29 06:41:02 AM | Low | OpenNet SMART Issue | Resolved | SMART - TSU Domestic | James K Webster | user has not responded and problem is not a smart |
| INC000004081950 | Susan E Qashu | 2016-02-29 05:18:06 PM | Low | OpenNet Information Request | Resolved | IT Service Center | Jasmine V Patel | User got the link in email. |
| INC000004081847 | Susan E Qashu | 2016-02-29 05:40:57 PM | Low | OpenNet AD User Account CyberSecurity Update | Resolved | IT Service Center | Nicholas P Milton | SDA extended user account to remain active until 3 |
| INC000004084235 | Susan E Qashu | 2016-03-01 01:19:17 PM | Low | OpenNet Monitor Issue | Resolved | Desktop Support - HST A | Brian A Mayfield | notified customer's OOS they will need to move a m |
| INC000004109174 | Susan E Qashu | 2016-03-11 12:28:07 PM | Low | Monitor Move | Resolved | OES-DRL Support | Craig E Dunn | Emailed user, notifying her that she will need to |
| INC000004109177 | Susan E Qashu | 2016-03-11 12:30:32 PM | Low | Voicemail Password Reset | Resolved | Voice - Unclassified Domestic | Jeffrey W Riddle | Your voice mail password for Ext: 70236 has been r |
| INC000004109183 | Susan E Qashu | 2016-03-11 12:33:24 PM | Low | SAC/static tbl. | Resolved | Voice - Unclassified Domestic | Jeffrey W Riddle | No response from customer - Resolving ticket |
| INC000004144589 | Susan E Qashu | 2016-03-28 04:04:39 PM | Low | OpenNet MS Outlook Shared Calendar Modify | Resolved | IT Service Center | Damarius A Eaton | No response from user, closing ticket |
| INC000004171981 | Susan E Qashu | 2016-04-08 01:43:33 PM | Low | ClassNet AD Security Group Modify | Resolved | IT MART - ClassNet | Linda M Boone | Customer came to the IT MART to have their account |
| INC000004178688 | Susan E Qashu | 2016-04-12 12:22:45 PM | Low | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Egerton A MacCormack | Visited the Customer and checked the computer. The |
| INC000004206962 | Susan E Qashu | 2016-04-25 10:25:08 AM | Medium | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Brian A Mayfield | Customer verified he is logged into workstation. |
| INC000004207083 | Susan E Qashu | 2016-04-25 10:42:03 AM | Low | TSR 16040081 HST Communications Device Issue | Resolved | IT MACD | Allan R Dacanay | Programming change requested under a new Remedy ti |
| INC000004216584 | Susan E Qashu | 2016-04-28 09:35:04 AM | Low | Telephone Issues | Resolved | Voice - Unclassified Domestic | Jeffrey W Riddle | Refered customer to GSO for TSR |
| INC000004266730 | Susan E Qashu | 2016-05-18 04:39:32 PM | Low | XenMobile Email Issue | Resolved | MRA - Operations | Maegan L MacDonald | Unable to reach the user |
| INC000004275389 | Susan E Qashu | 2016-05-23 10:14:04 AM | Low | OpenNet Domestic Port Security Issue | Resolved | LAN/WAN Infrastructure Ops | Stephen A Jefferson | Remedy INC# 4275389 Port Security HST Room 2665 (O |
| INC000004334803 | Susan E Qashu | 2016-07-13 08:49:18 AM | Low | OpenNet AD User Account Password Reset | Resolved | IT Service Center | Marcus F Houston | The customer was confirmed that they were able to |
| INC000004336943 | Susan E Qashu | 2016-07-13 08:51:39 AM | Low | XenMobile Application Issue | Resolved | MRA - Operations | Ashley O Kates | User was bale to download the Worx Home applicatio |
| INC000004337651 | Susan E Qashu | 2016-07-13 08:53:05 AM | Low | GO Information Request | Resolved | MRA - Operations | Barrington M Keymist | Requested GO info has been provided. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| INC000004432340 | Susan E Qashu | 2016-08-01 02:35:30 AM | Low | OpenNet SMART Issue | Resolved | IT Service Center | David E Jennings | The user disabled the smart client and was able to |
| INC000004488210 | Susan E Qashu | 2016-08-21 02:33:11 AM | Low | XenMobile Information Request | Resolved | MRA - Operations | Randy D Ransom | informed user that i will need to transfer them t |
| INC000004492002 | Susan E Qashu | 2016-08-22 02:20:46 AM | Low | XenMobile Email Issue | Resolved | MRA - Operations | Diego A Destugues | User needs to update phone. Helped user get update |
| INC000004487035 | Susan E Qashu | 2016-08-22 02:34:32 AM | Low | OpenNet AD User Account Password Reset | Resolved | Desktop Support - HST A | Brian A Mayfield | Verified customer's badge and reset OpenNet passwo |
| INC000004493274 | Susan E Qashu | 2016-08-23 02:39:12 AM | Low | OpenNet Network Device Issue | Resolved | Desktop Support - HST A | Mannix L Amos | Provided assistance and guidance to user the corre |
| INC000004432314 | Susan E Qashu | 2016-08-23 03:04:57 AM | Low | OpenNet Software Install {Adobe Pro} | Resolved | Desktop Support - HST A | Mannix L Amos | Verified that Adobe Acrobat Pro is installed succe |
| INC000004496907 | Susan E Qashu | 2016-08-30 03:20:37 AM | Low | OpenNet Workstation Issue | Resolved | Desktop Support - After Hours | Cleophus A Thomas | Implemented with HD replacement. Joined the comp |
| INC000004515443 | Susan E Qashu | 2016-08-31 02:37:10 AM | Low | OpenNet Domestic Port Security Issue | Resolved | DTS - Network Operations | Stephen A Jefferson | Remedy INC# 4515443 Port Security HST Room 2665 (O |
| INC000004513804 | Susan E Qashu | 2016-09-01 03:11:35 AM | Low | move workstation | Resolved | Desktop Support - HST A | Mannix L Amos | Verified that connectivity to network is active. |
| INC000004526570 | Susan E Qashu | 2016-09-05 11:25:26 AM | High | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Mannix L Amos | Made adjustment on the display settings |
| INC000004550919 | Susan E Qashu | 2016-09-22 02:47:36 AM | Low | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Robert A Wenek | Visited Ms. Susan Qashu, user was not available. S |
| INC000004596666 | Susan E Qashu | 2016-09-27 05:47:31 PM | Low | OpenNet MS Outlook Application Issue | Resolved | IT Service Center | Christopher Owusu | advised customer how to set up automatic replies. |
| INC000004551400 | Susan E Qashu | 2016-09-30 02:08:01 PM | Medium | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Mannix L Amos | The customer indicated that the issue no longer ex |
| INC000004568786 | Susan E Qashu | 2016-10-05 12:23:30 PM | Low | OpenNet Domestic Port Security Issue | Resolved | DTS - Network Operations | Raymond T Hemsley | DSD was able to login to work station |
| INC000004636747 | Susan E Qashu | 2016-10-19 02:16:42 AM | Low | XenMobile Information Request | Resolved | MRA - Operations | Jacob C Sanders | User will reach out to Wireless GSO for new device |
| INC000004636656 | Susan E Qashu | 2016-10-20 02:31:52 AM | Critical | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Mannix L Amos | DSD Systems Administrator has successfully resolve |
| INC000004637648 | Susan E Qashu | 2016-10-20 02:32:41 AM | Low | OpenNet Domestic Port Issue | Resolved | DTS - Network Operations | Nicholas A Wadsworth | DSD made configuration change in DASH. |
| INC000004550741 | Susan E Qashu | 2016-10-20 03:05:57 AM | Low | SENT EMAIL Information request | Resolved | IT MACD | Melissa L Dailey | closed |
| INC000004640962 | Susan E Qashu | 2016-10-23 03:32:38 AM | Low | GO Invalid Credentials | Resolved | MRA - Operations | Yasmen J McPhail | User requested to be transferred to IT Service cen |
| INC000004660773 | Susan E Qashu | 2016-10-24 04:01:44 PM | High | OpenNet MS Outlook Application Issue | Resolved | Desktop Support - HST A | Alexei O Belinsky | DSD System Administrator determined that customer |
| INC000004641075 | Susan E Qashu | 2016-10-25 02:47:45 AM | High | OpenNet AD User Account Password Reset | Resolved | IT Service Center - Remote Access Team | ramiro carrasquillo | I attempted to contact the customer at telephone d |
| INC000004660022 | Susan E Qashu | 2016-11-02 03:42:46 PM | Low | OpenNet AD User Account Modify | Resolved | IT Service Center | Charwan L Allen | enabled user account a moved to correct OU |
| INC000004659751 | Susan E Qashu | 2016-11-02 03:42:48 PM | Low | OpenNet Information Request | Resolved | IT Service Center | Michael C Wortherly | Gave the user information what it could have made |
| INC000004677683 | Susan E Qashu | 2016-11-07 02:32:17 AM | Low | Scanner Device Issue | Resolved | Desktop Support - HST A | Robert A Wenek | Ms. Susan Qaushu resolved issue. |
| INC000004707149 | Susan E Qashu | 2016-11-14 11:06:50 AM | Low | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Mannix L Amos | DSD Systems Administrator has successfully resolve |
| INC000004715848 | Susan E Qashu | 2016-11-16 03:54:44 PM | Low | User can't print to the color printer | Resolved | Desktop Support - HST A | Mannix L Amos | DSD installed the print queue and verified the use |
| INC000004688565 | Susan E Qashu | 2016-11-23 02:25:01 PM | Low | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Egerton A MacCormack | Customer has not responded to multiple inquires. D |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| INC000004728457 | Susan E Qashu | 2016-11-28 01:01:03 PM | High | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Mannix L Amos | DSD Systems Administrator has successfully resolve |
| INC000004782364 | Susan E Qashu | 2016-12-29 02:14:47 PM | Medium | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Robert A Wenek | Received email from Ms Susan Qashu, user states th |
| INC000004790613 | Susan E Qashu | 2016-12-29 02:25:55 PM | Low | OpenNet Custom Application Issue (Application Name) | Resolved | Desktop Support - HST A | Egerton A MacCormack | Customer has not responded to multiple inquires. D |
| INC000004784030 | Susan E Qashu | 2017-01-01 03:31:31 AM | Low | XenMobile Initial Account Setup (Enrollment) | Resolved | MRA - Operations | Randy D Ransom | user was enrolled. |
| INC000004811819 | Susan E Qashu | 2017-01-08 03:01:45 AM | Low | XenMobile Initial Account Setup (Enrollment) | Resolved | MRA - Operations | Diego A Destugues | User was able to re enroll device. Checked account |
| INC000004811827 | Susan E Qashu | 2017-01-08 03:01:45 AM | Low | XenMobile Information Request | Resolved | MRA - Operations | Diego A Destugues | Answered general questions about device and then t |
| INC000004817772 | Susan E Qashu | 2017-01-10 02:47:09 AM | Low | Worx Mobile Application Issue | Resolved | IT MART - MRA | Joseph D Office | Corrected application issues on XenMobile device |
| INC000004826182 | Susan E Qashu | 2017-01-18 11:39:29 AM | Low | OpenNet Software Issues {Adobe} | Resolved | Desktop Support - HST A | Robert A Wenek | Visited Ms. Susan Quashu. Deleted temp files, cook |
| INC000004830598 | Susan E Qashu | 2017-01-18 11:48:19 AM | High | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Mannix L Amos | DSD Systems Administrator has successfully resolve |
| INC000004831781 | Susan E Qashu | 2017-01-18 11:50:42 AM | Low | OpenNet Workstation Issue | Resolved | Desktop Support - HST A | Mannix L Amos | DSD Systems Administrator has successfully resolve |
| INC000004897608 | Susan E Qashu | 2017-02-22 12:27:18 PM | Low | OpenNet Information Request | Resolved | IT Service Center | Douglas N Brown | Sent form to customer. |
| INC000004075255 | Susan E Qashu | 2017-03-02 02:02:08 AM | Low | see notes | Resolved | IT Service Center | Michael F Wade | Customer account was extened to 3/1/16 |

Def. Ex. 7

# Thank you Judy for the meet up

**From:** "Qashu, Susan E" <qashuse@state.gov>
**To:** "Pittarelli, Patricia M" <pittarellipm@state.gov>
**Date:** Thu, 28 Apr 2016 18:10:18 -0400

Hi Patricia and Judy,

Please thank Judy for the meet up. I appreciate greatly her advice.

Actually, all fellows were promised travel during at least their first quarter. My first quarter is drawing to a close. The quarter ends on Friday and there's been no FSI or travel.

This is why I am happy something is occurring in May!

I appreciate your help, and the fantastic help your office has provided. Stupendous!

Best wishes for a relaxing weekend, Susie

This email is UNCLASSIFIED.

# RE: welcome to the Department

**From:** "Qashu, Susan E" <qashuse@state.gov>
**To:** "Pittarelli, Patricia M" <pittarellipm@state.gov>
**Date:** Mon, 22 Feb 2016 14:01:40 -0500

FYII Alicia, JOY , Crystal Rich and Scott have been extremely helpful and thank you for the equipment and help. Cheers, susie

This email is UNCLASSIFIED.

---

**From:** Pittarelli, Patricia M
**Sent:** Monday, February 22, 2016 1:28 PM
**To:** Qashu, Susan E
**Subject:** welcome to the Department

We should sit down with you and discuss your job and reasonable accommodations requirements.

Patricia M. Pittarelli
Disability and Reasonable Accommodations
Office of Accessibility and Accommodations
Bureau of Human Resources
pittarellipm@state.gov
Off: 202 663-3445
BBY: 202 552-9045

# Re: Trying to connect time frames for Monday or Tuesday

**From:** "Qashu, Susan E" <qashuse@state.gov>
**To:** "Voltmer, Chever X" <voltmercx@state.gov>
**Date:** Fri, 23 Sep 2016 12:56:12 -0400

Hi Chever,

Patty's office has been stupendous, even before I arrived. I have never experience such a great accommodations office.

No need if you are swamped, I think they just like meeting some of the leadership before things get super busy at work. However, all of us are already super busy at work.

Best wishes, Susie

---

**From:** Voltmer, Chever X <VoltmerCX@state.gov>
**Date:** September 22, 2016 at 1:28:04 PM EDT
**To:** Qashu, Susan E <QashuSE@state.gov>
**Subject:** FW: Trying to connect time frames for Monday or Tuesday

Hi Susie:

Is there some support you need from this office that you're not getting? If so, what is it? If they are appropriately responsive to your requests I don't really need a meeting. Evan is still out and I am pulling double duty.

Thanks,

--Chever

This email is UNCLASSIFIED.

---

**From:** Qashu, Susan E
**Sent:** Thursday, September 22, 2016 1:24 PM
**To:** Pittarelli, Patricia M
**Cc:** Voltmer, Chever X
**Subject:** Trying to connect time frames for Monday or Tuesday

HI Chever and Patty,

An e introduction and which times work for you two to set up a meeting between the 3 of us either Monday or Tuesday. Patty Chever is our new Deputy Director she was the DCM in Estonia prior to her arrival. Chever Patricia is the Director of DRAD.

Please provide times.

Best wishes, Susie Qashu

# Meeting with new supervisor

**From:** "Qashu, Susan E" <qashuse@state.gov>
**To:** "Pittarelli, Patricia M" <pittarellipm@state.gov>
**Date:** Mon, 26 Sep 2016 20:47:08 -0400

Hi Patti,

Tomorrow my new supervisor will hold what she calls a counseling session with me. She is an FSO, former DCM from Estonia. She agreed to have a meeting with you and I earlier, but now feels that unless your office is not accommodating (WHICH your office COMPLETELY HAS, BEAUTIFULLY, Thank you ☺), then there is no need for her to meet currently.

(Honestly, I think folks around here need a training, but that being said I will call you on the phone).

She approved my travel to Helsinki and some other travel, and I leave on September 28 until October 12 for a workshop that I have been working on with our partners on for 5 months.

Anyway, I hope we can meet with her upon my return, since schedules did not work beforehand.

The idea was to orient the new boss to the needs. I tried to speak to her about DRAD and where the accommodation comes from, but I think she already knew that is why I thought it might be helpful. You had mentioned previously sometimes this is done with new employees and supervisors.

She now, is super busy and has time is busy with individual counseling sessions with each employee.

I can call you tomorrow, and see if you could walk me through a couple salilent points, I might mention to her during my session with her tomorrow.

Cheers, Susie

# RE: Last day on Friday Feb 3

---

**From:** "Pittarelli, Patricia M" <pittarellipm@state.gov>
**To:** "Qashu, Susan E" <qashuse@state.gov>
**Date:** Thu, 02 Feb 2017 14:57:23 -0500

---

All the best!!

---

**From:** Qashu, Susan E
**Sent:** Tuesday, January 31, 2017 12:12 PM
**To:** Pittarelli, Patricia M
**Subject:** RE: Last day on Friday Feb 3

Thanks Patti,

Hope to meet up with you sometime. Thank you for all your help here. Best wishes, susie

---

**From:** Pittarelli, Patricia M
**Sent:** Tuesday, January 31, 2017 11:19 AM
**To:** Duncan, Scott H; Qashu, Susan E; McCarthy, Richard D
**Subject:** RE: Last day on Friday Feb 3

Susie – All the best. Take care.
**Official - Transitory**
**UNCLASSIFIED**

---

**From:** Duncan, Scott H
**Sent:** Tuesday, January 31, 2017 10:42 AM
**To:** Qashu, Susan E; Pittarelli, Patricia M; McCarthy, Richard D
**Subject:** RE: Last day on Friday Feb 3

Susie,

Best wishes and good luck on your onward endeavors. I hope we cross paths down the road.

Best,

**Scott Duncan**

Lead Disability Resource Analyst
U.S. Department of State
HR/OAA/DRAD - Accessibility Division
2401 E Street, NW
SA-1, Room H-615
Washington, DC 20522
Tel: 202-261-8137
Fax: 202-663-3972
Email: duncansh2@state.gov

**Personal**
**UNCLASSIFIED**

---

**From:** Qashu, Susan E
**Sent:** Tuesday, January 31, 2017 10:38 AM
**To:** Pittarelli, Patricia M; McCarthy, Richard D
**Cc:** Duncan, Scott H
**Subject:** Last day on Friday Feb 3

Dear Patti, Rich and Scott,

It has been a wonderful experience working with you all at DRAD.

Friday will be my last day, my forwarding info is:

Sqashu@email.arizona.edu

520 820 0922

Best wishes, Susie

# Lionfish on held

**From:** "Qashu, Susan E" <qashuse@state.gov>
**To:** "Bloom, Evan T (OES)" <bloomet@state.gov>
**Cc:** "Sohier, William D" <sohierwd@state.gov>, "Estevez-Salmeron, Luis" <estevezsalmeronl@state.gov>
**Date:** Thu, 14 Jul 2016 15:31:51 -0400

Luis and I are working full throttle with the OA Leap proposal.

With regards to Lionfish, today some "interesting" legislation regarding Lionfish, and fishing with reference to DOI is being announced by some Floridian congressmen.

My understanding is that LEAP funding occurs a couple times a year, so maybe later we can collaborate with ECW sometime when there is not such a short turn-around time and the dust settles from the Floridian side.

Thanks for the information Evan and Dave, Best wishes, Susie

This email is UNCLASSIFIED.

---

**From:** Bloom, Evan T (OES)
**Sent:** Thursday, July 14, 2016 1:09 PM
**To:** Qashu, Susan E
**Cc:** Sohier, William D
**Subject:** RE: LEAP proposal Lionfish

Susie,

Please keep in mind that the key issue isn't really who is "the lead". You are still able to work on lionfish and marine invasive issues within OPA, and you can make a significant contribution. It is often the case that offices work together on issues.

Evan

This email is UNCLASSIFIED.

---

# Initial portfolio

**From:** "Sohier, William D" <sohierwd@state.gov>
**To:** "Qashu, Susan E" <qashuse@state.gov>
**Cc:** "Reed, Allison D" <reedad@state.gov>, "Phelps, Elizabeth (OES)" <phelpse@state.gov>, "Kelsey, Jonathan" <kelseyj@state.gov>, "Muir, Adrianna A" <muiraa@state.gov>, "Bloom, Evan T (OES)" <bloomet@state.gov>
**Date:** Thu, 11 Feb 2016 09:39:27 -0500

Suzie:

As we discussed initially, there are a couple of issues you can begin with:

- Invasive species. You should talk to Lisa Phelps and David Lodge. Jonathan Kelsey will send you a notice on an upcoming call on lionfish.
- World Ocean Assessment. Allison Reed, who is home sick, can fill you in on this.
- SOST – the Subcommittee on Ocean Science and Technology. Here's a link: https://www.whitehouse.gov/administration/eop/ostp/nstc/oceans
  There's not much to do; just get on the email chain and monitor what's happening and get engaged if necessary. This falls within Allison's portfolio but she's happy to have you oversee this under her direction.

There will be other things that will come along but we can start with this. You should get together with Adrianna Muir, a former AAAS Fellow who is on the Arctic Team. She can fill you in a little bit and keep you in mind in case something comes up in the Arctic portfolio.
All the best,

Dave Sohier
U.S. Department of State
Deputy Director
OES/OPA
202-647-3013

This email is UNCLASSIFIED.

| EEO Investigative Affidavit (Continuation Sheet) | Page No. | No. Pages | Agency Case No. DOS-0362-16 |
|---|---|---|---|

54. What specific trainings and/or professional development did the Complainant request to attend and what date(s) were the trainings and professional development to occur?

I cannot retrieve data on this question. Requests for training are routed through centralized software (FSI LearnCenter). Once I approve a request, I have no further visibility access to the information. Per FSI, training records are protected personal information and only the employee can request them. However, I have not denied a single training request from Susie or any other employee during my tenure here. See attached emails.

55. Please explain what action(s) were taken in response to each request from the Complainant to attend trainings and/or professional development.

All of Susie's requests for training were approved. See attached emails.

56. *The Complainant alleged, "Chever Voltmer denied my request to attend the San Diego meeting for Ocean Acidification because she made the 25 year old, GS-7 with no Ocean Acidification background the point of contact for Ocean Acidification, earlier that month she stated we would both attend, so that I could "staff, assist and help" the GS-7. This is a meeting where I would have developed my public speaking to international audiences." The Complainant alleged you told her there was "only money for our new Point of Contact, Liz Boeck, to present Ocean Acidification work, not for both of you."* Please provide a response to the Complainant's allegations. If you made the statements and/or took the actions as alleged by the Complainant, please explain why.

From the time I arrived to the end of 2016, the ocean acidification portfolio was handled by another office (the Office of Marine Conservation), with Susie contributing her expertise and support as appropriate. When the ocean acidification lead from the Office of Marine Conservation departed at the end of 2016, the portfolio reverted back to our office. Shortly before he left, I met with the departing employee and Susie together to seek their views on what to do with the portfolio. During that 90-minute meeting, neither the departing employee nor Susie herself recommended transferring this portfolio item to Susie, including in response to direct question. As a result, when I discussed it with my supervisor, I did not make any recommendation on which OPA staff member should take on this additional responsibility. As always when allocating portfolios in this office, Office Director Evan Bloom made the final decision on who would take on ocean acidification.

Subsequently, Susie did ask to attend this meeting and I did agree to look into it. I approached the Boren Fellow who was newly assigned to manage this portfolio and offered to make Susie and her expertise available for this trip, thinking it would help all involved. However, the Fellow in question expressed confidence that she could handle the issue and did not need or want additional assistance.

Unfortunately, given the restrictions on anything other than "mission critical" travel, I could not fund the trip as a personal development opportunity.

57. Please identify your role in the decision(s) regarding whether or not the Complainant would be allowed to attend trainings and/or professional development opportunities she requested to attend.

The decision not to allow travel to San Diego was mine, based on budget constraints and restrictions on anything other than "mission critical" travel after the Boren Fellow in charge of the issue reported that she could manage on her own.

58. Please identify any other management official(s) involved in the decision(s) regarding whether or not the Complainant would be allowed to attend trainings and/or professional development opportunities she requested to attend.

All of Susie's training requests were routed to me and approved. Susie did not need permission to pursue local professional development opportunities, unless they required travel. In those cases, the request was subject to

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | | Date Signed |
|---|---|---|
| [signature] | Affidavit D Page 10 of 99 | 8/28/17 |

| **EEO Investigative Affidavit** *(Continuation Sheet)* | Page No. | No. Pages | Agency Case No. **DOS-0362-16** |
|---|---|---|---|

the regular travel approval process, including by the Office Director, and DAS-level certification that the travel was "mission critical."

59. Please explain what information was relied on when making the decision(s) regarding whether or not the Complainant would be allowed to attend trainings and/or professional development opportunities she requested to attend.

All of Susie's requests for training were approved. Susie did not need my permission to pursue local professional development opportunities, unless they required travel. In those cases, the request was subject to the regular travel approval process, including by the Office Director, and DAS-level certification that the travel was "mission critical."

60. What reason(s) was the Complainant provided for any of the decision(s) made regarding whether or not she was allowed to attend trainings and/or professional development opportunities she requested to attend?

All of Susie's requests for training were approved. Susie did not need my permission to pursue local professional development opportunities, unless they required travel. In those cases, the request was subject to the regular travel approval process, including by the Office Director, and DAS-level certification that the travel was "mission critical."

61. Did the Complainant disagree with these reasons? If so, what was said?

Yes. The claimant was very upset when informed that she could not travel to San Diego. She left the room in tears. This was surprising to me as the office could not approve many requests for travel, particularly outside of trips included in the travel plan. Unfortunately, as an office we receive many more invitations and solicitations to events than we can attend. We often had to regret invitations due to lack of funds. Most employees understood this and no other employee had reacted the same way to having a travel request denied. I followed up the next day with Susie, but she remained very unhappy about this decision.

62. What DOS policies were relied upon to support the decision(s) regarding whether or not the Complainant would be allowed to attend trainings and/or professional development opportunities she requested to attend? Please cite the policy/contract provisions and provide copies.

All of Susie's requests for training were approved. Susie did not need my permission to pursue local professional development opportunities, unless they required travel. In those cases, the request was subject to the regular travel approval process, including by the Office Director, and DAS-level certification that the travel was "mission critical." Please see attached emails.

63. Was the Complainant's medical condition/impairment a factor in the decision(s) regarding whether or not she would be allowed to attend trainings and/or professional development opportunities she requested to attend? If so, how was it a factor and who considered it?

No. We simply did not have the budget to fund travel as a professional development opportunity during the relevant period.

64. Was the Complainant's prior protected activity a factor in the decision(s) regarding whether or not she would be allowed to attend trainings and/or professional development opportunities she requested to attend? If so, how was it a factor and who considered it?

No. I was not aware of a prior protected activity.



**Claim 2e**

**I declare under penalty of perjury that the foregoing is true and correct.**

| Affiant's Signature | Date Signed |
|---|---|
| [signature] | 8/28/17 |

**Def. Ex. 8D**

**From:** Sohier, William D
**To:** Balton, David A
**Cc:** Bloom, Evan T (OES)
**Subject:** Hiring a Boren Fellow?
**Date:** Tuesday, July 21, 2015 4:14:51 PM
**Attachments:** Elisabeth Boeck-Resume.docx

---

Dave:

Welcome back. I interviewed this applicant last week. As a Boren Fellow we can hire her noncompetitively for a year or even longer and if we like her and if an FTE opens up we can slot her in noncompetitively. It's an interesting arrangement. This is what Ann Thompson said about the Boren:

"A former Boren fellow can be hired NTE one year, sort of like a Pathways student; I'm guessing from the same "pot" of money as a student. They are a USG employee, don't require an FTE, but the bureau has to pay the salary."

I've resisted sharing her resume with other OES offices, who have been circling like sharks, until you have a chance to review this. My thinking is that while she's been studying Arabic, she's a summa cum laude grad from Northwestern. How many of those come along that we can hire noncompetitively? I talked to her last week and she seemed like a good fit: nice, calm and very smart.

Evan and I are thinking she could work for Elizabeth Kim on Ocean Conference issues. I'm also thinking we could have her work for Erin Robertson on Arctic PD. She has no PD experience but a smart kid like this one will pick it up in 20 minutes. Julie and Erin keep looking for the perfect PD Y tours and they're coming up empty. I think we need to find Erin some help soon so she can focus more.

The downside is this girl will need a security clearance, although hopefully we could get her an interim. If you think this is worth pursuing I'd ask her to talk to Elizabeth and you and Evan if you're interested. If we all like her, we'll need your help with Natalie and the money.

Dave

**From:** Elisabeth Boeck [mailto:elisabeth.boeck@gmail.com]
**Sent:** Friday, July 10, 2015 11:54 AM
**To:** Sohier, William D
**Subject:** meeting July 15th-17th?

Dear William,

My name is Liz, and I am a recent graduate of Northwestern University, where I studied Middle Eastern Studies and Environmental Policy. I am very interested in the OPA's work and would love to meet you to discuss potential opportunities, if you have a bit of time. I would really value hearing about your experience working in this field and any advice you have for me about the job search process. I will be in DC next week and have some time the days of Wednesday the 15th to Friday the 17th. Would you be at all available any of those days to meet with me?

Because I received a scholarship from the Department of Defense (the Boren Scholarship) when I studied in Egypt three years ago, I am required to work for the government for a year, and I am eligible for exempt service appointment through the Schedule A hiring authority and non-competitive conversion to career status through NDAA FY13. I would love to fulfill this requirement through a position in which I can fully utilize both my experience in environmental conservation as well as my international experience and Arabic language skills.

I'm attaching my resume, if you would like more detail about my background.

Thanks in advance for your time and consideration, I really appreciate it.

Best wishes,

Liz Boeck

Privacy/PII
This email is UNCLASSIFIED.

# RE: Quick question about OA workshop content

**From:** "Boeck, Elisabeth J" <boeckej@state.gov>
**To:** Alexis Valauri-Orton <avalauriorton@oceanfdn.org>, "Qashu, Susan E" <qashuse@state.gov>
**Date:** Thu, 12 Jan 2017 10:23:41 -0500

Thanks, Alexis! This info is great to have.

**From:** Alexis Valauri-Orton [mailto:avalauriorton@oceanfdn.org]
**Sent:** Thursday, January 12, 2017 10:16 AM
**To:** Qashu, Susan E
**Cc:** Boeck, Elisabeth J
**Subject:** Re: Quick question about OA workshop content

Hi Susie,

It's all in the workshop folder, which you should have access to but I will send to you again now.

Alexis

On Thu, Jan 12, 2017 at 10:14 AM, Qashu, Susan E <QashuSE@state.gov> wrote:
Hi Alexis,

Could you send both Liz and I the curriculum used during the Maritius workshop or the evolving curriculum? Thank you and Cheers, Susie

**From:** Alexis Valauri-Orton [mailto:avalauriorton@oceanfdn.org]
**Sent:** Thursday, January 12, 2017 9:37 AM
**To:** Qashu, Susan E
**Cc:** Boeck, Elisabeth J

**Subject:** Re: Quick question about OA workshop content

Hi Susie,

It was covered both ways, and we are working on a new methodology/SOP for measuring total alkalinity based on more cost effective methods. We discussed this a bit on the call yesterday.

Alexis

On Wed, Jan 11, 2017 at 5:54 PM, Qashu, Susan E <QashuSE@state.gov> wrote:
Hi Alexis,

How was the geochemical covered? In a ppt? or an interactive demo, ect. Love to know. Cheers, Susie

**From:** Alexis Valauri-Orton [mailto:avalauriorton@oceanfdn.org]
**Sent:** Tuesday, January 10, 2017 2:10 PM
**To:** Boeck, Elisabeth J
**Cc:** Qashu, Susan E
**Subject:** Re: Quick question about OA workshop content

Hi Liz,

The geochemical component of Action 1 is covered by both programs and Action 2 is not covered by either. Andrew's lab is the only in the world that provides CRMs for OA so far as I know.

Let me know if that helps!
Alexis

On Tue, Jan 10, 2017 at 11:52 AM, Boeck, Elisabeth J <BoeckEJ@state.gov> wrote:
Hi Alexis,

Susie and I have a quick question for you – we are updating a spreadsheet of OA activities for the interagency working group. We have to mark whether State is funding various actions addressing OA, and for some of them we're not sure because we don't know exactly what is covered in the capacity building workshops.

These two in particular we wanted to ask you about:

Action 1: Establish validated SOPs for measurement of critical biological and geochemical parameters.
Action 2: Produce Certified Reference Materials that outline procedures for measuring and analyzing organic and inorganic parameters.

Do you know if these activities were covered in ApHRICA (or will be covered in OAMM)? If you could let us know by tomorrow morning, that would be great. Sorry for the quick turnaround, and totally understand if you don't have time!

Thanks!

Liz

**Elisabeth Boeck**
U.S. Department of State
Office of Ocean and Polar Affairs (OES/OPA)
2201 C St. NW, Rm 2665-08, Washington, DC, 20520
BoeckEJ@state.gov, 202-647-0240

**Official**
**UNCLASSIFIED**

--
**Alexis Valauri-Orton** | **Program Associate** | **The Ocean Foundation**
1320 19th Street NW | 5th Floor | Washington, DC | 20036
www.oceanfdn.org | 202.887.8996

--
**Alexis Valauri-Orton** | **Program Associate** | **The Ocean Foundation**
1320 19th Street NW | 5th Floor | Washington, DC | 20036
www.oceanfdn.org | 202.887.8996

--
**Alexis Valauri-Orton** | **Program Associate** | **The Ocean Foundation**
1320 19th Street NW | 5th Floor | Washington, DC | 20036
www.oceanfdn.org | 202.887.8996
**Official**
**UNCLASSIFIED**

**Def. Ex. 9**

Planet Depos
We Make It Happen™

# Transcript of Allison Schwier, Designated Representative

**Date:** June 9, 2023
**Case:** Qashu -v- Blinken, Secretary, U.S Department of State

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

______________________________

SUSAN QASHU, )
Plaintiff, )
v. ) Civil No. 22-1077 (TNM)
ANTONY J. BLINKEN, )
Secretary, )
U.S. Department of State, )
Defendant. )
______________________________)

Deposition of U.S. DEPARTMENT OF STATE,
by and through its Designated Representative,
ALLISON SCHWIER
Conducted Virtually
Friday, June 9, 2023
12:13 p.m. EST

Job No.: 495948
Pages: 1 - 191
Transcribed by: Jerome E. Harris



Deposition of U.S. DEPARTMENT OF STATE, by and through ALLISON SCHWIER, conducted virtually.

Pursuant to agreement, before Sophia Gonzalez, Notary Public in and for the State of California.



A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
OLGA M. THALL, ESQUIRE
DANIEL M. ROSENTHAL, ESQUIRE
JAMES & HOFFMAN, P.C.
1629 K Street, NW
Suite 1050
Washington, D.C. 20006
(202) 496-0500

ON BEHALF OF THE DEFENDANT:
L'SHAUNTEÉ J. ROBERTSON, ESQUIRE
ASSISTANT UNITED STATES ATTORNEY
U.S. ATTORNEY'S OFFICE FOR D.C.
CIVIL DIVISION
601 D Street NW
Washington, D.C. 20530
(202) 815-8611

(Continued on the next page.)



CHRISTINE HULSIZER, ESQUIRE
OFFICE OF THE LEGAL ADVISER
U.S. DEPARTMENT OF STATE
2201 C Street, N.W.
HST, Room 6421
Washington, D.C. 20520
(202) 647-5036

ALSO PRESENT:
Susan Qashu

C O N T E N T S


| Examination of ALLISON SCHWIER | | PAGE |
|---|---|---|
| By Ms. Thall | | 7 |
| By Ms. Robertson | | 180 |

EXHIBITS (Attached.)

| SCHWIER'S | | |
|---|---|---|
| Exhibit 5 | Notice of Deposition | 12 |
| Exhibit 6 | AAAS Fellows 2010 to present | 28 |
| Exhibit 7 | Sohier email March 24, 2016 | 63 |
| Exhibit 8 | Sohier email March 3, 2016 | 65 |
| Exhibit 9 | June 3, 2016 Renewal letter | 66 |
| Exhibit 10 | Colon - Kempinski emails | 72 |
| Exhibit 11 | AAAS Fellows Master Spreadsheet | 81 |
| Exhibit 12 | Discovery Responses | 87 |
| Exhibit 13 | July 15, 2016 AAAS Letter | 90 |
| Exhibit 14 | Fellowship Renewal Determination | 102 |
| Exhibit 15 | 2016-17 Terms of Agreement | 110 |
| Exhibit 16 | Qashu-Kempinski emails | 111 |
| Exhibit 17 | Signature page Terms of Agreement | 114 |
| Exhibit 18 | Dana-Kempinski emails | 116 |


(Continued on the next page.)




| | | |
|---|---|---|
| Exhibit 19 | Statement of Work | 141 |
| Exhibit 20 | Performance Plan and Appraisal | 148 |
| Exhibit 21 | Report on CAFF Invasive Species | 168 |




P R O C E E D I N G S

Whereupon,

ALLISON SCHWIER,

being first duly sworn or affirmed to testify to the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE PLAINTIFF:

BY MS. THALL:

Q And Ms. Schwier, I should check, did you get a download link for this proceeding?

**A I don't know. I got a Webex link with passwords.**

Q Let me go to test file a moment. Probably the easiest way to do it. Let me check.

(Pause.)

Q Were you able to find that, Ms. Schwier?

**A So far the invitations I have only included the link to a Webex, but nothing beyond that link.**

Q Let's see. There's a chat function in here where I can share that with you.

THE COURT REPORTER: Counsel, if you need assistance, the chat feature is actually at the bottom



right corner.

MS. THALL: Okay. Great. Understand.

(Pause.)

**A Yes, I can see files from Scheduling Department of Planet Depos Secure Online Office. And it says, This folder is empty.**

Q Yeah, okay. Perfect. So whenever I have an exhibit that I want to go over with you. I'm just going to stick it in there, and then, you'll be able to download it and look at it?

**A Okay.**

Q And otherwise, I would ask that there just be like nothing in front of you, nothing on your screen.

**A Okay.**

Q Okay. So my name is Olga Thall, and I'm counsel to Susan Qashu, who is the Plaintiff in this case.

Can you please state your name for the record, Ms. Schwier

**A My name is Allison Schwier.**

Q I apologize for mispronouncing it. Schwier.

Are you at least 18 years of age?

State renewed AAAS fellowships for a second year during the period from February 1, 2016 to February 28, 2017.
So during this period, when did renewal of AAAS fellowships typically occur?
**A AAAS typically sent emails to host offices around six months into the Fellowship mark. Meaning the fellowships lasted for one year, so typically the six-month mark of the Fellowship period, AAAS would send an email.**
Q And what was the six months counted from?
**A I do not know for that time period. I can tell you this time period, bu I can only infer that it was the same that time period.**
Q How is that done now?
**A Now, the six-month mark is accounted for from the enter on duty date of the Fellow. So if that Fellow starts in September, the six-month mark starts from September. If that Fellow starts in December, the six-month mark starts in December. But I cannot confirm that it operated at that time the same for the period you are interested in.**
Q And do you know who would know that information



about when the six months ran from back during that period of Dr. Qashu's employment?
**A AAAS.**
Q And so for the Fellowship -- sorry, not for the Fellowship year.
So for the year from February 1, 2016 to February 28, 2017, do you know when State began looking at Fellowship renewals?
**A For the 2016 to 2017 year, assuming Fellows started on time in August or September, the renewal process would have been around February or March.**
Q And are there certain steps in the renewal process?
**A The renewal is a three-step process, essentially. 1, the host office must confirm that they would like to renew the Fellow, and they must have the funding to support that renewal. 2, the Fellow must agree that they would like to confirm and provide written notification to AAAS within a time frame. And 3, AAAS must agree that this renewal makes sense for the overall Fellowship program.**
Q And are there separate deadlines for each of



these steps?
**A Typically. And those are typically highlighted in different ways. So AAAS will reach out to host offices independently of their reaching out directly to the Fellows, and they have different timelines associated with both of those decisions.**
Q And who established this three-step process?
**A I'm not sure, but this is how AAAS facilitates the program for the entire interagency, not only the State Department. So this is a AAAS run program, and I would suggest speaking with AAAS.**
Q And do you know who enforces those deadlines that you spoke of, if anyone?
**A AAAS enforces those deadlines.**
Q So in the case of Dr. Qashu who started her Fellowship in February 2016, why did she already have to start deciding about renewal within just a few months of starting?
**A Can you repeat that question.**
Q Sure. In the case of Dr. Qashu who started her Fellowship in February of 2016, why did she already have to start deciding about renewal within just a few months



of her start date?
MS. ROBERTSON: Objection. This assumes facts not already in evidence.
Q You can answer the question. I mean, are you familiar with, Ms. Schwier, with Dr. Qashu's start date?
**A She started at the beginning of February in 2016.**
Q And are you familiar with when she was asked to give her position on whether she wanted to renew her Fellowship?
**A I am familiar that she had to decide within a few weeks whether she wanted to reenter the applicant pool. That was an immediate decision she had to work through.**
Q And how does that relate to the renewal?
**A Every year, AAAS Fellows can decide whether they want to remain with their office or if they would be interested in reentering the pool for a possible placement that is different for their second year than their first year. The timeline that happens occurs at the February, March time frame because AAAS needs to know before interview week. Based on the record, the**

49

at those?
MS. THALL: We can go off the record.
**A Can you ask the question again just so I have that front of mind.**
Q Sure. What was Evan Bloom's role with regard to the renewal of Dr. Qashu?
**A Thank you.**
THE COURT REPORTER: Counsel, would you like to go off the record?
MS. THALL: Yes, please.
(A brief recess was taken.)
THE COURT REPORTER: We are back on the record. Please proceed.
**A Thank you. So to -- could you restate your question one more time.**
**BY MS. THALL:**
Q Sure. What was Evan Bloom's role with regard to Dr. Qashu's renewal?
**A I believe Evan was a decisionmaker in the Office of Polar Affairs because he was in the leadership of the office at the time and would have had to sign off on a Fellow renewal. So there are emails in the record**

50

**related to that decisionmaking process.**
Q And what was -- is it okay if I call him David Sohier?
What was David Sohier's role with regard to Dr. Qashu's renewal?
**A I believe Dave was the Deputy Director of that office so he would have similarly been part of that leadership team making the decisions within the Office of Polar Affairs.**
Q And my understanding is that Evan Bloom was David Sohier's boss; is that right?
**A I believe Evan was the director of OPA at the time, so I believe that is an accurate.**
Q So in terms of both Evan Bloom and Dave Sohier being part of making the decision for OPA, is there -- do they both get an equal vote, is there a hierarchy, how does that work?
**A Because I was not in OPA at the time, I can't speak to how they determined those decisions.**
Q Okay. So we've covered Genya Dana, Frances Colon, Evan Bloom, William Sohier -- William David Sohier. And of course, there was Dr. Qashu. Was there

51

anyone else at State who played a role with regard to Dr. Qashu's Fellowship renewal?
**A The OES E -- EX office would have played a role, but it would have been simply to facilitate the implementation of any decision by OPA.**
Q And do you know who in the OES EX office performed that role?
**A I do not know who took on that role. Based on the email examples, there were several staff who were part of those conversations that are in the records provided by the Department of State.**
Q Can you tell me the names that you've seen?
**A Beth Bernhardt and --**
THE COURT REPORTER: I'm sorry, what -- I'm sorry, the last name of that one more time, please.
THE WITNESS: Beth Bernhardt.
THE COURT REPORTER: Thank you.
**A Ann Thompson, and Anne Hall.**
Q Okay. And who at AAAS did State work with on the renewals during Dr. Qashu's renewal period?
**A From the records, it appears Kristen Barnes, Rick Kempinski, and Cynthia Robinson.**

52

Q And what was Kristen Barnes' role at AAAS?
**A She was the Program Manager for the Department of State for the Science & Technology Poli -- Policy Fellowship program.**
Q So between Kristen, Rick and Cynthia, is there a hierarchy there?
**A Yes. Going in that order of increasing authority with what you just said.**
Q Okay. So it sounds like Cynthia was at the top of the hierarchy?
**A That's correct.**
Q And so what was Kristen's role with regard to the renewals?
**A Kristen would have facilitated the initial contact with Fellows to talk about renewal, as well as with host offices to talk about renewal. She would also do site visits for the Fellows.**
Q And let's see. Was Kristen a decisionmaker with regard to second-year fellowships?
**A Kristen compiled decisions about renewal from host offices and Fellows. I cannot speak to her role beyond that knowledge.**

53

Q And do you know what role she played in Dr. Qashu's renewal?
**A I do not.**
Q What is Rick Kempinski's title at AAAS?
**A I believe from the records, he was a Project Director.**
Q And what was Rick's role with regard to the renewals?
**A I do not know.**
Q Do you know if Rick was a decisionmaker with regard to second year renewals?
**A I do not know.**
Q And do you know if Rick played a role in the decision regarding Dr. Qashu's renewal?
**A I do not know if he played a decision. I know that he was part of the conversation.**
Q And what is Cynthia's role at AAAS?
**A Cynthia was the STFP -- or STPF, Science Technology Policy Fellowship Program Director. So she oversaw the entire program.**
Q And so what was her role with regard to the renewals?

54

**A I do not know.**
Q Do you know if she was the decisionmaker with regard to second year fellowships?
**A I do not know.**
Q Do you know if she was a decisionmaker with regard to Dr. Qashu's Fellowship?
**A I know that she was a part of the discussions. I do not know if she was a decisionmaker.**
Q And I believe you said that STAS was not a decisionmaker in the second year fellowships; is that right?
**A I know that that is what STAS does now. We are not part of those decisions unless we are asked to help mediate, but I do not know how the program was run in 2016 to 2017.**
Q Do you know if STAS played the role of decisionmaker in Dr. Qashu's renewal?
**A I do not know.**
Q Do you know who would know that?
**A I can't provide any information beyond the records that the Department has provided, so if there are gaps, those gaps exist in the Department's records.**

55

Q And what type of records of the Fellowship renewals did the Department keep in the normal course?
**A I am not sure what host offices kept as part of those processes, but they would have had records at least of financial obligations to AAAS. Likely they would have had to have signed copies of hosting and funding agreements. For the STAS office, we at least knew the list of Fellows that were going to renew so that we knew the number of FTEs we may have available for the following year of Fellows.**
Q And were you able to review all of those documents you just described, for Dr. Qashu's time period?
**A I've been able to review the records that were provided by to me by Christine Hulsizer, so some of those are included, but if there are gaps, then those gaps exist in the Department's records.**
Q And do you know if a search was made for any records that would have shown STAS' role in Dr. Qashu's Fellowship renewal?
MS. ROBERTSON: Objection. Outside of the topics.

56

Q You can answer.
**A I performed the search within the STAS office for documents associated with this case. So I can confirm that we provided materials that are in our records.**
Q Okay. So other than the staff at State, the staff at AAAS, and the Fellows themselves, were there any other individuals that were involved in the Fellowship renewal during Dr. Qashu's renewal period?
**A Not that I'm aware of.**
Q And so I think we have now identified ten people: Genya Dana, Frances Colon, Evan Bloom, William Sohier, Kristen Barnes, Rick Kempinski, Cynthia, and then, the Fellow. I'm sorry, maybe that's eight. But why -- why were so many people involved in the Fellowship renewal?
**A Renewal decisions are made between three primary parties, so I can't speak to why a certain number come from each of those parties. But they include the Fellow, the host office, and AAAS, STAS if necessary if we are asked. But those -- those are typical parties to those decisions.**

69

Q Why -- why do you believe that this is asking if the Fellow is interested in renewal if it's notifying the Fellow of their renewal?
**A This is the standard form that AAAS provides to Fellows. The Fellows must complete and submit back in a specific period of time. So the Fellow did so with written notes on it. And I can't confirm that AAAS agreed to those changes on the document. I have no knowledge of that. So this indicates the Fellow piece of it.**
Q And is this still the type of template letter that AAAS uses today for the Fellows?
**A I am not sure. I would need to check what my current Fellow has done, and those are not documents that I've reviewed recently.**
Q Okay. And so please scroll to the very end at the bottom of page 3. Have you seen this version before which is signed?
**A Signed by -- by whom?**
Q Well, this particular one by Dr. Qashu?
**A I'm not sure. I would have to check.**
Q Based on your information, do you know if Dr.

70

Qashu provided a signed -- I'm not sure what to call it -- basically filled out this document with her signature and provided that to AAAS?
**A I would need to check in the records. I have seen the document. I'm not sure if it was provided to AAAS within the time frame provided.**
Q And so beyond signing the bottom portion of this document, and I note there's also a spot for initials, what else would Dr. Qashu need to do to accept the renewal offer?
**A This document would have needed to be returned to AAAS within a certain time frame.**
Q Um-hum.
**A And there's a second longer document which goes through the terms of the Fellowship, which would have needed to be initialed and returned as well.**
Q What is the name of that second longer document?
**A I don't know.**
Q Do you know who would know the name of that second longer document?
**A AAAS would have provided both documents. I can**

71

**-- I can try and see if I have it. AAAS would know.**
Q Okay. Why don't we do that.
MS. THALL: Why don't we go off the record.
THE COURT REPORTER: We're off the record.
(A brief recess was taken.)
THE COURT REPORTER: We are back on the record.
BY MS. THALL:
Q Okay, Ms. Schwier, I think you said you were going to see if you had that second document that Dr. Qashu would have needed to complete to renew her Fellowship.
**A So I don't -- I don't have that in my records, but the document is indicated on page -- on the second page of the document that you put into the exhibit, and it's called Fellowship Terms of Agreement. It's the second document that is requested from AAAS and it must be returned in one week.**
Q Okay. Let me put in another -- sorry.
MS. THALL: Sorry, why don't we all take a quick break.
THE COURT REPORTER: Of course. Should we go off the record?

72

MS. THALL: Yeah, why don't we go off record.
(A brief recess was taken.)
THE COURT REPORTER: We are back on the record.
BY MS. THALL:
Q Okay. I just uploaded another set of emails for you to take a look at. These ones start with the number, 16.
THE COURT REPORTER: Marked Exhibit 10 for the record.
(Schwier Exhibit 10, Colon - Kempinski emails, was marked for identification and is attached to the transcript.)
Q Ms. Schwier, have you seen these particular emails before?
**A No.**
Q Would you like to take a moment to read through it?
**A Please. Okay.**
Q If you scroll to the end on June 3rd at 2:59 p.m., Rick asks, I believe that the agreement was that she would stay in OMC for her second Fellowship year on her centrally funded FTE working with Dave Hogan.

73

Looks like that's on the second paragraph. Do you see that?
**A Um-hum. Yes.**
Q Do you have any additional information related to that?
**A I have no additional information beyond what was provided in the record.**
Q Do you know who Dave Hogan is?
**A Dave Hogan is in the Office of Marine. Conservation, OMC, at the State Department.**
Q And in this structure of the State Department, how does OMC relate to OPA?
**A They're both different offices that would -- that sit within the bureau OES, so they are sister offices.**
Q And can you tell us what OES stands for?
**A The Bureau of Oceans and International Environmental and Scientific Affairs.**
Q And so during this time, would it have been possible for Susie to move from doing her first year of Fellowship at OPA to doing her second year of Fellowship at OMC?

74

**A My understanding based on other records is that this was not an option they were providing to Fellows, and they were going -- they were telling Fellows they had to reenter the pool if they wanted to move offices within the Department or within the interagency.**
Q And is that still true today; that you have to go back into the pool to move within an agency?
**A No.**
Q No, you could move directly?
**A There are extenuating circumstances to when a Fellow can transfer offices within the same department without having to reenter the pool. That is not an option that was available at the time in question, is my understanding based on the record.**
Q And when you say that there is extenuating circumstances, what do you mean by that?
**A There are circumstances to where offices have closed due to restructuring, so Fellows had to move offices. And there have also been cases where Fellows were in offices that they did not want to remain in where they have changed to different offices within the Department.**

75

Q And -- okay. And then, turning back to this email, so and at June 3rd, 5:12 p.m., Frances writes back, and she says, Can you guys remind me why she had to renew so quickly.
Do you know any additional information about that?
**A I do not beyond what's in this record we have provided, which has further information in the same email chain.**
Q Does that mean that there was some flexibility at this period about the timing of renewal?
**A I don't know beyond the records that have been provided.**
Q And then, at 5:17 p.m., Rick writes back, and he says, We can certainly discuss holding off on the renewal paperwork until she is six months in (around June, July -- I'm sorry, around July/August) and ask then.
Do you have any additional information related to that?
**A For information from AAAS, I would -- I would recommend reaching out to AAAS.**

76

Q Do you know if State had any flexibility around her renewal at that point?
**A I only know the information that is in the exhibit that you have placed in front of me.**
Q And then, the next page, Genya Dana responds, and she says, My understanding of why we needed to know about the renewal in April was so that we knew the number of centrally funded FTE is available for the new class of Fellows.
Do you have any additional information about that?
**A That may relate to the comment that I said earlier. There are a such number of centrally funded FTEs that can be used for the Fellowship program. Fellow renewals affect that number available for Fellows within the next year. So that number needs to be known before interview week so it is clear how many Fellows the Department of State can bring on based on the number of positions they have available.**
Q And do you know around this period of Dr. Qashu's employment when interview week was?
**A I don't know the exact week, but it's**

169

role is on the Ocean Acidification at State?
A Sure. Very briefly. So Ocean Acidification was included in two of her Work Commitments, 1B and 1D within that broader civil service performance review document. And she similarly took over this portfolio to work on it substantively towards the beginning of her tenure. That included presenting on Ocean Acidification at a conference in Helsinki which happened in October of 2016.
I believe that fall, the Ocean Acidification portfolio was covered by two employees within OPA. That includes a Boren Fellow, which was mentioned -- who was mentioned previously. And they both worked on Ocean Acidification throughout the remainder of the tenure.
And that includes engaging directly with the then Deputy Director, Chever Voltmer, at the time about Ocean Acidification and who should take on that portfolio within OPA after an employee left in that fall.
And at that time, Susie did not request that portfolio even when asked directly, so it was provided to the incoming Boren Fellow with Susie to support and

170

continue to work in tandem with that person.
Q And what's the basis for the assertion that Dr. Qashu did not request to work that portfolio?
A Based on an EEO affidavit which Chever Voltmer submitted.
THE COURT REPORTER: Can I have that name one more time, please, I apologize.
THE WITNESS: Sorry. It's Chever Voltmer.
THE COURT REPORTER: Thank you.
Q And beyond that EEO affidavit, is there anything else that indicates Dr. Qashu didn't ask to do that work?
A I don't see anything specific related to that request from her.
Q And so if that work was already in Dr. Qashu's Work Commitments, why would she need to ask to do the work?
A She was doing that work, though. She remained on Ocean Acidification portfolio until she left.
Q And what were the relative roles of the Boren Fellow and Dr. Qashu as of October of 2016?
A Based on records, I can see that there were

171

meetings at the end of October that the Plaintiff missed to discuss different aspects of the Ocean Acidification portfolio and who would cover what after the departure of that employee. The portfolio list was updated to include both the Boren Fellow and the Plaintiff handling the portfolio request. And in emails that the Plaintiff wrote to other people, she noted that she was assisting Liz with Ocean Acidification.
But beyond those things, I would have to look through records even further to determine if there was more details to provide.
Q And was Dr. Qashu ever the lead on Ocean Acidification?
A I see different terminology used in different emails where she was described as the new POC, taking over the portfolio, and discussed as a co-lead for Ocean Acidification at different points.
Q And what about her role as of October 26th, or her title within Ocean Acidification as of October 26th?
A I think I would need to look in records. I'm not sure what you're referring to exactly.
Q Okay. That's fine. We can move on.

172

And you mentioned a Boren Fellow. Can you provide me the name of that individual?
A Yes. One second.
That that Fellow's name was Elizabeth Boeck, B-O-E-C-K.
Q And what was Elizabeth's education level as of the time she started working on Ocean Acidification with Dr. Qashu?
A Elizabeth had an undergraduate degree any a minor in Environmental Policy and Culture.
Q And do you know what her GS level was?
A I believe she was a GS7.
Q And so why give -- I forget -- I'm sorry, I forgot how you phrased it earlier when you said that Ms. Boeck was made -- was it the lead on Ocean Acidification? Was that how you framed it?
A I have an email from January of 2017 identifying both Elizabeth Boeck and the Plaintiff as Ocean Acidification leads, which would indicate they were co-leads based on that email.
Q Okay. So assuming they were co-leads why make them equals if Dr. Qashu had a Ph.D. in the material and

173

Ms. Boeck had an undergraduate degree?
**A I can't speak to why any decision was made at that time. But given what is in the records, there is indication that they discussed the portfolio and what to do before the departing employee left, and neither that employee nor Susie recommended transferring this portfolio to Susie including in response to a direct question.**
**Given that, I believe leadership of that office made determinations based on work levels and other things as relevant and determined that it would be an issue that would be lead my co-leads.**
**But beyond the information in the records, I don't have additional information to provide.**
Q And what is the basis for the assertion that I believe his name is Luis who is the departing employee, did not recommend Dr. Qashu to be the lead?
**A Again, that is the EEO affidavit from Chever Voltmer.**
Q So was Dr. Qashu's role within Ocean Acidification decreased upon Luis' leaving?
**A Based on the records, it notes well before he**

174

**left that the Plaintiff was the new POC on Ocean Acidification in the spring of 2016. But I would have to go through the records further to look at the documentation to see if there are changes in terms of her responsibilities for that portfolio over the next eight months.**
Q Sow how did we get from her being a point of contact in the spring to her being the co-lead in by October of 2016?
**A Beyond the records that the Department has provided, I don't have insight into that question, but I can affirm that the Plaintiff worked on Ocean Acidification throughout the entirety of her Fellowship at the Department within the Office of Foreign Affairs.**
Q And are you familiar with a big international conference around Ocean Acidification that happened around October of 2016?
**A I believe that's the conference in Helsinki you're referring to.**
Q I -- I hope so.
And was Ms. Boeck, did she present at that conference?

175

**A I would have to check in records to see when -- when she started within OPA, because I know she started in the -- in that fall, and I'm not sure what the dates were.**
Q Yeah, that's fine. Why don't you check that.
(Pause.)
THE COURT REPORTER: And Counsel, we're still on the record, just to let you know.
MS. THALL: I think it's fine at this point. We're just going to --
THE COURT REPORTER: Sounds good. Thank you.
(Pause.)
MS. THALL: -- trying to save time where we can.
(Pause.)
MS. THALL: Oh, God. It's so sunny behind me.
**A The first email I can find in records related to Elizabeth Boeck in the office of Ocean and Polar Affairs was on October 25th, so based on that, I cannot state with certainty that she worked in that office at the time of the Helsinki conference, or if the travel would have been planned before she arrived.**
Q So in terms of Dr. Qashu's ability to perform

176

her work portfolio and her job duties, did that change at all in and around October 2016?
**A I can't answer that question beyond the records that have already been submitted by the Department of State.**
Q So based on those records, is there any indication that Dr. Qashu's ability to perform her job duties changed?
**A I have not seen anything in that record to indicate that she was unable to fulfill work responsibilities on this portfolio.**
Q And what about on her Arctic Invasives portfolio, any indication that at some point in her tenure, she was unable to fulfill those job duties?
**A You showed me earlier exhibit noting that David Lodge voiced concern with her working on Invasive Species, indicating that they did not believe she would be able to contribute in a major way.**
Q Have you seen in your review of all of State's records any negative evaluations of Dr. Qashu's work performance?
**A I have not read some of the documentation**

# FW: Please meet up with me today after your meeting with Jenna and Barbara my govt. cell 2/329 1681 DECISION TO GO BAK INTO THE POO

**From:** "Qashu, Susan E" <qashuse@state.gov>
**To:** sqashu@yahoo.com
**Date:** Thu, 19 Jan 2017 18:28:44 -0500

---

**From:** Kristin Barnes [mailto:kbarnes@aaas.org]
**Sent:** Tuesday, March 22, 2016 11:41 AM
**To:** Qashu, Susan E
**Subject:** RE: Please meet up with me today after your meeting with Jenna and Barbara my govt. cell 2/329 1681

Hi Susie,

I spoke with my colleagues and it has been decided that you can go back into the pool in several weeks. Please send the documents noted below by tomorrow. A 2 page resume will suffice.

Thanks,
~Kristin
kbarnes@aaas.org
202-326-6761

---

**From:** Qashu, Susan E [http://redirect.state.sbu/?url=mailto:QashuSE@state.gov]
**Sent:** Tuesday, March 22, 2016 11:25 AM
**To:** Kristin Barnes
**Subject:** RE: Please meet up with me today after your meeting with Jenna and Barbara my govt. cell 2/329 1681

I will be back this afternoon. I hope you received the security information. This presents a problem. I am going to email you tomorrow the items you requested: the bio, statement and is it a long CV or a 2 page resume.

I seem to remember last year, the interviewees did not want to see a long CV.

Best wishes, Susie

This email is UNCLASSIFIED.

---

**From:** Kristin Barnes [http://redirect.state.sbu/?url=mailto:kbarnes@aaas.org]
**Sent:** Monday, March 21, 2016 10:45 AM
**To:** Qashu, Susan E
**Subject:** RE: Please meet up with me today after your meeting with Jenna and Barbara my govt. cell 2/329 1681

Good morning Susie,

Sorry I missed you last Thursday. I had several site visit at State that day and didn't check my email until later in the evening.

I spoke with several colleagues here in the office and the thinking is that it is better for you to fulfill your full year with your office…namely because you've only been in your office for about a month. That actually may be easier for you as well since you are a bit busy right now and to see if things begin picking up with your office.

If you'd like to chat, let me know and we can schedule a time to talk.

Hope you had a good weekend,
~Kristin
kbarnes@aaas.org
202-326-6761

**From:** Qashu, Susan E [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:QashuSE@state.gov]
**Sent:** Thursday, March 17, 2016 2:29 PM
**To:** Kristin Barnes
**Subject:** Please meet up with me today after your meeting with Jenna and Barbara my govt. cell 2/329 1681

What do I need to supply you for Weds. In case my office tells me they do not have 16K on Monday.

Their perspective is….with the new Borne Fellow and all the foreign service officers, they are not sure they have enough work for me.

I handed them my pdp yesterday, before our 45 day deadline. My sup cannot look at it until Monday with the Director.

You are meeting with Jenna and Barbara today, if you are walking back to AAAS, could we travel back together, so I can ask you some more questions.

My bosses have asked me some budget questions, I cannot answer.

It is confusing. I will work on my resume this weekend and look at my former bio. What else, you said you could just upload the old docs form last year?

I have a lot of deadlines right now and I am not sure I can devote a lot of time to creating before hand new docs.

Let me know. I do not understand the 7 month employment period.

I asked for the same WA Craftsman as Christine but my direct Sup nixed it. I think the Director does not even know about him nixing it.

Anyway, I am lost at State, but maybe I can give you an answer after the director is back.

Everyone in the office is gone to Alaska for the Arctic Council meeting.

Best, Susie

This email is UNCLASSIFIED.

---

**From:** Kristin Barnes [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:kbarnes@aaas.org]
**Sent:** Thursday, March 17, 2016 10:21 AM
**To:** Qashu, Susan E
**Subject:** RE: RE Unanswered questions from previous weeks, please confirm MORE QUESTIONS FOR KB

Well, we don't know that your office doesn't have the money to fund you for a second year. I've not heard that from your office. They may very well want to renew you for a second year and have the funding to cover you for a second year. I think we are dealing in hypotheticals here…just looking at what could happen. Because it's still so early on in your fellowship(a month+) everything is still an unknown…whether you want to renew, whether they want to renew, whether the fellowship is a good fit.

Thanks,
~Kristin
kbarnes@aaas.org
202-326-6761

---

**From:** Qashu, Susan E [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:QashuSE@state.gov]
**Sent:** Thursday, March 17, 2016 10:01 AM
**To:** Kristin Barnes
**Subject:** RE: RE Unanswered questions from previous weeks, please confirm MORE QUESTIONS FOR KB

Thanks Kristin,

I handed my direct supervisor my pdp. I will get back to you about the email. What I do not understand, is if they say, "We do not have another 15K or some similar amount to fund a second year. Then, how would they have money, another 16K to fund another fellow?

I will let you know about the email we will need to send out. Best, Susie

This email is UNCLASSIFIED.

---

**From:** Kristin Barnes [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:kbarnes@aaas.org]
**Sent:** Wednesday, March 16, 2016 12:11 PM
**To:** Qashu, Susan E
**Subject:** RE: RE Unanswered questions from previous weeks, please confirm MORE QUESTIONS FOR KB

Hi Susie,

I've placed my answers to your questions below in red.

Let me know if you have any other questions.

Thanks!
~Kristin
kbarnes@aaas.org
202-326-6761

---

**From:** Qashu, Susan E [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:QashuSE@state.gov]
**Sent:** Tuesday, March 15, 2016 12:33 PM
**To:** Kristin Barnes
**Subject:** RE Unanswered questions from previous weeks, please confirm MORE QUESTIONS FOR KB

Hi Kristin,

Even if a fellow does not participate in training their second year because it is the same training from their first year, OES Still pays 16 K per fellow? Correct, while the fee may not be $16K, there is a similar fee. All offices pay this fee in year two- this has always been the case. Not all the PD sessions in year two are repetitious. Each year new sessions are added so the PD calendar is never completely redundant. Each year, we do however repeat popular sessions (Science Communication/Writing, Negotiations, Crucial Conversations).

Also, last question: In our original contract with AAAS and State, the paperwork stated not to exceed 13 months. Has the 13 months been eliminated? The fellowship term could be up to 13 months depending on the agency you go to and how you're hired. The AAAS fellowship term is 12 months- but depending on the agency you serve with their obligation could be up to 13 months. This is not the case for Dept. of State however. All fellows can serve a maximum of 12 months for one fellowship year.

Thanks for the help,
Best wishes, Susie

This email is UNCLASSIFIED.

---

**From:** Kristin Barnes [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:kbarnes@aaas.org]
**Sent:** Tuesday, March 15, 2016 10:30 AM
**To:** Qashu, Susan E
**Subject:** RE: Meet up on Monday afternoon, please confirm MORE QUESTIONS FOR KB

Hi Susie,

I placed my answers to your questions below in red.

Thanks,
~Kristin
kbarnes@aaas.org
202-326-6761

**From:** Qashu, Susan E [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:QashuSE@state.gov]
**Sent:** Monday, March 14, 2016 5:55 PM
**To:** Kristin Barnes
**Subject:** RE: Meet up on Monday afternoon, please confirm MORE QUESTIONS FOR KB

Thanks for the meeting. I have a couple of more questions:

1. Is it okay for a fellow to work a contract with a govt. agency affiliated with the AAAAS, if they are sitting unemployed waiting for their 2nd year placement to begin? That would depend on your new host office and if there is a conflict of interest between said contracting agency and office.
2. What if the fellow, "me" goes through the interviews in April and is not offered any placement—at all. What happens then? Going back into the pool does not guarantee placement, even as a second year fellow. You would be competing against the incoming class of fellows for a placement opportunity just as you did last year. If you do not find a placement in April, you would not be able to go back to your office and ask to renew. Once you make the determination that you are NOT going to renew in your office, you are committing to ending your fellowship that year. They are only employed until the new fellow arrives? If you do not find a placement during Interview Week, you will continue to fulfill your existing 1 year fellowship commitment to your office at State through the end of January 2017. At that time the fellowship would end and you would no longer be a AAAS Fellow.

Then they are out of work?

Hope this makes sense. I do not have a lot of work history to show for my 8 months of unemployment while waiting for a security clearance, nor any training for that matter. Only one contract and substitute teaching. That is not very marketable.

My lease does not expire until Jan. 2017, so I cannot be without wages. Come August, I cannot be without work.

Hope the above make sense or if you can call me and answer the above in a phone conversation it would be beneficial in my decision making process. Best, susie

This email is UNCLASSIFIED.

---

**From:** Kristin Barnes [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=mailto:kbarnes@aaas.org]
**Sent:** Monday, March 14, 2016 1:12 PM
**To:** Qashu, Susan E
**Subject:** RE: Meet up on Monday afternoon, please confirm

Not a problem. As a note, I have a meeting from 1-2 and then a meeting at 3:15pm so when you arrive if you can wait in the lobby, I will come down and get you at 2pm.

Thanks,
~Kristin
kbarnes@aaas.org
202-326-6761

---

**From:** Qashu, Susan E [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?

url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=mailto:QashuSE@state.gov]
**Sent:** Monday, March 14, 2016 1:07 PM
**To:** Kristin Barnes
**Subject:** RE: Meet up on Monday afternoon, please confirm

I will do my best to be ontime. Walking is taking me longer than expected. Best, Ssuei

This email is UNCLASSIFIED.

---

**From:** Kristin Barnes [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=mailto:kbarnes@aaas.org]
**Sent:** Monday, March 14, 2016 1:04 PM
**To:** Qashu, Susan E
**Subject:** RE: Meet up on Monday afternoon, please confirm

Thanks Susie. I will see you at AAAS at 2pm.

Best,
~Kristin
kbarnes@aaas.org
202-326-6761

---

**From:** Qashu, Susan E [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?

url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=mailto:QashuSE@state.gov]
**Sent:** Monday, March 14, 2016 12:07 PM
**To:** Kristin Barnes
**Subject:** RE: Meet up on Monday afternoon, please confirm

2pm will work. I will attempt to walk to AAAS, since the metro is such a crazy transport shut down problem today. Best, Susie

See you at 2pm.

This email is UNCLASSIFIED.

---

**From:** Kristin Barnes [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=mailto:kbarnes@aaas.org]
**Sent:** Sunday, March 13, 2016 9:07 PM
**To:** Qashu, Susan E
**Subject:** RE: Meet up on Monday afternoon, please confirm

Hi Susie,

I can meet Monday afternoon but unfortunately, I can no longer meet at 3pm. A staff meeting was put on the calendar while I was out of the office for Monday at 3:15pm. I can meet with you at 2pm or 2:30 on Monday. Will either of those times work?

Thanks,
~Kristin

---

**From:** Qashu, Susan E [http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?

url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?url=http://redirect.state.sbu/?
url=mailto:QashuSE@state.gov]
**Sent:** Friday, March 11, 2016 6:34 PM
**To:** Kristin Barnes
**Subject:** Meet up on Monday afternoon, please confirm

Hi Kristin,

Can you still meet in the afternoon at 3pm on Monday? I hope you reced the emails that I sent. Best, Susie

The morning is our staff meeting which I cannot miss—UNLESS…it is cancelled.

Cheers, Susie

This email is UNCLASSIFIED.

Def. Ex. 10B

# FW: AAAS Renewal

| | |
|---|---|
| **From:** | "Qashu, Susan E" <qashuse@state.gov> |
| **To:** | Susan Qashu <sqashu@email.arizona.edu> |
| **Date:** | Fri, 03 Feb 2017 17:48:30 -0500 |

**From:** Sohier, William D
**Sent:** Friday, March 25, 2016 1:55 PM
**To:** Qashu, Susan E
**Subject:** RE: AAAS Renewal

Relax. It's done.

This email is UNCLASSIFIED.

**From:** Qashu, Susan E
**Sent:** Friday, March 25, 2016 12:58 PM
**To:** Sohier, William D
**Subject:** FW: AAAS Renewal

Any work yet? I will be taking an ethics exam and computing security exams this afternoon, but in the office. Best, Susie

This email is UNCLASSIFIED.

**From:** Qashu, Susan E
**Sent:** Thursday, March 24, 2016 12:03 PM
**To:** Bloom, Evan T (OES)
**Cc:** Sohier, William D; 'Kristin Barnes'
**Subject:** AAAS Renewal

Hi Evan and Dave,

Thanks for your patience. I had a GREAT conversation about fishing with Dave H. I will stay, with the GREAT hope of renewing with your office in 2017.

Best wishes, Susie

This email is UNCLASSIFIED.

# Submission #157



Submission information
Form: ~~Host Office Intent to Renew~~
Submitted by Anonymous (not verified)
Fri, 2016-03-25 10:56
169.253.194.1

Full Name William D. Sohier

Name of Fellow Susan Qashu

Agency State

Office OES/OPA

Would you like to renew your fellow for a second year?
Yes

---

Do you have funding available to host your fellow in their second year?
Yes

How many new fellows do you wish to host for the upcoming fellowship year?

Additional Comments

Electronic Signature Wlliam D. Sohier

**Def. Ex. 10D**

SCIENCE & TECHNOLOGY POLICY FELLOWSHIPS
AAAS

3 June 2016

Dr. Susan Qashu
1200 N Street NW
# 409
Washington, DC 20005

Dear Dr. Qashu:

Congratulations! The American Association for the Advancement of Science (AAAS) is pleased to notify you of the renewal of your AAAS Science & Technology Policy Fellowship for the 2016-17 /2017-18 fellowship year. Your placement, in the Diplomacy, Security & Development (DSD) program area, will be served at the U.S. Department of State. Since 1973, the AAAS Science & Technology Policy Fellowships (STPF) program has provided participants with a unique public service professional development opportunity, building bridges between science and policy to serve society. The State Department's desire to renew your fellowship is recognition of your contributions to date.

**Host Office Point of Contact**
Your fellowship placement will continue to be in the Bureau of Oceans and International Environmental & Scientific Affairs, Office of Ocean and Polar Affairs (OES/OPA), where Dave Sohier will be your ~~mentor.~~ POC/supervisor.

**Fellowship Term, Stipend, and Travel/Training Allocation**

The fellowship period is for 12 full months beginning ~~1 September 2016~~ 8 Feb 2017, and ending ~~31 August 2017.~~ 8 Feb. 2018

You will continue as a Schedule A temporary federal civil service employee, with your fellowship stipend and support provided to you directly by the State Department.

Travel/Training: Schedule A temporary federal employees do not receive an individual allowance for travel or training. Support for travel and training is at the discretion of the host office.

*This fellowship is contingent upon the continued availability of designated funds from the U.S. Government and/or other sponsor, from which payments for the fellowship can be made. In the event of a disruption in the Federal Government's daily functions or a change in funding agreement (e.g., a government shutdown or reduction in funding), support for the fellowship may no longer be available. No legal or other liability on the part of AAAS or the funding entity for any payment may arise until funds are made available to AAAS to support this fellowship assignment.*

**Conditions of Fellowship**

*Status as a AAAS S&T Policy Fellowship Participant*: You will be a participant in a term-limited public service professional development program. S&T Policy Fellowships are not offers of permanent employment.

*Schedule*: Fellowship participants are expected to devote their full attention to continuous participation in the activities of the host office for the full term of the fellowship, and to avoid obligations that would interrupt the fellowship assignment.

*Background/Security Clearance*: Due to government requirements, this placement is contingent upon ability to pass a background check and receive and maintain a security clearance. In the event the clearance is denied or revoked, the fellowship offer will become void. As the fellowship is funded by the U.S. Government, AAAS does not incur any financial, legal or other liability in the event a clearance is delayed, denied or revoked.

*AAAS Membership*: This fellowship is provided only to AAAS members. Fellows are expected to maintain their AAAS membership for the full duration of the fellowship. Please include your AAAS membership number on the space indicated on the last page of this document when you return this letter with your initials and signature.

Details about the fellowship terms and expectations are provided in the attached Fellowship Terms of Agreement.

**To Accept the Fellowship Placement**

Carefully read all the documents referenced in this letter. You must agree to all the terms contained in this Fellowship Notification Letter and the STPF Terms of Agreement in order to continue to participate in this public service professional development program. Issues that require consideration should be brought to the attention of AAAS *before* accepting the renewal of the fellowship.

Please complete, sign, initial, and return all of the following to AAAS **within one week of receipt of this letter.**

- Notification of Fellowship Placement (all pages)
- Fellowship Terms of Agreement (all pages)
- AAAS membership number (list in space indicated at the end of this letter)

We recommend that you do not send by email any documents that contain Personally Identifiable Information (PII). AAAS must receive all signed and completed copies of the documents listed above before the renewal of your fellowship may commence

You will be among approximately 100 renewing fellowship participants who will join an anticipated 120 first-year participants selected for the six STPF program areas operating in the 2016-17 fellowship year. In addition, the class will include approximately 40 participants selected and sponsored for congressional and executive branch fellowships by our partner scientific and engineering societies, and 10 participants in the Overseas or Global Health & Development Fellowships, who will serve at USAID Missions and the Bill & Melinda Gates Foundation, respectively. Aside from several events designed to enable the 2016-17 class to get to know one another, fellowship participants who renew are not expected to attend the orientation program. You will receive additional information about these get-acquainted events later this summer.

Fellow Initials: ______

We congratulate you on your accomplishments to date and look forward to your participation in the program for a second year as a member of the 2016-17 class. If you have questions concerning this notification of the renewal of your placement or other dimensions of the AAAS S&T Policy Fellowships, please contact Chitra Kalyandurg at ckalyand@aaas.org or (202) 326-6619.

Yours sincerely,

Cynthia R Robinson

Cynthia R. Robinson
Director, AAAS Science & Technology Policy Fellowships

cc: Dave Sohier, U.S. Department of State
Evan Bloom, U.S. Department of State
Genya Dana, U.S. Department of State
LaToya Lester, U.S. Department of State
Dorietha Jackson, U.S. Department of State
Cody Bridges, AAAS

Attachment: Terms of Agreement

**ACCEPTANCE:** I have read this Fellowship Notification Letter and the Science & Technology Policy Fellowship Terms of Agreement and accept the 2016-17 S&T Policy Fellowship with the full understanding that the terms as stated in these documents are binding. I understand that the appointment dates stated in this offer are effective regardless of the date the letter is signed. I understand that the appointment is contingent upon the availability of federal funds or other sponsor support as stated above. I also understand the fellowship appointment is contingent upon receipt and maintenance of a security clearance.

SUSAN QASHU

Printed Name

Signature June 6, 2016

Date

40546625

AAAS Membership Identification Number

Fellow Initials: ______

# FW: Chat about AAAS Fellowship renewal

**From:** "Qashu, Susan E" <qashuse@state.gov>
**To:** sqashu@yahoo.com
**Date:** Mon, 23 Jan 2017 18:19:03 -0500

---

**From:** Qashu, Susan E
**Sent:** Wednesday, July 20, 2016 3:22 PM
**To:** Dana, Genya V
**Cc:** Colon, Frances A (STAS)
**Subject:** RE: Chat about AAAS Fellowship renewal

This sounds great, but it sounds like AAAS has made their own decision about the wording. Can we meet in person.
Cheers, Susie

This email is UNCLASSIFIED.

---

**From:** Dana, Genya V
**Sent:** Tuesday, July 12, 2016 11:40 AM
**To:** Qashu, Susan E
**Cc:** Colon, Frances A (STAS)
**Subject:** Re: Chat about AAAS Fellowship renewal

Hi Susie,
Apologies for the delay in getting back to you--we were checking with AAAS about whether we could modify the language in your AAAS renewal paperwork to have Dave Sohier not be listed as your mentor. They are happy to change the language from "mentor" to "point of contact" and reference Dave Sohier. We hope this will address the specific concern that you raised.

Please confirm that you are on board with this approach and I will let AAAS know.

Thank you,
Genya

Sent from my BlackBerry 10 smartphone.

---

**From:** Qashu, Susan E
**Sent:** Thursday, July 7, 2016 10:18 PM
**To:** Dana, Genya V
**Cc:** Colon, Frances A (STAS)
**Subject:** Re: Chat about AAAS Fellowship renewal

Hi Genya,

It would b great to meet you and Frances in person.

Thank you for checking in, I was on AL then swamped, then at an ESTH training, now I am back and swamped again.

I can explain, in person.

I will not sign off on paperwork that lists Dave Sohier as my mentor.

He is not a mentor.

Dave Hogan is my mentor in OMC.

Dave Soheir is my supervisor.

As you know there is a definition difference between supervisor and mentor.

Thanks for helping anyway you can,

If you have time to talk, in person, I would appreciate it.

Best wishes, Susie

---

**From:** Dana, Genya V <DanaGV@state.gov>
**Date:** June 9, 2016 at 10:44:13 AM EDT
**To:** Qashu, Susan E <QashuSE@state.gov>
**Cc:** Colon, Frances A (STAS) <ColonFA@state.gov>
**Subject:** Chat about AAAS Fellowship renewal

Hi Susie,
I'm checking to see if you have some time in the next couple days to chat about your AAAS Fellowship renewal? I know you were working with Frances on this earlier in the year, and I'm picking up on the conversation as she is out of town right now and I'd like to better understand your concerns about renewing for a second year.

Could you let me know what a good time is for us to chat?

Thanks,
Genya

Genya V. Dana, Ph.D.
Senior Science Policy Officer
Office of the Science and Technology Adviser
to the Secretary (E/STAS)
U.S. Department of State
2201 C St NW, Room 3240
Washington, DC 20520
Email: DanaGV@state.gov
Office phone: +1 (202) 647-8939
Blackberry: +1 (202) 812-3530

This email is UNCLASSIFIED.

**Def. Ex. 10G**

SCIENCE & TECHNOLOGY
POLICY FELLOWSHIPS
AAAS

19 July 2016

Dr. Susan Qashu
1200 N Street NW
# 409
Washington, DC 20005

Dear Dr. Qashu:

In collaboration with the U.S. Department of State, the American Association for the Advancment of Science (AAAS) has made the determination that a renewal fellowship year is no longer an option.

The deadline to submit signed renewal paperwork passed more than a month ago. Discussions with you and the host office indicate that the match of your skills and interests to the focus and needs of the office is not aligned to result in a mutually beneficial renewal year. The request to change offices and mentors is not approved.

I regret that this is not the outcome you were hoping for. Renewals are approved to move forward when there is mutual agreement and support from the host agency and office, AAAS, and the fellow. There is three-way agreement that this placement is not a good fit.

The Bureau of Oceans and International Environmental & Scientific Affairs, Office of Ocean and Polar Affairs (OES/OPA), supports completion of the full current fellowship year, which will conclude on 5 February 2017, based on your start date of 7 February 2016. This is with the expectation that assigned work will be completed in a productive manner in accordance with established State Department protocols, which will allow you to complete projects and wrap up your S&T Policy Fellowship in good standing.

I have positive expectation that you will be able to provide input and application of your scienctific experience for the host office, and that you will continue to gain from this public service professional development opportunity through the end of this fellowship year.

Yours sincerely,

Cynthia R. Robinson
Director
AAAS Science & Technology Policy Fellowships

cc: Dave Sohier, U.S. Department of State
Frances Colon, U.S. Department of State
Genya Dana, U.S. Department of State
LaToya Lester, U.S. Department of State

Science & Technology Policy Fellowships
American Association for the Advancement of Science
1200 New York Avenue, NW, Washington, DC 20005 USA
Tel: 202 326 6700 | Fax: 202 289 4950 | fellowships@aaas.org | www.aaas.org/ policy-fellowships

Planet Depos
We Make It Happen™

# Transcript of Willam Davies Sohier, III

**Date:** June 23, 2023
**Case:** Qashu -v- Blinken, Secretary, U.S Department of State

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-------------------x

SUSAN QASHU, :
Plaintiff, :
vs. : Case No. 22-1077
ANTONY BLINKEN, :
Defendant. :

-------------------x

Deposition of WILLIAM DAVIES SOHIER, III
Conducted virtually
Friday, June 23, 2023
10:07 a.m. EST

Job No.: 497811
Pages: 1 - 137
Recorded By: Chris Melton



Deposition of WILLIAM DAVIES SOHIER, III, conducted virtually.

Pursuant to Notice, before Chris Melton, Notary Public in and for the District of Columbia.



A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFF:
OLGA THALL, ESQUIRE
JAMES & HOFFMAN
1629 K Street NW, Suite 1050
Washington, D.C. 20006
202.496.0500

ON BEHALF OF THE DEFENDANT:
PATRICIA MCBRIDE, ESQUIRE
UNITED STATES DEPARTMENT OF JUSTICE
CIVIL LITIGATION DIVISION
555 4th Street NW
Washington, D.C. 20530

ALSO PRESENT:
SUSAN QASHU - PLAINTIFF (via Phone)



C O N T E N T S


| EXAMINATION OF WILLIAM DAVIES SOHIER, III | PAGE |
|---|---|
| By Ms. Thall | 5 |
| By Ms. McBride | 124 |


E X H I B I T S

(Retained by Counsel.)


| DEPOSITION EXHIBIT | | PAGE |
|---|---|---|
| Exhibit 1 | Series of emails | 20 |
| Exhibit 2 | Series of documents | 43 |
| Exhibit 3 | Julie Gourley email | 48 |
| Exhibit 4 | Correspondence | 53 |
| Exhibit 5 | Email | 56 |
| Exhibit 6 | Series of emails | 62 |
| Exhibit 7 | Professional development plan | 77 |
| Exhibit 8 | Document | 105 |
| Exhibit 9 | Non-renewal letter | 109 |
| Exhibit 10 | Email | 113 |
| Exhibit 11 | RE: AAAS Susan Qashu | 120 |
| Defense Exhibit 1 | Email 6/29/16 | 135 |

L I S 1 OOl JD G d
E uGrC, pone
E JAAJNM 1 Nh JOd dS VJOI eJJJe
wGnx first 4, vg sb orn or affirBC4 to tGstifg to tuCtr, tuetuCb uovCtr, tuean4 notuinx w, t tuC tr, tueb as CyaBinC4 an4 tGstifiC4 as fowob s:
OXNMJDNTJS D YH 1 S QDdOA ?S I TVO LANJDTJ? ?
YH Md. TVNAA:
k Mr. douiGrecan go, pvCasCstatCan4 spCwgo, r naBCfor tuCrCcor4'
**A William Davies, D-A-V-I-E-S, Sohier, S-O-H-I-E-R, III.**
k doeMr. douiGreJ b ant to tuanj go, axain for wGnx uGrCto4ag an4 taj inx go, r -- , p go, r frCCtiBCto 4o tuis. J b ant to xo onGr soBC xro, n4 r, vCs. doego, -- as go, uCar4 froB tuC co, rt rCportGretuis is a 4Cposition tuatq wGnx taj Gn , n4Gr oatu an4 , n4Gr pGnavtg of pGrF rg.
Jf J asj go, a -, Cstionean4 go, 4onq uCar BCepvCasC4o asj BCto rCpCat it. Jf J asj go, a -, Cstionean4 go, 4onq , n4Grstan4 itepvCasC4o asj BCto rCpurasCit. Jf go, 4onq asj BCto



connGrsation. Nn4 for tuat rCasone b CnCC4 to uanCa cvCar rCcor4e an4 J nCC4 go, to nGrwaviUC go, r ansb Grs. doe GnGn if go, qrCincvinC4 to suaj C go, r uCa4 or , sCuan4 xCst, rCse JqB xoinx to nCC4 a cvCar nGrwavansb Gr on tuCrCcor4.
Nn4 itqs awso iBportant tuat b C4onq spCaj onGr Cacu otuGreb uicu b o, v4 iBpair tuCrCcor4. 1 o go, , n4Grstan4 awof tuCsCinstr, ctions'
**A Yes, I do.**
k 1 o go, uanCang -, Cstions awo, t angtuinx JqnCsai4 so far'
**A No.**
k Js tuGrCangtuinx tuat b o, v4 prGnGnt go, froB tCstifginx acc, ratCvg an4 coBprCuGnsinCvg to4ag'
**A No. That was a no.**
k 1 an go, pvCasCstatCgo, r a44rCss for tuCrCcor4'
**A At 5101 Yuma Court Northwest, Washington DC.**
k 1 o go, Bin4 spGwinx' E as it H, Bacor (puonGtic('



rCpCat or rCpurasCa -, Cstionetu Gn JqB xoinx to ass, BCtuat go, uCar4 itetuat go, , n4Grstoo4 ite an4 tuat go, qrCxinGn BCgo, r wCst an4 Bost coBpvCtCrCsponsC.
Nn4 as go, sCCetuGrCqs an attornCg for dtatC -- or J suo, v4 sag tuGrCqs tb o attornCgs for dtatC tuat arCattGn4inx to4ag an4 vistGninx. Mg , n4Grstan4inx is tuat dtatCqs attornCgs arCnot rCprCsGntinx go, pGrsonawg to4ag) is tuat corrCct'
**A That's correct.**
k Jf go, 4o uCar owFCctions froB dtatCqs attornCgs to onCof Bg -, Cstionse, nvCss it uas to 4o b itu attornCg-cviGnt priniwCxCego, b iwstiw nCC4 to ansb Gr Bg -, Cstion oncCtuCgqnCfinisuC4 Baj inx tuGr owFCction. Jf go, 4o nCC4 to taj Ca wrCaj at ang tiBCepvCasCvCt BCj nob . Tuis is not intGn4C4 to wCa Baratuon. Nn4 tuCsaBCis tr, Cfor angonCCvsCattGn4inx. Jf tuCg nCC4 a wrCaj eb Cqwv taj Ca wrCaj .
doeb C4o uanCMr. MCvton uGrCeb uoqs o, r co, rt rCportGreb uoqs Baj inx a transcript of tuis



**A Y-U-M-A, like the city in Arizona.**
k NrCgo, an CBpvogCCof tuC1 CpartBCnt of dtatCprCsGntvg'
**A No.**
k NrCgo, a contractor b itu tuC1 CpartBCnt of dtatCprCsGntvg'
**A No.**
k 1 o go, uanCang c, rrGnt rCvationsuip b itu tuC1 CpartBCnt of dtatC'
**A I -- I'm -- I'm -- I'm on the -- I'm on the roles as a retiree for the -- for the -- for the consular section in the State Department. So, I can be hired to do jobs on a temporary basis. I can't work for more than six months of the year.**
**I suppose, in theory, I could be hired to work under a contract, but at this point, I am not working for the State Department. Although, I do have a badge, and I do have a clearance.**
k 1 i4 go, wrinx ang 4oc, BCnts b itu go, to4ag for tuis 4Cposition'
**A No. I don't have any documents that -- pertinent to this case.**

33

k 1 i4 go, GnGr tayj to Ms. h ovtBGr awo, t
1 r. k asu, '
**A I -- I -- I think I would have. I can't**
**recall any specific conversations.**
k Nn4 J j nob go, canq rCcawspCcific
connGrsationsew, t 4o go, rCBCBwGr partic, var
topics go, 4isc, ssC4 b itu uGr --
**A No.**
k -- s, cu asego, j nob e4, tiGs'
**A No. I don't -- I can't -- I can't**
**recall.**
k 1 o go, rCcawif go, tayjC4 to uGr awo, t
1 r. k asu, qs 4isawivtg'
**A I can't -- I -- I'm sorry. I can't**
**recall.**
k Nn4 4o go, rCcawif go, ua4 ang
4isc, ssions b itu uGr awo, t 1 r. k asu, qs fGwob suip
rGnCb av'
**A No. No, I can't. But that -- but I**
**think that was water under the bridge by that**
**point. But I'm not -- I'm not 100 percent sure,**
**but I think -- I think the -- the fact that her**

37

**fellowship was not going to be renewed had already**
**taken place.**
k Nn4 J 4onq j nob if tuis uas FoxxC4 go, r
B CBorg at aweuas -- can go, tuinj of ang otuGr
topics go, Bixut uanC4isc, ssC4 b itu 1 uGnGr awo, t
1 r. k asu, '
**A No.**
k 1 o go, j nob tuat 1 uGnGr coB pvCtC4 a
forB avcimivsGrnicCGnav, ation of 1 r. k asu, '
**A No, I didn't know that.**
k 1 i4 1 uGnGr GnGr rCacu o, t to go, for
inforBation for an Gnav, ation for 1 r. k asu, '
**A No. You know, I don't -- I don't -- I**
**don't think so, but no. And my best recollection**
**is, she did not.**
k Nn4 J taj Cit go, b GrCnot inmovnC4 in
tuat Gnav, ation --
**A Right. I was not (crosstalk).**
k -- or (crosstayj (.
**A I'm surprised. I didn't know that.**
k E uo assixnC4 1 r. k asu, to b orj on
vionfisu'

35

**A That would likely have been -- I think**
**it was me. But it turns out, there was another**
**office that was -- that was working on lionfish.**
**So, it was going to be complicated for Susie to**
**work on it.**
k Nn4 b uat j in4 of b orj 4i4 1 r. k asu, 4o
on vionfisu'
**A Well, we -- we wanted her to deal with**
**invasive -- invasive species on behalf of the**
**office, whatever issue involving invasive species**
**came up, you know, that -- that OPA had to deal**
**with. But -- but there were overlapping fiefdoms**
**of some of the invasive species issues, lionfish**
**being one of them. So, you know, we just wanted**
**her to do whatever, you know, OPA had to do in**
**terms of, you know, invasive species.**
k Nn4 so it so, n4s vij Cgo, qCtayj inx
awo, t a fiCf4oBs tuat tuGrCb asnq a 4isaxrCCBGnt
b itu anotuGr officCawo, t b uo b o, v4 wCb orj inx on
Aionfisu for dtatC
**A Well, in -- in a -- in a government --**
**in a bureaucratic setting like the State**

3|

**Department, there are overlapping**
**responsibilities. And what you typically have to**
**do is -- is work out those responsibilities, and**
**sometimes you deal with the issues jointly, and**
**sometimes somebody else has the lead on that**
**particular issue, and you have to take a back**
**seat.**
**And -- and you generally tend to work things**
**out among -- among yourselves, as to how that's**
**going to work. And, you know, lionfish was -- was**
**-- something that, you know, maybe should have**
**been in our office since it swims. It's a fish,**
**and it's in the ocean. But it -- it had been with**
**another office for a certain period of time.**
**So, that office had lead. So, you know, we**
**just had to work with them, and -- and I -- and I**
**think there was some friction because of that.**
**But, you know, in a -- in a bureaucratic setting,**
**you work things out.**
k Nn4 so 4i4 tuat -- JqB xoinx to cawite
vij Cea F ris4ictionav4isp, tC-- 4i4 tuat prC4atC
1 r. k asu, '

|5

vessel permitting. It's more about, you know, when American scientists want to do research in -- in -- in the waters of another country or foreign scientists want to do research in our waters, they have to get clearance. And -- and we managed that process in our office. And it was set up kind of in a computer, in a computer format.

But basically the way it works is if a Bulgarian scientist wants to do, you know, marine research off the coast of Massachusetts in U.S. waters, then they apply to do that research. And then we get clearance from the different government agencies that have -- you know, that have jurisdiction over the issue.

Coast Guard, NOAA, Department of Defense, people -- people like that. And then if it's a U.S. scientist, then the process goes through our -- our -- our embassy overseas, and they get the necessary clearances.

k Nn4 so b uGC4i4 tuat fit in b ituin
d, siGs 4, tiGs as a fGwob'

A Well, it -- it wasn't -- it wasn't

|6

value is that if you do that, then you demonstrate to, you know, other people in the office your capacity to do things. You help them out, and you get involved in issues that may end up growing. For example, she may be doing this marine clearance process.

And all of a sudden you have Chinese scientists who want to do research near a sensitive military facility in the Pacific. And all of a sudden you're dealing with the Department of Defense and you're dealing all that stuff. And then all of a sudden it becomes a much sexier issue. I explained to her, that whole thing and asked her if she'd be interested in participating, and she decided not to.

k do at b uat point 4i4 suC4Gci4Cnot to'

A I don't know, but I asked her if she'd do it, and she -- she declined. She said she didn't want to, and that's okay. But that was just an offer I'd made to her.

k do arCgo, saginx tuat 1 r. k asu, nGnGr
b orj G4 on I NTd'

||

within her duties. I mean I mean, she didn't have any defined duties. The idea was to find things that she wanted to do and that were useful and that would help the office and, you know, look for ways where, you know, we could further what she was hoping to accomplish at State, and that also helped our office at the same time.

And the RATS, this whole marine clearance, this whole marine science clearance process was -- was something that I had brought up to her because, you know, we were looking for different things that she could be doing for us. And one of our specific needs, excuse me, I'm drinking coffee here.

One of our specific needs was was to have somebody to help with this clearance process. And as I explained to her, you know, it was it's -- it's -- it's kind of pretty bureaucratic work, you know, it's -- it's processing the requests and getting responses and following up and things like that.

And it's not necessarily very sexy, but the

|8

A I don't think she did, no.

k E asnq tuGCan an attornGg in go, r
officGe in S LNetuat b as awo b orj inx on I NTd'

A Well, there was somebody else who -- who had the portfolio. Her name escapes me right now. She -- she came from NOAA. I don't think she was an attorney, but she was the lead on RATS. But she was doing 20 other things. So what would have happened -- happened -- what would have happened would have been that, you know, Dr. Qashu would have become involved in that.

And then, you know, essentially she would have been running the whole program.

k Nn4 tuCpGrson JqB tuinj inx ofe go, qC
rixute JqB not s, rCif suCb as an attornGgeb as
Nwison I G4'

A Yeah. Allison Reid. Exactly. She came from NOAA. I don't think she was an attorney.

k do 4i4 1 r. k asu, GnGr b orj b itu Nwison
I G4 on I NTd'

A My best -- my best recollection is -- is no, but if -- if you had information to the

9P9

there had been an issue and she had raised it, then we would have fixed it. In fact, I think she had a printer in her own office, if I'm not mistaken.

k Nn4 so 4i4 tuGrCGnGr coBCa tiBCb uGn in prGparinx for 1 r. k asu, qs arrimavtuat SLN consi4GrG4 uob to Baj Ctuat suarG4 officC G- , ipBGnt accGssiwCto uGr'

A The -- the -- the office of that -- the -- the office that -- that helped her to help set up her office, you know, to -- to deal with her disability. I assume they would've -- they would've done whatever she needed to have done in order to work properly. And if -- and if they hadn't, and if she'd raised the issue with me, then we would've done something about it.

k Nn4 b ug -- b ug arCgo, s, rCtuat suC 4i4nq raisCtuGsCiss, Gs b itu go, '

A You know, because I -- you know, we -- my -- we -- we are -- we -- we are welcoming the triple AS fellows to the office. We try and accommodate them. We -- we try and have a

9P0

positive work environment for them as it is for all employees. And we try and accommodate, you know, and I try and accommodate everybody because it -- to the extent that we can.

Sometimes we can't. Sometimes people want a new computer and we don't have new computers or a new screen, and we don't have new screens. And they want to move offices and we don't have offices.

But, you know, I -- I wouldn't have been opposed to accommodating Dr. Qashu or anybody in that office if it's something we could've done. I mean, why would I have been opposed to that? I mean, that wouldn't make any sense. My job is to make sure that people have the work environment they need to do their jobs.

k Nn4 J j nob b CuanCto, cuG4 , pon rGnCb av a vittvCwit. doeb uGn 4i4 go, an4 1 r. k asu, first wGxin 4isc, ssinx tuCrGnCb avof uGr fGwob suip'

A She arrived late for her first year and you know, it's a two- year fellowship and she

9P3

missed part of the first year because I -- I think she -- for -- for -- for whatever reason, she couldn't arrive for several months.

And so, you know, Evan Bloom and I were -- would -- what we're discussing -- at a certain point, we had a discussion about whether or not we keep her for the second year and and I don't know if we discussed it with -- with Susie. I don't recall, I may have.

But what I did discuss it with Evan and to the best of my recollection, our decision was that we would keep her for the second year because, you know, she had -- she's not paid by the State Department and we had an office for her. So, you know, she's essentially free labor for us. I mean, it's to our advantage to keep somebody like Dr. Qashu in the office.

But the decision whether to keep her for the second year was not -- ultimately was not ours. It was the -- the triple AS people made that distinct.

k Nn4 b uGn go, sag tuat tripvCNd pGopvCe

9P7

4o go, BGan pGopvCb ituin dtas' 1 o go, j nob b uat JGB tayj inx awo, t b uGn J sag dtas' TuC--

A Yeah, the -- that's -- that's was the state liaison office with the -- with the National Academy. So --

k doe4o go, BGan tuCpGopvCb ituin dtas b uo b GrCwoar4inx tuCtripvCNd fGwob suip or 4o go, BGan tripvCNd coBpvGGg o, tsi4Cof tripvC Nd'

A I -- I don't -- I don't know who Susie signed the contract with, but it wasn't with us, with -- with -- with my -- with my -- with my office. So, you know, they in -- as a matter of course, they -- they -- they would've asked us if they wanted -- if we wanted to keep her for the set for a second year.

But ultimately, the decision wasn't ours to make. And, you know, they -- they called me and asked -- I think they called me or e-mailed me. I think they called me and said, would you mind if we don't keep Dr. Qashu for the second year?

And I checked with Evan to see if -- if -- if